FILED
2021 Nov-16 PM 01:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMES THOMAS,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Case No.: 2:21-cv-1531-AMM** |
| ) | |
| **JOHN H. MERRILL,** *in his* ) | |
| *official capacity as Alabama* ) | |
| *Secretary of State*, *et al.* ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

In their complaint, Plaintiffs request that a three-judge panel be convened and that the court enter a judgment declaring that "Alabama Senate Districts 7, 11, 12, 18, 19, 20, 21, 23, 24, 25, 26, and 33 (enacted in SB1) . . . , and State House Districts 52, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 70, 71, 72, 75, 76, 78, 98, 99, 101, and 103, (enacted in HB2)" are "unconstitutional as violating the Fourteenth Amendment to the United States Constitution as racial gerrymanders." Doc. 1 at 2-3, 41. More particularly, Plaintiffs assert claims in two counts—one that SB1 violates the Fourteenth Amendment, *id*. at 39-40, and another that HB2 violates the Fourteenth Amendment, *id*. at 40-41. The court finds that this action "challeng[es] the constitutionality of . . . the apportionment of any statewide legislative body." 28 U.S.C. § 2284(a). Accordingly, the Clerk of Court is **DIRECTED** to transmit this

order and a copy of the complaint to the Chief Judge of the United States Court of Appeals for the Eleventh Circuit.

**DONE** and **ORDERED** this 16th day of November, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE