# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JAMES THOMAS,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Case No.: 2:21-cv-1531-AMM** |
| ) | |
| **JOHN H. MERRILL,** *in his* ) | |
| *official capacity as Alabama* ) | **THREE-JUDGE COURT** |
| *Secretary of State*, *et al.* ) | |
| ) | |
| **Defendants.** ) | |

Before NEWSOM, Circuit Judge, MANASCO and MAZE, District Judges.

BY THE COURT:

## **ORDER**

The court has reviewed the motion to modify the stay, Doc. 71, and Defendants' opposition, Doc. 73, and finds no good cause to modify the stay. The motion is **DENIED**. Doc. 71.

**DONE** and **ORDERED** this 20th day of March, 2023.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE
for the court