# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMES THOMAS,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No.: 2:21-cv-1531-AMM |
| | ) |
| **JOHN H. MERRILL,** *in his official capacity as Alabama Secretary of State*, *et al.* | ) THREE-JUDGE COURT |
| | ) |
| **Defendants.** | ) |

Before NEWSOM, Circuit Judge, MANASCO and MAZE, District Judges.

BY THE COURT:

## ORDER

The stay in this case is lifted. The parties are **REMINDED** of their obligation to file a Joint Status Report on or before **JUNE 22, 2023** advising the court of the impact of the ruling by the Supreme Court of the United States in *Milligan v. Allen*, No. 21–1086, and *Caster v. Allen*, No. 21–1087. *See* Doc. 61. The parties are **ORDERED** to include in their Joint Status Report their proposal(s) for the next steps in this case.

**DONE** and **ORDERED** this 9th day of June, 2023.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE
for the court