# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LAQUISHA CHANDLER,** *et al.*, | ) |
| | ) |
|    **Plaintiffs,** | ) |
| | ) |
| v. | )   **Case No.: 2:21-cv-1531-AMM** |
| | ) |
| **WES ALLEN,** *in his official capacity as Alabama Secretary of State*, *et al.*, | )   **THREE-JUDGE COURT** |
| | ) |
|    **Defendants.** | ) |

Before NEWSOM, Circuit Judge, MANASCO and MAZE, District Judges.

BY THE COURT:

## ORDER

The plaintiffs' Fourth Amended Complaint brings one cause of action against the defendants—an alleged violation of Section Two of the Voting Rights Act of 1965, 52 U.S.C. § 10301. Doc. 126 at 43–45 ¶¶ 170–76. No constitutional claims remain at issue. Accordingly, this three-judge District Court is dissolved, and this action will return to United States District Judge Anna M. Manasco, the district judge to whom the case was originally assigned.

**DONE** and **ORDERED** this 7th day of December, 2023.

_____
**KEVIN C. NEWSOM**
U.S. CIRCUIT JUDGE


_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE


_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE