# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KHADIDAH STONE[1], *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> WES ALLEN, *et al.*, <br><br> *Defendants*. | No. 2:21-cv-1531-AMM |

## JOINT STATUS REPORT

In response to the Court's Order to file a Joint Status Report on or before May 3, 2024 (Doc. 148), and its instructions in its original Scheduling Order (Doc. 84 at 7), the Parties respectfully submit the following update.

Plaintiffs filed their Fourth Amended Complaint in December 2023, challenging Alabama's State Senate districts in the Montgomery and Huntsville under Section 2 of the Voting Rights Act. The parties are actively engaged in discovery, as further discussed below. Summary judgment motions are due June 21, 2024, and *Daubert* motions are due October 4, 2024. No motions are currently pending. Trial is set to begin November 12, 2024.

---

[1] Laquisha (Que) Chandler was dropped from the Fourth Amended Complaint. (Doc. 126).

The Parties agree that, given the nature of the case, mediation will not be productive. Thus, they would respectfully decline any invitation to mediate.

The Parties have worked collaboratively to conduct a significant amount of discovery, including the exchange of all forms of written discovery from both sides, the exchange of expert reports of ten expert witnesses, and the depositions of five parties or fact witnesses and four expert witnesses. One more party and six more experts are scheduled to be deposed next week. Discovery is scheduled to close next Friday, May 10, 2024. At the present time, the Parties do not have any pending or anticipated discovery disputes and do not anticipate any issues arising that would prevent them from proceeding to trial as scheduled.

That said, in the last month, both the Plaintiffs and Defendants have disclosed additional fact witnesses. Given the current number of depositions scheduled in the remaining days of discovery, the Parties are considering whether it may be necessary to request an additional two or three weeks to complete those remaining depositions. If that is indeed the case, the Parties will promptly seek leave from the Court to do so. The Parties do not believe that an additional two or three weeks for depositions will interfere with the summary judgment deadline, the *Daubert* motion deadline, or the trial date.

The Court previously indicated that a Status Conference will be set for the week of May 10, 2024 by Zoom. (Doc. 148) Given the full deposition schedule

next week, the parties respectfully request that, should the Court believe a Status Conference is needed, it be set for the next week or thereafter.

| | |
|---|---|
| DATED this 3rd day of May, 2024. | Respectfully submitted, |

*/s/ Alison Mollman*
Alison Mollman
AMERICAN CIVIL LIBERTIES
UNION OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
amollman@aclualabama.org

*/s/ Deuel Ross*
Deuel Ross*
NAACP Legal Defense & Educational Fund, Inc.
700 14th Street NW Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

Leah Aden*
Stuart Naifeh*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
NAACP LEGAL DEFENSE & EDUCATIONALFUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
laden@naacpldf.org
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
bcarter@naacpldf.org

David Dunn*
Hogan Lovells US LLP

*/s/ Davin M. Rosborough*
Davin M. Rosborough*
Julie A. Ebenstein*
Dayton Campbell-Harris*+
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
jebenstein@aclu.org
dcampbell-harris@aclu.org

Jacob van Leer*
American Civil Liberties Union Foundation
915 15th St. NW
Washington, D.C. 20005
(212) 549-2500
jvanleer@aclu.org

*/s/ Sidney Jackson*
Sidney Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS, CHILDS, PANTAZIS, FISHER & GOLDFARB
301 19th Street
North Birmingham, AL 35203
(205) 314-0500
sjackson@wigginschilds.com
nlawsen@wigginschilds.com

*/s/ Jack Genberg*
Bradley E. Heard*

3

<div style="column-count:2">

390 Madison Avenue New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com
Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

Michael Turrill*
Harmony R. Gbe* HOGAN LOVELLS US LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

Jack Genberg*
Jess Unger*
SOUTHERN POVERTY LAW CENTER
PO Box 1287
Decatur, GA 30031
(404) 521-6700
bradley.heard@splcenter.org
jack.genberg@splcenter.org
jess.unger@splcenter.org

Jessica L. Ellsworth*
Shelita M. Stewart*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW Washington, DC 20004
(202) 637-5600
jessica.ellsworth@hoganlovells.com
shelita.stewart@hoganlovells.com

</div>

*Attorneys for Plaintiffs*

Anthony Ashton*
Anna-Kathryn Barnes*
National Association for the Advancement of Colored People (NAACP)
4805 Mount Hope Drive Baltimore, MD 21215
(410) 580-5777
aashton@naacpnet.org
abarnes@naacpnet.org

*Attorneys for Plaintiff Alabama State Conference of the NAACP*

*Admitted *pro hac vice*
+ Practice limited to federal court

4

Steve Marshall
  *Attorney General*


s/ *James W. Davis*

Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*
A. Barrett Bowdre (ASB-2087-K29V)
  *Deputy Solicitor General*
Soren A. Geiger (ASB-0336-T31L)
  *Assistant Solicitor General*
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*
Richard D. Mink (ASB-4802-M76R)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
Charles McKay (ASB-7256-K18K)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Soren.Geiger@Alabama.AG.gov
Jim.Davis@AlabamaAG.gov
Richard.Mink@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

**Counsel for Secretary of State Allen**

5

<div style="text-align:right">

<u>s/ *Dorman Walker*</u>
Dorman Walker (ASB-9154-R81J)
Michael Taunton
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Telephone: (334) 269-3138
Email: dwalker@balch.com

<u>/s/ *Michael P. Taunton*</u>
Michael P. Taunton (ASB-6833-H00S)
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203
(205) 226-3451
mtaunton@balch.com

**Counsel for Rep. Pringle**

</div>

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system which provides electronic notice of filing to all counsel of record.

This the 3rd day of May, 2024.

*/s/ Davin Rosborough*