# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KHADIDAH STONE**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 2:21-cv-1531-AMM |
| **WES ALLEN**, *in his official capacity as Alabama Secretary of State*, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case is before the court on the parties' Joint Status Report, Doc. 157. The court now makes the following two changes to the Amended Scheduling Order, Doc. 148.

First, the court **GRANTS** a two-week extension of the discovery period for the limited purpose of conducting depositions of additional fact witnesses. Discovery must be completed by May 24, 2024.

A status conference is **SET** for May 28, 2024, at 1 p.m. CST, by Zoom. The Zoom information will be provided at an appropriate time.

All other deadlines remain the same.

**DONE** and **ORDERED** this 3rd day of May, 2024.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE