# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KHADIDAH STONE *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) Case No. 2:21-cv-1531-AMM |
| | ) |
| WES ALLEN, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## SECRETARY ALLEN'S NOTICE OF EVIDENTIARY SUBMISSION IN SUPPORT OF PARTIAL SUMMARY JUDGMENT

Defendant Secretary of State Wes Allen submits the following exhibits in support of his motion for partial summary judgment.

| | **Exhibit** |
|---|---|
| Sean Trende, Ph.D., Expert Report | 1 |
| Sean Trende, Ph.D., Supplemental Report | 2 |
| Sean Trende, Ph.D., Deposition Transcript | 3 |
| Sean Trende, Ph.D., Deposition Exhibits 1-3 | 4 |
| Sean Trende, Ph.D., Deposition Exhibits 4-5 | 5 |
| Sean Trende, Ph.D., Deposition Exhibits 6-14 | 6 |
| Anthony Fairfax, Expert Report | 7 |

| | |
|---|---|
| Anthony Fairfax, Appendix | 8 |
| Anthony Fairfax, Amended Rebuttal Report Redline | 9 |
| Anthony Fairfax, Rebuttal Appendix | 10 |
| Anthony Fairfax, Supplemental Rebuttal Report | 11 |
| Anthony Fairfax, Supplemental Rebuttal Appendix | 12 |
| Anthony Fairfax, Deposition Transcript | 13 |
| Anthony Fairfax, Deposition Exhibits 1-4 | 14 |
| Anthony Fairfax, Deposition Exhibit 5 | 15 |
| Anthony Fairfax, Deposition Exhibits 6-13 | 16 |
| Kassra Oskooii, Ph.D., Expert Report | 17 |
| Kassra Oskooii, Ph.D., Deposition Transcript | 18 |
| Kassra Oskooii, Ph.D., Deposition Exhibits | 19 |
| Traci Burch, Ph.D., Expert Report | 20 |
| Traci Burch, Ph.D., Deposition Transcript + Exhibits | 21 |
| Stephen Blacklocks & Michael Kruse, *Scientific Evidence and Confidence Intervals: Theory and Fallacy*, Bureau of National Affairs (2008). | 22 |

<table>
<tr><td>Dated: June 20, 2024</td><td>Steve Marshall<br>  *Attorney General*<br><br>Edmund G. LaCour Jr. (ASB-9182-U81L)<br>  *Solicitor General*<br><br>James W. Davis (ASB-4063-I58J)<br>  *Deputy Attorney General*<br><br><u>/s Soren Geiger</u><br>Soren Geiger (ASB-0336-T31L)<br>  *Assistant Solicitor General*<br><br>Misty S. Fairbanks Messick (ASB-1813-T71F)<br>Brenton M. Smith (ASB-1656-X27Q)<br>Benjamin M. Seiss (ASB-2110-O00W)<br>  *Assistant Attorneys General*<br><br>OFFICE OF THE ATTORNEY GENERAL<br>STATE OF ALABAMA<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, Alabama  36130-0152<br>Telephone: (334) 242-7300<br>Fax: (334) 353-8400<br>Edmund.LaCour@AlabamaAG.gov<br>Soren.Geiger@AlabamaAG.gov<br>Jim.Davis@AlabamaAG.gov<br>Misty.Messick@AlabamaAG.gov<br>Brenton.Smith@AlabamaAG.gov<br>Ben.Seiss@AlabamaAG.gov<br><br>**_Counsel for Secretary of State Allen_**</td></tr>
</table>

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on June 20, 2024, which will serve all counsel of record.

s/ Soren Geiger
Soren Geiger
*Counsel for Defendants*
