FILED
2024 Jun-20  PM 05:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 21

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF ALABAMA

3                   SOUTHERN DIVISION

4              CASE NUMBER 2:21-cv-1531-AMM

5

6    KHADIDAH STONE,

7    et al.,

8              PLAINTIFFS,

9    VS.

10   WES ALLEN, et al.,

11             DEFENDANTS.

12

13

14

15

16

17

18

19

20             REMOTE TELECONFERENCE

21        DEPOSITION OF DR. TRACI BURCH

22             FRIDAY, MAY 3, 2024

23             9:00 a.m. - 11:45 a.m.

Page 2

1       S T I P U L A T I O N
2       IT IS STIPULATED AND AGREED by and between
3   the parties through their respective counsel,
4   that the remote teleconference deposition of DR.
5   TRACI BURCH may be taken before Donna Winters,
6   CCR and Notary Public, on the 3rd day of May,
7   2024, by Brenton Smith, commencing at 9:00 a.m.,
8   pursuant to the stipulations set forth herein.
9   REMOTE TELECONFERENCE
10  DEPOSITION OF DR. TRACI BURCH
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 4

1   on the 3rd day of May, 2024, along with exhibits.
2       Please be advised that this is the same and
3   not retained by the Court Reporter, nor filed
4   with the Court.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 3

1       IT IS FURTHER STIPULATED AND AGREED that
2   the signature to and the reading of the
3   deposition by the witness is waived, the
4   deposition to have the same force and effect as
5   if full compliance had been had with all laws and
6   rules of Court relating to the taking of
7   depositions.
8       IT IS FURTHER STIPULATED AND AGREED that it
9   shall not be necessary for any objections to be
10  made by counsel as to any questions, except as to
11  form or leading questions, and that counsel for
12  the parties may make objections and assign
13  grounds at the time of the trial, or at the time
14  said deposition is offered in evidence or prior
15  thereto.
16      IT IS FURTHER STIPULATED AND AGREED that
17  notice of filing of this deposition by the
18  Commissioner is waived.
19      In accordance with Rule 5(d) of Alabama
20  Rules of Civil Procedure, as amended, effective
21  May 15, 1988, I, Donna Winters, am hereby
22  delivering to Brenton Smith, Esquire, the
23  original transcript of the oral testimony taken

Page 5

1           DEFENDANT'S EXHIBIT INDEX
2           PG DESCRIPTION
3   Exhibit 1 17 Dr. Traci Burch expert report
4   Exhibit 2 18 Rebuttal Report
5   Exhibit 3 59 Expert Report of M.V. Hood III
6   Exhibit 4 76 Monthly Statistical Report
7   Exhibit 4A 82 Eleventh Circuit Opinion
8   Exhibit 5 91 Meta-analysis by Smets and van Ham.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

2 (Pages 2 - 5)

Page 6

```
1        EXAMINATION INDEX
2 EXAMINATION BY: PAGE NUMBER
3 Mr. Smith          8 - 111
4
5
6
7
8
9
10
11
12
13
14
15        APPEARANCES:
16 FOR THE PLAINTIFF(S):
17      NAACP LEGAL DEFENSE AND EDUCATIONAL FUND,
18 by Ms. Brittany Carter, 40 Rector Street, #5, New
19 York, New York 10006.
20      NAACP LEGAL DEFENSE AND EDUCATIONAL
21 FUND, by Ms. Kathryn Sadasivan, 40 Rector Street,
22 #5, New York, New York, 10006.
23      MR. DAVIN ROSBOROUGH, ACLU.
```

Page 7

```
1 FOR THE DEFENDANT(S):
2      BALCH & BINGHAM, by Mr. Dorman Walker,
3 1500 Regions/Harbert Plaza, 1901 Sixth Avenue
4 North, Birmingham, Alabama 35203.
5      OFFICE OF THE ATTORNEY GENERAL, STATE OF
6 ALABAMA, by Messrs. Brenton Smith, Charles McKay,
7 Jim Davis, and Ms. Misty Messick, 501 Washington
8 Avenue, Montgomery, Alabama 36104.
9      ALSO PRESENT:  Richard Mink.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

Page 8

```
1      I, Donna Winters, a Court Reporter of
2 Birmingham, Alabama, acting as Commissioner, and
3 a Notary Public for the State of Alabama at
4 Large, certify that on this date, as provided by
5 Rule 30 of the Alabama Rules of Civil Procedure,
6 and the foregoing stipulation of counsel, there
7 came before me, DR. TRACI BURCH, witness in the
8 above cause, for oral examination, whereupon the
9 following proceedings were had:
10
11        DR. TRACI BURCH,
12 having been first duly sworn, was examined
13 and testified as follows:
14
15      MR. SMITH:  Brittany, usual stipulations?
16      MS. CARTER:  Yes.
17
18 EXAMINATION BY MR. SMITH:
19 Q.   Good morning, Dr. Burch.
20 A.   Good morning.
21 Q.   Can you hear me okay?
22 A.   Yes.
23 Q.   My name is Brenton Smith, and I work in the
```

Page 9

```
1 Alabama Attorney General's office.  I'm
2 representing Secretary of State Wes Allen in this
3 case.  So this deposition is an opportunity for
4 us to record your testimony.  Have you been
5 deposed before?
6 A.   Yes.
7 Q.   So you're familiar with kind of the
8 logistics of a deposition?
9 A.   Yes.
10 Q.   So I'm going to just retread a couple of
11 those.  Particularly since we're on Zoom, it's
12 very important that in answering the questions,
13 you give a verbal "yes" or "no" answer rather
14 than kind of the more common "uh-huh" or "huh-uh"
15 or shaking your head, so that the court reporter
16 can take everything down.
17 A.   I understand.
18 Q.   Now, if you don't understand a question
19 that I ask, please let me know and I'll do my
20 best to ask it again more clearly so that we can
21 stay on the same page; but if you answer a
22 question I've asked, I'll assume that you
23 understood it.  Is that okay?
```

3 (Pages 6 - 9)

1 A.   Okay.

2 Q.   Sometimes you might misspeak or think of
3 something later.  If you do that, will you please
4 let me know if there's something you need to
5 supplement later in the deposition?

6 A.   Yes.

7 Q.   And we'll occasionally take breaks, and if
8 you need a break, that's fine, feel free to say
9 that you need a break for some reason; however,
10 if there's a question pending, if there's one on
11 the table, I would ask that you answer that
12 question before we take the break.  Is that okay?

13 A.   Yes.

14 Q.   Now, is there any reason you can't provide
15 truthful and complete testimony here today?

16 A.   No.

17 Q.   And would you please state your full name
18 for the record?

19 A.   Traci Burch.

20 Q.   And where are you today, Dr. Burch?

21 A.   I'm in Evanston, Illinois.

22 Q.   And where, specifically?  Are you in an
23 office or in your home?

1 A.   I'm in my university office.

2 Q.   Okay.  Is anyone in the room with you?

3 A.   No.

4 Q.   And do you have any documents with you that
5 you plan to use today for this deposition?

6 A.   I don't.

7 Q.   What's your educational background,
8 Dr. Burch?

9 A.   So I completed my undergraduate degree at
10 Princeton University, with a major in politics
11 and a minor in African-American studies, and my
12 Ph.D. at Harvard in both government, which is
13 what they call political science, and social
14 policy.

15 Q.   And when did you get your doctorate?

16 A.   2007.

17 Q.   And where are you currently employed?

18 A.   At both Northwestern University in the
19 Department of Political Science, as well as at
20 the American Bar Foundation.

21 Q.   And what do you do at Northwestern?

22 A.   So I am in the Political Science
23 Department.  I currently am teaching

1 undergraduate.  I fulfill various service
2 obligations, including -- right now I'm on the
3 college tenure committee, I advise Ph.D.
4 students, as well as undergraduates, and I do
5 research.

6 Q.   What classes are you teaching this year?

7 A.   This year, I am teaching two undergraduate
8 classes, Law in the Political Arena, and Race in
9 Public Policy.

10 Q.   Do you ever teach classes on the South?

11 A.   Occasionally the South comes up in my
12 courses.

13 Q.   But no class specifically designated to a
14 study of the South?

15 A.   No.

16 Q.   What about Alabama?

17 A.   Specifically a class on Alabama, no.

18 Q.   And what do you do at the American Bar
19 Foundation?

20 A.   Similar to my work at Northwestern, I do
21 research, my own research that's on my CV, as
22 well as several service obligations there; for
23 instance, I sometimes mentor doctoral fellows,

1 serve on appointment committees, and I'm editor
2 of a journal.

3 Q.   And either at Northwestern or the American
4 Bar Foundation, what areas of research do you
5 focus on?

6 A.   So I work on -- broadly on political
7 behavior, including barriers to voting, as well
8 as criminal justice and race and ethnic policy.

9 Q.   And you've been retained as an expert in
10 this case; is that right?

11 A.   Yes.

12 Q.   And how would you describe your area of
13 expertise?

14 A.   I think what I just said as far as
15 political behavior and participation, barriers to
16 voting, race and ethnic politics, and criminal
17 justice.

18 Q.   Are you an expert on southern politics?

19 A.   To the extent that they involve race.

20 Q.   But southern politics writ large?

21 A.   I've done some studies of politics in
22 southern states, yes.

23 Q.   What about Alabama politics?

1 A.   Alabama in particular, no.

2 Q.   So you haven't done any studies of Alabama?

3 A.   Not that I can recall off the top of my

4 head.

5 Q.   What about statistics, would you describe

6 yourself as an expert in statistics?

7 A.   I use statistical methods in my work and

8 have been trained to do so.

9 Q.   So would you describe yourself as an expert

10 in them?

11 A.   I'm not quite sure what you mean by

12 "expert," like do I think I could go teach a

13 class in the Statistics Department, no.

14 Q.   Okay.  What about history?

15 A.   Could you ask more?

16 Q.   Would you consider history an area of

17 expertise?

18 A.   I have, as part of my work, had to do some

19 historical analysis.

20 Q.   But would you consider yourself an expert

21 on history itself?

22 A.   Writ large, no.  Political history of

23 African-Americans in the United States, yes, I do

1 feel like I have some ability to comment or to

2 speak on that, expertise in that, yes.

3 Q.   What about Alabama history in particular?

4 A.   Alabama history in particular, I do know

5 some things and have written some things about

6 Alabama history and researched some things about

7 Alabama history.  Again, that's related to race,

8 race and ethnic politics.

9 Q.   So would you consider yourself an expert on

10 Alabama history?

11 A.   Broadly, no.

12 Q.   Now, do you publish, Dr. Burch?

13 A.   I do.

14 Q.   And when you're doing your research and

15 developing a publication, do you cite other

16 sources?

17 A.   Yes.

18 Q.   And do you always double-check the

19 underlying data in those sources?

20 A.   It depends on the source.

21 Q.   So no?

22 A.   Again, it depends on the source.  So if

23 it's something where I have access to the data

1 and I feel like I need to check it, yes.

2 Q.   But you don't always, in every instance,

3 check the underlying data?

4 A.   No.

5 Q.   What about the calculations in the works

6 that you cite, do you always double-check them?

7 A.   Sometimes I don't have access to those, to

8 be able to.

9 Q.   So no?

10 A.   No.

11 Q.   What about when you do have access?

12 A.   Occasionally.

13 Q.   But not always?

14 A.   Not always.

15 Q.   Now, did you submit a declaration in this

16 case?

17 A.   I did.

18 Q.   And a rebuttal declaration as well?

19 A.   I did.

20 Q.   Do you have copies of those with you?

21 A.   I don't.

22 Q.   Okay.  We'll be referring to those, but you

23 don't have a hard copy?

1 A.   No.  Would you like me to get one?

2 Q.   Not immediately, but if you have access to

3 one, it might be handy, just because we're going

4 to be referring to it fairly regularly; if not, I

5 can share my screen when I'm referring to a

6 particular line.

7 A.   I can get a copy, if you need me to.

8     MS. CARTER:  Brenton, can you please show

9 it to her and go ahead and introduce it?

10     MR. SMITH:  Yes, I was going to.

11 Q.   So Dr. Burch, can you see my screen?

12 A.   I can.

13 Q.   And do you see this title right here

14 (indicating)?

15 A.   I do.

16 Q.   And do you recognize this document?

17 A.   I do.

18 Q.   And is this your expert report in this

19 case?

20 A.   It appears to be, yes.

21 Q.   I'm going to mark this as Exhibit 1.

22     (Whereupon, Defendants' Exhibit Number 1

23 was marked for identification, a copy of which is

1 attached to the original of the transcript.)

2 Q.   Dr. Burch, can you see the title on this

3 document?

4 A.   If it's the same document, yes.

5 Q.   Are you seeing Rebuttal Report or Initial

6 Report?

7 A.   I'm seeing the, first, Stone v. Allen;

8 Expert Report of Dr. Traci Burch.

9 Q.   Okay, let's see.  Now are you seeing the

10 rebuttal report?

11 A.   Yes.

12 Q.   Do you recognize this document?

13 A.   I do.

14 Q.   And this is your rebuttal report submitted

15 in this case?

16 A.   Yes.

17 Q.   And I'm going to mark this as Exhibit 2.

18    (Whereupon, Defendants' Exhibit Number 2

19 was marked for identification, a copy of which is

20 attached to the original of the transcript.)

21 Q.   Dr. Burch, in your own words, what opinions

22 do you intend to express in this case?

23 A.   The opinions that I have in my original

1 report with respect to the fact that there is a

2 gap in both -- in registration and voter turn-out

3 between black and white Alabama residents, and

4 that gap has persisted in the elections that I

5 was able to analyze, and that there are racial

6 disparities in Alabama with respect to

7 socioeconomic status, health outcomes, and

8 criminal justice outcomes.  And with respect to

9 my rebuttal as well, those disparities are the

10 result of racial discrimination.

11 Q.   How many times have you testified as an

12 expert, Dr. Burch?

13 A.   Off the top of my head, I don't -- I don't

14 have a count.

15 Q.   More than ten?

16 A.   Probably.

17 Q.   More than 15?

18 A.   I actually don't know if it's more than 15.

19 Q.   So between ten and 15 times?

20 A.   I think so.  I would have to go back and

21 look at my CV and check.

22 Q.   Have you ever testified in a case involving

23 redistricting before?

1 A.   Yes.

2 Q.   How many?

3 A.   Again, I don't know the exact number of

4 cases, let me think.  I think this is my third

5 redistricting case -- fourth redistricting case,

6 but I'll have to double-check that.

7 Q.   Do you recall what those other states were?

8 A.   So I'm thinking Georgia, Louisiana state

9 and Louisiana congressional so far, yes.

10 Q.   And was Georgia state or congressional?

11 A.   State.

12 Q.   State legislature, to be clear?

13 A.   Yes.

14 Q.   Have you testified on redistricting at any

15 other level, as far as you recall?

16 A.   Oh, yes, Galveston, Galveston County

17 Commission.  I'm sorry, I forgot about that one.

18 Q.   That's fine.  Is that in Texas?

19 A.   Yes.

20 Q.   Have you testified in any kind of case

21 involving Alabama before?

22 A.   Yes.

23 Q.   How many?

1 A.   One.

2 Q.   And what was that case about?

3 A.   People First was about Covid voting

4 restrictions.

5 Q.   And what opinion did you offer in that

6 case?

7 A.   I don't recall, off the top of my head.

8 Q.   That's fine.  How did you first hear about

9 this lawsuit?

10 A.   When I was contacted by LDF counsel.

11 Q.   And you decided to become an expert in this

12 case?

13 A.   Yes.

14 Q.   What did you know about the case before you

15 decided to become an expert?

16 A.   I don't think I had heard about it prior to

17 becoming an expert.

18 Q.   Have you read the Complaint in this case?

19 A.   It's possible, but I don't recall,

20 actually.

21 Q.   What do you understand this case to be

22 about?

23 A.   I understand that it's about redistricting

1 in Montgomery and Huntsville and state
2 legislative districts.
3 Q.   Have you read any other documents in this
4 case?
5 A.   Other than I read Dr. Riley and
6 Dr. Carrington's expert report, and a section of
7 Dr. Hood's expert report.
8 Q.   Which section of Dr. Hood's report?
9 A.   The one that was specifically about SES,
10 socioeconomic status gaps.
11 Q.   Have you read any other documents besides
12 those three reports?
13 A.   Not that I can recall.
14 Q.   And what did you do to prepare for this
15 deposition today?
16 A.   I met with the attorneys for the plaintiffs
17 twice, and we reviewed my expert reports.
18 Q.   You said you met twice.  About how long
19 each time?
20 A.   About an hour, hour-and-a-half.
21 Q.   And who did you meet with, specifically?
22 A.   I can't recall.  There could have been some
23 people on the call that I didn't see in the chat,

1 but I do know with Ms. Carter and Stuart Naifeh.
2 Q.   What facts or data were you provided by
3 counsel that you relied upon in forming your
4 opinions in this case?
5 A.   They provided me with the counties that
6 they wanted me to analyze, and that may actually
7 be it.
8 Q.   Is that it, or is there --
9 A.   I think so.  I think that's it.
10 Q.   Were you provided any assumptions by
11 counsel, that you relied upon in forming your
12 opinions?
13 A.   Not that I can recall.
14 Q.   And how much are you being compensated for
15 your testimony in this case, Dr. Burch?
16 A.   $400 an hour.
17 Q.   And is that the same for both testimony and
18 preparing the report?
19 A.   Yes.
20 Q.   Do you receive any additional compensation
21 based on the outcome of the case?
22 A.   No.
23 Q.   I am going to pull up your report,

1 Dr. Burch.  Can you see it?
2 A.   Yes, I see it.
3 Q.   And this is your report?
4 A.   It is.
5 Q.   I'm going to scroll down to Voter
6 Registration and Turnout.  You have a sentence
7 here that says to calculate voter registration,
8 you use the total number of active registered
9 voters as the numerator and the total number of
10 adult citizens able to vote, also known as CVAP,
11 as the denominator.  Is that right?
12 A.   Yes.
13 Q.   So citizens able to vote, does CVAP data
14 account for felony convictions, for instance?
15 A.   No, it doesn't.
16 Q.   Or any other kind of hindrance that might
17 prevent someone from registering to vote?
18 A.   What do you mean by "other hindrance"?
19 Q.   Just if there's something other than not
20 being a citizen, does the CVAP data account for
21 it?  Felon disenfranchisement is probably the
22 best example.
23 A.   Okay, it also accounts for age.

1 Q.   So you looked at registration, both
2 statewide and in the five particular counties at
3 issue, right?
4 A.   I did.
5 Q.   And as I recall, there wasn't detailed data
6 for Crenshaw County, but then you looked at
7 Limestone, Elmore, Madison, Montgomery, and
8 Morgan.  Is that right?
9 A.   On some things.  I did have registration
10 and turnout data for Crenshaw, but the ACS didn't
11 have some data available.
12 Q.   Sure.  Sure.  So CVAP data, do you know if
13 it accounts for prison populations in those
14 individual counties?
15 A.   It depends on which estimate you're talking
16 about.  So for the data that's relying on turnout
17 from the Secretary of State's office, it doesn't;
18 but then when you look at the other calculations
19 of turnout that I have state-wide, for instance,
20 from the current population survey, that's a
21 household survey, it doesn't include group
22 quarters.
23 Q.   So when considering the Secretary's data,

Page 26

1  though -- well, the CVAP is the denominator,
2  right?  Does the CVAP that you're using as the
3  denominator for the counties, does it take into
4  account the prison population of those counties?
5  A.   No, not for the Secretary of State's data,
6  but it does, like I said, for the other estimates
7  that I provide.
8  Q.   So the other estimates, they're tied to
9  turnout themselves, right, the survey estimates?
10 A.   So what does that mean?
11 Q.   You're saying the prison population only
12 matters for the Secretary data, the survey data
13 incorporates that.  Is that because it comes up
14 with the registration number based on survey
15 results per turnout?
16 A.   So that's not right.  The reason that it
17 doesn't is that the population for the survey
18 itself is households, not group quarters.  So,
19 yes, that's the reason, because the population of
20 the survey excludes them.
21 Q.   And do you compare that survey data to CVAP
22 data at any point?
23 A.   If by, for instance, you mean -- I think in

Page 27

1  one of the paragraphs, I talk about the fact that
2  the 2020 CPS registration and turnout estimates,
3  you compare those to the ones that I calculated
4  using the Secretary of State data.
5  Q.   So where you're using the CVAP data with
6  the Secretary of State data, and there is a
7  prison population, that could skew the
8  denominator in those cases, couldn't it?
9  A.   It may inflate the denominator, but I don't
10 really know, for instance, or think -- scratch
11 that.  I don't really think that it is an issue
12 with respect to -- I'm sorry, let me back up.  It
13 could skew the data because, again, I'm comparing
14 it to the current population survey, the numbers
15 seem comparable.
16 Q.   Which numbers in particular?
17 A.   So, for instance, the statewide numbers are
18 comparable.
19 Q.   The statewide numbers for registration?
20 A.   And turnout, yes.
21 Q.   And turnout?
22 A.   The numbers for turnout, especially, are
23 comparable to what we would get with the CPS; so

Page 28

1  in terms of skew, that's an indication to me that
2  the skew isn't causing the disparity.
3  Q.   But is it possible that there is some skew?
4  A.   It's possible.
5  Q.   So in a county like Elmore County, for
6  instance, that has several prisons, if the prison
7  population is larger, that's both inflating the
8  population of the county and also decreasing the
9  population of the county that's eligible to vote,
10 right?
11 A.   It could be; but, again, I don't know if
12 it's doing that -- sorry for the noise -- if it's
13 doing that disproportionately.
14 Q.   You just don't know?
15 A.   I'm sorry?
16 Q.   You don't know?
17 A.   That it's doing that disproportionately for
18 different groups, that's right.
19 Q.   So how did you choose the elections to
20 consider in your report?
21 A.   So I was really trying to go back to the
22 actual last few state legislative elections, and
23 the ones that I had available, where there were

Page 29

1  race data available on the Secretary of State's
2  website, were 2018 and 2020.
3  Q.   Why didn't you consider any older
4  elections?
5  A.   If I remember correctly, I'm not sure there
6  were -- I'm not sure the data were on the website
7  by race.  I'll have to go back and check, but I
8  don't recall that they were.
9  Q.   So for, say, the 2016 presidential general
10 election?
11 A.   Yes.  I don't recall if those data were on
12 the -- the race data were on the Secretary of
13 State's website.
14 Q.   What about the 2017 special U.S. Senate
15 election?
16 A.   Yes, I don't know that those were
17 available.
18 Q.   If they had had race data, would they still
19 be probative?
20 A.   I don't know.  That's a legal term.
21 Q.   Would you consider them relevant to your
22 analysis, if they did have this particular data
23 that you're not sure if they had or not?

8 (Pages 26 - 29)

1 A.    The data I have now are more recent, so I
2 don't know if they would be more or less
3 probative.  I do think that, yes, there can be
4 idiosyncratic elections at any given moment, so I
5 think that at least I have registration data from
6 three and turnout data from two of the last
7 elections.
8 Q.    For survey data, is this right that you
9 only have it for the 2020 election?
10 A.    Yes, I only compared it -- I provided a
11 comparison for the one election.
12 Q.    So not for 2022 or 2018, then?
13 A.    I'm sorry, twenty --
14 Q.    2022 or 2018?
15 A.    No.
16 Q.    Note 19 of your report, which starts here
17 on this page, says "The self-reported estimates
18 from the current population survey may be a
19 better estimate of voter registration because of
20 deadwood."  Is that right?
21 A.    And also other issues like purging or list
22 maintenance.
23 Q.    Is purging or list maintenance something

1 different than deadwood?
2 A.    So if, for instance -- purging or list
3 maintenance is the active cleaning of voter
4 registration lists, either for people who don't
5 respond to a card, for whatever reason, but
6 deadwood may refer to people who have moved out
7 of the county but are still on the voter
8 registration role, or died.
9 Q.    Do you cite anything in this report that
10 shows that deadwood, purging, list maintenance,
11 that any of those three affect black registration
12 rates more than white registration rates?
13 A.    I don't.
14 Q.    And looking at some of these statistics,
15 here in the middle of the page you've got 2018
16 and the registration gap.  So based on the SOS
17 data and the CVAP data, in 2018 it was
18 88.4 percent of white CVAP was registered to
19 vote.  Is that right?
20 A.    Yes, that's what I came up with.
21 Q.    And 88 percent of black CVAP was registered
22 to vote?
23 A.    Yes.

1 Q.    So only a .4 percent difference in the
2 registration, right, in 2018?
3 A.    Yes.
4 Q.    And looking at turnout in 2020, you've been
5 using the CPS, there's a gap of about 8.1 percent
6 between white and black turnout; is that right?
7 A.    That's right.
8 Q.    Although it shows for 2020 about a 10
9 percent gap in registration?
10 A.    Yes.
11 Q.    By comparison, the Secretary of State data
12 showed about a 2.2 percent gap in black and white
13 registration?
14 A.    Yes.
15 Q.    The next section of your report discusses
16 educational attainment, right?
17 A.    It does.
18 Q.    And is it fair to say the general idea here
19 is that higher rates of education or higher
20 educational attainment leads to more voter
21 turnout?
22 A.    Yes.
23 Q.    Looking at, you've got a bar graph on page

1 10, this is Figure 3, it's titled Alabama
2 Statewide Educational Attainment Age 25 and
3 Older.  Is that right?
4 A.    That's right.
5 Q.    Can you see that okay?
6 A.    Yes.
7 Q.    There are four different categories on this
8 bar graph; Less Than High School, High School or
9 Equivalent, Some College, and Bachelor's or
10 Higher.  Is that right?
11 A.    That's right.
12 Q.    High School or Equivalent, that includes
13 things like G.E.D.s, right?
14 A.    Yes.
15 Q.    Now, does Some College include things like
16 associate's degrees?
17 A.    Yes.  It includes associate's as well as
18 uncompleted.
19 Q.    And Bachelor's or Higher, that's
20 bachelor's, master's, professional degrees,
21 Ph.D.s, things of that nature?
22 A.    That's right.
23 Q.    Do all these bar graphs or their respective

1 racial groups total to a hundred percent?

2 A.   I think so.  I don't have the exact numbers

3 here.  Let me see.  It looks like it could be

4 close.

5 Q.   Maybe a rounding error off, but it purports

6 to fill the whole universe of educational

7 attainment, right?

8 A.   I think so.

9 Q.   So then looking at this graph, Less Than

10 High School in particular, looks like Less Than

11 High School Education is about 10 percent.  Is

12 that right?

13 A.   Yes.

14 Q.   And black is about 15 percent?

15 A.   Yes.

16 Q.   So that's a five percent gap?

17 A.   Five percentage point gap.

18 Q.   So assuming the others total to

19 100 percent, approximately 90 percent of the

20 white population in Alabama has at least a high

21 school diploma, right?

22 A.   Yes.

23 Q.   And approximately 85 percent of the black

1 population in Alabama has at least a high school

2 diploma?

3 A.   Yes.

4 Q.   So a five percentage point disparity in

5 total?

6 A.   In terms of having a high school diploma?

7 Q.   Right.

8 A.   Yes.

9 Q.   So the vast majority of Alabama's

10 population, white or black, has at least a high

11 school diploma, right?

12 A.   Yes.

13 Q.   Now, in general, do you know whether

14 Alabama has a higher or lower rate of college

15 education?

16 A.   I don't know what you mean.

17 Q.   Yes, that was a poor question.  Does

18 Alabama's population have a high percentage of

19 college degrees compared to some other states?

20 A.   It depends on the state.

21 Q.   Do you know approximately what percentage

22 of Alabama's population has at least a college

23 degree?

1 A.   Overall, just looking very quickly here at

2 the bars, I would guess it's somewhere between 20

3 and 30 percent.

4 Q.   Do you know how that compares to, say, the

5 national average?

6 A.   The national average, I don't know off the

7 top of my head.

8 Q.   So you don't know whether Alabama has a

9 lower rate of college education compared to the

10 national average?

11 A.   I don't have those numbers off the top of

12 my head.

13 Q.   But most of Alabama's population doesn't

14 have at least a college degree, right?

15 A.   That's right.

16 Q.   So here we see about 30 percent of white

17 adults 25 and over have a bachelor's degree or

18 higher?

19 A.   30 percent, yes.

20 Q.   And approximately 18 percent of black

21 adults, age 25 and over, have bachelor's degree

22 or higher?

23 A.   Yes.

1 Q.   Let me scoot down, Dr. Burch, to page 12.

2 This is page 12 of your report, Figure 5, Percent

3 with Bachelor's Degree or Higher, age 25 and

4 older.  Can you see that?

5 A.   I do.

6 Q.   So this is broken down by the five counties

7 you had survey data for, right?

8 A.   That's right.

9 Q.   And the general pattern of white adults 25

10 and older, they have higher rates of bachelor's

11 degrees compared to the black population in these

12 counties, right?

13 A.   Yes.

14 Q.   Looking at Madison County, in particular,

15 Madison County black adults have a higher rate of

16 educational attainment of bachelor's degrees than

17 white adults in neighboring Limestone or Morgan

18 Counties, right?

19 A.   Yes.

20 Q.   And looking to Montgomery, Montgomery black

21 adults are above Elmore County or about even with

22 Elmore County white adults, right?

23 A.   I think they are lower.

1 Q.   Lower, but would you say it's close?
2 A.   I don't recall how close or how many points
3 exactly.  I don't want to guess.
4 Q.   Well, looking at the bar graph here, we've
5 got this bottom line is 20 percent, right?
6 A.   I see that.
7 Q.   And the top line is 30 percent?
8 A.   I see that.
9 Q.   So where would you say this bar graph for
10 Elmore County is?
11 A.   It looks like it's about 28.
12 Q.   28?
13 A.   Yes, that's my -- again, that's me
14 eyeballing it.  I don't recall exactly.
15 Q.   And then this line is 20, still, over here,
16 right?
17 A.   Yes.
18 Q.   And this is 30?
19 A.   Yes.
20 Q.   And where is the Montgomery black adult
21 population at?
22 A.   That could be 23 or 24.  I actually don't
23 recall.

1 Q.   What's the marginal value of additional
2 educational attainment?
3      MS. CARTER:  Objection to form.
4 A.   I'm sorry, I don't understand your
5 question.
6 Q.   What's the marginal value of additional
7 educational attainment, as it pertains to
8 turnout?  In other words, does it increase at a
9 1:1 ratio at each different step?  Looking at
10 Figure 3, for example, is there a 1:1
11 relationship?  Is there some different
12 statistical relationship?  How does it increase?
13 A.   It's not 1:1, typically.  So there is a
14 bigger return to college, so the four-year --
15 there's a big return between less than high
16 school and high school, but there's also a big
17 return between high school and bachelor's.
18 Q.   What about between high school and some
19 college?
20 A.   That's true as well.
21 Q.   What about between some college and
22 bachelor's?
23 A.   Between some college and bachelor's, yes.

1 So in general, the real return is the bachelor's
2 degree.
3 Q.   What do you mean by that, "the real
4 return"?
5 A.   So in some states, it could be as much as
6 25 to 30 points higher than high school, but some
7 college and high school are much more similar.
8 Q.   Do you know what it is in Alabama?
9 A.   I don't know.
10 Q.   What about between like a bachelor's degree
11 and a master's?
12 A.   Again, typically the gap is less, so a
13 bachelor's and a master's might be usually less
14 than ten points, I'd say.
15 Q.   But it's a smaller gap, compared to these
16 four categories?
17 A.   Yes.
18 Q.   So for educational attainment, you cite
19 this Verba, Schlozman, and Brady book, Voice and
20 Equality?
21 A.   I do.
22 Q.   You cite it for kind of the thesis or the
23 conclusion that resources increase turnout?

1 A.   Yes.
2 Q.   It looks like that book was published in
3 1995.  Is that right?
4 A.   That's right.
5 Q.   Is that research relevant today, or is that
6 research starting to get outdated?
7 A.   So it's been confirmed quite a bit.  So,
8 for instance, if you look -- wo, can you stay
9 where you are?
10 Q.   I'm sorry?
11 A.   Can you go back down a little bit, go back
12 up a little to the bottom of the footnotes.  So
13 Smets and van Ham, that article, that 2013
14 article, actually re-tests and does an analysis
15 of articles based on their work and finds
16 confirmation.
17 Q.   So you said Smets and van Ham does an
18 analysis of other articles?
19 A.   Yes.
20 Q.   How does it go about doing that?  It's not
21 doing research itself, it's compiling research
22 from other resources?
23 A.   So they're conducting a meta-analysis of

1 work that has either done research that's
2 relevant to the Verba, Schlozman, and Brady model
3 or that's done work that actually tests the model
4 itself, and so they analyze -- basically, a
5 meta-analysis looks at the pattern of results
6 over time across articles to see if -- I guess a
7 good layman's way to explain it is, if that
8 number of articles could have found these
9 results, that pattern of results by chance.
10 Q.   So you said that meta-analysis can be used
11 to confirm the conclusion from the Verba,
12 Schlozman, and Brady book?
13 A.   Yes, specifically with respect to
14 resources.
15 Q.   I think this is the discussion of Smets
16 here, note 28, Smets and van Ham?
17 A.   Yes.
18 Q.   So it was analyzing research appearing in
19 top 10 political science journals and finds that
20 most studies confirm the importance of individual
21 socioeconomic status, particularly educational
22 attainment, to voting?
23 A.   That's right.

1 Q.   So both education but also other
2 socioeconomic factors?
3 A.   Some of them.
4 Q.   Do you know which ones?
5 A.   So, it depends.  If I remember, just off
6 the top of my head, that unemployment -- they
7 found less support for unemployment, I think.  Or
8 maybe it was occupational status.  I think they
9 found less support for the kind of occupation a
10 person is doing.
11 Q.   Speaking of just education in general, are
12 there any confounding variables that might lead
13 its effect to be overstated?
14 A.   Can you repeat the beginning of that
15 question?
16 Q.   So thinking of educational attainment, in
17 particular, are there any confounding variables
18 that might lead to its effect being overstated?
19 A.   What do you mean by "confounding
20 variables"?
21 Q.   Is there anything that might lead to the
22 result being overstated, some factor not
23 controlled for, et cetera?

1 A.   That might make education a factor, that
2 might make education not -- I can't think of
3 anything in the studies that I've read that have
4 identified -- they're pretty generous in terms
5 of -- I'm sorry, they're pretty rigorous in terms
6 of controls.  Even the one I cite in Note 29
7 relies on a natural experiment.
8 Q.   What about, do higher levels of education
9 in a community overall among a whole population,
10 not as to an individual but the whole population,
11 does that correspond to higher levels of turnout
12 overall?
13 A.   So could you state that question in another
14 way?  I'm having a hard time picturing what you
15 mean.
16 Q.   So assume Alabama has 30 percent of its
17 population with a bachelor's degree.
18 A.   Okay.
19 Q.   And assume another state has 50 percent of
20 its population has a bachelor's degree.  Would
21 you see higher voter turnout in the state with
22 50 percent of its population having a bachelor's
23 degree, or would you expect to see that?

1     MS. CARTER:  Objection, speculation.
2 A.   It might depend on some other factors, but
3 I think I would expect to see something like
4 that.  But I don't know by how much higher.  So,
5 for instance, it could be that that other state
6 might have 50 percent higher bachelor's degrees
7 but like double the poverty, so it kind of
8 depends.
9 Q.   Sure.  Let's just say controlling for the
10 other factors.  If you're considering a community
11 with a higher level of educational attainment
12 among the entire population, contextual
13 education, would you expect to see higher levels
14 of turnout overall, compared to a state with
15 lower levels of educational attainment?
16 A.   I'm sorry, controlling for other factors,
17 including related to things -- sorry.  The
18 problem is, as you asked me that question, I'm
19 starting to think about all the other confounding
20 things that might interfere with that kind of
21 analysis, like electoral competitiveness, so I
22 don't know that I -- it's kind of hard for me to
23 imagine a comparison where that would -- I would

1 have to -- it's hard for me to sit here and
2 imagine a comparison where that would hold, so,
3 yes.  It's just hard for me to imagine that
4 comparison.
5 Q.    Do you know if there have been any studies
6 on it?
7 A.    There have been some, I think.  There may
8 have been some.  There have been dozens of
9 studies that might look at cross-state turnout
10 and hold education constant; but, again, I would
11 have to look and see, off the top of my head, you
12 know, what they look like.  Again, it's just hard
13 for me to think about and imagine across time and
14 space the number, sitting here right now, you
15 know, with your hypothetical, what that looks
16 like.
17 Q.    Sure.  You mentioned electoral
18 competitiveness in your, maybe answer before
19 last, as one potential thing that you thought
20 made it hard to compare.
21 A.    Across state, yes.
22 Q.    So what are you calling electoral
23 competitiveness?

1 A.    So if there's a particularly salient
2 statewide election in one state versus another,
3 then you might have differential mobilization;
4 so, you know -- yes, that's one thing that I mean
5 by that.
6 Q.    What do you mean by a "salient election"?
7 A.    That could be across any number of
8 dimensions.  Even a state with a gubernatorial
9 election on the ballot versus one that doesn't,
10 they may have different -- you know, voters may
11 be more interested in turning out in that
12 election than in a state that doesn't have a
13 gubernatorial election.
14 Q.    So an election with a higher office on the
15 ballot might increase voter turnout because of
16 interest?
17 A.    It could be either because of higher office
18 or the race is generally closed, so it just
19 depends.  There may be a reason that, you know,
20 one state may have an election on the ballot and
21 the other doesn't.
22 Q.    And you mentioned mobilization as well?
23 A.    Yes.

1 Q.    And what do you mean by that?
2 A.    People might be more motivated to turn out.
3 Q.    Does mobilization get to the idea that
4 people also try to persuade voters to turn out?
5 A.    Yes, it could be used that way as well.
6 Q.    Lower down in your report, you discuss
7 socioeconomic factors in general, starting at
8 this point on page 12.  Can you see that?
9 A.    I do.
10 Q.    Additional Measures of Socioeconomic
11 Status.  So some of the things you consider, you
12 consider a median household income?
13 A.    I do.
14 Q.    Civilian unemployment?
15 A.    Yes.
16 Q.    Family poverty by race of the householder?
17 A.    Yes.
18 Q.    Health insurance rates?
19 A.    Yes.
20 Q.    Computer ownership?
21 A.    Yes.
22 Q.    Broadband access?
23 A.    Yes.

1 Q.    Vehicle ownership?
2 A.    Yes.
3 Q.    Do you control for any other variables that
4 might explain those disparities other than race,
5 or are you just reporting the absolute numbers?
6     MS. CARTER:  Object to the form.
7 Dr. Burch, give me a second to object, just in
8 case, but objection to form.
9 A.    So these are presentations of the
10 percentages by race.
11 Q.    So these are absolute values, the median
12 household income is this for black Alabama
13 households and this for white Alabama households?
14 A.    Yes.
15 Q.    So do you control for any other variables
16 that may explain the disparities other than race?
17     MS. CARTER:  Objection to form.
18 A.    This isn't a regression analysis.
19 Q.    So no?
20 A.    No.
21 Q.    So there could be some variable other than
22 race that explains this differential?
23     MS. CARTER:  Objection to form.

1 A. So in the line above, for instance, I say,
2 "Educational attainment affects income, poverty,
3 and employment," so that would be one.
4 Q. So there are other variables besides race
5 that might explain the differentials that we see
6 in these numbers?
7 MS. CARTER: Objection. That's fine, go
8 ahead.
9 A. So as I said before, race affects
10 educational attainment, too, so that actually
11 isn't -- so I wouldn't classify that as a
12 variable that isn't related to race that explains
13 those socioeconomic categories.
14 Q. Are there any variables, other than race or
15 education, that you would consider pertinent?
16 MS. CARTER: Objection to form.
17 A. That I would consider -- I'm sorry, what
18 was the last word?
19 Q. Pertinent.
20 A. Under factor 5, they ask specifically about
21 disparities between minority groups, so I don't
22 think about -- so pertinent, I don't -- that's a
23 question, I think, that is for the judge to

1 decide.
2 Q. I'm not asking you a legal question, I'm
3 asking you a research question. Are there any
4 research variables that might explain this
5 differential, other than race or education?
6 MS. CARTER: Same objection. Objection to
7 form.
8 A. Actually, I think those two variables
9 explain a large proportion of outcomes with
10 respect to employment.
11 Q. Are there any others?
12 A. There may be some; but like I say here,
13 much of the impact of socioeconomic status
14 happens through education, again, so those are
15 the two main variables that we need to think
16 about with respect to income socioeconomic status
17 generally.
18 Q. But you didn't conduct a regression
19 analysis here, right?
20 A. No.
21 Q. So you consider education to be relevant to
22 it, but you have not tested that hypothesis here,
23 have you?

1 A. Yes. Because, again, if you look at the
2 data, there are racial disparities in education.
3 Q. So that education and race are the only
4 things that might explain the difference in
5 median household income?
6 A. No. I'm saying it explains most of the
7 outcomes on income.
8 Q. But you haven't done a regression analysis
9 to test that, have you?
10 A. No.
11 Q. These disparities and these particular
12 socioeconomic factors, do they exist in other
13 states?
14 MS. CARTER: Objection to form.
15 A. It depends on the state.
16 Q. Is that a "yes"?
17 A. Sometimes, yes.
18 Q. You said you reviewed Dr. Hood's report,
19 right?
20 A. I did.
21 Q. And you reviewed the portion of his report
22 in particular where he went through how
23 disparities and certain of these metrics exist in

1 other states, right?
2 A. Yes.
3 Q. So do you disagree with his conclusion
4 that, in fact, these sorts of disparities appear
5 in nearly every state with a greater than ten
6 percent black population?
7 A. I disagree with his conclusion to the
8 extent that I think it's incomplete.
9 Q. Why do you think it's incomplete?
10 A. Well, because, for starters, he doesn't --
11 I don't know why he picked -- I don't know why he
12 picked that selection of states, but I also
13 disagree to the extent that I think it's both
14 important that there is a disparity, but also the
15 overall well-being is something that he doesn't
16 discuss.
17 Q. But do you disagree with the numbers that
18 numerically these sorts of disparities that you
19 lay out here exist in every other state with a
20 black population of greater than ten percent?
21 A. I disagree that this sort of disparity
22 exists in other states to the extent that, again,
23 many of the states even Dr. Hood puts in, if you

14 (Pages 50 - 53)

1 look at Alabama in comparison, Alabama's black
2 people in comparison to black people in those
3 other states, the black Americans in Alabama are
4 just abjectly worse-off by tens of thousands of
5 dollars with respect to median income.
6 Q.   Well, aren't white Alabamians also tens of
7 thousands of dollars worse-off compared to many
8 of those states?
9 A.   They are in some, but not in all.
10 Q.   But in some they are, right?
11 A.   Say what?
12 Q.   But they are in some?
13 A.   In some but not in all.  So again, black
14 people in Alabama are worse-off compared to white
15 people in Alabama, white people in those other
16 states and almost all the black people in those
17 other states.  So when I look at that chart, what
18 I see is that Alabama is exceptional in terms of
19 just the absolute level of poverty that black
20 people -- median income and poverty than those
21 other metrics.
22 Q.   But you don't have any critique of Dr.
23 Hood's math?

1 A.   I haven't checked his math.  Again, I do
2 have a critique of the states that he showed.
3 Q.   And what is that critique?
4 A.   It's incomplete.
5 Q.   Why?
6 A.   Because there are like forty -- so there
7 are, I guess -- what is that math, 29 other
8 states?
9 Q.   So you think all states are relevant,
10 regardless of what black population they might
11 have?
12 A.   Sure.
13      (Whereupon, at this time a short break
14 was taken.)
15 Q.   Dr. Burch, you didn't happen to grab a copy
16 of your report during the break, did you?
17 A.   Oh, yes, I do have one.
18 Q.   That's perfect.  It will just be, I think,
19 easier to kind of run through it that way.  So
20 before we broke, we were talking about the
21 socioeconomic disparities, right?
22 A.   Yes.
23 Q.   And you were critiquing Dr. Hood's report,

1 saying that it didn't present the full picture
2 and that black residents of other states are
3 still better-off than Alabama residents.  Is that
4 fair?
5 A.   Yes.
6 Q.   Is that a fair summary of what you said?
7 A.   Yes.
8 Q.   What about the cost of living in those
9 other states compared to Alabama?
10      MS. CARTER:  Objection to form.
11 Q.   And they have a lower cost of living than,
12 say, California.
13 A.   Are you asking -- are you saying that these
14 states that Dr. Hood says are comparable aren't
15 comparable to Alabama?
16 Q.   No.  I'm asking you, you're saying they're
17 not comparable because the overall numbers are
18 different, the overall median income, for
19 example.  And what I'm asking you is, compared to
20 the ones where the median income is higher,
21 doesn't Alabama have a lower cost of living?
22 A.   That may not necessarily -- A, that may not
23 necessarily be the case; and B, again, I didn't

1 say they weren't comparable.  I said that Alabama
2 is worse-off relative to -- black people in
3 Alabama are worse-off relative to black people in
4 most of those other places, so I was making a
5 comparison.
6 Q.   And you said in particular they're
7 worse-off because they're making tens of
8 thousands fewer dollars, right?
9 A.   Yes.
10 Q.   But a relevant factor in that might be
11 whether the cost of living in Alabama is lower,
12 right?
13 A.   It depends.  Again, I'm not the one who,
14 again, is trying to make a bigger point about
15 comparison from Alabama to other states, so I'm
16 assuming based on the fact that he presented that
17 table, he's arguing that Alabama is comparable to
18 other states.  He didn't say anything about cost
19 of living.
20 Q.   Well, Dr. Burch, you present the gap in
21 your report, right?  Let's stick with median
22 income for this discussion.  There's a gap in
23 median income between black residents and white

15 (Pages 54 - 57)

1 residents, right?
2 A.   That's right.
3 Q.   And you said a moment ago that black
4 residents in Alabama, regardless of what the gap
5 may be, are worse-off compared to other states
6 because they make tens of thousands fewer
7 dollars, right?
8 A.   That's right.
9 Q.   Are they worse-off when considering
10 differing costs of living?
11 A.   Can you put up Dr. Hood's chart, please?
12 Q.   I don't think the chart is necessary.  What
13 I'm asking is, is cost of living relevant to
14 whether --
15       MS. CARTER:  Objection.  You're asking her
16 about a table and you're not showing it to her.
17       MR. SMITH:  I'm not asking her about the
18 table.  I'm asking her about, just the question
19 about cost of living, whether that's relevant to
20 median income.
21       MS. CARTER:  If you're referencing another
22 document or another report while you're asking a
23 question, you should show her what you're

1 referencing.
2       MR. SMITH:  I will be happy to show her the
3 report, but I don't think it's relevant.
4 A.   Well, I can't give you my answer without
5 the report, so that's why I wanted to see it.
6 Q.   Can you see this, Dr. Burch?
7 A.   I can.
8 Q.   Let me just start at the top.  This is the
9 Expert Report of M.V. Hood III?
10 A.   It is.
11 Q.   And this is the report you reviewed?
12 A.   Yes.
13 Q.   I'll mark this as Exhibit 3.
14       (Whereupon, Defendants' Exhibit Number 3
15 was marked for identification, a copy of which is
16 attached to the original of the transcript.)
17 Q.   And here is Dr. Hood's median household
18 income comparison, right?
19 A.   Yes.
20 Q.   Now, my question is, you said that black
21 residents of Alabama are worse-off because they
22 make tens of thousands fewer dollars than black
23 residents of other states.  My question about

1 that is, is the cost of living relevant to that
2 statement?
3 A.   So my answer to that is twofold.  One, Dr.
4 Hood doesn't think so because he doesn't present
5 cost of living; so just based on that
6 information, you know, I'm working with what I've
7 got here.  The second thing is, I don't know --
8 so just looking at some of these states, for
9 instance, Georgia is a neighboring state,
10 Tennessee, other states, I don't know that they
11 have higher cost of living, but they definitely
12 have higher median household income.  The third
13 point, relatedly, cost of living doesn't really
14 affect the other tables, like poverty rate, for
15 instance.
16 Q.   Well, Dr. Burch, I'm just asking you about
17 this table.  I'm not asking you about Dr. Hood's
18 conclusions, I'm asking you about your
19 statements.  So let's look at this table.  You
20 live in Illinois, right?
21 A.   I do.
22 Q.   So looking at Illinois on the table, black
23 residents of Illinois, the median income

1 is $46,717, right?
2 A.   Right.
3 Q.   And in Alabama, it's $40,661, right?
4 A.   Right.
5 Q.   Is the cost of living higher in Illinois
6 than in Alabama?
7 A.   Number one, I don't know the answer to
8 that; number two, I don't know if it's -- even if
9 it were higher, I don't know if it's high enough
10 to justify that gap, so it's hard for me to
11 answer that question without him providing me the
12 extra information.
13 Q.   You don't know?
14 A.   Right, so I'm saying -- yes.  So I'm saying
15 that just taking the table at face value that
16 he's given me, what I see is that according to
17 the average he presents at the bottom, as well as
18 other states on that table, black people in
19 Alabama are worse-off than both white Alabamians,
20 as well as black people, in most of those other
21 states.
22 Q.   So black people in Illinois making $46,717
23 are better-off than black people in Alabama

Page 62

1 making $40,661?
2 A.   Again, that's the table he has presented.
3 Q.   I'm asking your opinion, Dr. Burch.  Do you
4 think the cost of living is relevant to that
5 statement?
6 A.   I don't have any information -- again, I
7 wasn't asked to analyze Illinois.  You just asked
8 me about this table and I told you my opinion
9 about the table; so if you're saying that the
10 information he has presented is missing pertinent
11 information, and I should evaluate cost of living
12 or we should consider cost of living, then that
13 should be in the table.
14 Q.   Do things cost the same amount in every
15 state?
16     MS. CARTER:  Objection to form.
17 A.   Some things probably do.  I don't know the
18 answer to that.
19 Q.   Are you familiar with the cost of living,
20 that metric?
21 A.   Yes.
22 Q.   What is it?
23 A.   It's an estimate that the CPS makes, based

Page 63

1 on a basket of consumer goods that they update
2 periodically.
3 Q.   Does it get at the idea that somewhere with
4 a higher cost of living, you need more money to
5 buy that basket of goods?
6 A.   It does.
7 Q.   So you can make $40,000 in one state, then
8 if you're in another state where the cost of
9 living is much higher, making $46,000 might not
10 get you as far, right?
11     MS. CARTER:  Objection to form.
12 A.   Again, I don't know both whether, A, the
13 cost of living in a particular state is higher or
14 lower, and so if you're saying that these
15 comparisons across states, we shouldn't make
16 these comparisons across states, then again, I'm
17 just taking the table at face value.  I didn't
18 choose to make these comparisons.
19 Q.   Dr. Burch, let's take two states.  Let's
20 take a hypothetical.
21 A.   Okay.
22 Q.   In one, the cost of living is twice as much
23 as the other.  Easy enough?

Page 64

1     MS. CARTER:  Object to form.
2 A.   Yes.
3 Q.   If in one state the median income is
4 $40,000 -- let's say the median income is $40,000
5 in both.  Which person is better-off, in terms of
6 income?
7     MS. CARTER:  Objection to form.
8 A.   So by "better-off" --
9 Q.   In terms of income, which would have more
10 purchasing power?
11 A.   So the person in the state with the lower
12 cost of living may be better-off, in your
13 hypothetical.
14 Q.   So in your report, you didn't consider
15 comparisons to other states relevant?
16 A.   No.
17 Q.   Let's scoot on in your report, Dr. Burch,
18 to health.  The heading starts on page 17, as I
19 see it.
20 A.   I've got it.
21 Q.   So you talk about several measures of
22 health, health insurance, infant mortality, et
23 cetera.  Is that right?

Page 65

1 A.   That's right.
2 Q.   How does infant mortality affect voting
3 turnout?
4 A.   It's just an overall measure of the general
5 health of the population.
6 Q.   So that statistic, in and of itself,
7 doesn't impact voting turnout, does it?
8 A.   No.  It's sort of like overall life
9 expectancy in infant mortality or general
10 measurement of health of a population.
11 Q.   So if you hold all other variables constant
12 and you assume an equally healthy white and black
13 voter, is there any difference in ability to
14 vote?
15     MS. CARTER:  Objection to form.
16 A.   So according to the research that I cited
17 that do that work, again, controlling for the
18 poor health of the person, health is just one
19 factor that could affect voting; but, yes,
20 generally people in better health tend to be able
21 to vote more than people in poorer health.
22 Q.   I'm saying assuming equally healthy white
23 and black voter, and hold every other factor

Page 66

1  constant, education, et cetera.
2  A.   Okay.
3  Q.   Is there any difference in a black voter
4  and a white voter's ability to vote?
5     MS. CARTER:  Objection to form.
6  A.   So you're saying assume -- so you're
7  basically saying assume that everything else is
8  constant, and health is constant, is there any
9  difference in ability, then, no.  But again, I
10  don't -- it depends on what you mean by "assume
11  everything else is constant."
12  Q.   Do you have a copy of your rebuttal report?
13  A.   I do.
14  Q.   Will you flip in it to page 12?
15  A.   Sure.  (Witness complies.)  Okay.
16  Q.   I want to focus on this big paragraph in
17  the middle, primarily.  The first sentence of it
18  says, "Disparities in arrests for violent crimes
19  still do not account for the gap in Alabama
20  today."  Do you see that?
21  A.   I do.
22  Q.   And did I read that right?
23  A.   Yes.

Page 67

1  Q.   Then four lines down, a few words in, you
2  say, "The FBI's Uniform Crime Report data shows
3  that a majority of people arrested for committing
4  crimes in Alabama in 2022 were white, not black."
5  Did I read that right?
6  A.   Yes.
7  Q.   So that's just talking about arrest data,
8  right?
9  A.   That's right.
10  Q.   Now, do all arrests end in equal periods of
11  incarceration?
12  A.   No.
13  Q.   Some don't end in incarceration at all,
14  right?
15  A.   That's right.
16  Q.   Some might not even be convictions?
17  A.   Yes, that's right.
18  Q.   So arrest rates don't necessarily translate
19  exactly to incarceration rates, right?
20  A.   Oh, yes.  That's why I also talk about
21  prison admissions.
22  Q.   A couple lines -- the sentence after that,
23  you say, "Moreover, only 80 more people were

Page 68

1  arrested for committing crimes against persons in
2  Alabama than white people in 2022."  Do you see
3  that?
4  A.   "80 more black people were arrested for
5  committing crimes against persons in Alabama than
6  white people."
7  Q.   In 2022, right?
8  A.   Yes.
9  Q.   What are crimes against persons?  More
10  specifically, are crimes against persons and
11  arrests for violent crime, are those the same
12  thing?
13  A.   Yes.  I was just using the terms that the
14  FBI used.
15  Q.   Do you see my screen, Dr. Burch?
16  A.   I do.
17  Q.   Is this the crime data, the FBI Crime Data
18  Explorer that you were looking at?
19  A.   It looks like it.
20  Q.   And these are arrest offense counts in
21  Alabama for 2022?
22  A.   Can you scroll up a bit?  Yes, it should be
23  the whole state, right?

Page 69

1  Q.   I believe it to be.
2  A.   Okay.
3  Q.   Based on the number, I don't think those
4  are all in point --
5  A.   Yes, in point present.
6  Q.   So down here at the bottom under this tab
7  that says Related Offenses, would you read that
8  sentence for me?
9  A.   Yes.  "Violent crime is composed of four
10  offenses, homicide, rape, robbery, and aggravated
11  assault."
12  Q.   And under this stat, they've got Person
13  Crimes.  Actually, let's scroll up here.  Arrests
14  for Crimes Against Person Offenses, do you see
15  that?
16  A.   Yes.
17  Q.   And I've expanded it, so you see that's
18  less, that's more, so that's all of them?
19  A.   Uh-huh.
20  Q.   Do you include anything more than what was
21  in the violent crime definition?
22  A.   Yes.  It has simple assaults, sex offenses,
23  human trafficking.  I would have to go back and

18 (Pages 66 - 69)

1 see if manslaughter -- well, that's zero.  Yes.
2 Q.   So it includes some things that aren't in
3 the violent crime definition?
4 A.   Yes.
5 Q.   So those definitions aren't the same,
6 crimes against persons and arrests for violent
7 crimes?
8 A.   Not per the FBI's definition.
9 Q.   Which is the definition that you said you
10 used in this paragraph, right?
11 A.   No.  I said I used crimes against persons.
12 Q.   Right.  And these are things that are
13 crimes against persons, right?
14 A.   Right.
15 Q.   And I asked a moment ago what the
16 difference between crimes against persons and
17 violent crimes was, and you said they were the
18 same thing?
19 A.   I think they are.
20 Q.   You think they are?
21 A.   Yes.
22 Q.   But the FBI's definition, which you said
23 you used, defines them differently, doesn't it?

1 A.   No.  I said I used the FBI's definition for
2 crimes against persons, not their violent crime
3 definition.
4 Q.   Okay.  The first sentence of this paragraph
5 in your report says, "Disparities in arrests for
6 violent crime," right?
7 A.   Yes.
8 Q.   And how does the FBI define "violent
9 crime"?
10 A.   Again, they define "violent crime" right
11 there, but I was clear in my definition where I
12 said crimes against persons.
13 Q.   But if all crimes against persons aren't
14 defined as violent crimes, then there might still
15 be a disparity in arrests, right?
16 A.   I'm sorry, I think there were some double
17 negatives in there.
18 Q.   Let me step back.
19 A.   Okay.
20 Q.   This Crimes Against Person Offenses
21 category includes simple assault, right?
22 A.   Yes.
23 Q.   Are you familiar with simple assault,

1 generally?
2 A.   Yes.
3 Q.   Does that include something like a bar
4 fight?
5 A.   It could.
6 Q.   Is a simple assault guaranteed to end in
7 incarceration?
8 A.   Not necessarily.
9 Q.   So what about an aggravated assault, is
10 that something that's a lot more likely to end in
11 incarceration?
12 A.   It could.
13 Q.   And simple assaults are the biggest portion
14 of the arrests for crime against person offenses,
15 right?
16 A.   I see that.
17 Q.   So looking at the stats, this is 2022
18 Alabama, and looking at simple assault
19 statistics, down here we have race?
20 A.   Uh-huh.
21 Q.   White individuals are arrested for about
22 700 more simple assaults than black individuals,
23 right?

1 A.   I see that.
2 Q.   So although you say 80 more people were
3 arrested for committing crimes against persons,
4 using the FBI's violent crimes definition, we're
5 looking at about 800 more arrests for violent
6 crimes, right?
7 A.   I would have to do that math myself.
8 Q.   Well, what's the difference here?
9 A.   Again, I see that that number is 5,078.
10 Sorry, yes, so I see that that number is 5,078
11 and that number is 4,371, but I would have to,
12 again, do the math on the others to see exactly
13 what that number is.
14 Q.   Well, you said in your report that there's
15 only a difference of 80 more black people
16 arrested for violent crimes, right?
17 A.   Yes.
18 Q.   And what's the difference between 5,078 and
19 4,371?
20 A.   I don't have a pen in front of me to be
21 able to do this.  707, I think.
22 Q.   And what is 80 plus 707?
23 A.   That is 787.

1  Q.   So there are, using the FBI's definition,
2  about 787 more arrests of black individuals for
3  violent crimes, using the FBI's definition,
4  right?
5  A.   Well, you're leaving some stuff out, so I
6  don't know.
7  Q.   What am I leaving out?
8  A.   The other stuff in the category.
9  Q.   Sex offenses is the only other thing in the
10  category, right?
11  A.   And human trafficking.
12  Q.   And human trafficking.  It looks like this
13  doesn't count human trafficking, so sex offenses,
14  we've got white 58 and black or African American
15  28, so that's a difference of 30, so looking at
16  our 787 from before, subtract 30, we've got 757,
17  right?
18  A.   Okay.
19  Q.   Is that right?
20  A.   Yes.  30 from 787 is 757.
21  Q.   So there are 757 more arrests of black
22  individuals for violent crimes, using the FBI's
23  definition; isn't that right?

1  A.   Well, we don't know for human trafficking,
2  so that's just an estimate.
3  Q.   Well, it can't be more than nine, right?
4  A.   It can't be more than nine, but we don't
5  know.  I'm just making sure we're accurate here.
6  Q.   So it's around 757, give or take 9, right?
7  A.   Yes.
8  Q.   At the bottom of -- looking at your
9  rebuttal report, Note 57, you cite Alabama DOC
10  Monthly Statistical Reports, right?
11  A.   Yes.
12  Q.   And can you see my screen, Dr. Burch?
13  A.   I do.
14  Q.   Are these the ADOC Monthly Statistical
15  Reports that you relied on?
16  A.   I relied on the ones, again, I think
17  Dr. Riley was referencing 2022, so I think I was
18  using 2022 as a reference year to match him.
19  Q.   Well, in Note 57 you say you're referencing
20  the monthly statistical reports, right?
21  A.   Right, yes, so the monthly statistical
22  reports for 2022, I think.
23  Q.   Well, these are the monthly statistical

1  reports for February 2024, right?
2  A.   That's what it appears to be.
3  Q.   And you reviewed something like this,
4  although maybe it was for some month in 2022,
5  right?
6  A.   Several months in 2022.  Again, the data
7  I'm talking about are for 2022.
8  Q.   Sure.  But you're familiar with these kinds
9  of reports and they're something that you relied
10  on in forming your rebuttal report?
11  A.   Not that one, the ones from 2022.
12  Q.   Not this specific month's report, but you
13  relied on this sort of publication, the Monthly
14  Statistical Report from ADOC?
15  A.   Yes.
16  Q.   I'm going to mark this as Exhibit 4.
17       (Whereupon, Defendants' Exhibit Number 4
18  was marked for identification, a copy of which is
19  attached to the original of the transcript.)
20  Q.   Looking at page 11, we've got here Inmate
21  Population by Race and Sex, and down here we've
22  got Violent Offenders by Race and Sex.  Do you
23  see that?

1  A.   I see it.
2  Q.   So violent offenders by race and sex, we
3  have black male, and what percentage do you see
4  there?
5  A.   I see 59.3 percent.
6  Q.   And black female, what percentage do you
7  see?
8  A.   I see 2.3 percent.
9  Q.   So 61.6 percent of the violent offenders in
10  ADOC custody are black?
11  A.   I see that.
12  Q.   So that's a higher percentage than the
13  white violent offenders?
14  A.   Yes.
15  Q.   And that, overall, makes up 66-1/2 percent
16  of the prison population, right?
17  A.   Yes, that's what that says.
18  Q.   And looking up here under Inmate Population
19  by Race and Sex, do you need me to zoom-in?
20  A.   Yes, please.  Thank you.
21  Q.   Sorry.  So up here, we see a Habitual
22  Offenders tab.  Do you see that?
23  A.   I see that.

1 Q.   And over here, we've got different race
2 categories.  So habitual offenders, black males
3 were 56.6 percent of the habitual offenders,
4 right?
5 A.   I see that.
6 Q.   And black females were 1.2 percent?
7 A.   I see that.
8 Q.   So overall, 57.8 percent of the habitual
9 offenders in ADOC custody were black?
10 A.   I think that's what that table is saying,
11 yes.
12 Q.   So black offenders commit more repeat
13 offenses compared to white offenders, right?
14 A.   That's not what that says.  So that says
15 that there are more -- so the proportion of the
16 overall -- this is the population, so the overall
17 proportion of the prison population in Alabama is
18 53.7 percent black.  Again, the disparity with
19 respect to habitual offenders is only about -- is
20 about 58 percent black.  But in general, the
21 point is here that black people are probably a
22 majority of every category in the population
23 because they are a majority of the population.

1 So they're probably also a majority -- they may
2 also be, just by virtue of the representation of
3 the population.  So --
4 Q.   Are -- I'm sorry.  Go ahead.
5 A.   No, go ahead.  I'm done.
6 Q.   Are habitual offenders more likely to be
7 incarcerated?
8 A.   I believe Alabama has laws that do that,
9 yes.
10 Q.   I'm going to flip back to your initial
11 report, page 19.
12 A.   19?
13 Q.   Yes.  Let me ask you, Dr. Burch, you work
14 for the American Bar Foundation, right?
15 A.   I do.
16 Q.   You're familiar with judicial opinions?
17 A.   What do you mean, "familiar"?
18 Q.   Do you ever read opinions of courts in
19 doing your research?
20 A.   Occasionally.
21 Q.   Do you cite any of them in either of these
22 reports, or opinions?
23 A.   I think I do.  Let's see, so --

1 Q.   So maybe even looking at Footnote 52 on
2 page 19.
3 A.   Yes, I see that.
4 Q.   So page 19 under Race and Voting Access,
5 and actually Footnote 52 is kind of a good spot,
6 you talk about Alabama requiring photo
7 identification to vote?
8 A.   I do.
9 Q.   You, I think, hypothesize that because
10 black voters have lower rates of ID possession --
11 that the photo ID requirement has a
12 disproportionate effect on black turnout?  Is
13 that the import of this paragraph?
14 A.   I don't see where I made that statement.
15 Q.   So why did you include this in the report?
16 A.   So it's just in general, under General
17 Information about race and access to voting, so
18 there's also information about polling places and
19 knowing poll watchers.
20 Q.   Does the photo ID affect black voters'
21 ability to vote?
22 A.   No one can vote without a photo ID.
23 Q.   Does it disproportionately affect black

1 voters?
2 A.   Let's see what it says here.  Yes.  So I do
3 see down here that experts -- it looks like both
4 sides also say they found racial disparity in the
5 possession of photo ID.
6 Q.   Are you familiar with that case, Greater
7 Birmingham Ministries v. Merrill?
8 A.   Yes.  I was not on that case.  I was just
9 talking about the disparities in possession of
10 photo ID.
11 Q.   But you're familiar with the case?
12 A.   Yes.
13 Q.   Are you familiar with the Eleventh
14 Circuit's opinion?
15 A.   No.
16 Q.   So you're not aware, then, that the
17 Eleventh Circuit upheld Alabama's photo ID
18 requirement?
19 A.   I am aware of that, but I haven't like read
20 it in detail.
21 Q.   Okay.  But you do read court opinions from
22 time to time?
23 A.   Occasionally.

Page 82

1  Q.   Dr. Burch, can you see my screen?
2  A.   I see it.
3  Q.   What does this say right here?
4  A.   It says at the top Greater Birmingham
5  Ministries v. Secretary of State for State, then
6  it has the case citation.
7  Q.   Let me scroll up to the top.  Is this
8  Greater Birmingham Ministries v. Secretary of
9  State for the State of Alabama?
10  A.   Yes.
11  Q.   And this is the Eleventh Circuit's opinion
12  in the district court case that you cite.  I'm
13  going to mark this as Exhibit 4.
14       (Whereupon, Defendants' Exhibit Number 4A
15  was marked for identification, a copy of which is
16  attached to the original of the transcript.)
17  Q.   Now, here, the Court is discussing the
18  fifth Gingles factor, which is what you're
19  discussing in your report, right?
20  A.   Is that the same as the senate factor?
21  Q.   Yes, "the extent to which minority group
22  members bear the effects of past discrimination."
23  A.   Yes.

Page 83

1  Q.   In here, the Court says, "As we have
2  already discussed, however, the photo ID law
3  itself and its implementation undercut" the
4  arguments that poverty and increased barriers to
5  acquiring ID faced by minority voters establish
6  this factor.  Do you see that?
7  A.   Hang on.  Yes, I see that.
8  Q.   Okay.  And they go on to say, "The State's
9  willingness to cover the cost of obtaining a
10  birth certificate or other required documentation
11  significantly mitigates, if not eliminates, the
12  external costs of proving one's identity," right?
13  A.   I see that.
14  Q.   "Third, the availability of mobile unit
15  locations and home visits largely dispense with
16  the need for transportation"?
17  A.   I see that.
18  Q.   So ultimately, the Court finds that the
19  evidence provided by Plaintiffs related to the
20  fifth Gingles factor, what it's calling the
21  senate factor, is unpersuasive.  Is that right?
22  A.   I see that.
23  Q.   So in other words, the Eleventh Circuit

Page 84

1  discounted the idea that the photo ID affects
2  voter participation, right?
3       MS. CARTER:  And Dr. Burch can take time to
4  read the opinion, if necessary, since you're
5  asking her to draw conclusions about it.
6  A.   Can you scroll up a little bit, please?
7  Okay, I see where we were.
8       MS. CARTER:  Can you zoom-in so she can
9  see, or provide the full opinion to her as well?
10  Q.   Let me do it this way.  Did you consider
11  this opinion in your expert report, this Eleventh
12  Circuit opinion?
13  A.   No.
14  Q.   No, okay.  The next paragraph in your
15  rebuttal report, below the photo ID, talks about
16  the notary requirement, right?
17  A.   Yes.
18  Q.   And what opinion are you expressing here
19  about the notary requirement?
20  A.   So the first one I state at the bottom of
21  page 19 is that the cost of using a notary to
22  verify identity on ballots is expensive, and it's
23  really just about the cost of notaries.

Page 85

1  Q.   Is this based on work you did?
2  A.   Yes.
3  Q.   And how many notaries did you consider in
4  reaching this conclusion?
5  A.   I believe we were only looking in
6  particular counties, so we were able to reach --
7  we tried to contact 42 and reached 23.
8  Q.   I think this says, "of the 42 notaries we
9  were able to reach."
10  A.   Oh, sorry, so I considered -- sorry, thank
11  you.  So I was able to contact 42 in, I think,
12  the counties we were trying to look into.  I
13  don't exactly recall which counties those were.
14  Q.   So you don't know whether the same county
15  is at issue here?
16  A.   I can't recall.
17  Q.   Is 42 a representative sample of notaries
18  in Alabama?
19  A.   I think it's a large enough sample to be
20  able to draw conclusions about the counties where
21  I was drawing conclusions.  But, of course, like
22  I said before, I don't exactly recall which
23  counties those were, off the top of my head right

22 (Pages 82 - 85)

1 now.
2 Q.   Well, did you contact any notaries that
3 were employed by libraries, for example?
4 A.   I would have to look and see specifically.
5 I would have to go back to that report.
6 Q.   You don't recall?
7 A.   I don't recall.
8 Q.   Did you contact any that were employed by
9 government entities?
10 A.   I don't recall.
11 Q.   Did you contact any that were employed by
12 banks?
13 A.   I don't recall.
14 Q.   Do you know, in that case, whether the
15 Court upheld the challenge to the notary
16 requirement?
17 A.   I don't recall.
18 Q.   You don't know?
19 A.   I don't know.
20 Q.   So you don't know whether the Court found
21 that there was a burden or not, imposed by the
22 notary requirement in that case?
23 A.   Well, I mean, it was four years ago now, so

1 I just don't remember.
2 Q.   Well, would the Court's ultimate
3 conclusion, if it found there wasn't a burden
4 imposed by the notary requirement, be relevant to
5 this paragraph?
6 A.   No, because I'm just saying that there's a
7 disparity.  The Court is drawing a legal
8 conclusion about whether they think it's
9 relevant.
10 Q.   In your rebuttal report, you discuss party
11 choice, right?
12 A.   Yes.
13 Q.   Is it your opinion that race is the only
14 factor that motivated party realignment in the
15 South?
16 A.   It's my opinion, based on the literature,
17 the literature that I review in my report, that
18 the primary motivating factor for the partisan
19 realignment in the South was race, racial
20 conservatism versus racial liberalism, so racial
21 attitudes.
22 Q.   Is it the only factor?
23 A.   There may be other factors; but, again,

1 that's the primary factor.
2 Q.   But it's not the only factor, right?
3    MS. CARTER:  Objection to form.
4 A.   So here's my response.  My response to that
5 is, the primary factor with respect to the
6 contemporary partisan alignment is the
7 positioning -- what I say here, "the positioning
8 of the two parties on the issue of race and civil
9 rights."  There may be individuals who chose to
10 be in one party or another based on other
11 factors; but, again, the primary alignment is
12 about race and civil rights.
13 Q.   So my question is, is that the only factor?
14 A.   The positioning of the two parties?  Yes.
15 Q.   No, is race the only factor that motivated
16 party realignment?
17 A.   So yes.  I'm saying the position of the two
18 parties, yes.
19 Q.   And race is the only factor that led to
20 party realignment?
21    MS. CARTER:  Objection.
22 A.   So race and civil rights.
23 Q.   You don't think any other factors are

1 relevant to party realignment?
2    MS. CARTER:  Objection.
3 A.   Again, the research doesn't support that.
4 Q.   That any other factors bear any relevance
5 on party realignment, just to be clear?
6    MS. CARTER:  This is asked and answered
7 like three times.  Objection.
8 A.   The research doesn't support that.
9 Q.   Okay.  So do all Republican voters who
10 identify with the Republican Party do so only
11 because of racial issues?
12    MS. CARTER:  Objection.
13 A.   No.
14 Q.   So other factors may be relevant to that
15 party identification?
16 A.   To the party identification of some
17 individuals, yes.
18    (Whereupon, at this time a short break
19 was taken.)
20 Q.   Dr. Burch, sort of harking back to the
21 conversation we were just having, can you tell me
22 how many Republicans vote for Republicans because
23 of race versus how many do so for some other

Page 90

1 reason?
2      MS. CARTER:  Objection to form.
3 A.   So the research that I review isn't giving
4 me an absolute number, but that research does
5 talk about the role of race with respect to vote
6 choice and partisanship.
7 Q.   So can you tell me how many?  It's a simple
8 question.
9 A.   No, I don't have an exact number.
10 Q.   Is it more than half?
11      MS. CARTER:  Objection to form.
12 A.   So, again, they're not talking specifically
13 about numbers of people.  They're talking
14 about -- the work that I'm looking at isn't
15 trying to quantify numbers of people.  What it's
16 doing is explaining for people what proportion of
17 their vote choice is explained by racial attitude
18 versus other factors.
19 Q.   But what I'm asking about is number of
20 people, and if you can't tell me, then you can
21 say "I don't know," but is it more than half?
22 A.   No, I don't know the answer to that.
23 Q.   So earlier, Dr. Burch, we discussed the

Page 91

1 meta-analysis by Smets and van Ham.
2 A.   Yes.
3 Q.   Do you recall that?
4 A.   I do.
5 Q.   Can you see it on my screen?
6 A.   I do.
7 Q.   And is this it?
8 A.   Yes.
9 Q.   I'm going to mark this as Exhibit 5.
10      (Whereupon, Defendants' Exhibit Number 5
11 was marked for identification, a copy of which is
12 attached to the original of the transcript.)
13      MS. CARTER:  Dr. Burch, feel free to let
14 him know if you have a hard time seeing or
15 reading.
16      THE WITNESS:  I think I'm okay for now.
17 Q.   We talked about what a meta-analysis is and
18 what this particular analysis did before.  I
19 think I asked you before if there were any
20 confounding variables that might lead education's
21 effect to be overstated.  Do you recall that?
22 A.   I do.
23 Q.   And you said you didn't think so.  Is that

Page 92

1 right?
2 A.   I don't recall exactly what I said, but I
3 think that -- I don't recall exactly what I said.
4 Q.   This is page 354 of Smets and van Ham.
5 This says right here, as I read it, "Cognitive
6 abilities are correlated with educational levels
7 and it has been suggested that the large impact
8 of education on turnout found in many studies may
9 be overestimated due to a lack of control for
10 measures of cognitive ability."  Did I read that
11 correctly?
12 A.   I see that.
13 Q.   And there's a citation of Denny and Doyle?
14 A.   I see that.
15 Q.   So there's at least some suggestion in the
16 scholarship that cognitive ability may lead to an
17 over-estimation of educational attainment's
18 impact, right?
19 A.   So I see that, but Verba, Schlozman, and
20 Brady actually control for cognitive ability.
21 Q.   Well, but this meta-analysis is saying that
22 it might be a factor, right?
23 A.   It might be.  I actually remember what I

Page 93

1 said now, and I said I couldn't think of anything
2 that wasn't -- that people hadn't already taken
3 into account, and so Verba, Schlozman, and Brady
4 actually do take cognitive ability into account
5 in their analysis.
6 Q.   Well, do you know whether all of the
7 studies considered in this meta-analysis took it
8 into account or not?
9 A.   Not all of them do, but some of them do,
10 especially the ones that I cite specifically,
11 like the experimental study, as well as the
12 Verba, Schlozman, and Brady one.
13 Q.   Thinking about voter turnout, because
14 that's kind of where we're shifting back to,
15 we've talked about education, health outcomes,
16 those sorts of things.  Are there any factors
17 that you didn't address in either of your reports
18 that might explain differences in turnout between
19 white and black voters in Alabama?
20 A.   There could be, off the top of my head,
21 maybe some related to some of the other senate
22 factors, maybe like related to either senate
23 factors 6 or 7.

24 (Pages 90 - 93)

1 Q.   What sorts of things?
2 A.   So racial appeals in campaigns or presence
3 of minority candidates.  Yes, those are other
4 senate factors that I don't address.
5 Q.   Can you think of any other factors that
6 might explain differences in turnout?
7 A.   I think the bigger ones that are correlated
8 with race are, again, addressed.  So, again, you
9 know, all of the studies that I cite do in fact
10 control for most of the potentially confounding
11 factors that I can think of.
12 Q.   What about just factors in general that
13 increase or decrease turnout?
14 A.   So Verba, Schlozman, and Brady do control
15 for things like -- in fact, all of the studies
16 that I'm thinking of control for things like the
17 basics, like race, age, education.
18 Q.   So something like age is a potential factor
19 that could have an impact on turnout, right?
20 A.   It can.
21 Q.   What kind of impact does it have?
22 A.   So it depends.  It tends to have a
23 curvilinear impact.

1 Q.   What does that mean?
2 A.   So it changes over the course of a life
3 cycle, so the very old may find it more difficult
4 to vote, usually for health reasons, and I do
5 talk about that in the health section.
6 Q.   So an older population, to a point, is more
7 likely to vote?
8 A.   Sometimes, yes.
9 Q.   And do Smets and van Ham consider age?
10 A.   They do.
11 Q.   And is that on the screen here?
12 A.   Yes.
13 Q.   And what's the effect size of just age?
14 A.   .69.
15 Q.   Or .74?
16 A.   Based on whether you're looking at either
17 the number of tests or the number of studies,
18 yes.
19 Q.   And then age squared, does that get at the
20 idea that the very old are less likely to vote?
21 A.   Yes.
22 Q.   But there's still a high positive impact
23 when considering age squared, right?  Or negative

1 impact, I should say.
2 A.   Yes, so age squared takes off some of the
3 impact of -- the raw impact of age.
4 Q.   But age squared has a large effect on voter
5 turnout, as measured in this meta-analysis?
6 A.   Yes.  So the way you would consider those
7 variables is to think about the two things in
8 tandem, so raw age minus age squared.
9 Q.   So age squared sort of controls for the
10 very elderly?
11 A.   I'm sorry, I'm trying to think of a way to
12 explain it in layman's terms.
13 Q.   I was thinking of it as a parabola.  Is
14 that sort of --
15 A.   Exactly, so it's like a parabola, and X
16 squared plus X defines the parabola.  So age
17 squared is X squared, so it's minus X squared
18 plus X is what's defining the parabola.
19 Q.   What about mobilization, does that have an
20 impact on turnout?
21 A.   It can.
22 Q.   And what kind of effect does it have on
23 turnout?

1 A.   Some places find no effects, but some find
2 it's a positive effect.
3 Q.   And looking at Smets and van Ham, they
4 consider partisan mobilization here, right?
5 A.   I see that.
6 Q.   And what is the positive effect size of
7 partisan mobilization?
8 A.   It says .7.
9 Q.   Or .83, if you're looking at studies?
10 A.   Yes.
11 Q.   So it's a very high positive effect?
12 A.   Yes, that's what they're calculating.
13 Q.   That's kind of in the neighborhood of
14 education's effect, isn't it?
15 A.   Can you scroll up some?
16 Q.   Sure.
17 A.   I would have to go back and look at that to
18 see if they're actually in the model together.
19 Q.   But according to this meta-analysis, the
20 tests or studies, positive effect size of
21 education is .72 or .71, right?
22 A.   Yes.  But again, I'm not sure -- I would
23 have to see -- that could be dependent on

Page 98

1 considering all this together. So this is
2 basically saying -- basically of the studies that
3 have looked at education. And remember, some of
4 these also include places outside the United
5 States. They find a positive effect size of
6 about .72; so, again, I just need to make sure
7 that I understand that they're doing the same
8 thing when they're looking at -- I guess at
9 Tables 4 and -- scroll down some. Tables 4 and 5
10 are comparable. But yes, I think that there are
11 some issues of interpretation, again, just given
12 the fact that these models are being tested not
13 just in the United States. You know, again, I
14 think the bigger things that have been found and
15 replicated, especially on studies in the United
16 States, are the basics in the resources model.
17 And then, again, especially since the ones in the
18 mobilization model have a much smaller sample
19 size, I would be a little more careful
20 interpreting those.
21 Q.   You cited this study in your report, right?
22 A.   Yes.
23 Q.   So the effect size, looking at this, it's

Page 99

1 similar in effect size to education, right?
2 A.   Again, I'm not sure those are comparable,
3 given the fact that -- yes, those numbers are the
4 same; however, I'm not sure that those are
5 comparable, given the fact that this is a much
6 smaller sample size and some of those are not --
7 and some of the studies that they're citing here
8 are not in the United States. So I don't know if
9 the stuff that's cited in the mobilization model
10 is directly comparable to this stuff, to the
11 research that compared -- which has like way more
12 studies that is comparing the research model.
13 Q.   Well, do they find it to be statistically
14 significant?
15 A.   Let me see.
16 Q.   You can't see it the whole time, but this
17 column is p-Value?
18 A.   Yes, I see that.
19 Q.   The key is at the bottom.
20 A.   So they find that their analysis of the 27
21 studies on mobilization is statistically
22 significant.
23 Q.   And that's partisan mobilization. They

Page 100

1 also look at nonpartisan Get Out The Vote
2 mobilization?
3 A.   Yes.
4 Q.   And that has a high positive effect?
5 A.   Yes, that's what they found.
6 Q.   What about media exposure?
7 A.   I see that.
8 Q.   And does that have a very high effect?
9 A.   Again, it's .70 or .57.
10 Q.   Organizational membership down here, does
11 it also have a positive effect?
12 A.   Yes.
13 Q.   And it has a pretty high positive effect,
14 right?
15 A.   Yes.
16 Q.   And it's statistically significant?
17 A.   Yes.
18 Q.   Are these things, partisan mobilization,
19 organizational membership, media exposure, are
20 those things that might be reflected in healthy
21 party infrastructure?
22      MS. CARTER: Objection to form.
23 A.   So I think you're conflating some stuff.

Page 101

1 I'm not sure I follow your question.
2 Q.   Could a healthy party infrastructure
3 increase mobilization?
4      MS. CARTER: Objection to form.
5 A.   I don't know what you mean by "healthy,"
6 but political parties sometimes do mobilization
7 but not all of them. Other groups do
8 mobilization as well.
9 Q.   This is partisan mobilization right here,
10 right?
11 A.   I see that.
12 Q.   Okay. What is partisan mobilization?
13 A.   Can you scroll up so I can see what they
14 mean? So they're not clear whether they mean
15 mobilization by parties or with reference to
16 partisanship, so I'm not a hundred percent sure
17 what that definition is.
18 Q.   What does the last sentence of that section
19 say?
20 A.   "The success rate is higher for partisan
21 than for non-partisan mobilization."
22 Q.   The last sentence.
23 A.   Oh, sorry. "The average effect size is

26 (Pages 98 - 101)

1 likewise higher for mobilization efforts by
2 parties."
3 Q.   So what does that indicate?
4 A.   So I think that means that there's
5 something different from what you were showing me
6 in the chart versus the mobilization efforts by
7 party.
8 Q.   But it means that it's higher, on average,
9 right?
10 A.   The average effect size, yes.
11 Q.   So a mobilization effort by a party is
12 something that, based on this data, we would
13 expect to see a big increase in turnout?
14      MS. CARTER: Objection to form.
15 A.   It doesn't say that it's a big increase in
16 turnout.
17 Q.   That it has a high impact on turnout
18 compared to these other factors considered?
19 A.   It's higher than mobilization efforts by
20 party, yes, it's positive.
21 Q.   Well, I mean, just comparatively, effect
22 size, the cap is 1, right?
23 A.   So can you -- I'm sorry, can you scroll up

1 a little bit for me for this paper?
2 Q.   I might suggest you can see it here, and
3 I'm happy to scroll up, but they're coding it as
4 Success (1), Failure (0), Anomaly (-1)?
5      MS. CARTER: Objection.
6 A.   Okay, but I don't know if that means that's
7 the limit on the effect size.
8 Q.   Sure.
9 A.   Yes, because even the negative effect size,
10 I don't know if they have a minus.  Okay, sorry.
11 So it's successes minus anomalies on the number
12 of tests, so that's why I was trying to tell
13 you that I'm not quite sure about the effect
14 size, given the fact that -- remember when I was
15 talking about Tables 4 and 5 are very different
16 because the number of tests is different?
17 Q.   So let me read this sentence to you.  "This
18 metric that has a theoretical lower bound of
19 minus 1 and upper bound of plus 1 behaves like a
20 correlation coefficient and gives the number of
21 standard deviation units with which individual
22 level turnout is affected if the independent
23 variable changes by one standard deviation."  Did

1 I read that right?
2 A.   You did.
3 Q.   So the cap on effect size is 1, right, the
4 upper cap?
5 A.   Yes.
6 Q.   And to our discussion about the number of
7 tests, that's still to say even the ones with
8 lower tests were found to be statistically
9 significant, right?
10 A.   Yes, they were found to be statistically
11 significant, but my point is that -- remember
12 when I was saying that effect sizes may not be
13 comparable across because, again, it's taking
14 into account the fact that -- because of the fact
15 that Table 4 and Table 5 -- Table 4 has many more
16 studies than Table 5.
17 Q.   But a .7 correlation coefficient, that's
18 pretty high, right, when the upper bound is 1?
19 A.   It's pretty high, but what I'm saying is, I
20 don't know if that's comparable to Table 4
21 because of the sample size difference.
22 Q.   But it's statistically significant?
23 A.   Yes.

1 Q.   So what impact would the sample size have,
2 if it's found to be statistically significant at
3 the same level?
4 A.   Those are two entirely different concepts.
5 Q.   Okay.  So do you agree that partisan
6 mobilization, though, has a positive effect on
7 voter turnout?
8 A.   Yes, it can.
9 Q.   And that by a party itself has a higher
10 impact, based on this meta-analysis?
11 A.   That's what they found.
12 Q.   Even non-partisan mobilization has some
13 positive impact?
14 A.   Yes.
15 Q.   Media exposure has a high positive impact?
16 A.   Yes.
17 Q.   Organizational membership has a high
18 positive impact?
19 A.   Yes.
20 Q.   This is another table in the report.  This
21 is at page 354, Table 8, testing some variables
22 from the psychological model.  Party
23 Identification here has a high impact, doesn't

1 it?
2 A.   It does.
3 Q.   .73 and .72?
4 A.   Yes.
5 Q.   And they're both statistically significant?
6 A.   Yes.
7 Q.   So that gets at the idea that people who
8 identify with a party are more likely to turn out
9 to vote?
10 A.   Yes.
11 Q.   Political Interest has a high value here,
12 doesn't it?
13 A.   It does.
14 Q.   .8 and .85?
15 A.   Yes.
16 Q.   Both of which are statistically
17 significant?
18 A.   Yes.
19 Q.   Okay.  Scrolling down a little bit, Top
20 Political Knowledge, knowledge about politics
21 has a very high impact, doesn't it?
22 A.   Yes.
23 Q.   Statistically significant as well?

1 Q.   When controlling for other variables?
2 A.   Yes.
3 Q.   Looking at page 349 here, this
4 meta-analysis looked at race, didn't it?
5 A.   It did.
6 Q.   And the hypothesis is black, Latino, or
7 non-white will have a negative impact on voter
8 turnout, right?
9 A.   Yes.
10 Q.   And did that bear out?
11      MS. CARTER:  Objection to form.  I don't
12 know what that means.
13 A.   So like I just said, there are some
14 successes there, yes, in some states.
15 Q.   But what's the modal category, on the
16 whole?
17 A.   Yes, the modal category doesn't bear-out.
18 Q.   And, what, it succeeded in 38 studies?
19 A.   Yes.
20 Q.   It failed in 109?
21 A.   That's right.
22 Q.   And it was anomalous in nine?
23 A.   That's what that says, yes.

1 A.   Yes.
2 Q.   What about Ambivalence here, it has a very
3 high negative impact, doesn't it?
4 A.   That's what it says.
5 Q.   And in fact, it has the upper bound value
6 of 1?
7 A.   That's what it says.  Is there part of that
8 missing?  It doesn't have any statistical
9 significance there.
10 Q.   I think there's a portion of this somewhere
11 else, I don't recall what page, although I'm sure
12 we can find it, that says for certain tests with
13 lower numbers of studies, they don't necessarily
14 calculate the statistical significance of it.
15 A.   Okay.  The one above it -- okay, yes.
16 Q.   And then the last entry on this chart,
17 "Personality (hardworking)," positive value, very
18 high effect, although only statistically
19 significant at the test stage, right?
20 A.   That's what I see.
21 Q.   Now, when controlling for other variables,
22 is race itself predictive of voter turnout?
23 A.   In some states.

1 Q.   In tests, I should say, rather than
2 studies.  But that indicates that in 109 studies,
3 that hypothesis was not proven, right?
4 A.   Again, as I said in my report, it's common
5 knowledge in political science that race operates
6 pretty much through education with respect to
7 resources, so, yes, again, that is --
8 Q.   My question, Dr. Burch, is what --
9 A.   Yes, I know, I'm saying I'm agreeing with
10 you, that's generally -- yes, I agree with that.
11 Q.   But in 109 cases, that was found not to be
12 the case?
13 A.   Yes, I am agreeing with you that that's
14 also what I present in my report.
15 Q.   And in nine cases, it was found to be that
16 black, Latino, or non-white actually increased
17 turnout, right?
18 A.   Yes.
19 Q.   That's the anomalous result?
20 A.   Yes.
21 Q.   Scrolling down, this is on page 350, and
22 here is the author's discussion of race and
23 citizenship.  Would you just take a moment to

28 (Pages 106 - 109)

Page 110

1 read that?
2 A.   (Witness complies.)  I see that.
3 Q.    So the conclusion here is that race is
4 included in models of turnout based on the idea
5 that ethnic minorities often have fewer resources
6 and skills, right?
7 A.    Yes.
8 Q.    But ultimately, the result implies that a
9 non-significant effect was found in most of the
10 tests and studies?
11 A.    Yes.
12 Q.    It also says, near the bottom, "Breaking
13 down results by various ethnic and racial groups
14 does not change the overall picture," right?
15 A.    Yes.
16 Q.    I'll scroll down to the bottom of this
17 report.  So in the Conclusion and Discussion
18 section of this report, this paragraph here, they
19 ultimately find that a consistent effect on
20 turnout in 10% or more of the studies, they find
21 that age and age squared, education, residential
22 mobility, region, media exposure, mobilization,
23 partisan and non-partisan, voting in a previous

Page 111

1 election, party ID, political interest, and
2 political knowledge have a positive effect on
3 turnout.  Is that right?
4 A.    Yes.
5 Q.    Or not necessarily a positive effect on
6 turnout, they have some significant effect on
7 turnout?
8 A.    Yes.
9 Q.    And variables that they consistently found
10 to have no effect on turnout, both at the level
11 of tests and studies, in 10% or more of the
12 studies are gender, race, occupational status and
13 type, citizenship, union membership, trust in
14 institutions, and the closeness of elections,
15 right?
16 A.    Yes.
17       (Whereupon, at this time a short break
18 was taken.)
19       MR. SMITH:  I don't have any further
20 questions at this time.
21       (Whereupon, at this time the deposition
22 was concluded at 11:45 a.m.)
23       FURTHER DEPONENT SAITH NOT.

Page 112

1           C E R T I F I C A T E
2
3 STATE OF ALABAMA)
4 JEFFERSON COUNTY)
5
6       I hereby certify that the above and
7 foregoing proceedings were taken down by me in
8 stenotype, and the questions and answers thereto
9 were reduced to computer print under my
10 supervision, and that the foregoing represents a
11 true and correct transcript of the testimony
12 given by said witness upon said proceedings.
13       I further certify that I am neither of
14 counsel nor of kin to the parties to the action,
15 nor am I anywise interested in the result of said
16 cause.
17
18
19
20 Donna L. Winters, ACCR #373
21 Expires 9-30-2024
22 Donna L. Winters, Commissioner
23 My Commission Expires 08-16-2025

29 (Pages 110 - 112)

**&**

**&** 7:2

**0**

**0** 103:4
**08-16-2025**
  112:23

**1**

**1** 5:3 17:21,22
  102:22 103:4,4
  103:19,19 104:3
  104:18 107:6
**1.2** 78:6
**10** 32:8 33:1
  34:11 42:19
  110:20 111:11
**100** 34:19
**10006** 6:19,22
**109** 108:20
  109:2,11
**11** 76:20
**111** 6:3
**11:45** 1:23
  111:22
**12** 37:1,2 48:8
  66:14
**15** 3:21 19:17,18
  19:19 34:14
**1500** 7:3
**1531** 1:4
**17** 5:3 64:18
**18** 5:4 36:20
**18316** 112:19
**19** 30:16 79:11
  79:12 80:2,4

84:21
**1901** 7:3
**1988** 3:21
**1995** 41:3

**2**

**2** 5:4 18:17,18
**2.2** 32:12
**2.3** 77:8
**20** 36:2 38:5,15
**2007** 11:16
**2013** 41:13
**2016** 29:9
**2017** 29:14
**2018** 29:2 30:12
  30:14 31:15,17
  32:2
**2020** 27:2 29:2
  30:9 32:4,8
**2022** 30:12,14
  67:4 68:2,7,21
  72:17 75:17,18
  75:22 76:4,6,7
  76:11
**2024** 1:22 2:7
  4:1 76:1
**23** 38:22 85:7
**24** 38:22
**25** 33:2 36:17,21
  37:3,9 40:6
**27** 99:20
**28** 38:11,12
  42:16 74:15
**29** 44:6 55:7
**2:21** 1:4

**3**

**3** 1:22 5:5 33:1
  39:10 59:13,14
**30** 8:5 36:3,16
  36:19 38:7,18
  40:6 44:16
  74:15,16,20
**349** 108:3
**350** 109:21
**35203** 7:4
**354** 92:4 105:21
**36104** 7:8
**373** 112:20
**38** 108:18
**3rd** 2:6 4:1

**4**

**4** 5:6 32:1 76:16
  76:17 82:13
  98:9,9 103:15
  104:15,15,20
**4,371** 73:11,19
**40** 6:18,21
**40,000** 63:7 64:4
  64:4
**40,661** 61:3 62:1
**400** 23:16
**42** 85:7,8,11,17
**46,000** 63:9
**46,717** 61:1,22
**4a** 5:7 82:14

**5**

**5** 3:19 5:8 6:18
  6:22 37:2 50:20
  91:9,10 98:9

103:15 104:15
  104:16
**5,078** 73:9,10,18
**50** 44:19,22 45:6
**501** 7:7
**52** 80:1,5
**53.7** 78:18
**56.6** 78:3
**57** 75:9,19 100:9
**57.8** 78:8
**58** 74:14 78:20
**59** 5:5
**59.3** 77:5

**6**

**6** 93:23
**61.6** 77:9
**66-1/2** 77:15
**69** 95:14

**7**

**7** 93:23 97:8
  104:17
**70** 100:9
**700** 72:22
**707** 73:21,22
**71** 97:21
**72** 97:21 98:6
  106:3
**73** 106:3
**74** 95:15
**757** 74:16,20,21
  75:6
**76** 5:6
**787** 73:23 74:2
  74:16,20

**8**

**8**  6:3 105:21
  106:14
**8.1**  32:5
**80**  67:23 68:4
  73:2,15,22
**800**  73:5
**82**  5:7
**83**  97:9
**85**  34:23 106:14
**88**  31:21
**88.4**  31:18

**9**

**9**  75:6
**9-30-2024**
  112:21
**90**  34:19
**91**  5:8
**9:00**  1:23 2:7

**a**

**a.m.**  1:23,23 2:7
  111:22
**abilities**  92:6
**ability**  15:1
  65:13 66:4,9
  80:21 92:10,16
  92:20 93:4
**abjectly**  54:4
**able**  16:8 19:5
  24:10,13 65:20
  73:21 85:6,9,11
  85:20
**above**  8:8 37:21
  50:1 107:15

112:6
**absolute**  49:5,11
  54:19 90:4
**access**  15:23
  16:7,11 17:2
  48:22 80:4,17
**accordance**  3:19
**account**  24:14
  24:20 26:4
  66:19 93:3,4,8
  104:14
**accounts**  24:23
  25:13
**accr**  112:20
**accurate**  75:5
**aclu**  6:23
**acquiring**  83:5
**acs**  25:10
**acting**  8:2
**action**  112:14
**active**  24:8 31:3
**actual**  28:22
**actually**  19:18
  21:20 23:6
  38:22 41:14
  42:3 50:10 51:8
  69:13 80:5
  92:20,23 93:4
  97:18 109:16
**additional**
  23:20 39:1,6
  48:10
**address**  93:17
  94:4

**addressed**  94:8
**admissions**
  67:21
**adoc**  75:14
  76:14 77:10
  78:9
**adult**  24:10
  38:20
**adults**  36:17,21
  37:9,15,17,21
  37:22
**advise**  12:3
**advised**  4:2
**affect**  31:11
  60:14 65:2,19
  80:20,23
**affected**  103:22
**affects**  50:2,9
  84:1
**african**  11:11
  14:23 74:14
**age**  24:23 33:2
  36:21 37:3
  94:17,18 95:9
  95:13,19,23
  96:2,3,4,8,8,9
  96:16 110:21,21
**aggravated**
  69:10 72:9
**ago**  58:3 70:15
  86:23
**agree**  105:5
  109:10
**agreed**  2:2 3:1,8
  3:16

**agreeing**  109:9
  109:13
**ahead**  17:9 50:8
  79:4,5
**al**  1:7,10
**alabama**  1:2
  3:19 7:4,6,8 8:2
  8:3,5 9:1 12:16
  12:17 13:23
  14:1,2 15:3,4,6
  15:7,10 19:3,6
  20:21 33:1
  34:20 35:1,14
  36:8 40:8 44:16
  49:12,13 54:1,3
  54:14,15,18
  56:3,9,15,21
  57:1,3,11,15,17
  58:4 59:21 61:3
  61:6,19,23
  66:19 67:4 68:2
  68:5,21 72:18
  75:9 78:17 79:8
  80:6 82:9 85:18
  93:19 112:3
**alabama's**  35:9
  35:18,22 36:13
  54:1 81:17
**alabamians**
  54:6 61:19
**alignment**  88:6
  88:11
**allen**  1:10 9:2
  18:7

ambivalence
   107:2
amended   3:20
american   11:11
   11:20 12:18
   13:3 74:14
   79:14
americans
   14:23 54:3
amm   1:4
amount   62:14
analysis   5:8
   14:19 29:22
   41:14,18,23
   42:5,10 45:21
   49:18 51:19
   52:8 91:1,17,18
   92:21 93:5,7
   96:5 97:19
   99:20 105:10
   108:4
analyze   19:5
   23:6 42:4 62:7
analyzing   42:18
anomalies
   103:11
anomalous
   108:22 109:19
anomaly   103:4
answer   9:13,21
   10:11 46:18
   59:4 60:3 61:7
   61:11 62:18
   90:22

answered   89:6
answering   9:12
answers   112:8
anywise   112:15
appeals   94:2
appear   53:4
appearances
   6:15
appearing
   42:18
appears   17:20
   76:2
appointment
   13:1
approximately
   34:19,23 35:21
   36:20
area   13:12
   14:16
areas   13:4
arena   12:8
arguing   57:17
arguments   83:4
arrest   67:7,18
   68:20
arrested   67:3
   68:1,4 72:21
   73:3,16
arrests   66:18
   67:10 68:11
   69:13 70:6 71:5
   71:15 72:14
   73:5 74:2,21
article   41:13,14

articles   41:15
   41:18 42:6,8
asked   9:22
   45:18 62:7,7
   70:15 89:6
   91:19
asking   51:2,3
   56:13,16,19
   58:13,15,17,18
   58:22 60:16,17
   60:18 62:3 84:5
   90:19
assault   69:11
   71:21,23 72:6,9
   72:18
assaults   69:22
   72:13,22
assign   3:12
associate's
   33:16,17
assume   9:22
   44:16,19 65:12
   66:6,7,10
assuming   34:18
   57:16 65:22
assumptions
   23:10
attached   18:1
   18:20 59:16
   76:19 82:16
   91:12
attainment
   32:16,20 33:2
   34:7 37:16 39:2
   39:7 40:18

   42:22 43:16
   45:11,15 50:2
   50:10
attainment's
   92:17
attitude   90:17
attitudes   87:21
attorney   7:5 9:1
attorneys   22:16
author's   109:22
availability
   83:14
available   25:11
   28:23 29:1,17
avenue   7:3,8
average   36:5,6
   36:10 61:17
   101:23 102:8,10
aware   81:16,19

b

b   56:23
bachelor's   33:9
   33:19,20 36:17
   36:21 37:3,10
   37:16 39:17,22
   39:23 40:1,10
   40:13 44:17,20
   44:22 45:6
back   19:20
   27:12 28:21
   29:7 41:11,11
   69:23 71:18
   79:10 86:5
   89:20 93:14
   97:17

**background**
11:7
**balch**  7:2
**ballot**  47:9,15
47:20
**ballots**  84:22
**banks**  86:12
**bar**  11:20 12:18
13:4 32:23 33:8
33:23 38:4,9
72:3 79:14
**barriers**  13:7,15
83:4
**bars**  36:2
**based**  23:21
26:14 31:16
41:15 57:16
60:5 62:23 69:3
85:1 87:16
88:10 95:16
102:12 105:10
110:4
**basically**  42:4
66:7 98:2,2
**basics**  94:17
98:16
**basket**  63:1,5
**bear**  82:22 89:4
108:10,17
**becoming**  21:17
**beginning**  43:14
**behaves**  103:19
**behavior**  13:7
13:15

**believe**  69:1
79:8 85:5
**best**  9:20 24:22
**better**  30:19
56:3 61:23 64:5
64:8,12 65:20
**big**  39:15,16
66:16 102:13,15
**bigger**  39:14
57:14 94:7
98:14
**biggest**  72:13
**bingham**  7:2
**birmingham**  7:4
8:2 81:7 82:4,8
**birth**  83:10
**bit**  41:7,11
68:22 84:6
103:1 106:19
**black**  19:3
31:11,21 32:6
32:12 34:14,23
35:10 36:20
37:11,15,20
38:20 49:12
53:6,20 54:1,2,3
54:13,16,19
55:10 56:2 57:2
57:3,23 58:3
59:20,22 60:22
61:18,20,22,23
65:12,23 66:3
67:4 68:4 72:22
73:15 74:2,14
74:21 77:3,6,10

78:2,6,9,12,18
78:20,21 80:10
80:12,20,23
93:19 108:6
109:16
**book**  40:19 41:2
42:12
**bottom**  38:5
41:12 61:17
69:6 75:8 84:20
99:19 110:12,16
**bound**  103:18
103:19 104:18
107:5
**brady**  40:19
42:2,12 92:20
93:3,12 94:14
**break**  10:8,9,12
55:13,16 89:18
111:17
**breaking**  110:12
**breaks**  10:7
**brenton**  2:7
3:22 7:6 8:23
17:8
**brittany**  6:18
8:15
**broadband**
48:22
**broadly**  13:6
15:11
**broke**  55:20
**broken**  37:6
**burch**  1:21 2:5
2:10 5:3 8:7,11

8:19 10:19,20
11:8 15:12
17:11 18:2,8,21
19:12 23:15
24:1 37:1 49:7
55:15 57:20
59:6 60:16 62:3
63:19 64:17
68:15 75:12
79:13 82:1 84:3
89:20 90:23
91:13 109:8
**burden**  86:21
87:3
**buy**  63:5

**c**

**c**  112:1,1
**calculate**  24:7
107:14
**calculated**  27:3
**calculating**
97:12
**calculations**
16:5 25:18
**california**  56:12
**call**  11:13 22:23
**calling**  46:22
83:20
**campaigns**  94:2
**candidates**  94:3
**cap**  102:22
104:3,4
**card**  31:5
**careful**  98:19

**carrington's**
22:6
**carter** 6:18 8:16
17:8 23:1 39:3
45:1 49:6,17,23
50:7,16 51:6
52:14 56:10
58:15,21 62:16
63:11 64:1,7
65:15 66:5 84:3
84:8 88:3,21
89:2,6,12 90:2
90:11 91:13
100:22 101:4
102:14 103:5
108:11
**case** 1:4 9:3
13:10 16:16
17:19 18:15,22
19:22 20:5,5,20
21:2,6,12,14,18
21:21 22:4 23:4
23:15,21 49:8
56:23 81:6,8,11
82:6,12 86:14
86:22 109:12
**cases** 20:4 27:8
109:11,15
**categories** 33:7
40:16 50:13
78:2
**category** 71:21
74:8,10 78:22
108:15,17

**cause** 8:8
112:16
**causing** 28:2
**ccr** 2:6
**certain** 52:23
107:12
**certificate** 83:10
**certify** 8:4 112:6
112:13
**cetera** 43:23
64:23 66:1
**challenge** 86:15
**chance** 42:9
**change** 110:14
**changes** 95:2
103:23
**charles** 7:6
**chart** 54:17
58:11,12 102:6
107:16
**chat** 22:23
**check** 15:18
16:1,3,6 19:21
20:6 29:7
**checked** 55:1
**choice** 87:11
90:6,17
**choose** 28:19
63:18
**chose** 88:9
**circuit** 5:7 81:17
83:23 84:12
**circuit's** 81:14
82:11

**citation** 82:6
92:13
**cite** 15:15 16:6
31:9 40:18,22
44:6 75:9 79:21
82:12 93:10
94:9
**cited** 65:16
98:21 99:9
**citing** 99:7
**citizen** 24:20
**citizens** 24:10
24:13
**citizenship**
109:23 111:13
**civil** 3:20 8:5
88:8,12,22
**civilian** 48:14
**class** 12:13,17
14:13
**classes** 12:6,8
12:10
**classify** 50:11
**cleaning** 31:3
**clear** 20:12
71:11 89:5
101:14
**clearly** 9:20
**close** 34:4 38:1
38:2
**closed** 47:18
**closeness**
111:14
**coding** 103:3

**coefficient**
103:20 104:17
**cognitive** 92:5
92:10,16,20
93:4
**college** 12:3
33:9,15 35:14
35:19,22 36:9
36:14 39:14,19
39:21,23 40:7
**column** 99:17
**comes** 12:11
26:13
**commencing**
2:7
**comment** 15:1
**commission**
20:17 112:23
**commissioner**
3:18 8:2 112:22
**commit** 78:12
**committee** 12:3
**committees** 13:1
**committing**
67:3 68:1,5 73:3
**common** 9:14
109:4
**community** 44:9
45:10
**comparable**
27:15,18,23
56:14,15,17
57:1,17 98:10
99:2,5,10
104:13,20

**comparatively**
102:21
**compare** 26:21
27:3 46:20
**compared** 30:10
35:19 36:9
37:11 40:15
45:14 54:7,14
56:9,19 58:5
78:13 99:11
102:18
**compares** 36:4
**comparing**
27:13 99:12
**comparison**
30:11 32:11
45:23 46:2,4
54:1,2 57:5,15
59:18
**comparisons**
63:15,16,18
64:15
**compensated**
23:14
**compensation**
23:20
**competitiveness**
45:21 46:18,23
**compiling** 41:21
**complaint** 21:18
**complete** 10:15
**completed** 11:9
**compliance** 3:5
**complies** 66:15
110:2

**composed** 69:9
**computer** 48:20
112:9
**concepts** 105:4
**concluded**
111:22
**conclusion**
40:23 42:11
53:3,7 85:4 87:3
87:8 110:3,17
**conclusions**
60:18 84:5
85:20,21
**conduct** 51:18
**conducting**
41:23
**confirm** 42:11
42:20
**confirmation**
41:16
**confirmed** 41:7
**conflating**
100:23
**confounding**
43:12,17,19
45:19 91:20
94:10
**congressional**
20:9,10
**conservatism**
87:20
**consider** 14:16
14:20 15:9
28:20 29:3,21
48:11,12 50:15

50:17 51:21
62:12 64:14
84:10 85:3 95:9
96:6 97:4
**considered**
85:10 93:7
102:18
**considering**
25:23 45:10
58:9 95:23 98:1
**consistent**
110:19
**consistently**
111:9
**constant** 46:10
65:11 66:1,8,8
66:11
**consumer** 63:1
**contact** 85:7,11
86:2,8,11
**contacted** 21:10
**contemporary**
88:6
**contextual**
45:12
**control** 49:3,15
92:9,20 94:10
94:14,16
**controlled**
43:23
**controlling** 45:9
45:16 65:17
107:21 108:1
**controls** 44:6
96:9

**conversation**
89:21
**convictions**
24:14 67:16
**copies** 16:20
**copy** 16:23 17:7
17:23 18:19
55:15 59:15
66:12 76:18
82:15 91:11
**correct** 112:11
**correctly** 29:5
92:11
**correlated** 92:6
94:7
**correlation**
103:20 104:17
**correspond**
44:11
**cost** 56:8,11,21
57:11,18 58:13
58:19 60:1,5,11
60:13 61:5 62:4
62:11,12,14,19
63:4,8,13,22
64:12 83:9
84:21,23
**costs** 58:10
83:12
**counsel** 2:3 3:10
3:11 8:6 21:10
23:3,11 112:14
**count** 19:14
74:13

**counties** 23:5
25:2,14 26:3,4
37:6,12,18 85:6
85:12,13,20,23
**counts** 68:20
**county** 20:16
25:6 28:5,5,8,9
31:7 37:14,15
37:21,22 38:10
85:14 112:4
**couple** 9:10
67:22
**course** 85:21
95:2
**courses** 12:12
**court** 1:1 3:6
4:3,4 8:1 9:15
81:21 82:12,17
83:1,18 86:15
86:20 87:7
**court's** 87:2
**courts** 79:18
**cover** 83:9
**covid** 21:3
**cps** 27:2,23 32:5
62:23
**crenshaw** 25:6
25:10
**crime** 67:2
68:11,17,17
69:9,21 70:3
71:2,6,9,10
72:14
**crimes** 66:18
67:4 68:1,5,9,10

69:13,14 70:6,7
70:11,13,16,17
71:2,12,13,14
71:20 73:3,4,6
73:16 74:3,22
**criminal** 13:8
13:16 19:8
**critique** 54:22
55:2,3
**critiquing** 55:23
**cross** 46:9
**current** 25:20
27:14 30:18
**currently** 11:17
11:23
**curvilinear**
94:23
**custody** 77:10
78:9
**cv** 1:4 12:21
19:21
**cvap** 24:10,13
24:20 25:12
26:1,2,21 27:5
31:17,18,21
**cycle** 95:3

## d

**d** 3:19
**data** 15:19,23
16:3 23:2 24:13
24:20 25:5,10
25:11,12,16,23
26:5,12,12,21
26:22 27:4,5,6
27:13 29:1,6,11

29:12,18,22
30:1,5,6,8 31:17
31:17 32:11
37:7 52:2 67:2,7
68:17,17 76:6
102:12
**date** 8:4
**davin** 6:23
**davis** 7:7
**day** 2:6 4:1
**deadwood**
30:20 31:1,6,10
**decide** 51:1
**decided** 21:11
21:15
**declaration**
16:15,18
**decrease** 94:13
**decreasing** 28:8
**defendant** 7:1
**defendant's** 5:1
**defendants** 1:11
17:22 18:18
59:14 76:17
82:14 91:10
**defense** 6:17,20
**define** 71:8,10
**defined** 71:14
**defines** 70:23
96:16
**defining** 96:18
**definitely** 60:11
**definition** 69:21
70:3,8,9,22 71:1
71:3,11 73:4

74:1,3,23
101:17
**definitions** 70:5
**degree** 11:9
35:23 36:14,17
36:21 37:3 40:2
40:10 44:17,20
44:23
**degrees** 33:16
33:20 35:19
37:11,16 45:6
**delivering** 3:22
**denny** 92:13
**denominator**
24:11 26:1,3
27:8,9
**department**
11:19,23 14:13
**depend** 45:2
**dependent**
97:23
**depends** 15:20
15:22 25:15
35:20 43:5 45:8
47:19 52:15
57:13 66:10
94:22
**deponent**
111:23
**deposed** 9:5
**deposition** 1:21
2:4,10 3:3,4,14
3:17 9:3,8 10:5
11:5 22:15
111:21

depositions 3:7
describe 13:12
  14:5,9
description 5:2
designated
  12:13
detail 81:20
detailed 25:5
developing
  15:15
deviation
  103:21,23
died 31:8
difference 32:1
  52:4 65:13 66:3
  66:9 70:16 73:8
  73:15,18 74:15
  104:21
differences
  93:18 94:6
different 28:18
  31:1 33:7 39:9
  39:11 47:10
  56:18 78:1
  102:5 103:15,16
  105:4
differential 47:3
  49:22 51:5
differentials
  50:5
differently
  70:23
differing 58:10
difficult 95:3

dimensions 47:8
diploma 34:21
  35:2,6,11
directly 99:10
disagree 53:3,7
  53:13,17,21
discounted 84:1
discrimination
  19:10 82:22
discuss 48:6
  53:16 87:10
discussed 83:2
  90:23
discusses 32:15
discussing
  82:17,19
discussion
  42:15 57:22
  104:6 109:22
  110:17
disenfranchis...
  24:21
disparities 19:6
  19:9 49:4,16
  50:21 52:2,11
  52:23 53:4,18
  55:21 66:18
  71:5 81:9
disparity 28:2
  35:4 53:14,21
  71:15 78:18
  81:4 87:7
dispense 83:15
disproportion...
  80:12

disproportion...
  28:13,17 80:23
district 1:1,2
  82:12
districts 22:2
division 1:3
doc 75:9
doctoral 12:23
doctorate 11:15
document 17:16
  18:3,4,12 58:22
documentation
  83:10
documents 11:4
  22:3,11
doing 15:14
  28:12,13,17
  41:20,21 43:10
  79:19 90:16
  98:7
dollars 54:5,7
  57:8 58:7 59:22
donna 2:5 3:21
  8:1 112:20,22
dorman 7:2
double 15:18
  16:6 20:6 45:7
  71:16
doyle 92:13
dozens 46:8
dr 1:21 2:4,10
  5:3 8:7,11,19
  10:20 11:8
  15:12 17:11
  18:2,8,21 19:12

22:5,6,7,8 23:15
24:1 37:1 49:7
52:18 53:23
54:22 55:15,23
56:14 57:20
58:11 59:6,17
60:3,16,17 62:3
63:19 64:17
68:15 75:12,17
79:13 82:1 84:3
89:20 90:23
91:13 109:8
draw 84:5 85:20
drawing 85:21
  87:7
due 92:9
duly 8:12

e

e 112:1,1
earlier 90:23
easier 55:19
easy 63:23
editor 13:1
education 32:19
  34:11 35:15
  36:9 43:1,11
  44:1,2,8 45:13
  46:10 50:15
  51:5,14,21 52:2
  52:3 66:1 92:8
  93:15 94:17
  97:21 98:3 99:1
  109:6 110:21
education's
  91:20 97:14

educational
6:17,20 11:7
32:16,20 33:2
34:6 37:16 39:2
39:7 40:18
42:21 43:16
45:11,15 50:2
50:10 92:6,17
effect 3:4 43:13
43:18 80:12
91:21 95:13
96:4,22 97:2,6
97:11,14,20
98:5,23 99:1
100:4,8,11,13
101:23 102:10
102:21 103:7,9
103:13 104:3,12
105:6 107:18
110:9,19 111:2
111:5,6,10
effective 3:20
effects 82:22
97:1
effort 102:11
efforts 102:1,6
102:19
either 13:3 31:4
42:1 47:17
79:21 93:17,22
95:16
elderly 96:10
election 29:10
29:15 30:9,11
47:2,6,9,12,13

47:14,20 111:1
elections 19:4
28:19,22 29:4
30:4,7 111:14
electoral 45:21
46:17,22
eleventh 5:7
81:13,17 82:11
83:23 84:11
eligible 28:9
eliminates 83:11
elmore 25:7
28:5 37:21,22
38:10
employed 11:17
86:3,8,11
employment
50:3 51:10
entire 45:12
entirely 105:4
entities 86:9
entry 107:16
equal 67:10
equality 40:20
equally 65:12
65:22
equivalent 33:9
33:12
error 34:5
especially 27:22
93:10 98:15,17
esquire 3:22
establish 83:5
estimate 25:15
30:19 62:23

75:2
estimates 26:6,8
26:9 27:2 30:17
estimation
92:17
et 1:7,10 43:23
64:22 66:1
ethnic 13:8,16
15:8 110:5,13
evaluate 62:11
evanston 10:21
evidence 3:14
83:19
exact 20:3 34:2
90:9
exactly 38:3,14
67:19 73:12
85:13,22 92:2,3
96:15
examination 6:1
6:2 8:8,18
examined 8:12
example 24:22
39:10 56:19
86:3
except 3:10
exceptional
54:18
excludes 26:20
exhibit 5:1,3,4,5
5:6,7,8 17:21,22
18:17,18 59:13
59:14 76:16,17
82:13,14 91:9
91:10

exhibits 4:1
exist 52:12,23
53:19
exists 53:22
expanded 69:17
expect 44:23
45:3,13 102:13
expectancy 65:9
expensive 84:22
experiment 44:7
experimental
93:11
expert 5:3,5
13:9,18 14:6,9
14:12,20 15:9
17:18 18:8
19:12 21:11,15
21:17 22:6,7,17
59:9 84:11
expertise 13:13
14:17 15:2
experts 81:3
expires 112:21
112:23
explain 42:7
49:4,16 50:5
51:4,9 52:4
93:18 94:6
96:12
explained 90:17
explaining
90:16
explains 49:22
50:12 52:6

**explorer** 68:18
**exposure** 100:6
  100:19 105:15
  110:22
**express** 18:22
**expressing**
  84:18
**extent** 13:19
  53:8,13,22
  82:21
**external** 83:12
**extra** 61:12
**eyeballing**
  38:14

**f**

**f** 112:1
**face** 61:15 63:17
**faced** 83:5
**fact** 19:1 27:1
  53:4 57:16 94:9
  94:15 98:12
  99:3,5 103:14
  104:14,14 107:5
**factor** 43:22
  44:1 50:20
  57:10 65:19,23
  82:18,20 83:6
  83:20,21 87:14
  87:18,22 88:1,2
  88:5,13,15,19
  92:22 94:18
**factors** 43:2
  45:2,10,16 48:7
  52:12 87:23
  88:11,23 89:4

89:14 90:18
93:16,22,23
94:4,5,11,12
102:18
**facts** 23:2
**failed** 108:20
**failure** 103:4
**fair** 32:18 56:4
  56:6
**fairly** 17:4
**familiar** 9:7
  62:19 71:23
  76:8 79:16,17
  81:6,11,13
**family** 48:16
**far** 13:14 20:9
  20:15 63:10
**fbi** 68:14,17
  71:8
**fbi's** 67:2 70:8
  70:22 71:1 73:4
  74:1,3,22
**february** 76:1
**feel** 10:8 15:1
  16:1 91:13
**fellows** 12:23
**felon** 24:21
**felony** 24:14
**female** 77:6
**females** 78:6
**fewer** 57:8 58:6
  59:22 110:5
**fifth** 82:18
  83:20

**fight** 72:4
**figure** 33:1 37:2
  39:10
**filed** 4:3
**filing** 3:17
**fill** 34:6
**find** 95:3 97:1,1
  98:5 99:13,20
  107:12 110:19
  110:20
**finds** 41:15
  42:19 83:18
**fine** 10:8 20:18
  21:8 50:7
**first** 8:12 18:7
  21:3,8 66:17
  71:4 84:20
**five** 25:2 34:16
  34:17 35:4 37:6
**flip** 66:14 79:10
**focus** 13:5 66:16
**follow** 101:1
**following** 8:9
**follows** 8:13
**footnote** 80:1,5
**footnotes** 41:12
**force** 3:4
**foregoing** 8:6
  112:7,10
**forgot** 20:17
**form** 3:11 39:3
  49:6,8,17,23
  50:16 51:7
  52:14 56:10
  62:16 63:11

64:1,7 65:15
66:5 88:3 90:2
90:11 100:22
101:4 102:14
108:11
**forming** 23:3,11
  76:10
**forth** 2:8
**forty** 55:6
**found** 42:8 43:7
  43:9 81:4 86:20
  87:3 92:8 98:14
  100:5 104:8,10
  105:2,11 109:11
  109:15 110:9
  111:9
**foundation**
  11:20 12:19
  13:4 79:14
**four** 33:7 39:14
  40:16 67:1 69:9
  86:23
**fourth** 20:5
**free** 10:8 91:13
**friday** 1:22
**front** 73:20
**fulfill** 12:1
**full** 3:5 10:17
  56:1 84:9
**fund** 6:17,21
**further** 3:1,8,16
  111:19,23
  112:13

| g | go 14:12 17:9 | h | 95:5 |
|---|---|---|---|
| **g.e.d.s** 33:13 | 19:20 28:21 | **habitual** 77:21 | **healthy** 65:12 |
| **galveston** 20:16 | 29:7 41:11,11 | 78:2,3,8,19 79:6 | 65:22 100:20 |
| 20:16 | 41:20 50:7 | **half** 22:20 90:10 | 101:2,5 |
| **gap** 19:2,4 | 69:23 79:4,5 | 90:21 | **hear** 8:21 21:8 |
| 31:16 32:5,9,12 | 83:8 86:5 97:17 | **ham** 5:8 41:13 | **heard** 21:16 |
| 34:16,17 40:12 | **going** 9:10 17:3 | 41:17 42:16 | **high** 33:8,8,12 |
| 40:15 57:20,22 | 17:10,21 18:17 | 91:1 92:4 95:9 | 34:10,11,20 |
| 58:4 61:10 | 23:23 24:5 | 97:3 | 35:1,6,10,18 |
| 66:19 | 76:16 79:10 | **handy** 17:3 | 39:15,16,17,18 |
| **gaps** 22:10 | 82:13 91:9 | **hang** 83:7 | 40:6,7 61:9 |
| **gender** 111:12 | **good** 8:19,20 | **happen** 55:15 | 95:22 97:11 |
| **general** 7:5 29:9 | 42:7 80:5 | **happens** 51:14 | 100:4,8,13 |
| 32:18 35:13 | **goods** 63:1,5 | **happy** 59:2 | 102:17 104:18 |
| 37:9 40:1 43:11 | **government** | 103:3 | 104:19 105:15 |
| 48:7 65:4,9 | 11:12 86:9 | **harbert** 7:3 | 105:17,23 |
| 78:20 80:16,16 | **grab** 55:15 | **hard** 16:23 | 106:11,21 107:3 |
| 94:12 | **graph** 32:23 | 44:14 45:22 | 107:18 |
| **general's** 9:1 | 33:8 34:9 38:4,9 | 46:1,3,12,20 | **higher** 32:19,19 |
| **generally** 47:18 | **graphs** 33:23 | 61:10 91:14 | 33:10,19 35:14 |
| 51:17 65:20 | **greater** 53:5,20 | **hardworking** | 36:18,22 37:3 |
| 72:1 109:10 | 81:6 82:4,8 | 107:17 | 37:10,15 40:6 |
| **generous** 44:4 | **grounds** 3:13 | **harking** 89:20 | 44:8,11,21 45:4 |
| **georgia** 20:8,10 | **group** 25:21 | **harvard** 11:12 | 45:6,11,13 |
| 60:9 | 26:18 82:21 | **head** 9:15 14:4 | 47:14,17 56:20 |
| **gingles** 82:18 | **groups** 28:18 | 19:13 21:7 36:7 | 60:11,12 61:5,9 |
| 83:20 | 34:1 50:21 | 36:12 43:6 | 63:4,9,13 77:12 |
| **give** 9:13 49:7 | 101:7 110:13 | 46:11 85:23 | 101:20 102:1,8 |
| 59:4 75:6 | **guaranteed** | 93:20 | 102:19 105:9 |
| **given** 30:4 61:16 | 72:6 | **heading** 64:18 | **hindrance** |
| 98:11 99:3,5 | **gubernatorial** | **health** 19:7 | 24:16,18 |
| 103:14 112:12 | 47:8,13 | 48:18 64:18,22 | **historical** 14:19 |
| **gives** 103:20 | **guess** 36:2 38:3 | 64:22 65:5,10 | **history** 14:14,16 |
| **giving** 90:3 | 42:6 55:7 98:8 | 65:18,18,20,21 | 14:21,22 15:3,4 |
| | | 66:8 93:15 95:4 | 15:6,7,10 |

**hold** 46:2,10
65:11,23
**home** 10:23
83:15
**homicide** 69:10
**hood** 5:5 53:23
56:14 59:9 60:4
**hood's** 22:7,8
52:18 54:23
55:23 58:11
59:17 60:17
**hour** 22:20,20
23:16
**household**
25:21 48:12
49:12 52:5
59:17 60:12
**householder**
48:16
**households**
26:18 49:13,13
**huh** 9:14,14
69:19 72:20
**human** 69:23
74:11,12,13
75:1
**hundred** 34:1
101:16
**huntsville** 22:1
**hypothesis**
51:22 108:6
109:3
**hypothesize**
80:9

**hypothetical**
46:15 63:20
64:13

## i

**idea** 32:18 48:3
63:3 84:1 95:20
106:7 110:4
**identification**
17:23 18:19
59:15 76:18
80:7 82:15
89:15,16 91:11
105:23
**identified** 44:4
**identify** 89:10
106:8
**identity** 83:12
84:22
**idiosyncratic**
30:4
**iii** 5:5 59:9
**illinois** 10:21
60:20,22,23
61:5,22 62:7
**imagine** 45:23
46:2,3,13
**immediately**
17:2
**impact** 51:13
65:7 92:7,18
94:19,21,23
95:22 96:1,3,3
96:20 102:17
105:1,10,13,15
105:18,23

106:21 107:3
108:7
**implementation**
83:3
**implies** 110:8
**import** 80:13
**importance**
42:20
**important** 9:12
53:14
**imposed** 86:21
87:4
**incarcerated**
79:7
**incarceration**
67:11,13,19
72:7,11
**include** 25:21
33:15 69:20
72:3 80:15 98:4
**included** 110:4
**includes** 33:12
33:17 70:2
71:21
**including** 12:2
13:7 45:17
**income** 48:12
49:12 50:2
51:16 52:5,7
54:5,20 56:18
56:20 57:22,23
58:20 59:18
60:12,23 64:3,4
64:6,9

**incomplete** 53:8
53:9 55:4
**incorporates**
26:13
**increase** 39:8,12
40:23 47:15
94:13 101:3
102:13,15
**increased** 83:4
109:16
**independent**
103:22
**index** 5:1 6:1
**indicate** 102:3
**indicates** 109:2
**indicating** 17:14
**indication** 28:1
**individual**
25:14 42:20
44:10 103:21
**individuals**
72:21,22 74:2
74:22 88:9
89:17
**infant** 64:22
65:2,9
**inflate** 27:9
**inflating** 28:7
**information**
60:6 61:12 62:6
62:10,11 80:17
80:18
**infrastructure**
100:21 101:2

initial 18:5
79:10
inmate 76:20
77:18
instance 12:23
16:2 24:14
25:19 26:23
27:10,17 28:6
31:2 41:8 45:5
50:1 60:9,15
institutions
111:14
insurance 48:18
64:22
intend 18:22
interest 47:16
106:11 111:1
interested 47:11
112:15
interfere 45:20
interpretation
98:11
interpreting
98:20
introduce 17:9
involve 13:19
involving 19:22
20:21
issue 25:3 27:11
85:15 88:8
issues 30:21
89:11 98:11

**j**

jefferson 112:4
jim 7:7
journal 13:2
journals 42:19
judge 50:23
judicial 79:16
justice 13:8,17
19:8
justify 61:10

**k**

kathryn 6:21
key 99:19
khadidah 1:6
kin 112:14
kind 9:7,14
20:20 24:16
40:22 43:9 45:7
45:20,22 55:19
80:5 93:14
94:21 96:22
97:13
kinds 76:8
know 9:19 10:4
15:4 19:18 20:3
21:14 23:1
25:12 27:10
28:11,14,16
29:16,20 30:2
35:13,16,21
36:4,6,8 40:8,9
43:4 45:4,22
46:5,12,15 47:4
47:10,19 53:11
53:11 60:6,7,10

61:7,8,9,13
62:17 63:12
74:6 75:1,5
85:14 86:14,18
86:19,20 90:21
90:22 91:14
93:6 94:9 98:13
99:8 101:5
103:6,10 104:20
108:12 109:9
knowing 80:19
knowledge
106:20,20 109:5
111:2
known 24:10

**l**

l 2:1 112:20,22
lack 92:9
large 8:4 13:20
14:22 51:9
85:19 92:7 96:4
largely 83:15
larger 28:7
latino 108:6
109:16
law 12:8 83:2
laws 3:5 79:8
lawsuit 21:9
lay 53:19
layman's 42:7
96:12
ldf 21:10
lead 43:12,18,21
91:20 92:16

leading 3:11
leads 32:20
leaving 74:5,7
led 88:19
legal 6:17,20
29:20 51:2 87:7
legislative 22:2
28:22
legislature
20:12
level 20:15
45:11 54:19
103:22 105:3
111:10
levels 44:8,11
45:13,15 92:6
liberalism 87:20
libraries 86:3
life 65:8 95:2
likely 72:10
79:6 95:7,20
106:8
likewise 102:1
limestone 25:7
37:17
limit 103:7
line 17:6 38:5,7
38:15 50:1
lines 67:1,22
list 30:21,23
31:2,10
lists 31:4
literature 87:16
87:17

little  41:11,12
   84:6 98:19
   103:1 106:19
live  60:20
living  56:8,11
   56:21 57:11,19
   58:10,13,19
   60:1,5,11,13
   61:5 62:4,11,12
   62:19 63:4,9,13
   63:22 64:12
locations  83:15
logistics  9:8
long  22:18
look  19:21
   25:18 41:8 46:9
   46:11,12 52:1
   54:1,17 60:19
   85:12 86:4
   97:17 100:1
looked  25:1,6
   98:3 108:4
looking  31:14
   32:4,23 34:9
   36:1 37:14,20
   38:4 39:9 60:8
   60:22 68:18
   72:17,18 73:5
   74:15 75:8
   76:20 77:18
   80:1 85:5 90:14
   95:16 97:3,9
   98:8,23 108:3
looks  34:3,10
   38:11 41:2 42:5

46:15 68:19
   74:12 81:3
lot  72:10
louisiana  20:8,9
lower  35:14
   36:9 37:23 38:1
   45:15 48:6
   56:11,21 57:11
   63:14 64:11
   80:10 103:18
   104:8 107:13

**m**

m.v.  5:5 59:9
made  3:10
   46:20 80:14
madison  25:7
   37:14,15
main  51:15
maintenance
   30:22,23 31:3
   31:10
major  11:10
majority  35:9
   67:3 78:22,23
   79:1
make  3:12 44:1
   44:2 57:14 58:6
   59:22 63:7,15
   63:18 98:6
makes  62:23
   77:15
making  57:4,7
   61:22 62:1 63:9
   75:5

male  77:3
males  78:2
manslaughter
   70:1
marginal  39:1,6
mark  17:21
   18:17 59:13
   76:16 82:13
   91:9
marked  17:23
   18:19 59:15
   76:18 82:15
   91:11
master's  33:20
   40:11,13
match  75:18
math  54:23 55:1
   55:7 73:7,12
matters  26:12
mckay  7:6
mean  14:11
   24:18 26:10,23
   35:16 40:3
   43:19 44:15
   47:4,6 48:1
   66:10 79:17
   86:23 95:1
   101:5,14,14
   102:21
means  102:4,8
   103:6 108:12
measure  65:4
measured  96:5
measurement
   65:10

measures  48:10
   64:21 92:10
media  100:6,19
   105:15 110:22
median  48:12
   49:11 52:5 54:5
   54:20 56:18,20
   57:21,23 58:20
   59:17 60:12,23
   64:3,4
meet  22:21
members  82:22
membership
   100:10,19
   105:17 111:13
mentioned
   46:17 47:22
mentor  12:23
merrill  81:7
messick  7:7
messrs  7:6
met  22:16,18
meta  5:8 41:23
   42:5,10 91:1,17
   92:21 93:7 96:5
   97:19 105:10
   108:4
methods  14:7
metric  62:20
   103:18
metrics  52:23
   54:21
middle  31:15
   66:17

ministries  81:7
  82:5,8
mink  7:9
minor  11:11
minorities  110:5
minority  50:21
  82:21 83:5 94:3
minus  96:8,17
  103:10,11,19
missing  62:10
  107:8
misspeak  10:2
misty  7:7
mitigates  83:11
mobile  83:14
mobility  110:22
mobilization
  47:3,22 48:3
  96:19 97:4,7
  98:18 99:9,21
  99:23 100:2,18
  101:3,6,8,9,12
  101:15,21 102:1
  102:6,11,19
  105:6,12 110:22
modal  108:15
  108:17
model  42:2,3
  97:18 98:16,18
  99:9,12 105:22
models  98:12
  110:4
moment  30:4
  58:3 70:15
  109:23

money  63:4
montgomery
  7:8 22:1 25:7
  37:20,20 38:20
month  76:4
month's  76:12
monthly  5:6
  75:10,14,20,21
  75:23 76:13
months  76:6
morgan  25:8
  37:17
morning  8:19
  8:20
mortality  64:22
  65:2,9
motivated  48:2
  87:14 88:15
motivating
  87:18
moved  31:6

**n**

n  2:1
naacp  6:17,20
naifeh  23:1
name  8:23
  10:17
national  36:5,6
  36:10
natural  44:7
nature  33:21
near  110:12
nearly  53:5
necessarily
  56:22,23 67:18

72:8 107:13
  111:5
necessary  3:9
  58:12 84:4
need  10:4,8,9
  16:1 17:7 51:15
  63:4 77:19
  83:16 98:6
negative  95:23
  103:9 107:3
  108:7
negatives  71:17
neighborhood
  97:13
neighboring
  37:17 60:9
neither  112:13
new  6:18,19,22
  6:22
nine  75:3,4
  108:22 109:15
noise  28:12
non  101:21
  105:12 108:7
  109:16 110:9,23
nonpartisan
  100:1
north  7:4
northern  1:2
northwestern
  11:18,21 12:20
  13:3
notaries  84:23
  85:3,8,17 86:2

notary  2:6 8:3
  84:16,19,21
  86:15,22 87:4
note  30:16
  42:16 44:6 75:9
  75:19
notice  3:17
number  1:4 6:2
  17:22 18:18
  20:3 24:8,9
  26:14 42:8
  46:14 47:7
  59:14 61:7,8
  69:3 73:9,10,11
  73:13 76:17
  82:14 90:4,9,19
  91:10 95:17,17
  103:11,16,20
  104:6
numbers  27:14
  27:16,17,19,22
  34:2 36:11 49:5
  50:6 53:17
  56:17 90:13,15
  99:3 107:13
numerator  24:9
numerically
  53:18

**o**

o  2:1
object  49:6,7
  64:1
objection  39:3
  45:1 49:8,17,23
  50:7,16 51:6,6

52:14 56:10
58:15 62:16
63:11 64:7
65:15 66:5 88:3
88:21 89:2,7,12
90:2,11 100:22
101:4 102:14
103:5 108:11
**objections** 3:9
3:12
**obligations** 12:2
12:22
**obtaining** 83:9
**occasionally**
10:7 12:11
16:12 79:20
81:23
**occupation** 43:9
**occupational**
43:8 111:12
**offenders** 76:22
77:2,9,13,22
78:2,3,9,12,13
78:19 79:6
**offense** 68:20
**offenses** 69:7,10
69:14,22 71:20
72:14 74:9,13
78:13
**offer** 21:5
**offered** 3:14
**office** 7:5 9:1
10:23 11:1
25:17 47:14,17

**oh** 20:16 55:17
67:20 85:10
101:23
**okay** 8:21 9:23
10:1,12 11:2
14:14 16:22
18:9 24:23 33:5
44:18 63:21
66:2,15 69:2
71:4,19 74:18
81:21 83:8 84:7
84:14 89:9
91:16 101:12
103:6,10 105:5
106:19 107:15
107:15
**old** 95:3,20
**older** 29:3 33:3
37:4,10 95:6
**one's** 83:12
**ones** 27:3 28:23
43:4 56:20
75:16 76:11
93:10 94:7
98:17 104:7
**operates** 109:5
**opinion** 5:7 21:5
62:3,8 81:14
82:11 84:4,9,11
84:12,18 87:13
87:16
**opinions** 18:21
18:23 23:4,12
79:16,18,22
81:21

**opportunity** 9:3
**oral** 3:23 8:8
**organizational**
100:10,19
105:17
**original** 3:23
18:1,20,23
59:16 76:19
82:16 91:12
**outcome** 23:21
**outcomes** 19:7,8
51:9 52:7 93:15
**outdated** 41:6
**outside** 98:4
**overall** 36:1
44:9,12 45:14
53:15 56:17,18
65:4,8 77:15
78:8,16,16
110:14
**overestimated**
92:9
**overstated**
43:13,18,22
91:21
**own** 12:21
18:21
**ownership**
48:20 49:1

| **p** |
|---|

**p** 2:1 99:17
**page** 6:2 9:21
30:17 31:15
32:23 37:1,2
48:8 64:18

66:14 76:20
79:11 80:2,4
84:21 92:4
105:21 107:11
108:3 109:21
**paper** 103:1
**parabola** 96:13
96:15,16,18
**paragraph**
66:16 70:10
71:4 80:13
84:14 87:5
110:18
**paragraphs**
27:1
**part** 14:18
107:7
**participation**
13:15 84:2
**particular** 14:1
15:3,4 17:6 25:2
27:16 29:22
34:10 37:14
43:17 52:11,22
57:6 63:13 85:6
91:18
**particularly**
9:11 42:21 47:1
**parties** 2:3 3:12
88:8,14,18
101:6,15 102:2
112:14
**partisan** 87:18
88:6 97:4,7
99:23 100:18

**[partisan - possession]**                                   Page 129

101:9,12,20,21
105:5,12 110:23
110:23
**partisanship**
90:6 101:16
**party** 87:10,14
88:10,16,20
89:1,5,10,15,16
100:21 101:2
102:7,11,20
105:9,22 106:8
111:1
**past** 82:22
**pattern** 37:9
42:5,9
**pen** 73:20
**pending** 10:10
**people** 21:3
22:23 31:4,6
48:2,4 54:2,2,14
54:15,15,16,20
57:2,3 61:18,20
61:22,23 65:20
65:21 67:3,23
68:2,4,6 73:2,15
78:21 90:13,15
90:16,20 93:2
106:7
**percent** 31:18
31:21 32:1,5,9
32:12 34:1,11
34:14,16,19,19
34:23 36:3,16
36:19,20 37:2
38:5,7 44:16,19

44:22 45:6 53:6
53:20 77:5,8,9
77:15 78:3,6,8
78:18,20 101:16
**percentage**
34:17 35:4,18
35:21 77:3,6,12
**percentages**
49:10
**perfect** 55:18
**periodically**
63:2
**periods** 67:10
**persisted** 19:4
**person** 43:10
64:5,11 65:18
69:12,14 71:20
72:14
**personality**
107:17
**persons** 68:1,5,9
68:10 70:6,11
70:13,16 71:2
71:12,13 73:3
**persuade** 48:4
**pertains** 39:7
**pertinent** 50:15
50:19,22 62:10
**pg** 5:2
**ph.d.** 11:12 12:3
**ph.d.s** 33:21
**photo** 80:6,11
80:20,22 81:5
81:10,17 83:2
84:1,15

**picked** 53:11,12
**picture** 56:1
110:14
**picturing** 44:14
**places** 57:4
80:18 97:1 98:4
**plaintiff** 6:16
**plaintiffs** 1:8
22:16 83:19
**plan** 11:5
**plaza** 7:3
**please** 4:2 9:19
10:3,17 17:8
58:11 77:20
84:6
**plus** 73:22 96:16
96:18 103:19
**point** 26:22
34:17 35:4 48:8
57:14 60:13
69:4,5 78:21
95:6 104:11
**points** 38:2 40:6
40:14
**policy** 11:14
12:9 13:8
**political** 11:13
11:19,22 12:8
13:6,15 14:22
42:19 101:6
106:11,20 109:5
111:1,2
**politics** 11:10
13:16,18,20,21
13:23 15:8

106:20
**poll** 80:19
**polling** 80:18
**poor** 35:17
65:18
**poorer** 65:21
**population**
25:20 26:4,11
26:17,19 27:7
27:14 28:7,8,9
30:18 34:20
35:1,10,18,22
36:13 37:11
38:21 44:9,10
44:17,20,22
45:12 53:6,20
55:10 65:5,10
76:21 77:16,18
78:16,17,22,23
79:3 95:6
**populations**
25:13
**portion** 52:21
72:13 107:10
**position** 88:17
**positioning** 88:7
88:7,14
**positive** 95:22
97:2,6,11,20
98:5 100:4,11
100:13 102:20
105:6,13,15,18
107:17 111:2,5
**possession**
80:10 81:5,9

possible  21:19
  28:3,4
potential  46:19
  94:18
potentially
  94:10
poverty  45:7
  48:16 50:2
  54:19,20 60:14
  83:4
power  64:10
predictive
  107:22
prepare  22:14
preparing  23:18
presence  94:2
present  7:9 56:1
  57:20 60:4 69:5
  109:14
presentations
  49:9
presented  57:16
  62:2,10
presents  61:17
presidential
  29:9
pretty  44:4,5
  100:13 104:18
  104:19 109:6
prevent  24:17
previous  110:23
primarily  66:17
primary  87:18
  88:1,5,11

princeton  11:10
print  112:9
prior  3:14 21:16
prison  25:13
  26:4,11 27:7
  28:6 67:21
  77:16 78:17
prisons  28:6
probably  19:16
  24:21 62:17
  78:21 79:1
probative  29:19
  30:3
problem  45:18
procedure  3:20
  8:5
proceedings  8:9
  112:7,12
professional
  33:20
proportion  51:9
  78:15,17 90:16
proven  109:3
provide  10:14
  26:7 84:9
provided  8:4
  23:2,5,10 30:10
  83:19
providing  61:11
proving  83:12
psychological
  105:22
public  2:6 8:3
  12:9

publication
  15:15 76:13
publish  15:12
published  41:2
pull  23:23
purchasing
  64:10
purging  30:21
  30:23 31:2,10
purports  34:5
pursuant  2:8
put  58:11
puts  53:23

q

quantify  90:15
quarters  25:22
  26:18
question  9:18
  9:22 10:10,12
  35:17 39:5
  43:15 44:13
  45:18 50:23
  51:2,3 58:18,23
  59:20,23 61:11
  88:13 90:8
  101:1 109:8
questions  3:10
  3:11 9:12
  111:20 112:8
quickly  36:1
quite  14:11 41:7
  103:13

r

r  112:1
race  12:8 13:8
  13:16,19 15:7,8
  29:1,7,12,18
  47:18 48:16
  49:4,10,16,22
  50:4,9,12,14
  51:5 52:3 72:19
  76:21,22 77:2
  77:19 78:1 80:4
  80:17 87:13,19
  88:8,12,15,19
  88:22 89:23
  90:5 94:8,17
  107:22 108:4
  109:5,22 110:3
  111:12
racial  19:5,10
  34:1 52:2 81:4
  87:19,20,20
  89:11 90:17
  94:2 110:13
rape  69:10
rate  35:14 36:9
  37:15 60:14
  101:20
rates  31:12,12
  32:19 37:10
  48:18 67:18,19
  80:10
rather  9:13
  109:1
ratio  39:9

**raw** 96:3,8
**reach** 85:6,9
**reached** 85:7
**reaching** 85:4
**read** 21:18 22:3
22:5,11 44:3
66:22 67:5 69:7
79:18 81:19,21
84:4 92:5,10
103:17 104:1
110:1
**reading** 3:2
91:15
**real** 40:1,3
**realignment**
87:14,19 88:16
88:20 89:1,5
**really** 27:10,11
28:21 60:13
84:23
**reason** 10:9,14
26:16,19 31:5
47:19 90:1
**reasons** 95:4
**rebuttal** 5:4
16:18 18:5,10
18:14 19:9
66:12 75:9
76:10 84:15
87:10
**recall** 14:3 20:7
20:15 21:7,19
22:13,22 23:13
25:5 29:8,11
38:2,14,23

85:13,16,22
86:6,7,10,13,17
91:3,21 92:2,3
107:11
**receive** 23:20
**recent** 30:1
**recognize** 17:16
18:12
**record** 9:4
10:18
**rector** 6:18,21
**redistricting**
19:23 20:5,5,14
21:23
**reduced** 112:9
**refer** 31:6
**reference** 75:18
101:15
**referencing**
58:21 59:1
75:17,19
**referring** 16:22
17:4,5
**reflected** 100:20
**regardless**
55:10 58:4
**region** 110:22
**regions** 7:3
**registered** 24:8
31:18,21
**registering**
24:17
**registration**
19:2 24:6,7 25:1
25:9 26:14 27:2

27:19 30:5,19
31:4,8,11,12,16
32:2,9,13
**regression**
49:18 51:18
52:8
**regularly** 17:4
**related** 15:7
45:17 50:12
69:7 83:19
93:21,22
**relatedly** 60:13
**relating** 3:6
**relationship**
39:11,12
**relative** 57:2,3
**relevance** 89:4
**relevant** 29:21
41:5 42:2 51:21
55:9 57:10
58:13,19 59:3
60:1 62:4 64:15
87:4,9 89:1,14
**relied** 23:3,11
75:15,16 76:9
76:13
**relies** 44:7
**relying** 25:16
**remember** 29:5
43:5 87:1 92:23
98:3 103:14
104:11
**remote** 1:20 2:4
2:9

**repeat** 43:14
78:12
**replicated** 98:15
**report** 5:3,4,5,6
17:18 18:5,6,8
18:10,14 19:1
22:6,7,8 23:18
23:23 24:3
28:20 30:16
31:9 32:15 37:2
48:6 52:18,21
55:16,23 57:21
58:22 59:3,5,9
59:11 64:14,17
66:12 67:2 71:5
73:14 75:9
76:10,12,14
79:11 80:15
82:19 84:11,15
86:5 87:10,17
98:21 105:20
109:4,14 110:17
110:18
**reported** 30:17
**reporter** 4:3 8:1
9:15
**reporting** 49:5
**reports** 22:12
22:17 75:10,15
75:20,22 76:1,9
79:22 93:17
**representation**
79:2
**representative**
85:17

**representing**
9:2
**represents**
112:10
**republican** 89:9
89:10
**republicans**
89:22,22
**required** 83:10
**requirement**
80:11 81:18
84:16,19 86:16
86:22 87:4
**requiring** 80:6
**research** 12:5
12:21,21 13:4
15:14 41:5,6,21
41:21 42:1,18
51:3,4 65:16
79:19 89:3,8
90:3,4 99:11,12
**researched** 15:6
**residential**
110:21
**residents** 19:3
56:2,3 57:23
58:1,4 59:21,23
60:23
**resources** 40:23
41:22 42:14
98:16 109:7
110:5
**respect** 19:1,6,8
27:12 42:13
51:10,16 54:5

78:19 88:5 90:5
109:6
**respective** 2:3
33:23
**respond** 31:5
**response** 88:4,4
**restrictions** 21:4
**result** 19:10
43:22 109:19
110:8 112:15
**results** 26:15
42:5,9,9 110:13
**retained** 4:3
13:9
**retread** 9:10
**return** 39:14,15
39:17 40:1,4
**review** 87:17
90:3
**reviewed** 22:17
52:18,21 59:11
76:3
**richard** 7:9
**right** 12:2 13:10
17:13 24:11
25:3,8 26:2,9,16
28:10,18 30:8
30:20 31:19
32:2,6,7,16 33:3
33:4,10,11,13
33:22 34:7,12
34:21 35:7,11
36:14,15 37:7,8
37:12,18,22
38:5,16 41:3,4

42:23 46:14
51:19 52:19
53:1 54:10
55:21 57:8,12
57:21 58:1,2,7,8
59:18 60:20
61:1,2,3,4,14
63:10 64:23
65:1 66:22 67:5
67:8,9,14,15,17
67:19 68:7,23
70:10,12,13,14
71:6,10,15,21
72:15,23 73:6
73:16 74:4,10
74:17,19,23
75:3,6,10,20,21
76:1,5 77:16
78:4,13 79:14
82:3,19 83:12
83:21 84:2,16
85:23 87:11
88:2 92:1,5,18
92:22 94:19
95:23 97:4,21
98:21 99:1
100:14 101:9,10
102:9,22 104:1
104:3,9,18
107:19 108:8,21
109:3,17 110:6
110:14 111:3,15
**rights** 88:9,12
88:22

**rigorous** 44:5
**riley** 22:5 75:17
**robbery** 69:10
**role** 31:8 90:5
**room** 11:2
**rosborough**
6:23
**rounding** 34:5
**rule** 3:19 8:5
**rules** 3:6,20 8:5
**run** 55:19

**s**

**s** 2:1 6:16 7:1
**sadasivan** 6:21
**saith** 111:23
**salient** 47:1,6
**sample** 85:17,19
98:18 99:6
104:21 105:1
**saying** 26:11
52:6 56:1,13,16
61:14,14 62:9
63:14 65:22
66:6,7 78:10
87:6 88:17
92:21 98:2
104:12,19 109:9
**says** 24:7 30:17
56:14 66:18
69:7 71:5 77:17
78:14,14 81:2
82:4 83:1 85:8
92:5 97:8 107:4
107:7,12 108:23
110:12

**[schlozman - smets]** Page 133

**schlozman**
40:19 42:2,12
92:19 93:3,12
94:14
**scholarship**
92:16
**school** 33:8,8,12
34:10,11,21
35:1,6,11 39:16
39:16,17,18
40:6,7
**science** 11:13,19
11:22 42:19
109:5
**scoot** 37:1 64:17
**scratch** 27:10
**screen** 17:5,11
68:15 75:12
82:1 91:5 95:11
**scroll** 24:5
68:22 69:13
82:7 84:6 97:15
98:9 101:13
102:23 103:3
110:16
**scrolling** 106:19
109:21
**second** 49:7
60:7
**secretary** 9:2
25:17 26:5,12
27:4,6 29:1,12
32:11 82:5,8
**secretary's**
25:23

**section** 22:6,8
32:15 95:5
101:18 110:18
**see** 17:11,13
18:2,9 22:23
24:1,2 33:5 34:3
36:16 37:4 38:6
38:8 42:6 44:21
44:23 45:3,13
46:11 48:8 50:5
54:18 59:5,6
61:16 64:19
66:20 68:2,15
69:14,17 70:1
72:16 73:1,9,10
73:12 75:12
76:23 77:1,3,5,7
77:8,11,21,22
77:23 78:5,7
79:23 80:3,14
81:2,3 82:1,2
83:6,7,13,17,22
84:7,9 86:4 91:5
92:12,14,19
97:5,18,23
99:15,16,18
100:7 101:11,13
102:13 103:2
107:20 110:2
**seeing** 18:5,7,9
91:14
**seem** 27:15
**selection** 53:12
**self** 30:17

**senate** 29:14
82:20 83:21
93:21,22 94:4
**sentence** 24:6
66:17 67:22
69:8 71:4
101:18,22
103:17
**serve** 13:1
**service** 12:1,22
**ses** 22:9
**set** 2:8
**several** 12:22
28:6 64:21 76:6
**sex** 69:22 74:9
74:13 76:21,22
77:2,19
**shaking** 9:15
**share** 17:5
**shifting** 93:14
**short** 55:13
89:18 111:17
**show** 17:8 58:23
59:2
**showed** 32:12
55:2
**showing** 58:16
102:5
**shows** 31:10
32:8 67:2
**sides** 81:4
**signature** 3:2
112:19
**significance**
107:9,14

**significant**
99:14,22 100:16
104:9,11,22
105:2 106:5,17
106:23 107:19
110:9 111:6
**significantly**
83:11
**similar** 12:20
40:7 99:1
**simple** 69:22
71:21,23 72:6
72:13,18,22
90:7
**sit** 46:1
**sitting** 46:14
**sixth** 7:3
**size** 95:13 97:6
97:20 98:5,19
98:23 99:1,6
101:23 102:10
102:22 103:7,9
103:14 104:3,21
105:1
**sizes** 104:12
**skew** 27:7,13
28:1,2,3
**skills** 110:6
**smaller** 40:15
98:18 99:6
**smets** 5:8 41:13
41:17 42:15,16
91:1 92:4 95:9
97:3

**[smith - studies]**                                       Page 134

**smith**  2:7 3:22
6:3 7:6 8:15,18
8:23 17:10
58:17 59:2
111:19
**social**  11:13
**socioeconomic**
19:7 22:10
42:21 43:2 48:7
48:10 50:13
51:13,16 52:12
55:21
**sorry**  20:17
27:12 28:12,15
30:13 39:4
41:10 44:5
45:16,17 50:17
71:16 73:10
77:21 79:4
85:10,10 96:11
101:23 102:23
103:10
**sort**  53:21 65:8
76:13 89:20
96:9,14
**sorts**  53:4,18
93:16 94:1
**sos**  31:16
**source**  15:20,22
**sources**  15:16
15:19
**south**  12:10,11
12:14 87:15,19
**southern**  1:3
13:18,20,22

**space**  46:14
**speak**  15:2
**speaking**  43:11
**special**  29:14
**specific**  76:12
**specifically**
10:22 12:13,17
22:9,21 42:13
50:20 68:10
86:4 90:12
93:10
**speculation**
45:1
**spot**  80:5
**squared**  95:19
95:23 96:2,4,8,9
96:16,17,17,17
110:21
**stage**  107:19
**standard**
103:21,23
**start**  59:8
**starters**  53:10
**starting**  41:6
45:19 48:7
**starts**  30:16
64:18
**stat**  69:12
**state**  7:5 8:3 9:2
10:17 20:8,10
20:11,12 22:1
25:19 27:4,6
28:22 32:11
35:20 44:13,19
44:21 45:5,14

46:9,21 47:2,8
47:12,20 52:15
53:5,19 60:9
62:15 63:7,8,13
64:3,11 68:23
82:5,5,9,9 84:20
112:3
**state's**  25:17
26:5 29:1,13
83:8
**statement**  60:2
62:5 80:14
**statements**
60:19
**states**  1:1 13:22
14:23 20:7
35:19 40:5
52:13 53:1,12
53:22,23 54:3,8
54:16,17 55:2,8
55:9 56:2,9,14
57:15,18 58:5
59:23 60:8,10
61:18,21 63:15
63:16,19 64:15
98:5,13,16 99:8
107:23 108:14
**statewide**  25:2
27:17,19 33:2
47:2
**statistic**  65:6
**statistical**  5:6
14:7 39:12
75:10,14,20,21
75:23 76:14

107:8,14
**statistically**
99:13,21 100:16
104:8,10,22
105:2 106:5,16
106:23 107:18
**statistics**  14:5,6
14:13 31:14
72:19
**stats**  72:17
**status**  19:7
22:10 42:21
43:8 48:11
51:13,16 111:12
**stay**  9:21 41:8
**stenotype**  112:8
**step**  39:9 71:18
**stick**  57:21
**stipulated**  2:2
3:1,8,16
**stipulation**  8:6
**stipulations**  2:8
8:15
**stone**  1:6 18:7
**street**  6:18,21
**stuart**  23:1
**students**  12:4
**studies**  11:11
13:21 14:2
42:20 44:3 46:5
46:9 92:8 93:7
94:9,15 95:17
97:9,20 98:2,15
99:7,12,21
104:16 107:13

108:18 109:2,2
110:10,20
111:11,12
**study**   12:14
93:11 98:21
**stuff**   74:5,8 99:9
99:10 100:23
**submit**   16:15
**submitted**   18:14
**subtract**   74:16
**succeeded**
108:18
**success**   101:20
103:4
**successes**
103:11 108:14
**suggest**   103:2
**suggested**   92:7
**suggestion**
92:15
**summary**   56:6
**supervision**
112:10
**supplement**
10:5
**support**   43:7,9
89:3,8
**sure**   14:11
25:12,12 29:5,6
29:23 45:9
46:17 55:12
66:15 75:5 76:8
97:16,22 98:6
99:2,4 101:1,16
103:8,13 107:11

**survey**   25:20,21
26:9,12,14,17
26:20,21 27:14
30:8,18 37:7
**sworn**   8:12

**t**

**t**   2:1,1 112:1,1
**tab**   69:6 77:22
**table**   10:11
57:17 58:16,18
60:17,19,22
61:15,18 62:2,8
62:9,13 63:17
78:10 104:15,15
104:15,16,20
105:20,21
**tables**   60:14
98:9,9 103:15
**take**   9:16 10:7
10:12 26:3
63:19,20 75:6
84:3 93:4
109:23
**taken**   2:5 3:23
55:14 89:19
93:2 111:18
112:7
**takes**   96:2
**talk**   27:1 64:21
67:20 80:6 90:5
95:5
**talked**   91:17
93:15
**talking**   25:15
55:20 67:7 76:7

81:9 90:12,13
103:15
**talks**   84:15
**tandem**   96:8
**teach**   12:10
14:12
**teaching**   11:23
12:6,7
**teleconference**
1:20 2:4,9
**tell**   89:21 90:7
90:20 103:12
**ten**   19:15,19
40:14 53:5,20
**tend**   65:20
**tends**   94:22
**tennessee**   60:10
**tens**   54:4,6 57:7
58:6 59:22
**tenure**   12:3
**term**   29:20
**terms**   28:1 35:6
44:4,5 54:18
64:5,9 68:13
96:12
**test**   52:9 107:19
**tested**   51:22
98:12
**testified**   8:13
19:11,22 20:14
20:20
**testimony**   3:23
9:4 10:15 23:15
23:17 112:11

**testing**   105:21
**tests**   41:14 42:3
95:17 97:20
103:12,16 104:7
104:8 107:12
109:1 110:10
111:11
**texas**   20:18
**thank**   77:20
85:10
**theoretical**
103:18
**thereto**   3:15
112:8
**thesis**   40:22
**thing**   46:19 47:4
60:7 68:12
70:18 74:9 98:8
**things**   15:5,5,6
25:9 33:13,15
33:21 45:17,20
48:11 52:4
62:14,17 70:2
70:12 93:16
94:1,15,16 96:7
98:14 100:18,20
**think**   10:2 13:14
14:12 19:20
20:4,4 21:16
23:9,9 26:23
27:10,11 30:3,5
34:2,8 37:23
42:15 43:7,8
44:2 45:3,19
46:7,13 50:22

50:23 51:8,15
53:8,9,13 55:9
55:18 58:12
59:3 60:4 62:4
69:3 70:19,20
71:16 73:21
75:16,17,22
78:10 79:23
80:9 85:8,11,19
87:8 88:23
91:16,19,23
92:3 93:1 94:5,7
94:11 96:7,11
98:10,14 100:23
102:4 107:10
**thinking**   20:8
43:16 93:13
94:16 96:13
**third**   20:4 60:12
83:14
**thought**   46:19
**thousands**   54:4
54:7 57:8 58:6
59:22
**three**   22:12 30:6
31:11 89:7
**tied**   26:8
**time**   3:13,13
22:19 42:6
44:14 46:13
55:13 81:22,22
84:3 89:18
91:14 99:16
111:17,20,21

**times**   19:11,19
89:7
**title**   17:13 18:2
**titled**   33:1
**today**   10:15,20
11:5 22:15 41:5
66:20
**together**   97:18
98:1
**told**   62:8
**took**   93:7
**top**   14:3 19:13
21:7 36:7,11
38:7 42:19 43:6
46:11 59:8 82:4
82:7 85:23
93:20 106:19
**total**   24:8,9 34:1
34:18 35:5
**traci**   1:21 2:5,10
5:3 8:7,11 10:19
18:8
**trafficking**
69:23 74:11,12
74:13 75:1
**trained**   14:8
**transcript**   3:23
18:1,20 59:16
76:19 82:16
91:12 112:11
**translate**   67:18
**transportation**
83:16
**trial**   3:13

**tried**   85:7
**true**   39:20
112:11
**trust**   111:13
**truthful**   10:15
**try**   48:4
**trying**   28:21
57:14 85:12
90:15 96:11
103:12
**turn**   19:2 48:2,4
106:8
**turning**   47:11
**turnout**   24:6
25:10,16,19
26:9,15 27:2,20
27:21,22 30:6
32:4,6,21 39:8
40:23 44:11,21
45:14 46:9
47:15 65:3,7
80:12 92:8
93:13,18 94:6
94:13,19 96:5
96:20,23 102:13
102:16,17
103:22 105:7
107:22 108:8
109:17 110:4,20
111:3,6,7,10
**twenty**   30:13
**twice**   22:17,18
63:22
**two**   12:7 30:6
51:8,15 61:8

63:19 88:8,14
88:17 96:7
105:4
**twofold**   60:3
**type**   111:13
**typically**   39:13
40:12

## u

**u**   2:1
**u.s.**   29:14
**uh**   9:14,14
69:19 72:20
**ultimate**   87:2
**ultimately**   83:18
110:8,19
**uncompleted**
33:18
**under**   50:20
69:6,12 77:18
80:4,16 112:9
**undercut**   83:3
**undergraduate**
11:9 12:1,7
**undergraduates**
12:4
**underlying**
15:19 16:3
**understand**
9:17,18 21:21
21:23 39:4 98:7
**understood**
9:23
**unemployment**
43:6,7 48:14

**uniform** 67:2
**union** 111:13
**unit** 83:14
**united** 1:1 14:23
  98:4,13,15 99:8
**units** 103:21
**universe** 34:6
**university** 11:1
  11:10,18
**unpersuasive**
  83:21
**update** 63:1
**upheld** 81:17
  86:15
**upper** 103:19
  104:4,18 107:5
**use** 11:5 14:7
  24:8
**used** 42:10 48:5
  68:14 70:10,11
  70:23 71:1
**using** 26:2 27:4
  27:5 32:5 68:13
  73:4 74:1,3,22
  75:18 84:21
**usual** 8:15
**usually** 40:13
  95:4

**v**

**v** 18:7 81:7 82:5
  82:8
**value** 39:1,6
  61:15 63:17
  99:17 106:11
  107:5,17

**values** 49:11
**van** 5:8 41:13
  41:17 42:16
  91:1 92:4 95:9
  97:3
**variable** 49:21
  50:12 103:23
**variables** 43:12
  43:17,20 49:3
  49:15 50:4,14
  51:4,8,15 65:11
  91:20 96:7
  105:21 107:21
  108:1 111:9
**various** 12:1
  110:13
**vast** 35:9
**vehicle** 49:1
**verba** 40:19
  42:2,11 92:19
  93:3,12 94:14
**verbal** 9:13
**verify** 84:22
**versus** 47:2,9
  87:20 89:23
  90:18 102:6
**violent** 66:18
  68:11 69:9,21
  70:3,6,17 71:2,6
  71:8,10,14 73:4
  73:5,16 74:3,22
  76:22 77:2,9,13
**virtue** 79:2
**visits** 83:15

**voice** 40:19
**vote** 24:10,13,17
  28:9 31:19,22
  65:14,21 66:4
  80:7,21,22
  89:22 90:5,17
  95:4,7,20 100:1
  106:9
**voter** 19:2 24:5
  24:7 30:19 31:3
  31:7 32:20
  44:21 47:15
  65:13,23 66:3
  84:2 93:13 96:4
  105:7 107:22
  108:7
**voter's** 66:4
**voters** 24:9
  47:10 48:4
  80:10,20 81:1
  83:5 89:9 93:19
**voting** 13:7,16
  21:3 42:22 65:2
  65:7,19 80:4,17
  110:23
**vs** 1:9

**w**

**waived** 3:3,18
**walker** 7:2
**want** 38:3 66:16
**wanted** 23:6
  59:5
**washington** 7:7
**watchers** 80:19

**way** 42:7 44:14
  48:5 55:19
  84:10 96:6,11
  99:11
**we've** 38:4
  74:14,16 76:20
  76:21 78:1
  93:15
**website** 29:2,6
  29:13
**went** 52:22
**wes** 1:10 9:2
**white** 19:3
  31:12,18 32:6
  32:12 34:20
  35:10 36:16
  37:9,17,22
  49:13 54:6,14
  54:15 57:23
  61:19 65:12,22
  66:4 67:4 68:2,6
  72:21 74:14
  77:13 78:13
  93:19 108:7
  109:16
**wide** 25:19
**willingness** 83:9
**winters** 2:5 3:21
  8:1 112:20,22
**witness** 3:3 8:7
  66:15 91:16
  110:2 112:12
**wo** 41:8
**word** 50:18

**words**  18:21
  39:8 67:1 83:23
**work**  8:23 12:20
  13:6 14:7,18
  41:15 42:1,3
  65:17 79:13
  85:1 90:14
**working**  60:6
**works**  16:5
**worse**  54:4,7,14
  57:2,3,7 58:5,9
  59:21 61:19
**writ**  13:20 14:22
**written**  15:5

### x

**x**  96:15,16,17,17
  96:18

### y

**year**  12:6,7
  39:14 75:18
**years**  86:23
**york**  6:19,19,22
  6:22

### z

**zero**  70:1
**zoom**  9:11 77:19
  84:8

Alabama Rules of Civil Procedure

Part V. Depositions and Discovery

Rule 30

(e) Submission to witness; changes; signing. When
the testimony is fully transcribed the deposition
shall be submitted to the witness for examination
and shall be read to or by the witness, unless such
examination and reading are waived by the witness
and by the parties. Any changes in form or
substance which the witness desires to make shall
be entered upon the deposition by the officer with
a statement of the reasons given by the witness for
making them. The deposition shall then be signed by
the witness, unless the parties by stipulation
waive the signing or the witness is ill or cannot
be found or refuses to sign. If the deposition is
not signed by the witness within thirty (30) days
of its submission to the witness, the officer shall
sign it and state on the record the fact of the
waiver or of the illness or absence of the witness
or the fact of the refusal to sign together with
the reason, if any, given therefor; the deposition
may then be used as fully as though signed unless
on a motion to suppress under Rule 32(d)(4) the

court holds that the reasons given for the refusal
to sign require rejection of the deposition in
whole or in part.

(F) Certification and filing by officer; exhibits;
copies; notice of filing.

(1) The officer shall certify on the deposition
that the witness was duly sworn by the officer and
that the deposition is a true record of the
testimony given by the witness. Unless otherwise
ordered by the court, the officer shall then
securely seal the deposition in an envelope
indorsed with the title of the action and marked
"Deposition of [here insert name of witness]" and
shall promptly file it with the court in which the
action is pending or send it by registered or
certified mail to the clerk thereof for filing.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

***Stone v. Allen***; Expert Report of Dr. Traci Burch

**February 2, 2024**

**Scope of the Report**

I was asked by Plaintiffs' counsel in this case to evaluate evidence in Alabama and particularly the Greater Montgomery and Huntsville areas concerning Senate Factor 5 or "the extent to which minority group members bear the effects of discrimination in areas such as education, employment, and health, which hinder their ability to participate effectively in the political process," is an important component of VRA analysis. Specifically, I was asked to analyze whether and to what extent there are disparities in socioeconomic status between Black and White Alabamians that might affect voter registration and turnout. Where available, I was asked to calculate these data statewide as well as for Crenshaw, Elmore, Limestone, Madison, Montgomery, and Morgan Counties. My understanding is that other experts will discuss the historical and contemporary discrimination that contributes to racial disparities. For my analysis, I rely on sources and methods commonly used by political scientists such as the analysis of survey and government data, agency reports, and the review of the scholarly literature in political science and other related disciplines.

**Qualifications**

I am an Associate Professor of Political Science at Northwestern University and a Research Professor at the American Bar Foundation. I received my Ph.D. in Government and Social Policy from Harvard University in 2007.

Over the past 15 years, I have led several large, long-term quantitative and qualitative research projects on political participation in the United States. I have participated in and coauthored several book chapters and articles that examine race, political participation, and inequality, and I have been recognized as an expert on political behavior, barriers to voting, and political participation. My work has been widely cited and replicated and has won several awards. I have received several grants for my work. I routinely review the work of my peers for tenure, scholarly journals, university presses, and grants and have served as a reviewer for the American Political Science Review, The American Journal of Political Science, The Journal of Politics, Political Behavior, the National Science Foundation, Cambridge University Press, Princeton University Press, the University of Chicago Press, Oxford University Press, and many other entities.

I am the author of several books and articles examining voter turnout and political participation, race and ethnic politics, and criminal justice using multiple methods. In particular, my articles "Did Disfranchisement Laws Help Elect President Bush? New Evidence on the Turnout and Party Registration of Florida's Ex-Felons" and "Turnout and Party Registration among Criminal Offenders in the 2008 General Election," which appeared in the peer-reviewed journals Law and Society Review and Political Behavior, respectively, included my calculations of felony disenfranchisement and voter turnout among people with felony convictions. My academic book on the community-level effects of criminal convictions on political participation, *Trading Democracy for Justice*, was published by the University of Chicago Press and also won multiple

EXHIBIT

DX-1

national awards from the American Political Science Association and its sections, including the Ralph J. Bunche Award for the best scholarly work that explores the phenomenon of ethnic and cultural pluralism and best book awards from the law and politics and urban politics sections. *Trading Democracy for Justice*, along with many of my articles, relies on the analysis of large criminal justice and voter registration data files.

In addition to my published work, I have conducted analyses of legal financial obligations, re-registration after felony convictions, and barriers to voting as an expert witness. I have testified in cases involving allegations of intentional racial discrimination under the *Arlington Heights* framework as well as racial discrimination in terms of equal access to the political process under Section 2 of the Voting Rights Act. I have also testified before the U.S. Commission on Civil Rights about the collateral consequences of felony convictions with respect to voting and other issues.

Several of these projects have involved conducting research on voting in North Carolina. I examined voting among people with felony convictions and people who live near people with felony convictions in North Carolina for my book *Trading Democracy for Justice*, as well as for several articles published in peer-reviewed journals. I also analyzed voter turnout among people with felony convictions for a case in North Carolina.

My curriculum vitae is provided in the appendix, which includes all cases in which I have provided deposition and trial testimony during the past four years and every article I have authored over the past ten years. I am being compensated at the rate of $400 per hour for work in this case, plus expenses. My compensation does not depend on the opinions I render. My prior expert engagements are set forth in my CV. In all cases where an opinion was issued, the courts accepted my expert testimony.

**Opinions**

I offer the following opinions:

- Racial disparities in voter registration and turnout exist in Alabama. My analysis finds disparities in voter registration between Black and White Alabamians for the past three general elections (2022, 2020, and 2018) and voter turnout disparities for the two elections for which I have data, 2020 and 2018.
- According to data from the Alabama Secretary of State, Black Alabamians were registered to vote at lower rates than White Alabamians for the 2022, 2020, and 2018 general elections.
- According to data from the Alabama Secretary of State, Black Alabama citizens were less likely to vote than White Alabama citizens in both the 2020 and 2018 general elections. The statewide turnout gap in 2020, as measured using vote totals by race from the Alabama Secretary of State, was 9.3 percentage points. In 2018, it was 3.3 percentage points. Data on voter turnout by race in 2022 were not yet available online.
- According to the state's data, Black residents of Crenshaw, Elmore, Limestone, Madison, Montgomery, and Morgan Counties also voted less than White residents in both 2020 and 2018. The gaps in turnout in 2020 ranged from 9.7 percentage points in Limestone

County to 16.2 percentage points in Elmore County.  In 2018, the turnout gap ranged from 3.6 percentage points in Limestone County to 12.4 percentage points in Elmore County.

- There are large gaps in socioeconomic status between Black and White Alabama Residents.  White Alabamians are better off in terms of educational attainment, median income, poverty rates, unemployment rates, health insurance, and food stamp receipt relative to Black Alabamians. Black Alabamians also are disadvantaged in other factors such as access to a vehicle, a computer, and broadband internet at home.  These disparities also are apparent in Elmore, Limestone, Madison, Montgomery, and Monroe Counties (data were not available for Crenshaw County).

- Educational attainment is an important predictor of voting.  It is well-established in the political science literature that people with higher educational attainment vote at higher rates.  Statewide and at the county level, Black adult Alabamians were less likely to have graduated from high school or to have attained a bachelor's degree than White Alabama adults.

**Methodology**

My opinions in this case rely primarily on my analysis of several data sources, each of which are commonly used in political science: the American Community Survey,[1] the Current Population Survey Voting and Registration Supplement,[2] data from the Alabama Secretary of

---

[1] The American Community Survey (ACS) is conducted by the U.S. Census Bureau on an ongoing basis.  It contains more detailed demographic questions than the decennial census and is fielded more frequently.  For this report, I use data from the 2021 1-year and 5-year estimates as noted.  However, I am aware that the 2022 5-year data were released shortly after I completed this analysis. I also use data from the Citizen Voting Age Population (CVAP) Special Tabulation from the 2016-2020 5-Year American Community Survey, available online from https://www.census.gov/programs-surveys/decennial-census/about/voting-rights/cvap.2020.html#list-tab-1518558936

[2] The Current Population Survey (CPS) is fielded monthly by the U.S. Census Bureau and collects detailed economic and social data.  For federal election cycles, the November CPS asks questions about voting participation.  These data are widely used by political scientists to determine voter turnout. The Current Population Survey Voting and Registration data have been shown to overestimate voter turnout, and the problem is worse for Black respondents than White respondents.  However, this problem is not as severe for Alabama as it is in other states.   See Ansolabehere, Stephen, Bernard L. Fraga, and Brian F. Schaffner. 2022. "The Current Population Survey Voting and Registration Supplement Overstates Minority Turnout." *The Journal of Politics* 84 (3):1850-1855.

State,[3] the Cooperative Election Survey,[4] and the Survey of the Performance of American Elections.[5]  I describe my analyses of these data below.

*Socioeconomic Status*

Data on socioeconomic status by race in Alabama, at both the statewide and county levels, are taken from the 2021 American Community Survey.  Statewide, I provide data from the 2021 1-year estimates.  The county-level data are from the 2021 5-year estimates.  I calculate several socioeconomic indicators for non-Hispanic White and non-Hispanic Black (alone or in combination) Alabama residents.[6]  I calculate educational attainment for adults age 25 and older,[7] lack of health insurance for the civilian noninstitutionalized population ages 19-64,[8] and the civilian unemployment rate for the population age 16 and older[9] by race and ethnicity.  I also calculate median income,[10] family poverty,[11] the presence of a vehicle,[12] computer and internet access,[13] and food stamp/SNAP recipiency[14] by race and ethnicity of household head.

*Voter Registration and Turnout*

I calculate voter registration and turnout in Alabama statewide and at the county level using data from the Alabama Secretary of State (SOS).  For voter registration, I calculate the total number of active registered voters as the numerator, divided by the total number of adult citizens able to vote (CVAP) as the denominator. [15]   I calculate voter turnout using the total

---

[3] These data on registration and votes cast by race are available online line from the Alabama Secretary of State at https://www.sos.alabama.gov/sites/default/files/election-data/2021-06/2020%20General%20Election%20Participation%20by%20Race.pdf

[4] The Cooperative Election Survey (CES) is funded by the National Science Foundation and administered by 60 teams of researchers across the U.S.  The survey is large enough to allow for state-level analyses of voting.  I used the Alabama sample of the 2020 CES, which has 947 responses.  The CES validates votes, meaning that unlike the other surveys used here, the CES team verifies the voter registration and turnout of respondents independently rather than relying on self-reports.

[5] The Survey of the Performance of American Elections (SPAE) is a large, national survey conducted by the MIT Election Data and Science Lab.  I used the Alabama sample of the 2020 SPAE, which has 200 respondents.

[6] Analyses for non-Hispanic Black alone do not differ substantially from the Black alone or in combination analyses but are available upon request.

[7] American Community Survey Table B15002

[8] American Community Survey Table B27011

[9] American Community Survey Table B23025

[10] American Community Survey Table B19013

[11] American Community Survey Table B17010

[12] American Community Survey Table B25044

[13] American Community Survey Tables B28001 & B28002

[14] American Community Survey Table B22001

[15] For the primary analysis of statewide and county level voter registration and turnout, I use the Alabama Secretary of State data on the number of registered voters and the number of votes cast in the general election, by race as the numerators.  I divide these numerators by the citizen voting age population by race (non-Hispanic White alone and non-Hispanic Black alone or in

number of people who voted as the numerator, divided by the total number of adult citizens able to vote. As of this writing, the state provides voter registration by race for 2022, 2020, and 2018 online, but voter turnout by race is only available for 2018 and 2020.

For comparison with the state's 2020 voter turnout data, I also examine voter registration and turnout using surveys. The 2020 Current Population Survey Voting and Registration Supplement (CPS) allows me to calculate voter turnout by race while taking educational attainment into account.[16] The analysis includes only adult Alabama citizens.

**Analysis**

My analysis shows that there are large disparities in socioeconomic status and political participation between Black and White Alabama residents. The literature in political science shows that socioeconomic status affects political participation.

*Voter Registration, Turnout, and Race*

In Alabama, White residents consistently vote at higher rates than Black residents. This relationship holds in each of the election cycles that I examined for this report.[17] In 2022, the most recent state legislative election, 89.0% of non-Hispanic White Alabama residents were registered to vote statewide, compared with 84.0% of non-Hispanic Black (alone or in combination) Alabama residents. At the county level, White registration outpaced Black registration by 8.3 percentage points in Crenshaw County, 14.1 percentage points in Elmore County, 13.3 percentage points in Limestone County, 8.6 percentage points in Madison County, and 8.4 percentage points in Morgan County. Montgomery County was the only county with the reverse pattern; there, the Black voter registration rate was 1.3 percentage points higher than the White registration rate.

As Figure 1 shows, in the 2020 general election, the last general election for which turnout data by race has been reported by the SOS, White turnout as a percentage of the citizen voting age population was 66.3%, compared with Black turnout of 57.0%--a 9.3 percentage point gap statewide.[18] The SOS 2020 election data also show that statewide, 96.1% of White Alabamians were registered to vote, compared with 93.9% of Black Alabamians.[19] Turnout

---

[16] For the CPS, turnout measures the total number of people who answered "Yes" to the voting question (PES1) divided by the total number of people who answered "No," "Refused," "Don't Know," or "No Response." This method produces the same results provided by the U. S. Census Bureau in Table 4b, "Voting and Registration in the Election of November 2020." Available online https://www.census.gov/data/tables/time-series/demo/voting-and-registration/p20-585.html. Accessed 29 Jan 2024.

[17] The evidence shows that White voters have voted at higher rates than Black voters in state legislative general elections in 2014 and 2010 as well. See Ansolabehere et al. 2022 (Supplemental Appendix).

[18] These estimates rely on data from the Alabama Secretary of State and the ACS CVAP special tabulation.

[19] The self-reported estimates of turnout from the Current Population Survey, reported later in this section, may be a better estimate of voter registration. Registration rates depend on factors

combination). Estimates using Non-Hispanic Black alone produce similar results and are available upon request.

disparities also exist between Black and White residents in the counties at issue in this case, ranging from 9.7 percentage points in Limestone County to 16.2 percentage points in Elmore County.

Turnout disparities also characterize the 2018 general election.  The registration gap between White and Black Alabamians was very small in that election—88.4% of the White CVAP was registered to vote compared with 88.0% of the Black CVAP.  However, the voter turnout gap persisted, as shown in Figure 2.  Both statewide and in the counties at issue in this case White voters cast ballots at higher rates than Black voters.

Estimating statewide voter turnout by race using the 2020 Current Population Survey Voting and Registration Supplement (CPS) shows a turnout gap similar to that calculated using the statewide voter file for that year.[20]  For non-Hispanic White Alabama residents, turnout in 2020 was 63.0%, compared with 54.9% of non-Hispanic Black (alone or in combination) Alabama residents—a gap of 8.1 percentage points.[21]  The CPS data also showed a 10-percentage-point gap in registration (71.0% for White and 61.0% for Black Alabama residents).[22]

---

beyond the voters' control, such as list maintenance.  Registration may be artificially high to the extent that registration rolls contain "deadwood."  See Ansolabehere, Stephen and Eitan Hersh. "The Quality of Voter Registration Records: A State-by-State Analysis."  Available online https://vote-prod.s3.amazonaws.com/documents/reg_quality_report_8-5-10.pdf?AWSAccessKeyId=AKIAI4764GFDOFW6EPAQ&Signature=oKV5mL9HlqhBo3i8l9oW20kDoDo%3D&Expires=1706656438.  Accessed 30 Jan 2024.

[20] Although the CPS has been shown to overestimate voter turnout, and to do so worse for minority voters in several states, Ansolabehere et al. 2022 show that the problem is less of a concern for Alabama in the years that they analyzed.  I also find that CPS estimates are about 2-3 percentage points off from estimates obtained using the Alabama SOS data for each racial group.

[21] See also "Table 4b: Reported Voting and Registration by Sex, Race, and Hispanic Origin, for States: November 2020."

[22] I also calculated voter turnout using the 2020 Cooperative Election Survey, which validates voter participation against independent records rather than relying on self-reports. For the CES, I report validated voter turnout, which is coded as responses other than "NA" to the variable "CL_2020gvm" as the numerator, divided by the total number of Alabama adult citizens (the analysis was weighted by "commonweight" according to the CES codebook). Like the Secretary of State's data and the CPS, the 2020 CES also showed a gap in turnout between Black and White Alabama respondents.  However, the survey underestimated turnout for both groups relative to the CPS and the Secretary of State data.  For Black CES respondents in Alabama, validated turnout was 37.6%; for White CES respondents, it was 55.4%.

*Figure 1: Voter Turnout by Race in Alabama 2020 General Election. Source: Alabama Secretary of State Voter Data and 2020 American Community Survey Special Tabulation CVAP.*



*Figure 2: Voter Turnout by Race in Alabama 2018 General Election. Source: Alabama Secretary of State Voter Data and 2018 American Community Survey Special Tabulation CVAP.*



*Educational Attainment and Race*

Verba, Schlozman, and Brady explain in one of the most widely cited books in American politics, *Voice and Equality*, that resources such as time, money, and civic skills are important to voting and other forms of political participation precisely because such resources allow people to surmount the costs of participation more easily.[23]  Socioeconomic status is an important factor in whether an individual votes[24] because socioeconomic status is related to the available time, money, and civic skills an individual can devote to overcoming the costs of voting.[25]  These costs can include the time it takes to acquire information about the candidates and issues or the process of registering, as well as the time or lost wages required to vote in person.[26]

Of the components of socioeconomic status, educational attainment is the most important predictor of voting.  In fact, "The powerful relationship between education and voter turnout is

---

[23] Verba, Sidney, Kay Lehman Schlozman, and Henry E. Brady. *Voice and equality: Civic voluntarism in American politics*. Harvard University Press, 1995.

[24] See Verba, Schlozman, and Brady 1995; See also Burden, Barry C. "The dynamic effects of education on voter turnout." *Electoral studies* 28, no. 4 (2009): 540-549.

[25] Smets, Kaat, and Carolien Van Ham. "The embarrassment of riches? A meta-analysis of individual-level research on voter turnout." *Electoral studies* 32.2 (2013): 344-359.

[26] Verba, Schlozman and Brady 1995.

arguably the most well-documented and robust finding in American survey research."[27] An analysis of research appearing in top-10 political science journals finds that most studies confirm the importance of individual socioeconomic status, particularly educational attainment, to voting.[28] Research also shows that the relationship between education and voting is a causal one.[29]

My analysis of educational attainment by race in Alabama shows significant disparities between Black and White residents, both statewide and at the county level.  According to Figure 3, a higher percentage of Black Alabama residents have not graduated from high school (or its equivalent) and a lower percentage have received bachelor's degrees than White Alabama residents.  Figures 4 and 5 show the percentage of Black and White residents who have not completed high school and who have attained a bachelor's degree or higher, respectively, for selected Alabama counties.  As shown in the figures, White residents fare better in every county relative to Black residents.

The racial disparities shown in Figures 3, 4, and 5 are caused, in part, by historical and contemporary discrimination in education that make Black Alabamians less likely to have graduated from high school and college relative to White Alabamians.[30]  The historical evidence of separate-but-unequal education in Alabama is clear. According to the Southern Educational Reporting Service 1961 Report, Alabama public education remained segregated into the 1960s even though several years had passed since the decision in *Brown v. Board of Education* in 1954. Racial inequality in schooling persists today; several indicators show that Black students do not receive the same educational experiences and lack the same educational opportunities as White students.  For instance, there is a persistent test score gap between Black and White students in English and Language Arts, Math, and Science.[31]  The evidence also suggests that school segregation persists in several districts in the state and may have gotten worse since the 1990s.[32]

---

[27] Sondheimer, Rachel Milstein, and Donald P. Green. "Using experiments to estimate the effects of education on voter turnout." *American Journal of Political Science* 54, no. 1 (2010): 174-189: 174.

[28] Smets and Van Ham 2013.

[29] Sondheimer and Green 2010.

[30] Southern Educational Reporting Service. 1961. A statistical summary, State by State, of segregation-desegregation activity affecting Southern schools from 1954 to present, together with pertinent data on enrollment, teachers, colleges, litigation and legislation. Southern Education Reporting Service: 1.

[31] ELA: 31.8% vs. 59.5% proficiency; Math: 13.0% vs 39.2% proficiency; and Science 19.3% vs. 49.2% proficiency.  See Alabama Department of Education (Report Card).  Available online https://reportcard.alsde.edu/OverallScorePage.aspx?ReportYear=2023&SystemCode=000&SchoolCode=0000.  Accessed 29 Jan 2024.

[32] See Mann, Bryan. and Rogers, Annah. (2021), Segregation Now, Segregation Tomorrow, Segregation Forever? Racial and Economic Isolation and Dissimilarity in Rural Black Belt Schools in Alabama. Rural Sociology, 86: 523-558 and "Justice Department Secures Resolution in Madison County, Alabama, School Desegregation Case." Available online https://www.justice.gov/opa/pr/justice-department-secures-resolution-madison-county-alabama-school-desegregation-case.  Accessed 29 Jan 2024.

*Figure 3: Alabama Statewide Educational Attainment for Adults Age 25 and Older, by Race. Source: American Community Survey 2021 1-Year Estimates.*



*Figure 4: Percent of Alabama Adults Age 25 and Older without a High School Diploma, by Race. Source: American Community Survey 2021 5-Year Estimates.*



*Figure 5: Percent of Alabama Adults Age 25 and Older with a Bachelor's Degree or Higher, by Race. Source: American Community Survey 2021 5-Year Estimates.*



*Additional Measures of Socioeconomic Status and Race*

Income, poverty, and other socioeconomic factors also affects voting to the extent that greater resources can make it easier to overcome the costs of voting, such as having the ability to afford time off work to go to the polls.[33]  Much of the impact of socioeconomic status happens through education, because educational attainment affects income, poverty, and employment.[34]  However, these factors may exert an independent influence on voting as well.

Data from the American Community Survey show that there are large disparities along several measures of socioeconomic status between Black and White Alabama residents.  For instance, as Figure 6 shows, the median household income for Black Alabama households is $36,104, compared with $62,545 for White Alabama households.  White-headed households also are richer in each of the six counties analyzed in Figure 6.  Black unemployment is more than twice as high as White unemployment statewide and in most counties depicted in Figure 7.  Statewide, Black family poverty is nearly three times as high as White family poverty; in several

---

[33] Verba, Schlozman, and Brady 1995.

[34] Long, Mark C. 2010. "Changes in the returns to education and college quality." *Economics of Education Review* 29 (3):338-347.

counties, the racial disparity in family poverty is even greater (Figure 8).  Relatedly, a higher percentage of Black households than White households receive SNAP benefits (Figure 9).  In Alabama, Black people are less likely to have health insurance than White people as well, as shown in Figure 10. White households also are more likely to have a computer at home (Figure 11), as well as broadband internet access (Figure 12).

There are racial disparities in transportation access in Alabama.  As shown in Figure 13, statewide, Black Alabama households are more than twice as likely to lack access to a vehicle than White Alabama households.  These disparities also are present in the counties I was asked to examine for this case.  Studies have shown that polling place distance affects voter turnout, and those effects are related to transportation access.[35] In states with no- excuse absentee voting, people tend to offset issues accessing physical polling places by voting by mail instead; however, in states with limited absentee ballot options such as Alabama,[36] the "substitution to mail-in voting" is smaller.[37]

---

[35] Brady, Henry E., and John E. McNulty. 2011. "Turning Out to Vote: The Costs of Finding and Getting to the Polling Place." *The American Political Science Review* 105 (1):115-134; Bagwe, Gaurav, Juan Margitic, and Allison Stashko. 2020. Polling Place Location and the Costs of Voting. Working Paper.

[36] National Conference of State Legislatures. 2022. "Table 2: Excuses to Vote Absentee." accessed 5 Dec 2022. https://www.ncsl.org/research/elections-and-campaigns/vopp-table-2-excuses-to-vote-absentee.aspx.

[37] Bagwe, Margitic, and Stashko 2020: 4

*Figure 6: Median Income for Alabama Households, by Race of Householder.  Source: 2021 American Community Survey 1-year and 5-year Estimates.*



*Figure 7: Civilian Unemployment Rate for Age 16 and Older, by Race.  Source: 2021 American Community Survey 1-year and 5-year Estimates.*



*Figure 8: Family Poverty in Alabama, by Race of Householder.  Source: 2021 American Community Survey 1-year and 5-year Estimates.*



*Figure 9: SNAP/Food Stamp Receipt, by Race of Householder.  Source: 2021 American Community Survey 1-year and 5-year Estimates.*



*Figure 10: Health Insurance Access in Alabama, by Race.  Source: 2021 American Community Survey 1-year and 5-year Estimates.*



*Race and Health*

  Health status also affects voting.  Several studies have associated poor health with lower voter turnout.[38] The effects of health on voting may take many pathways, such as reducing the availability of free time and money that could otherwise be devoted to politics.[39]  Impaired cognitive functioning or physical disability also may make voting more difficult.[40]

Overall indicators of health show that Black Alabamians are in worse health than White Alabamians.  For instance, the rate of infant mortality is nearly three times higher for Black infants than White infants.[41] Overall life expectancy at birth varies by race in Alabama.  Black

---

[38] Lyon, Gregory. 2021. "The Conditional Effects of Health on Voter Turnout." *Journal of Health Politics, Policy and Law* 46 (3):409-433.  Pacheco, Julianna, and Jason Fletcher. 2015. "Incorporating health into studies of political behavior: Evidence for turnout and partisanship." *Political research quarterly* 68 (1):104-116.  Blakely, Tony A, Bruce P Kennedy, and Ichiro Kawachi. 2001. "Socioeconomic inequality in voting participation and self-rated health." *American journal of public health* 91 (1):99.

[39] Pacheco and Fletcher 2015.

[40] Pacheco and Fletcher 2015.

[41] Alabama Department of Public Health.  "Infant Mortality Alabama 2022."  Available online https://www.alabamapublichealth.gov/healthstats/assets/infantmortality2022.pdf.  Accessed 2 Feb 2024.

women are expected to live over a year less than Women (77.6 vs. 78.8 years, respectively)[42] while Black men are expected to live 3.6 fewer years than White men (69.9 vs. 73.5 years, respectively).[43]

*Race and the Criminal Justice System*

A growing body of research shows that criminal-justice interactions affect political behavior. Several studies have shown that, for individuals, contact with the criminal-justice system, from police stops, to arrest, to incarceration, directly decreases voter turnout.[44] Primarily, criminal-justice contact decreases turnout through "the combined forces of stigma, punishment and exclusion" which impose "barriers to most avenues of influence" and diminish "factors such as civic capacity, governmental trust, individual efficacy, and social connectedness that encourage activity."[45]

The criminal-justice system also affects voting in Alabama. Alabama denies the right to vote to people in prison, on probation, or on parole who have been convicted of felonies involving "moral turpitude" (e.g., murder, rape, etc.).[46] People with felony convictions also are denied the right to vote even after they are no longer under supervision if they have not paid fines or fees or were convicted of certain infamous crimes.[47] According to estimates from the Sentencing Project, 318,681 people (8.6% of the voting eligible population) were barred from voting in Alabama elections in 2022 due to a felony conviction.[48] For Black Americans in Alabama, the rate is higher: the Sentencing Project estimates that 14.7% of otherwise-eligible Black people in Alabama cannot vote due to a relevant felony conviction.[49]

---

[42] Johnson, Catherine O., Alexandra S. Boon-Dooley, Nicole K. DeCleene, Kiana F. Henny, Brigette F. Blacker, Jason A. Anderson, Ashkan Afshin et al. "Life expectancy for White, Black, and Hispanic race/ethnicity in US states: trends and disparities, 1990 to 2019." *Annals of Internal Medicine* 175, no. 8 (2022): 1057-1064. (Supplemental Tables).

[43] Johnson et al. 2022.

[44] Burch, Traci. 2011. "Turnout and Party Registration among Criminal Offenders in the 2008 General Election." *Law and Society Review* 45 (3):699-730. Weaver, Vesla M, and Amy E Lerman. 2010. "Political consequences of the carceral state." *American Political Science Review* 104 (04):817-833.

[45] Burch, Traci. 2007. *Punishment and Participation. How Criminal Convictions Threaten American Democracy*.

[46] Alabama Secretary of State. "Crimes Involving Moral Turpitude Include." Available online https://www.sos.alabama.gov/sites/default/files/voter-pdfs/Updated%20Version%20of%20Moral%20Turpitude%20Crimes.pdf. Accessed 1 Feb 2024.

[47] Alabama Secretary of State. "Convicted of a Felony? You May Still Be Able to Vote." Available online https://www.sos.alabama.gov/sites/default/files/Voting-Rights-Final-Version.pdf. Accessed 30 Jan 2024.

[48] Uggen, Christopher, Ryan Larson, Sarah Shannon, and Robert Stewart. 2022. "Locked Out 2022: Estimates of People Denied Voting Rights Due to a Felony Conviction." Available online https://www.sentencingproject.org/app/uploads/2022/10/Locked-Out-2022-Estimates-of-People-Denied-Voting.pdf. Accessed 30 Jan 2024; 16.

[49] Uggen et al. 2022: 17.

This racial disparity in felony disenfranchisement reflects racial disparities in convictions and sentencing. For instance, although most Alabamians are White, Black people are a majority of the people in prison and on probation in Alabama. According to the Bureau of Justice Statistics, at the end of 2021, 53.3% of people in prison and 51.6% of people on probation were Black, compared with 41.1% and 46.0% White, respectively.[50]

*Race and Voting Access*

Most voting in Alabama takes place in person. There are racial disparities in access to polling places in Alabama. First, there is a racial disparity in wait times at polling places in the state. Studies that use cell phone data to study wait times at polling places find that Black voters have longer wait times than White voters in Alabama.[51]

Alabama requires photo identification to vote. Studies have shown that there are racial disparities in access to photo identification in Alabama; an analysis of 2016 data found "1.37% of white, 2.44% of Black, and 2.29% of Hispanic registered voters lack any form of acceptable photo ID."[52] Poll workers can vouch for the identity of a voter in the absence of photo identification.[53] However, there are racial disparities in knowing poll workers as well. The 2020 SPAE asks if a voter personally knew the person who checked them in to vote. In Alabama, 19.4% of White respondents know the person who checked them in to vote, compared with 15.4% of Black voters (the overall sample size was 108 White and 26 black voters).[54]

For people who are eligible to vote absentee, fulfilling the requirements also may pose difficulties because of racial disparities in socioeconomic status. Alabama requires absentee voters to prove their identities by using government documents or a notary. To provide this information, people wishing to vote absentee need access to a computer to scan and print identity documents or the financial means to pay for a notary. As shown in a previous section of this report, Black Alabamians are less likely to have access to computers and the internet at home. In my study of Alabama notaries in 2020, I found that the cost of using a notary to verify identify on ballots was expensive. Of the 42 notaries we were able to reach, 23 said they charged $5 or

---

[50] Bureau of Justice Statistics. "Prisoners in 2021—Statistical Tables." Available online https://bjs.ojp.gov/sites/g/files/xyckuh236/files/media/document/p21st.pdf. Accessed 2 Feb 2024. Bureau of Justice Statistics. "Probation and Parole in the United States, 2021." Available online https://bjs.ojp.gov/sites/g/files/xyckuh236/files/media/document/ppus21.pdf. Accessed 2 Feb 2024.

[51] Supplemental Appendix Figure B.2. Chen, M. Keith, Kareem Haggag, Devin G. Pope, and Ryne Rohla. "Racial disparities in voting wait times: Evidence from smartphone data." *Review of Economics and Statistics* 104, no. 6 (2022): 1341-1350.

[52] *Greater Birmingham Ministries v. Merrill*, 284 F. Supp. 3d 1253, 1269 (N.D. Ala. 2018). Experts for the Alabama Secretary of State also found racial disparities in the possession of photo identification. *Greater Birmingham Ministries v. Merrill*, 284 F. Supp. 3d 1253, 1269 (N.D. Ala. 2018).

[53] Alabama Secretary of State. "Alabama Photo Voter Identification." Available online https://www.sos.alabama.gov/alabama-votes/photo-voter-id. Accessed 30 Jan 2024.

[54] Calculated with data weighted by "weight."

less to notarize ballots, 6 said they charged $10, and 13 said they charged more than $10. There also may be additional travel costs assessed for the notary to come to the voter.[55]

*Figure 6: Households with a Computer in Alabama, by Race of Householder.  Source: 2021 American Community Survey 1-year and 5-year Estimates.*



---

[55] Burch Expert Declaration in *People First Alabama v. Merrill*, 467 F. Supp. 3d 1179 (N.D. Ala. 2020).

*Figure 7: Households with Broadband Internet Access in Alabama, by Race of Householder. Source: 2021 American Community Survey 1-year and 5-year Estimates.*



*Figure 13: Household Vehicle Access in Alabama, by Race of Householder. Source: 2021 American Community Survey 1-year and 5-year Estimates.*



**Summary**

My review of the data makes it clear that there is a disparity between Black and White Alabama residents with respect to voter registration and turnout. According to the Alabama Secretary of State's data, Black voter registration and turnout has been lower than White registration and turnout in all recent elections for which data are available. Moreover, Black turnout has lagged White turnout in recent elections in the six counties that are at issue in this case.

Socioeconomic status is an important factor for voting. The evidence that I analyzed for this report, in line with the scholarly literature in political science, supports the finding that people with higher educational attainment are more likely to vote. The data show that Black Alabamians are worse off in terms of educational attainment relative to White Alabamians, both statewide and in the six counties I was asked to analyze. These disparities can be linked to historical and contemporary racial discrimination in education. Black people in Alabama also are worse off relative to White people along a host of other socioeconomic measures that also can affect voting participation, such as income, poverty, unemployment, health insurance, and access to computers, internet, and vehicles at home.

My analysis also highlights disparities in health and criminal justice that may also affect voting.  Overall indicators of health show that Black people are less healthy than White people in Alabama.  Likewise, Black people have higher incarceration, probation, and disenfranchisement rates than White people in Alabama.  The political science literature has shown that both of these factors affect political participation.

Finally, my examination of factors related to voting rules show additional disparities that may affect the ability of Black Alabamians to participate equally in the electoral process.  First, a disproportionate number of Black Alabamians have lost the right to vote due to a felony conviction.  Second, Black voters are less likely to have photo identification and to know their poll workers, which would prevent them from being able to vote without a photo identification.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Dr. Traci Burch
Executed on: February 2, 2024

**Traci Burch**

**Employment**
- Associate Professor, Northwestern University Department of Political Science (2014-Present)

- Research Professor, American Bar Foundation (2007- Present)

- Assistant Professor, Northwestern University Department of Political Science (2007-2014)

**Education**
- *Harvard University*
  Ph.D. in Government and Social Policy
  Dissertation: *Punishment and Participation: How Criminal Convictions Threaten American Democracy*
  Committee: Jennifer Hochschild (Chair), Sidney Verba, and Gary King

- *Princeton University*
  A.B. in Politics, *magna cum laude*

**Publications**

- Levi, Ron, Traci Burch, and Robert L. Nelson. 2023. "Streets, Suites, and States: John Hagan's Contributions to the Study of Law, Power, and Inequality." *Law & Social Inquiry* 48(4): 1109-1116.

- Burch, Traci. 2023. "Which Lives Matter: Factors Shaping Public Attention to and Protest of Officer-Involved Killings." *Cambridge Elements in Race, Ethnicity, and Politics*.

- Burch, Traci. 2022. "Adding Insult to Injury: the Justification Frame in Official Narratives of Officer-Involved Killings." *Journal of Race, Ethnicity, and Politics.*

- Burch, Traci. 2022. "Officer-Involved Killings and the Repression of Protest." *Urban Affairs Review.*

- Burch, Traci. 2021. "Not All Black Lives Matter: Officer-Involved Deaths and the Role of Victim Characteristics in Shaping Political Interest and Voter Turnout." *Perspectives on Politics.*

- Kay Lehman Schlozman, Philip Edward Jones, Hye Young You, Traci Burch, Sidney Verba, Henry E. Brady. 2018. "Organizations and the Democratic Representation of Interests: What Happens When Those Organizations Have No Members?" *Perspectives on Politics.*

- Burch, Traci.  2016. "Political Equality and the Criminal Justice System." In <u>Resources, Engagement, and Recruitment</u>. Casey Klofstad, ed.  Philadelphia: Temple University Press.

- Burch, Traci.  2016.  "Review of <u>The First Civil Right</u> by Naomi Murakawa." *The Forum.*

- Kay Lehman Schlozman, Philip Edward Jones, Hye Young You, Traci Burch, Sidney Verba, Henry E. Brady.  2015.  "Louder Chorus – Same Accent: The Representation of Interests in Pressure Politics, 1981-2011." In  Darren Halpin, David Lowery, Virginia Gray, eds. <u>The Organization Ecology of Interest Communities</u>.  New York: Palgrave Macmillan.

- Burch, Traci.  2015.  "Skin Color and the Criminal Justice System: Beyond Black-White Disparities in Criminal Sentencing." *Journal of Empirical Legal Studies* 12(3): 395-420.

- Burch, Traci.  2014.  "The Old Jim Crow: Racial Residential Segregation and Neighborhood Imprisonment." *Law & Policy* 36(3) 223-255.

- Burch, Traci.  2014.  "The Effects of Imprisonment and Community Supervision on Political Participation." <u>Detaining Democracy Special Issue.</u> *The Annals of the American Academy of Political and Social Science* 651 (1) 184-201.

- Burch, Traci.  2013.  <u>Trading Democracy for Justice: Criminal Convictions and the Decline of Neighborhood Political Participation</u>.  Chicago: University of Chicago Press.

- Hochschild, Jennifer, Vesla Weaver, and Traci Burch.  2012.  <u>Transforming the American Racial Order</u>.  Princeton: Princeton University Press.

- Schlozman, Kay Lehman, Sidney Verba, Henry Brady, Traci Burch, and Phillip Jones.  2012.  "Who Sings in the Heavenly Chorus?  The Shape of the Organized Interest System." In Schlozman, Kay Lehman, Sidney Verba, and Henry Brady, <u>The Unheavenly Chorus</u>, Princeton: Princeton University Press.

- Schlozman, Kay Lehman, Sidney Verba, Henry Brady, Phillip Jones, and Traci Burch.  2012.  "Political Voice through Organized Interest Activity."  In Schlozman, Kay Lehman, Sidney Verba, and Henry Brady, <u>The Unheavenly Chorus</u>, Princeton: Princeton University Press.

- Burch, Traci.  2012.  "Did Disfranchisement Laws Help Elect President Bush?  New Evidence on the Turnout and Party Registration of Florida's Ex-Felons." *Political Behavior* 34 (1); 1-26.

- Burch, Traci.  2011.  "Turnout and Party Registration among Criminal Offenders in the 2008 General Election." *Law and Society Review* 45(3): 699-730.

2

- Burch, Traci. 2011. "Fixing the Broken System of Financial Sanctions." *Criminology and Public Policy* 10(3).

- Hochschild, Jennifer; Vesla Weaver, and Traci Burch. 2011. "Destabilizing the American Racial Order." *Daedalus* 140; 151-165.

- Burch, Traci. 2009. "Can the New Commander-In-Chief Sustain His All Volunteer Standing Army?" *The Dubois Review on Race* 6(1).

- Burch, Traci. 2009. "Review of *Imprisoning Communities,* by Todd Clear." *Law and Society Review* 43(3) 716-18.

- Burch, Traci. 2009. "American Politics and the Not-So-Benign Neglect of Criminal Justice," in <u>The Future of American Politics</u>, ed. Gary King, Kay Schlozman, and Norman Nie. (New York: Routledge).

- Schlozman, Kay Lehman and Traci Burch. 2009. "Political Voice in an Age of Inequality," in <u>America at Risk: Threats to Liberal Self-Government in an Age of Uncertainty</u>, ed. Robert Faulkner and Susan Shell (Ann Arbor: University of Michigan Press).

- Hochschild, Jennifer and Traci Burch. 2007. "Contingent Public Policies and the Stability of Racial Hierarchy: Lessons from Immigration and Census Policy," in <u>Political Contingency: Studying the Unexpected, the Accidental, and the Unforseen</u>, ed. Ian Shapiro and Sonu Bedi (New York: NYU Press).

**Grants**

- Co-Principal Investigator. "Fellowship and Mentoring Program on Law and Inequality." September 1, 2020 to August 31, 2023. $349, 313. National Science Foundation.

**Honors and Fellowships**

- American Political Science Association 2014 Ralph J. Bunche Award **(**for <u>Trading Democracy for Justice</u>).

- American Political Science Association Urban Section 2014 Best Book Award (for <u>Trading Democracy for Justice</u>).

- American Political Science Association Law and Courts Section 2014 C. Herman Pritchett Award (for <u>Trading Democracy for Justice</u>).

- Research grant, Stanford University Center for Poverty and Inequality (2012).

3

- American Political Science Association E. E. Schattschneider Award for the best doctoral dissertation in the field of American Government (2009)

- American Political Science Association William Anderson Award for the best doctoral dissertation in the field of state and local politics, federalism, or intergovernmental relations (2008)

- American Political Science Association Urban Section Best Dissertation in Urban Politics Award (2008)

- Harvard University Robert Noxon Toppan Prize for the best dissertation in political science (2007)

- Institute for Quantitative Social Sciences Research Fellowship (2006-07)

- *European Network on Inequality* Fellowship (2005)

- Research Fellowship, The Sentencing Project (2005)

- Doctoral Fellow, Malcolm Weiner Center for Inequality and Social Policy (2004-07)

**Professional Service**
- APSA Law and Courts Section Best Paper Award Committee (2020-2021)

- APSA Elections, Public Opinion, and Voting Behavior Executive Committee (2020-2023)

- General Social Survey Board of Overseers (2020-2024)

- APSA Kammerer Prize Committee (2017)

- Associate Editor, *Political Behavior* (2015-2019)

- APSA Law and Courts Section, Lifetime Achievement Award Prize Committee (2014-2015)

- Law and Society Association, Kalven Prize Committee (2013-2014)

- American Political Science Association, Urban Politics Section Dissertation Prize Committee (2012-13)

- American Political Science Association, Urban Politics Section Executive Committee (2012-13)

- Law and Society Association Diversity Committee, (2012-2013)

- American Political Science Association, Urban Politics Section Program Co-Chair (2011)

- Associate Editor, *Law and Social Inquiry*

- American Political Science Association, Urban Politics Section Book Prize Committee (2009)

- Reviewer for *The American Political Science Review, Public Opinion Quarterly, American Politics Research, Time-Sharing Experiments in the Social Sciences, etc.*

**Presentations and Invited Talks**

- Harvard University, Cambridge, MA.  Panel on Reform and Representation. Race, Electoral Systems, and Reform Conference. September 2023.

- Northwestern University, Evanston, IL. "Chicago Area Behavior Conference: The Politics of Officer Involved Killings."  May 2023.

- Loyola University, Chicago, IL.  "Hartigan Lecture: Limits on the Use of Force by Police: Perspectives from Law, Courts, and the Public."  February 2023.

- American Political Science Association Annual Conference, Montreal, Canada. "Not All Black Lives Matter: Officer-Involved Deaths and the Role of Victim Characteristics in Shaping Political Interest and Voter Turnout." September 2022.

- University of Pennsylvania.  Virtual.  "Voice and Representation in American Politics." April 2021.

- University of Michigan.  Virtual.  "Which Lives Matter?  Factors Affecting Mobilization in Response to Officer-Involved Killings." February 2021.

- University of Pittsburgh.  Virtual.  "Policing and Participation."  November 2020.

- Hamilton College Constitution Day Seminar.  Virtual.  "Racial Protests and the Constitution."  September 2020.

- New York Fellows of the American Bar Foundation.  New York, NY.  "Police Shootings and Political Participation."  March 2020.

- Pennsylvania State University, State College, PA.  "Effect of Officer Involved Killings on Protest.  November 2019.

- Princeton University. Princeton NJ.  "Effects of Police Shootings on Protest among Young Blacks."  November 2019.

- Missouri Fellows of the American Bar Foundation.  Branson, MO.  Police Shootings and Political Participation in Chicago.  September 2019.

- Northwestern University.  "Police Shootings and Political Participation."  November, 2018.

- Princeton University.  Princeton, NJ.  "Police Shootings and Political Participation." September, 2018.

- University of California at Los Angeles.  Los Angeles, CA.  "Police Shootings and Political Participation."  August, 2018.

- American Bar Association Annual Meeting.  Chicago, IL.  "Police Shootings and Political Participation."  August 2018.

- American Bar Endowment Annual Meeting. Lexington, KY. "Effects of Police Shooting in Chicago on Political Participation." June 2018.

- Vanderbilt University. "Effects of Police Shootings in Chicago on Political Participation." April 2018.

- Washington University in St. Louis. "Effects of Pedestrian and Auto Stops on Voter Turnout in St. Louis."  February 2018.

- Fellows of the American Bar Foundation, Los Angeles.  "Assaulting Democracy." January 2018.

- Northwestern University Reviving American Democracy Conference. Panel presentation. "Barriers to Voting." January 2018.

- University of Illinois at Chicago. "Effects of Police Shootings in Chicago on Political Participation."  October, 2017.

- Chico State University. "Constitution Day Address: Policing and Political Participation." September, 2017.

- Fellows of the American Bar Foundation, Atlanta, Georgia.  "Policing in Georgia."  May 2017.

- United States Commission on Civil Rights.  Testimony.  "Collateral Consequences of Mass Incarceration."  May 2017.

- Northwestern University Pritzker School of Law.  "Effects of Police Stops of Cars and

Pedestrians on Voter Turnout in St. Louis." April 2017.

- University of California at Los Angeles. Race and Ethnic Politics Workshop. "Effects of Police Stops of Cars and Pedestrians on Voter Turnout in St. Louis." March 2017.

- University of North Carolina at Chapel Hill. American Politics Workshop. "Effects of Police Stops of Cars and Pedestrians on Voter Turnout in St. Louis." February 2017.

- National Bar Association, St. Louis MO. "Political Effects of Mass Incarceration." July 2016.

- Harvard University, Edmond J. Safra Center for Ethics. Inequalities/Equalities in Cities Workshop. April 2016.

- American Political Science Association Annual Meeting. September 2015. "Responsibility for Racial Justice." Discussant.

- St. Olaf College. April 2015. "The Collateral Consequences of Mass Incarceration."

- Northwestern University. Institute for Policy Research. February 2015. "The Civic ~~Culture~~ Structure."

- Texas A&M University. Race, Ethnicity, and Politics Workshop. September 2014. "Trading Democracy for Justice."

- Columbia University Teachers College. The Suburban Promise of Brown Conference. May 2014. "Can We All Get Along, Revisited: Racial Attitudes, the Tolerance for Diversity, and the Prospects for Integration in the 21st Century."

- University of Kentucky. Reversing Trajectories: Incarceration, Violence, and Political Consequences Conference. April 2014. "Trading Democracy for Justice."

- University of Chicago. American Politics Workshop. March 2014. "How Geographic Differences in Neighborhood Civic Capacity Affect Voter Turnout."

- Kennedy School of Government, Harvard University. February 2014. "Trading Democracy for Justice.

- University of Michigan. American Politics Workshop. December 2013. "Trading Democracy for Justice."

- Yale University. American Politics and Public Policy Workshop. September 2013. "Trading Democracy for Justice."

- American Political Science Association Annual Meeting.  August 2013.  "The Heavenly Chorus Is Even Louder: The Growth and Changing Composition of the Washington Pressure System." With Kay Lehman Schlozman, Sidney Verba, Henry Brady, and Phillip Jones.

- National Bar Association, Miami Florida, July 2013.  "The Collateral Consequences of Mass Imprisonment."

- Loyola University.  American Politics Workshop.  December 2012.  "Mass Imprisonment and Neighborhood Voter Turnout."

- Marquette University School of Law.  November 2012.  "The Collateral Consequences of Mass Imprisonment."

- Yale University.  Detaining Democracy Conference.  November 2012.  "The Effects of Imprisonment and Community Supervision on Political Participation."

- Brown University.  American Politics Workshop.  October 2012.  "Mass Imprisonment and Neighborhood Voter Turnout."

- American Bar Association National Meeting, August 2012.  "Mass Imprisonment: Consequences for Society and Politics."

- University of Madison-Wisconsin.  American Politics Workshop. March 2012.  "The Spatial Concentration of Imprisonment and Racial Political Inequality."

- American Political Science Association Annual Meeting.  2011. "Theme Panel: How Can Political Science Help Us Understand the Politics of Decarceration?"

- University of Pennsylvania.  Democracy, Citizenship, and Constitutionalism Conference. April, 2011.  "Vicarious Imprisonment and Neighborhood Political Inequality."

- University of Chicago School of Law. Public Laws Colloquium. Chicago, IL. November, 2010. ""The Effects of Neighborhood Incarceration Rates on Individual Political Efficacy and Perceptions of Discrimination."

- Pomona College.  November, 2010.  "Incarceration Nation."

- University of Washington.  Surveying Social Marginality Workshop.  October 2010. "Using Government Data to Study Current and Former Felons."

- American Bar Foundation, Chicago, IL, September 2010.  "The Effects of Neighborhood Incarceration Rates on Individual Political Attitudes."

- Northwestern University.  Chicago Area Behavior Conference. May 2010. "Trading Democracy for Justice: The Spillover Effects of Incarceration on Voter Turnout in Charlotte and Atlanta."

- Annual Meeting of the Law and Society Association, Chicago, IL, May 2010. "Neighborhood Criminal Justice Involvement and Voter Turnout in the 2008 General Election."

- Annual Meeting of the Southern Political Science Association, Atlanta, GA, January 2010. "The Art and Science of Voter Mobilization: Grassroots Perspectives on Registration and GOTV from Charlotte, Atlanta, and Chicago."

- University of Illinois at Chicago.  Institute for Government and Public Affairs.  November 2009.  "Turnout and Party Registration among Convicted Offenders during the 2008 Presidential Election."

- Annual Meeting of the American Political Science Association, Toronto, Ontario, Canada, September 2009.  "'I Wanted to Vote for History:' Turnout and Party Registration among Convicted Offenders during the 2008 Presidential Election."

- Harris School of Public Policy, University of Chicago. American Politics Workshop. December 2008.  "Trading Democracy for Justice?  The Spillover Effects of Imprisonment on Neighborhood Voter Participation."

- Northwestern University School of Law.  Law and Political Economy Colloquium. November 2008.  "Did Disfranchisement Laws Help Elect President Bush?  New Evidence on the Turnout Rates and Candidate Preferences of Florida's Ex-Felons."

- University of California, Berkeley.  Center for the Study of Law and Society. October 2008.  "Trading Democracy for Justice?  The Spillover Effects of Imprisonment on Neighborhood Voter Participation."

- Law and Society Association Annual Meeting, Montreal, Canada, May 2008. "Did Disfranchisement Laws Help Elect President Bush?  New Evidence on the Turnout Rates and Candidate Preferences of Florida's Ex-Felons."

- Law and Society Association Annual Meeting, Montreal, Canada, May 2008. "Trading Democracy for Justice? The Spillover Effects of Imprisonment on Neighborhood Voter Participation."

- Midwest Political Science Association Conference, Chicago, IL, April 2007.  Paper: "Concentrated Incarceration: How Neighborhood Incarceration Decreases Voter Registration."

**Additional Activities**

- Expert witness in *Kelvin Jones vs. Ron DeSantis, etc. et al.* (U.S. District Court for the Northern District of Florida Consolidated Case No. 4:19-cv-00).

- Expert witness in *Community Success Initiative, et al., Plaintiffs v. Timothy K. Moore* (Superior Court, Wake County, NC Case No. 19-cv-15941).

- Expert witness in *People First of Alabama v. Merrill* (U.S. District Court in Birmingham, Alabama, Case No. 2: 20-cv-00619-AKK)

- Expert witness in *Florida State Conference of the NAACP v. Lee* (U.S. District Court in the Northern District of Florida, Case No. 4:21-cv-00187-MW-MAF)

- Expert witness in *One Wisconsin Institute Inc. v. Jacobs* (U.S. District Court in the Western District of Wisconsin, Case No. 15-CV-324-JDP).

- Expert witness in *Alpha Phi Alpha Fraternity Inc., et al. v. Raffensperger* (U.S. District Court for the Northern District of Georgia, Case No. 1:21-cv-05337-SCJ)

- Expert witness in *Robinson, et al. v. Ardoin* (U.S. District Court for the Middle District of Louisiana, Civil Action No. 22-cv-00211).

- Expert witness in *Nairne, et al. v. Ardoin* (U.S. District Court for the Middle District of Louisiana, Civil Action No. 3:22-cv-00178 SDD-SDJ).

- Expert witness in *White, et al. v. State Board of Election Commissioners, et al.* (U. S. District Court for the Northern District of Mississippi, Civil Action No. 4:22-cv-00062-SA-JMV).

- Expert witness *in Honorable Terry Petteway et al. v. Galveston County et al.* (U.S. District Court for the Southern District of Texas, Galveston, Civil Action No. 3:22-cv-57-JVB).

- Expert Witness in *Tennessee Conference of the NAACP et al. v. Lee, et al.* (U.S. District Court for the Middle District of Tennessee, Nashville, Civil Action No. 3:20-cv-01039).

- Expert Witness in *Voice of the Experienced et al. v. Ardoin* (U.S. District Court for the Middle District of Louisiana, Civil No. 3:23-cv-00331-JWD-SDJ).

- Expert Witness in *Mi Familia Vota, et al. v. Fontes*, (U.S. District Court for the District of Arizona, Civil No.2:22-cv-00509-SRB).

1

*Stone v. Allen*

**Rebuttal Expert Report of Dr. Traci Burch**

**April 19, 2024**

<u>Scope of the report</u>

I was asked to address two main arguments raised by the defense experts.  First, I was asked to respond to the argument, made by Dr. Reilly, that racial disparities between Black and White Alabamians are the result of the "cultural practices"[1] of Black people rather than systemic discrimination.  Second, I was asked to address Dr. Carrington's argument that voting patterns by race reflect partisanship rather than racial attitudes or policy preferences.  I respond to each report in turn below.

<u>Dr. Reilly's Argument that Racial Disparities Do Not Result from Racial Discrimination</u>

Dr. Reilly argues that racial discrimination does not account for the racial disparities in educational attainment, income, and other outcomes related to political participation that are described in my report.  He attempts to support this claim in two ways. First, he argues that because Black people have worse outcomes relative to White people in other states, racial discrimination cannot be the cause of racial disparities in Alabama.  Second, he implies that the ensuing "six decades after the Civil Rights Act" and "a truly massive focus on registering and turning out minority voters in Alabama and throughout the United States" have erased the effects of racial discrimination on outcomes in Alabama and the rest of the country; thus, any remaining disparities are due to other, non-discriminatory or "tertiary variables."[2]

In making these arguments, however, Dr. Reilly demonstrates little familiarity with any mainstream literature on race in political science, economics, history, sociology, or related disciplines.  He fails to engage with foundational research on race and voter turnout, educational attainment, employment, or criminal justice.  He ignores a large body of contemporary evidence that contradicts his claims, including evidence where courts have found that Alabama continues to discriminate against Black people in education, criminal justice, and voting in the contemporary period.

Any serious discussion of the rigorous, widely-accepted, peer-reviewed research available on these topics would lead to the opposite of Dr. Reilly's conclusion: Black people still face structural barriers in education, employment, health, and voting in Alabama.  I undertake that discussion below.

*Claim 1: Black People Have Worse Outcomes Everywhere*

First, Dr. Reilly argues that racial discrimination does not affect voting in Alabama because racism is a "locally unique variable"[3] but racial disparities between Black and White

---

[1] Reilly Report, 13.
[2] Reilly Report, 8.
[3] Reilly Report, 3.

EXHIBIT

DX-2

people exist everywhere. Dr. Reilly then provides tables of racial disparities between Black and White outcomes along several dimensions in other states as proof that racial discrimination in Alabama does not affect outcomes in that state.  (Dr. Hood provides these tables of racial disparities in various outcomes in other states as well.)  There are several examples of these kinds of claims. For instance, Dr. Reilly states in his report:

> *However, the awkward reality is that white students perform better educationally than Black students in every single state, and in almost every single county of the United States – i.e., Alabama is in no way an outlier here – and racism seems to have very little to do with this: the size of contemporary group gaps in SAT scoring and college attendance correlates only slightly with documented levels of historical racism.[4]*

Elsewhere, Dr. Reilly states:

> *However, given the number of well-performing Southern states just listed which are not known for exceptionally high rates of crime, it could also simply be the case that serious racism is no longer significantly more prevalent in the American South than in many other locales, race relations are arguably often better, and constant assertions that this is not so are becoming a bit of a calumny.[5]*

Dr. Reilly fails to support any of these speculations with evidence and instead relies on vague turns of phrase that prevent any real analysis. For example, what does Dr. Reilly mean by "documented levels of historical racism?"  What is "serious racism?" How does he define "locally unique" racism? In the footnote to the first statement, he seems to be arguing that "historical racism" is something that occurred in the "old south," but does not explain what he considers to be "historical racism," the "old south," or why he thinks that Black Americans were exposed to "serious" racism there but not anywhere else.  Does he mean slavery? Or Jim Crow?

At other times, the report contains other language that suggests that Dr. Reilly views racial discrimination as interpersonal attitudes.  However, his claims about improving interpersonal racial attitudes are thinly supported.  For example, in Footnote 42, Dr. Reilly argues that race relations are better in the United States and the south today based on data from 25 years ago, even though more recent polling clearly shows a large decline in the belief that race relations are "very" or "somewhat good" among both Black and White adults since then (Figure 1).[6]  He dismisses the voluminous academic literature on "racial resentment"[7] by citing a 2013 article from a radio station in Footnote 41.  Dr. Reilly's other example of improving race relations, interracial marriage, does not consider the measure that scholars tend to use, which involves acceptance of a close relative marrying a person of a different race.  When using that

---

[4] Reilly Report, 9.

[5] Reilly Report, 24.

[6] "Race Relations."  Gallup.  Available online https://news.gallup.com/poll/1687/race-relations.aspx.  Accessed 5 Apr 2024.

[7] For a brief review of this literature, see Wilson, David C., and Darren W. Davis. "Reexamining racial resentment: Conceptualization and content." *The Annals of the American Academy of Political and Social Science* 634, no. 1 (2011): 117-133.

measure, there exists a larger number of Americans (14%) who say that they would struggle to accept interracial marriage of their close relatives to Black people.[8]

*Figure 1: Perceptions of Race Relations in the United States.*



The claim that racism is "a locally unique variable" is crucial to Dr. Reilly's argument but the term is never defined nor is the overall claim ever substantiated. I would reject the idea that Black people experienced racial discrimination only in the past and only in the "old south." Moreover, I do not agree that racial discrimination encompasses only *de jure* systems such as Jim Crow or interpersonal attitudes and stereotypes. Black people have faced racial discrimination throughout the United States; we should and do see persistent racial gaps in outcomes in multiple states as a result. It also is true that Black people have faced and continue to face structural barriers to better outcomes in Alabama.

For instance, if we think of educational segregation as a marker of "serious racism," there is clear evidence of historical and contemporary educational segregation in districts across the United States. According to a Pro Publica investigation, by 2014, school districts in 45 states and the District of Columbia had been subject to court-ordered or voluntary desegregation orders

---

[8] See Pew Research Center. 2017. "Intermarriage in the U.S. 50 Years After Loving v Virginia." Available online https://www.pewresearch.org/social-trends/2017/05/18/2-public-views-on-intermarriage/. Accessed 15 Apr 2024. Djamba, Yanyi K., and Sitawa R. Kimuna. "Are Americans really in favor of interracial marriage? A closer look at when they are asked about black-white marriage for their relatives." *Journal of Black Studies* 45, no. 6 (2014): 528-544.

since *Brown v. Board of Education* was decided in 1954.[9]  Contemporary educational segregation particularly plagues districts in the southeast, including in Alabama, but also can be found in districts with larger Black populations across the country as shown in Figure 2.[10]

To take another example of educational discrimination that is not limited to the south, a report from the Federal Reserve Bank of St. Louis found that nationwide, school districts spend $7,329 per pupil on instruction for White students and $7,169 on instruction for Black students. These gaps seem small at first glance, but when multiplied across thousands of students, it can mean that districts serving a larger number of Black students can receive millions fewer dollars than a comparable White district.  Further, the gap in local expenditures between Black and White students is even greater because Federal money helps close the gap in per-pupil expenditures to some extent.[11]

These issues affect outcomes for Black people nationwide but are particularly salient for Alabama.  As I highlight in my previous report, Alabama was slow to desegregate after *Brown.* According to the Southern Educational Reporting Service 1961 Report, Alabama maintained segregated schools well into the 1960s even though several years had passed since the Supreme Court ordered schools to desegregate in *Brown v. Board of Education* in 1954.[12]  By 1965, less than 1% of Black Alabama students were enrolled in integrated schools.  Desegregation did not begin in Alabama until the early 1970s after decisions in *Lee v. Macon County* and *Swann v. Charlotte-Mecklenburg*.

The long system of *de jure* educational segregation in Alabama still has clear effects on today's electorate. In 2020, 38.6 percent of votes in the Alabama general election were cast by people aged 60 and older—people who were at least school age in 1965, when Alabama still maintained separate and unequal schools for Black and White students statewide.[13]  In other

---

[9] Qiu, Yue and Nikole Hannah-Jones.  2014.  "A National Survey of School Desegregation Orders."  *Pro Publica*.  Available online https://projects.propublica.org/graphics/desegregation-orders.  Accessed 17 Apr 2024.

[10] Groeger, Lena V., Annie Waldman, and David Eads.  2018.  "Miseducation: Is there Racial Inequality at Your School?"  *Pro Publica* Available online https://projects.propublica.org/miseducation/.  Accessed 5 Apr 2024.

[11] Rubinton, Hannah and Maggie Isaacson.  2022.  "School District Expenditures and Race." Federal Reserve Bank of St. Louis.  Available https://research.stlouisfed.org/publications/economic-synopses/2022/02/16/school-district-expenditures-and-race.  Accessed 4 Apr 2024.

[12] Southern Educational Reporting Service. 1961. A statistical summary, State by State, of segregation-desegregation activity affecting Southern schools from 1954 to present, together with pertinent data on enrollment, teachers, colleges, litigation and legislation. Southern Education Reporting Service: 1.

[13] Alabama Secretary of State.  General Election Participation by Age.  Available online https://www.sos.alabama.gov/sites/default/files/election-data/2021-06/2020%20General%20Election%20Participation%20by%20Age.pdf.  Accessed 2 Apr 2024.

words, a substantial portion of Alabama's *current* electorate was educated under a discriminatory system of separate but unequal education.[14]

These effects of discriminatory educational systems in Alabama are not limited to the era of *de jure* segregation either. Courts have found that multiple school districts in Alabama provide Black students with unequal education to that provided to White students; districts began taking steps to remedy those disparities only in recent years. For instance, the Justice Department found in Madison County,

> . . . that Black students faced unnecessary barriers to participating In gifted and advanced programs, that they were subjected to exclusionary discipline at disparate rates when compared to their White peers, that Black high schoolers were more likely than their White peers to be referred for subjective infractions, and that the district's recruitment and hiring processes left several schools without a single Black faculty member.[15]

There are several other examples of educational discrimination that have been remedied only recently (if at all) such as segregated proms,[16] extracurricular activities,[17] and other aspects of school quality such as access to Advanced Placement classes and student discipline.[18] In Jefferson County in 2018, courts blocked an attempt to secede from that county's district by mostly White residents of the city of Gardendale because the secession was motivated by racial discrimination against Black children.[19] These and other examples show that, contrary to Dr. Reilly's assertion that "racism seems to have very little to do"[20] with outcome disparities between Black and White students, courts have found numerous ways in which local policies and

---

[14] According to data from the Census Bureau, 64% of Alabamians aged 60 and older were born in Alabama.

[15] US Department of Justice. "Justice Department Secures Resolution in Madison County, Alabama School Desegregation Case." Available online https://www.justice.gov/opa/pr/justice-department-secures-resolution-madison-county-alabama-school-desegregation-case. Accessed 8 Apr 2024. See also *Bennett et al. v. Madison County Board of Education*. Consent Order. https://www.justice.gov/media/1229821/dl.

[16] Gross, Jane and Ronald Smothers. 1994. "In Prom Dispute, a Town's Race Divisions Emerge." The New York Times. Available online. https://www.nytimes.com/1994/08/15/us/in-prom-dispute-a-town-s-race-divisions-emerge.html. Accessed 8 Apr 2024.

[17] US Department of Justice. "Justice Department Reaches Agreement with Alabama School District to End the Use of Race in Extracurricular Activities." Available online https://www.justice.gov/opa/pr/justice-department-reaches-agreement-alabama-school-district-end-use-race-extracurricular. Accessed 8 Apr 2024.

[18] See, for example, consent orders in *Hereford v. Huntsville Board of Education* (available online https://www.justice.gov/media/464346/dl and https://law.justia.com/cases/federal/district-courts/alabama/alndce/5:1963cv00109/108188/541/), Lee v. Macon County Board of Education Calhoun County School System (available online https://www.justice.gov/media/403291/dl), *Lee v. Chambers County Board of Education* (available online https://casetext.com/case/lee-v-bd-of-educ-1).

[19] *Stout v. Jefferson Cnty. Bd. Of Educ.*, 882 F.3d 988 (11th Cir. 2018).

[20] Reilly Report, 9.

structural inequalities leads to unequal educational outcomes between Black and White students in Alabama.

*Figure 2: Educational Segregation*



Note: When unified school districts do not exist, we display secondary school districts. In districts where there are too few students of a specific group to calculate a measure, we omitted the result.

Dr. Reilly makes similar claims about racial gaps in incarceration rates throughout the country. However, academic research has established that racially disparate treatment in the criminal justice system is not a "locally unique variable" either. For instance, scholars have documented in states across the country that racial disparities in arrest are caused partially by factors that make it more likely that police will stop or search Black people, such as spatially differentiated policing, racial residential segregation, and discrimination (Beckett, Nyrop, and

Pfingst 2006; Gelman, Fagan, and Kiss 2007; Ousey and Lee 2008; Pierson et al. 2020).  Racial disparities also exist in bail decisions[21] and in sentencing in federal and state courts.[22]  These disparities in the operation of the criminal justice system persist even after accounting for legally relevant factors such as criminal history, crime type, or other behavioral factors.

Dr. Reilly also compares Alabama's incarceration disparities favorably with other states as a way of minimizing the importance of the state's racial gap.  Dr. Reilly dismisses Sowell's claim that lower gaps in incarceration rates in the south are caused by higher criminality across *all* racial groups by arguing that "well-performing Southern states are not known for exceptionally high rates of crime"[23] compared to the Northeastern and Midwestern states that he discusses at earlier points in his report.  Dr. Reilly does not make the basis for this claim clear, but data from the FBI's Uniform Crime Report show that the South in fact has much higher violent and property crime rates than states in the Northeast and Midwest.[24]  Moreover, as I will show later in this report, in Alabama, there is a disconnect between crime, arrest, incarceration, and the incarceration rate that renders Dr. Reilly's attempt to tie Alabama's incarceration disparity to purported "Black criminality" illogical.

In short, Dr. Reilly argues that the existence of racial disparities in socioeconomic and other outcomes in states outside Alabama absolves Alabama of their racially disparate outcomes because the nationwide nature of racial disparities proves that discrimination did not play a role in producing the disparities in Alabama.  In making this argument, Dr. Reilly supposes that racial discrimination throughout the country in education, criminal justice, employment, or other arenas was somehow not "serious discrimination" or was otherwise "locally unique" to Alabama or the old south more generally.  The fact that educational segregation, education funding disparities, sentencing disparities and other aspects of discrimination and disparate treatment exist outside of Alabama and the South and play a role in racially disparate outcomes elsewhere does not diminish their effect in Alabama.

*Claim 2: Factors Other than Discrimination Explain Outcomes*

---

[21] Arnold, David, Will Dobbie, and Crystal S. Yang. "Racial bias in bail decisions." *The Quarterly Journal of Economics* 133, no. 4 (2018): 1885-1932.
[22] Rehavi, M. Marit, and Sonja B. Starr. "Racial disparity in federal criminal sentences." *Journal of Political Economy* 122, no. 6 (2014): 1320-1354; Abrams, David S., Marianne Bertrand, and Sendhil Mullainathan. "Do judges vary in their treatment of race?." *The Journal of Legal Studies* 41, no. 2 (2012): 347-383; Feigenberg, Benjamin, and Conrad Miller. "Racial Divisions and Criminal Justice: Evidence from Southern State Courts." *American Economic Journal.* 13, no. 2 (2021): 207–40; Alesina, Alberto, and Eliana La Ferrara. 2014. "A Test of Racial Bias in Capital Sentencing." The American Economic Review 104 (11): 3397–433.
[23] Reilly Report, 24.
[24] Federal Bureau of Investigation.  "2019 Crime in the United States: Table 4." Available online https://ucr.fbi.gov/crime-in-the-u.s/2019/crime-in-the-u.s.-2019/topic-pages/tables/table-4. Accessed 8 Apr 2024.

To further support his claim that discrimination does not affect voter turnout or other outcomes in Alabama, Dr. Reilly argues that "MOST racial performance gaps, very many of which are popularly attributed to a single factor variable – be this racism or genetics - shrink dramatically or disappear totally when other factor variables are adjusted for." Dr. Reilly argues that instead, behavioral factors such as "individual qualities" and "cultural characteristics like valuing education" better account for these disparities.[25]  He argues that racial gaps in voting, educational attainment, employment, and criminal justice outcomes can be explained by factors other than "racism."  However, Dr. Reilly's report relies on outdated or discredited research to reach his conclusions while ignoring decades of peer-reviewed scholarly work that does not support his arguments.  A more rigorous evaluation of the evidence supports the argument that past and present racial discrimination, including structural differences in opportunities, still contributes to racial disparities in outcomes between Black and White Alabamians.

Barriers to Equal Education

Dr. Reilly and I agree that there are racial disparities in educational attainment and other educational outcomes between Black and White Alabama adults.  However, Dr. Reilly and I disagree about the extent to which racial discrimination contributes to educational disparities by race.  Instead of examining segregation, unequal resources, and other drivers of educational disparities, Dr. Reilly points to differences in study habits as the main reason that Black students do not achieve equal to White students.[26] To support his claim, he relies on a newspaper article about Nigerian Americans, a book from 2003 and a blog post from Brookings.[27]  The book cannot account for the ensuing 20 years of research and events that have taken place since 2003.  Meanwhile, the Brookings blog post supports the opposite point from the one Dr. Reilly wants to make: the authors note that structural inequalities, such as access to higher level AP classes that assign more work, are likely to account for the observed differences in study time between White and minority students.[28]

Dr. Reilly does not examine important, systemic barriers to equal education faced by Black students in Alabama.  I have mentioned already the sizeable portion of the electorate that was educated under Alabama's system of *de jure* segregation.  There are issues in contemporary Alabama as well.  A recent, growing body of research shows that school funding matters for student achievement.[29]  Alabama already is in the bottom ten states with respect to spending per

[25] Reilly Report, 18.

[26] Reilly Report, 13.

[27] Reilly Report, 13.

[28] Hansen, Michael and Diana Quintero.  2017.  "Analyzing the Homework Gap among High School Students."  Available online https://www.brookings.edu/articles/analyzing-the-homework-gap-among-high-school-students/.  Accessed 8 Apr 2024.  This issue was raised in the 2017 order in *Hereford v. Huntsville Board of Education*.

[29] Lafortune, Julien, Jesse Rothstein, and Diane Whitmore Schanzenbach. "School finance reform and the distribution of student achievement." *American Economic Journal: Applied Economics* 10, no. 2 (2018): 1-26.  Card, David, and A. Abigail Payne. "School finance reform, the distribution of school spending, and the distribution of school test scores." *Journal of public*

student on public schools;[30] per-pupil expenditures were even lower than the state average in all but three of the districts in the counties at issue in this case.[31] A study by the University of Alabama finds that lower test scores between Black and White students in Alabama result in part from a lack of qualified math and science teachers.[32] Although the state plans to expand broadband access in the future,[33] diminished access to broadband internet for students in the Black Belt also contributes to achievement gaps today.[34] Dr. Reilly ignores these important structural barriers to education faced by Black students in Alabama.

Dr. Reilly also ignores continuing racial segregation in education. School segregation, along with other factors, is associated with student performance on assessment tests.[35] School segregation and inequality persist in Alabama and may have gotten worse since the 1990s.[36]

*economics* 83, no. 1 (2002): 49-82. Jackson, C. Kirabo, Cora Wigger, and Heyu Xiong. "Do school spending cuts matter? Evidence from the Great Recession." *American Economic Journal: Economic Policy* 13, no. 2 (2021): 304-335. Interestingly, Lafortune, Roghtsten, and Schanzenbach (2018) find that school funding reform did not help close income and racial gaps in achievement because funding increases did not flow in large amounts to the average low-income or minority student (4).

[30] U.S. Census Bureau. "2021 Public Elementary-Secondary Education Finance Data." Available online https://www.census.gov/data/tables/2021/econ/school-finances/secondary-education-finance.html. Accessed 17 Apr 2024.

[31] Tallasee City, Huntsville City, Madison City, Pike Road City, Decatur City, Hartselle City, Crenshaw County, Elmore County, Limestone County, Madison County, Montgomery County, and Morgan County. Alabama State Department of Education. "School System Per-Pupil Expenditures FY 2022." Available online https://www.alabamaachieves.org/wp-content/uploads/2023/12/RD_FR_20231226_SystemLevelPPE_FY2022_Final_Publish_v1.0.pdf . Accessed 15 Apr 2024.

[32] Katsinas, Stephen G. et al. "Internet Disparities in Alabama & the Black Belt." Available online https://ir-api.ua.edu/api/core/bitstreams/f817a3bf-aeca-4c7c-8030-7d20c8dff0c3/content. Accessed 15 Apr 2024. O'Brien, Sean, et al. "K-12 STEM Education in Alabama's Black Belt." Available online https://www.alreporter.com/wp-content/uploads/2022/03/STEM-in-K-12-Brief_Black-Belt-2022.pdf. Accessed 15 Apr 2024.

[33] Schuessler, Simon. 2024. "Around $188 M announced for broadband expansion in rural Alabama." Available online https://www.wsfa.com/2024/02/08/around-188m-announced-broadband-expansion-rural-alabama/. Accessed 19 Apr 2024.

[34] Katsinas, Stephen G. et al. "Internet Disparities in Alabama & the Black Belt."

[35] Reardon, Sean F., Demetra Kalogrides, and Kenneth Shores. "The geography of racial/ethnic test score gaps." *American Journal of Sociology* 124, no. 4 (2019): 1164-1221.

[36] See Mann, Bryan. And Rogers, Annah. (2021), Segregation Now, Segregation Tomorrow, Segregation Forever? Racial and Economic Isolation and Dissimilarity in Rural Black Belt Schools in Alabama. Rural Sociology, 86: 523-558 and "Justice Department Secures Resolution in Madison County, Alabama, School Desegregation Case." Available online https://www.justice.gov/opa/pr/justice-department-secures-resolution-madison-county-alabama-school-desegregation-case. Accessed 29 Jan 2024.

Figure 2 shows that several school districts in the state are characterized as high segregation. Nearly 40 districts in the state are still subject to court-ordered desegregation.[37]

Barriers to Equal Employment

Dr. Reilly argues that non-discriminatory factors fully can explain racial gaps in employment outcomes.  To support this claim, he cites research by June O'Neill of the Congressional Budget Office as proof "that less than 1 percent of the wage gap between Black and White males appears directly attributable to racism."[38]  However, that report was written in 1990 and thus is not able to take into consideration the decades of advances that have been made in the study of employment discrimination since then.[39]  For instance, several famous audit studies (in which outcomes are compared between applicants who were identical on all factors other than race) show that racial differences in hiring persist even after controlling for education and human capital however measured.  For instance, in an American Economic Review article that has been cited 7,288 times, Bertrand and Mullainathan find that identical resumes receive fewer callbacks for interviews when the name randomly assigned to the resume is more associated with African-Americans.[40]  Gaddis also finds that racial gaps in employer responses persist after controlling for credentials (such as university selectivity).[41]  Pager and Quillian find that Black applicants are penalized more for drug convictions than White applicants.[42]

Of course, Dr. Reilly does not examine any Alabama-specific structural barriers to employment opportunities for Black workers either.  There is evidence of discrimination in Alabama's labor market: Alabamians filed about 700 charges of racial discrimination with the U.S. Equal Employment Opportunity Commission EEOC in each of FY 2020, 2021, and 2022.[43]  Nationally, about 15% of charges are found to have merit.[44]  Moreover, areas where Black

---

[37] Griesbach, Rebecca.  2023. "Judge Says Racial Motivation Not At Play in Decision to Close Alabama School."  Available online https://www.al.com/educationlab/2023/09/judge-says-racial-motivation-not-at-play-in-decision-to-close-alabama-school.html.  Accessed 8 Apr 2024.

[38] Reilly Report, 18.

[39] Lang, Kevin, and Ariella Kahn-Lang Spitzer. "Race discrimination: An economic perspective." *Journal of Economic Perspectives* 34, no. 2 (2020): 68-89.

[40] "" Bertrand and Mullainathan 2004.  For a more recent example, see Kline, Patrick, Evan K. Rose, and Christopher R. Walters. "Systemic discrimination among large US employers." *The Quarterly Journal of Economics* 137, no. 4 (2022): 1963-2036.

[41] Gaddis, S. Michael. "Discrimination in the credential society: An audit study of race and college selectivity in the labor market." *Social Forces* 93, no. 4 (2015): 1451-1479.

[42] Pager, Devah, and Lincoln Quillian. "Walking the talk? What employers say versus what they do." *American sociological review* 70, no. 3 (2005): 355-380.

[43] U.S. Equal Employment Opportunity Commission.  "FY 2009-2022 EEOC Charge Receipts for AL."  Available online https://www.eeoc.gov/statistics/enforcement/charges-by-state/AL.  Accessed 5 Apr 2024.

[44] U.S. Equal Employment Opportunity Commission.  "Race-Based Charges (charges filed with EEOC FY 1997-FY2022)"  Available online https://www.eeoc.gov/data/race-based-charges-charges-filed-eeoc-fy-1997-fy-2022.  Accessed 5 Apr 2024.

Alabamians live lack access to jobs: in particular, people living in Alabama's Black Belt have been shown to face structural barriers to employment such as a lack of manufacturing jobs and business growth.[45]  According to a report by researchers at the University of Alabama, only 4 of the 24 Black Belt counties that they studied were above the statewide average of 22.4 businesses per 1,000 residents, while 8 were below 15 businesses per 1,000 residents.[46]  Job losses to automation, which detrimentally affects low-skilled workers, is expected to continue to plague the Black rural south in Alabama and other states.[47] Lack of high-speed internet access in the Black Belt also limits access to remote work.[48]

Barriers to Equality in Criminal Justice

Dr. Reilly argues that police do not discriminate against Black people, and instead the worse outcomes for Black people with respect to police can be explained by adjusting  "for the 240% over-representation of Blacks among serious criminals."[49]  In making this claim, Dr. Reilly relies on counts of unarmed Black deaths at the hands of police by the *Washington Post* as well as one largely discredited scholarly article by Roland Fryer.[50]  Dr. Reilly also ignores other widely cited research that finds racial bias in policing.[51]  Even the Fryer article cited by Dr. Reilly finds that police use force disproportionately against Black and Hispanic people.

---

[45] Katsinas, Stephen G., Nathaniel J. Bray, Jonathan Bowen, Emily Grace Corley, Noel E. Keeney, Hunter Whann, and Emily Jacobs.  "Black Belt Manufacturing and Economic Prospects."  Available online https://ir-api.ua.edu/api/core/bitstreams/a727f1dd-42a9-49f6-9fa7-5adc537a67fa/content.  Accessed 17 Apr 2024.

[46] Katsinas, et al. 2.

[47] Contractor, Harin and Spencer Overton.  2019.  "An Introduction to the Future of Work in the Black Rural South."  Available online https://jointcenter.org/wp-content/uploads/2019/12/Intro-to-the-Future-of-Work-in-the-Black-Rural-South.pdf.  Accessed 18 Apr 2024.

[48] Katsinas, Stephen G.  Noel E. Keeney, Emily Jacobs, Emily Grace Corley, and Hunter Whann. "Internet Access Disparities in Alabama & the Black Belt."  Available online https://ir-api.ua.edu/api/core/bitstreams/f817a3bf-aeca-4c7c-8030-7d20c8dff0c3/content.  Accessed 18 Apr 2024.

[49] Reilly Report, 17.

[50] Reilly Report, 17-18.  At least three peer-reviewed articles in top academic journals, including one by a past winner of the Nobel Prize in Economics, have pointed out issues in Fryer's analysis.  See Knox, Dean, Will Lowe, and Jonathan Mummolo. "Administrative records mask racially biased policing." *American Political Science Review* 114, no. 3 (2020): 619-637; Durlauf, Steven N., and James J. Heckman. "An empirical analysis of racial differences in police use of force: A comment." *Journal of Political Economy* 128, no. 10 (2020): 3998-4002; Ross, Cody T., Bruce Winterhalder, and Richard McElreath. "Resolution of apparent paradoxes in the race-specific frequency of use-of-force by police." *Palgrave Communications* 4, no. 1 (2018).

[51] See Ross, Cody T., Bruce Winterhalder, and Richard McElreath. "Racial disparities in police use of deadly force against unarmed individuals persist after appropriately benchmarking shooting data on violent crime rates." *Social Psychological and Personality Science* 12, no. 3 (2021): 323-332; Knox, Lowe, and Mummolo 2020; Pierson, E., Simoiu, C., Overgoor, J., Corbett-Davies, S., Jenson, D., Shoemaker, A., Ramachandran, V., Barghouty, P., Phillips, C.,

Dr. Reilly attributes the incarceration gap between Black and White Alabamians to greater criminality among Black people.  However, recent research demonstrates that the proportion of the disparity that is explained by differential arrest rates by race has "declined substantially since the 1980s, approximating 55% during the 2000s."[52] esearch shows that even in the 1980s, racial disparities in arrest for violent or other crimes did not explain fully the Black/White imprisonment gap *in Alabama*.[53]

Disparities in arrests for violent crime still do not account for the gap in Alabama today. If Dr. Reilly is right and Black people are 55.7% people in Alabama prison because Black people commit most of the crimes in the state, that state of affairs should be reflected in arrest data.[54] However, looking at the FBI's Uniform Crime Report data shows that a majority of people arrested for committing crimes in Alabama in 2022 were *White*, not Black. [55]  Moreover, only 80 more Black people were arrested for committing crimes against persons in Alabama than White people in 2022 —a low number that cannot account for the 2:1 incarceration difference between Black and White violent offenders.[56]  Prison *admissions* also cannot explain the large incarceration disparity—more White people are admitted to prison than Black people in Alabama.[57]  In other words, most of the people getting arrested for crimes and admitted to prison in Alabama are White, but most of the people in prison in Alabama are Black.

This disconnect between arrest rates, prison admissions, and the makeup of the prison population shows that incarceration in Alabama is influenced by a more complex set of factors than just criminality—even than just the severity of crimes.  Prosecutorial discretion or sentencing disparities, for instance, might explain that disconnect (for example, if Black people are convicted more often, sentenced more harshly or serve more time, and thus stay longer in prison than White people). Research shows that there is, in fact, racial bias in criminal justice in

---

Shroff, R. and Goel, S., 2020. A large-scale analysis of racial disparities in police stops across the United States. *Nature human behaviour*, *4*(7), pp.736-745; Gelman, Andrew, Jeffrey Fagan, and Alex Kiss. "An analysis of the New York City police department's "stop-and-frisk" policy in the context of claims of racial bias." *Journal of the American statistical association* 102, no. 479 (2007): 813-823.

[52] Baumer, Eric P. "Reassessing and redirecting research on race and sentencing." *Justice Quarterly* 30, no. 2 (2013): 231-261; 237; 238.

[53] Crutchfield, Robert D., George S. Bridges, and Susan R. Pitchford. "Analytical and aggregation biases in analyses of imprisonment: Reconciling discrepancies in studies of racial disparity." *Journal of Research in Crime and Delinquency* 31, no. 2 (1994): 166-182.

[54]Alabama Department of Corrections.  "Fiscal Year 2023 Annual Legislative Report."  Available online https://doc.alabama.gov/docs/AnnualRpts/AnnualLegislativeStatReport-FY2023.pdf. Accessed 8 Apr 2024.

[55] Federal Bureau of Investigation.  "Crime Data Explorer."  Available online https://cde.ucr.cjis.gov/LATEST/webapp/#/pages/explorer/crime/arrest.  Accessed 8 Apr 2024. Alabama Department of Corrections 2023.

[56] Federal Bureau of Investigation. "Crime Data Explorer."

[57] See Alabama DOC Monthly Statistical reports, which can be found here: https://doc.alabama.gov/StatReports.

Alabama.  Prosecutors in Alabama have been found to use peremptory strikes against potential Black jurors in a racially discriminatory manner.[58]  Moreover, even after controlling for factors such as crime severity, criminal history, and demographic context, Black people still receive longer sentences than White people in Alabama.[59]  Dr. Reilly does not examine data on racial disparities in sentencing, jury selection, or other aspects of the criminal justice system in Alabama.

Race and Voting

Dr. Reilly draws several unsubstantiated conclusions about voting and voter turnout in Alabama.  In my initial report, I find that the gap in turnout between Black and White Alabamians statewide in the 2020 general election is 9.3 percentage points, a figure that is supported by a separate analysis of Current Population Survey data.  At the county level, I find even larger racial gaps, including 12 percentage points in Madison County, 13 percentage points in Morgan County, and 16 points in Elmore County.  However, after conducing no statistical analysis on these or any other data, Dr. Reilly writes, "Almost certainly, none of these gaps are statistically significant (most county level gaps in racial turnout would not be, either)."[60]  Dr. Reilly also discusses the "pattern" of registration gaps over time; however, as I explained in my first report, one must be careful when relying on registration rates because these totals may reflect "dead wood" rather than actual voter activity.  The registration gap between Black and White Alabamians, as measured in the Current Population Survey, is 10 percentage points.

Dr. Reilly argues that many non-discriminatory factors, including "tertiary variables" such as age, marital status, criminal behavior, and fatherlessness, account for the racial disparity in voting in Alabama.  Dr. Reilly includes educational attainment as one of these non-discriminatory factors.  He provides no statistical analysis to support his claim that the gaps in voting "shrink dramatically or disappear totally when other factor variables are adjusted for."[61]

It is widely known and accepted among political scientists that, when Black people reach educational parity with White people, they vote at similar or even higher rates as education "is a very important individual-level determinant of Black political participation."[62]  However, as I

[58] See Madison v. Commissioner, Alabama Department of Corrections (https://scholar.google.com/scholar_case?case=6333162244108775170&hl=en&as_sdt=206&as_vis=1https://www.google.com/search?client=firefox-b-1-d&q=b.+https%3A%2F%2Fscholar.google.com%2Fscholar_case%3Fcase%3D6333162242108775170%26hl%3Den%26as_sdt%3D206%26as_vis%3D1) and McGahee v. Alabama Department of Corrections (https://caselaw.findlaw.com/court/us-11th-circuit/1218771.html) for examples.
[59] Feigenberg and Miller 2021; Appendix table A2.  Available online https://www.aeaweb.org/content/file?id=14354.  Accessed 8 Apr 2024.
[60] Reilly Report, 15.
[61] Reilly Report, 16.
[62] Tate, Katherine.  *From Protest to Politics*.  Cambridge: Harvard University Press, 1993; 225. Verba, Sidney, Kay Lehman Schlozman, Henry Brady, and Norman H. Nie. "Race, ethnicity and political resources: Participation in the United States." *British Journal of Political Science* 23, no. 4 (1993): 453-497. Plutzer, Eric. "Demographics and the social bases of voter turnout." In

have argued throughout this report, educational opportunity is *not* available equally to Black and White people in Alabama.  A widely cited study by Verba, Schlozman, Brady, and Nie found that racial disparities in political participation are shaped by unequal access to political resources such as education.[63] This finding is consistent with the idea that "race and education interact to affect participation."[64]

To conclude, Dr. Reilly's assertions that racial gaps in socioeconomic and incarceration outcomes in Alabama are the result of factors other than racial discrimination are not grounded in a serious examination of the scholarly literature.  Recently published articles in highly regarded, peer-reviewed outlets support the notion that racial discrimination continues to plague African Americans' outcomes in Alabama.

<u>Factors other than Race Explain Racial Voting Patterns in Alabama</u>

In his report, Dr. Carrington concludes that the clear correlations between race and voting in Alabama are caused by differences in non-racial policy preferences across racial groups rather than racial attitudes or racial policy preferences.  In his report, Dr. Carrington relies on national-level data to argue that racial gaps in partisanship are instead shaped by preferences on economic policy, foreign policy and social issues.  I was asked to assess the role of race and racial attitudes in partisanship and vote choice.  I do so by briefly reviewing the relevant literature in political science.  The literature is clear: racial identity and racial attitudes shape partisanship and party cohesion and these two phenomena have become increasingly linked since 2008.  Dr. Carrington ignores this recent quantitative and qualitative literature in political science that shows the importance of race to candidate choice, policy preferences, and partisanship.

Today, "political observers take for granted" the distinction of the Democratic Party as the party of civil rights and racial liberalism, while the Republican Party is associated with "greater resistance to government programs to redress problems of racial inequality."[65] Carmines and Stimson locate the origins of this distinction in the passage of the Civil Rights Act of 1964, when party elites such as Barry Goldwater clearly aligned themselves as anti-civil rights and party activists and masses gradually followed suit.[66]  In fact, Lyndon Johnson, when signing the Civil Rights Act into law, said that by passing the law, "we have delivered the South to the Republican Party for your lifetime and mine."[67]  Schickler, however, offers an important corrective to this narrative, pointing out that partisan realignment began much earlier than the 1960s and was the result of movement of African American constituents toward the Democratic

*The Routledge handbook of elections, voting behavior and public opinion*, pp. 69-82. Routledge, 2017.

[63] Verba, et al. 1993: 494.

[64] King, Gary, et al. *Designing Social Inquiry : Scientific Inference in Qualitative Research*, Princeton University Press, 1994.

[65] Schickler, Eric. *Racial realignment: The transformation of American liberalism, 1932-1965*. Princeton University Press, 2016: 1.

[66] Schickler 2016: 2; Carmines, Edward G., and James A. Stimson. *Issue evolution: Race and the transformation of American politics*. Princeton University Press, 1989.

[67] Schickler 2016: 2.

Party as a result of the New Deal.[68]  These new voters put pressure on Democrats at the local and state levels to liberalize on issues of civil rights.[69]  That leftward movement of the national Democratic Party on race predates the 1964 Presidential Election.[70]

Despite disagreement over the timing and mechanisms, the literature provides strong support for the notion that the contemporary partisan alignment stems from the positioning of the two parties on the issue of race and civil rights.  Schickler characterizes this system as "the post-New Deal party system in which Democrats were identified with African Americans and racial liberalism, while Republicans were associated with racial conservatism."[71]  Barber and McCarty argue that for Democrats, left-ward ideological movement among elites in the party is a function of the election of African American and Latino representatives in southern majority-minority districts.[72]  With respect to partisan sorting of the masses, research shows that the exodus of southern White voters from the Democratic Party from 1958 to 1980 was a reflection of racial attitudes rather than income or other non-race related policy preferences.[73]  In the 1990s some observers argued that the importance of race to mass partisanship had faded;[74] however, more recent research, in some cases by those same authors, shows that the relationship of race and racial attitudes to partisanship is strong.[75]  Valentino and Sears find that in the South, racial attitudes, more than ideological shifts or other policy preferences, explained an increasingly large part of candidate choice and partisanship among White voters between 1972 and 2000.[76]  Work by M.V. Hood, III and several coauthors also finds support for the role of racial attitudes in partisanship.  For instance, in their study of support for Confederate symbols and lost cause ideology, Cooper et al. find support "for racially motivated explanations for partisan change in

[68] Schickler 2016.

[69] Schickler 2016.

[70] Schickler 2016.

[71] Schickler 2016: 2.

[72] Barber, Michael, Nolan McCarty, Jane Mansbridge, and Cathie Jo Martin. "Causes and consequences of polarization." *Political negotiation: A handbook* 37 (2015): 39-43; 27.

[73] Kuziemko, Ilyana, and Ebonya Washington. "Why did the Democrats lose the South? Bringing new data to an old debate." *American Economic Review* 108, no. 10 (2018): 2830-2867.

[74] Abramowitz, Alan I. 1994. ""Issue evolution reconsidered: Racial attitudes and partisanship in the US electorate."" *American Journal of Political Science*:1-24. Kuklinski, James H, Paul M Sniderman, Kathleen Knight, Thomas Piazza, Philip E Tetlock, Gordon R Lawrence, and Barbara Mellers. 1997. ""Racial prejudice and attitudes toward affirmative action."" *American Journal of Political Science*:402-419.  Sniderman, Paul M, and Edward G Carmines. 1997. ""Reaching beyond race."" *PS: Political Science & Politics* 30 (3):466-471.

[75] For instance, see Abramowitz, Alan, and Jennifer McCoy. 2019. "United States: Racial resentment, negative partisanship, and polarization in Trump's America." *The ANNALS of the American Academy of Political and Social Science* 681 (1):137-156.

[76] Valentino, Nicholas A., and David O. Sears. "Old times there are not forgotten: Race and partisan realignment in the contemporary South." *American Journal of Political Science* 49, no. 3 (2005): 672-688.

the South."[77]  There is also support for the importance of race to partisan realignment in Alabama, although it took place later than in other states.[78]

Research that examines mass and elite partisanship from 2008 onward finds strong evidence of both partisan sorting and issue polarization along the lines of race in the electorate. However, Dr. Carrington ignores this work in his report and references no peer-reviewed articles examining the causes of partisan polarization nor candidate choice in this more recent time period.  When examining such research, it becomes clear that the election of President Barack Obama, the first Black person elected to the presidency, was consequential to the relationship between race and partisanship and vote choice: although Obama's candidacy and election did not seem to affect the level of racial prejudice or resentment among White Americans overall, that election did shape the importance of those attitudes to partisanship and vote choice.[79]  Political science research shows that race-related attitudes were an important predictor of support for President Obama, and the relationship between vote choice and racial attitudes was *stronger* in the 2008 presidential election than in those prior.[80]  Similarly, Abramowitz and McCoy find that the relationship between racial attitudes and candidate preferences grew stronger beginning with the 2008 election, finding that "the presence of an African American presidential candidate on the ballot led to a sharp increase in the correlation between racial resentment and candidate feeling thermometer ratings among White working-class voters."[81]  Racial attitudes also predicted White voters' willingness to vote for President Obama in the 2012 general election.[82] Several studies show that support for Obama would have been higher in Alabama and other states were it not for racial prejudice, which caused Obama to underperform.[83]

Attention to recent research also provides evidence that racial considerations shape evaluations of other candidates.  Beginning with the 2008 presidential election, African

---

[77] Cooper, Christopher A., M. V. Hood III, Scott Huffmon, Quentin Kidd, H. Gibbs Knotts, and Seth C. McKee. "Switching sides but still fighting the Civil War in southern politics." *Politics, Groups, and Identities* 10, no. 1 (2022): 100-116.

[78] Hood III, Morris V., Quentin Kidd, and Irwin L. Morris. *The rational southerner: Black mobilization, republican growth, and the partisan transformation of the American south*. Oxford University Press, 2012.

[79] Tesler, Michael. 2016. "Post-racial or Most-racial?" In *Post-Racial or Most-Racial?* : University of Chicago Press.

[80] Tesler, Michael. 2013. "The return of old-fashioned racism to White Americans' partisan preferences in the early Obama era."  *The Journal of Politics* 75 (1):110-123.

[81] Abramowitz, Alan, and Jennifer McCoy, 2019: 142.

[82] Knuckey, Jonathan, and Myunghee Kim. "Racial resentment, old-fashioned racism, and the vote choice of southern and nonsouthern whites in the 2012 US presidential election." *Social Science Quarterly* 96, no. 4 (2015): 905-922.

[83] Stephens-Davidowitz, Seth. "The cost of racial animus on a black candidate: Evidence using Google search data." *Journal of Public Economics* 118 (2014): 26-40; Highton, Benjamin. "Prejudice rivals partisanship and ideology when explaining the 2008 presidential vote across the states." *PS: Political Science & Politics* 44, no. 3 (2011): 530-535.

American, Latino, and Asian support for Democratic presidential candidates increased.[84] Meanwhile, support for Democratic candidates among White voters decreased.[85]  Abramowitz and McCoy find that with respect to candidate choice and racial resentment, "Donald Trump's heavy emphasis on racial issues led to a further increase in the strength of this relationship, especially among White voters without college degrees."[86]  By 2016, racial resentment was strongly associated with how a voter evaluated candidates *even after controlling for other factors*: the correlation between the gap in evaluations of the two major party presidential candidates and racial resentment was .636 among White respondents.[87]

Partisanship also has been tied to racial attitudes in more recent research.  Abramowitz and McCoy demonstrate that partisan sorting based on racial attitudes increased dramatically among White voters since 2004; they find "the relationship between racial resentment and candidate feeling thermometer ratings was about 2.6 times stronger in 2016 than in 2004 among all White voters, but it was more than four times stronger among White working-class voters."[88] Racial threat and racial anxiety also became more salient to partisanship and vote choice in the years since 2008.  The strength of White identity politics--defined as "White Americans' feelings of marginalization in an increasingly diverse America"[89] --is becoming increasingly salient to vote choice[90] and is more important than economic anxiety in explaining vote choice.[91]   Bartels finds that Republicans and Democrats are sharply polarized with respect to holding attitudes of ethnic antagonism.[92]  Bonikowski et al. argue that these "outgroup antipathies" are part of broader ideologies on which partisans are increasingly sorting.[93]

---

[84] Sides, John, Michael Tesler, and Lynn Vavreck. 2019. "Identity crisis." In *Identity Crisis*. Princeton University Press; 25.

[85] Sides, Tesler, and Vavreck 2019: 26.

[86] Abramowitz and McCoy 2019: 142.

[87] Abramowitz and McCoy 2019: 142.  Pearson's R, a measure of correlation, can range from -1 to 1, with 0 meaning no association, and +1 meaning perfectly positive association.  A correlation over .6 is considered strong.

[88] Abramowitz and McCoy 2019: 143.

[89] Sides, Tesler, and Vavreck 2019: 87.

[90] Sides, Tesler, and Vavreck 2019: 89-90.

[91] Sides, Tesler, and Vavreck 2019: 90-91.

[92] Bartels, Larry M. 2020. "Ethnic antagonism erodes Republicans' commitment to democracy." *Proceedings of the National Academy of Sciences* 117 (37):22752-22759; 22757.  Bartels defines ethnic antagonism using responses to survey items such as "discrimination against Whites is as big a problem today as discrimination against Blacks and other minorities." Not far behind are items positing that "things have changed so much that I often feel like a stranger in my own country," that immigrants get more than their fair share of government resources, that people on welfare often have it better than those who work for a living, that speaking English is "essential for being a true American" and that African-Americans "need to stop using racism as an excuse" (Bartels 2020: 22756).

[93] Bonikowski, Bart, Yuval Feinstein, and Sean Bock. 2021. "The Partisan Sorting of "America": How Nationalist Cleavages Shaped the 2016 US Presidential Election."  *American Journal of Sociology* 127 (2):492-561.

In direct contradiction of Dr. Carrington's claims, research has shown that alternative explanations for polarization also became tied more strongly to racial attitudes.  Several of the items Dr. Carrington discusses as not being "race-based issues" are increasingly tied to race.[94] Negative partisan affect, economic anxiety, and antidemocratic sentiments are themselves increasingly explained by racial attitudes and anxieties.[95]  The relationship between economic inequality and partisan polarization has been shown to be a function of racial context.[96]  Voters' positions on non-racial policy issues more generally have become more correlated with racial resentment.[97]

Recent studies have shown that party and race are linked in the American mind.  Partisan sorting has caused parties to be explicitly identified with particular racial groups in the minds of some Americans; in particular, 97.2 percent of Americans think that the typical Republican is White.[98]  Racial and partisan affect are increasingly linked, such that it is possible to activate one by activating the other.[99]  Likewise, "White respondents who perceive the Democratic Party as African American are less favorable toward Democrats, more favorable toward Republicans, and take more conservative positions on political issues."[100]

In conclusion, the literature clearly supports the point that party and candidate choice is shaped by racial identity and racial attitudes in the electorate.  This relationship has been strengthening in recent years.  To say that factors other than racial considerations explain the voting patterns along racial dimensions in Alabama, as Dr. Carrington argues, ignores the past fifteen years of evidence in the literature that race and racial attitudes drive partisanship and vote choice.  Racial attitudes are becoming *more* salient to partisanship and vote choice and vote choice over time.

---

[94] Carrington Report, 13.

[95] Abramowitz and McCoy 2019; Bartels 2020; Sides, Tesler, and Vavreck 2019; Stewart, Alexander J, Nolan McCarty, and Joanna J Bryson. 2020. "Polarization under rising inequality and economic decline." *Science advances* 6 (50):eabd4201.

[96] Hersh, Eitan D, and Clayton Nall. 2016. "The primacy of race in the geography of income-based voting: new evidence from public voting records." *American Journal of Political Science* 60 (2):289-303.

[97] Enders, Adam M, and Jamil S Scott. 2019. "The increasing racialization of American electoral politics, 1988-2016." *American Politics Research* 47 (2):275-303.

[98] Zhirkov, Kirill, and Nicholas A Valentino. 2022. "The Origins and Consequences of Racialized Schemas about US Parties." *Journal of Race, Ethnicity, and Politics*:1-21.

[99] Westwood, Sean J, and Erik Peterson. 2020. "The inseparability of race and partisanship in the United States." *Political Behavior*:1-23.

[100] Zhirkov and Valentino 2022: 17.

I declare under penalty of perjury that the foregoing is true and correct.

April 19, 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTERN DISTRICT OF ALABAMA
(SOUTHERN DIVISION)**

|  |  |
|---|---|
| **KHADIDAH STONE,** *et al.*,<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**WES ALLEN, in his official capacity as Alabama Secretary of State**<br><br>**Defendant.** | **Civil Action No. 2:21-cv-01531-AMM** |

**<u>EXPERT REPORT OF M.V. HOOD III</u>**

I, M.V. Hood III, affirm the conclusions I express in this report are provided to a reasonable degree of professional certainty. In addition, I do hereby declare the following:

EXHIBIT
DX-3

## I. INTRODUCTION AND BACKGROUND

My name is M.V. (Trey) Hood III, and I am a tenured professor at the University of Georgia with an appointment in the Department of Political Science. I have been a faculty member at the University of Georgia since 1999. I also serve as the Director of the School of Public and International Affairs Survey Research Center. I am an expert in American politics, specifically in the areas of electoral politics, racial politics, election administration, and Southern politics. I teach courses on American politics, Southern politics, and research methods and have taught graduate seminars on the topics of election administration and Southern politics.

I have received research grants to study election administration issues from the National Science Foundation, the Pew Charitable Trust, the Center for Election Innovation and Research, and the MIT Election Data and Science Lab. I have also published peer-reviewed journal articles specifically in the area of election administration, including redistricting. My academic publications are detailed in a copy of my vita that is attached to the end of this report. Currently, I serve on the editorial boards for *Social Science Quarterly* and *Election Law Journal*. The latter is a peer-reviewed academic journal focused on the area of election administration.

During the preceding five years, I have offered expert testimony (through deposition or in court [including remotely]) in the following cases around the United States: *Ohio A. Philip Randolph Institute v. Ryan Smith*, 1:18-cv-357 (S.D. Ohio), *Libertarian Party of Arkansas v. Thurston*, 4:19-cv-00214 (E.D. Ark.); *Chestnut v. Merrill*, 2:18-cv-907 (N.D. Ala.), *Common Cause v. Lewis*, 18-CVS-014001 (Wake County Superior Court); *Nielsen v. DeSantis*, 4:20-cv-236 (N.D. Fla.); *Western Native Voice v. Stapleton*, DV-56-2020-377 (Montana Thirteenth Judicial District Court); *Driscoll v. Stapleton*, DV-20-0408 (Montana Thirteenth Judicial District Court); *North Carolina v. Holmes*, 18-CVS-15292 (Wake County Superior Court); *Singleton v. Merrill,* 2:21-cv-01291 (N.D. Ala.); *Milligan v. Merrill,* 2:21-cv-01530 (N.D. Ala); *Caster v. Merrill*, 2:21-cv-1536 (N.D. Ala); *Robinson v. Ardoin*, 3:22-cv-00211 (M.D. La.); and *Turtle Mountain Band of Chippewa Indians v. Jaeger*, 3:22-cv-00022 (E.D. ND).

I am receiving $400 an hour for my work on this case and $400 an hour for any testimony associated with this work. In reaching my conclusions, I have drawn on my training, experience, and knowledge as a social scientist who has specifically conducted research in the area of redistricting. My compensation in this case is not dependent upon the outcome of the litigation or the substance of my opinions.


## II. SCOPE AND OVERVIEW

I have been asked by counsel for the Defendants to provide an expert report to answer the following questions:
1. How do black voting patterns in Alabama compare to other states? (III)
2. Are racial disparities on various sociodemographic factors present outside of Alabama? (IV)
3. How does 2016 Republican presidential primary candidate Ben Carson's vote share compare across states? (V)
4. Do white voters support minority Republican candidates? (VI)
5. How have black political metrics changed over time in Alabama? (VII)

## III. BLACK VOTING PATTERNS

In this section, I compare black voting patterns in Alabama to Arkansas, Connecticut, Delaware, Florida, Georgia, Illinois, Louisiana, Maryland, Michigan, Mississippi, Missouri, New Jersey, New York, North Carolina, Ohio, Pennsylvania, South Carolina, Tennessee, Texas, and Virginia. These states were selected because, according to the most recent decennial Census, they each had a black population of 10% or greater.[1] For each of these states I have recorded the percentage of the black electorate casting ballots for the Democratic candidate in the following statewide contests: U.S. President, U.S. Senate, and Governor. In addition, I also collected some data for U.S. House elections using the pooled statewide vote for all Democratic candidates.[2] My analysis spans eight election-cycles, from 2008 through 2022.

In the absence of survey data, it would be necessary to produce statistical estimates of black voting behavior. In this matter, however, we can rely on survey data from which such estimates can be derived. I make use of two well-known surveys, the National Exit Polls[3] and the Cooperative Election Studies (CES) (see also Appendix B). Both are large-scale surveys designed to provide representative samples of voters at the state-level.[4] In addition, the CES undergoes a vote validation process following each election-cycle. The vote estimates produced for this report from the CES are restricted to those cases that had a validated record of turnout for each of the elections analyzed.

A summary of results for the set of comparison states using National Exit Poll data is found in Table 1 (Appendix B, Tables A-P display detailed election data collected from the National Exit Poll and the CES). These results exhibit very high levels of black support for Democratic candidates across elective offices from 2008 through 2022. For example, average black support for Democratic presidential candidates was 93.1%; for Democratic gubernatorial candidates average support was 88.7%; and for Democratic U.S. Senate candidates it was 90.1%. Across all contests analyzed, the average black Democratic vote was 90.8%. The exit poll data provides five elections to analyze from Alabama during this time period (see Table 2). The average black Democratic vote for these three contests was 92.4%.

---

[1]Source: Table P2. 2020 PL 94-171 (Redistricting Data).

[2]All elections used for analysis, including U.S. Congress, are two-party contested.

[3]Note: In a given election-cycle, an exit poll is not necessarily conducted in every state.

[4]For the CES, in order for a state to be included in my analysis I set a minimum threshold of thirty unweighted respondents. Using this data source, I was also able to calculate a 95% confidence interval around each estimate.

Table 1. Black Voting Patterns in Comparison States, 2008-2022

| Year | President | Governor | Senate |
|------|-----------|----------|--------|
| 2008 | 95.6% | 94.0% | 91.2% |
| 2010 | | 91.2% | 89.4% |
| 2012 | 95.1% | 88.5% | 91.5% |
| 2014 | | 87.8% | 92.2% |
| 2016 | 89.1% | 90.0% | 86.2% |
| 2018 | | 87.8% | 89.6% |
| 2020 | 90.7% | 92.0% | 89.3% |
| 2022 | | 85.5% | 90.0% |
| | | | |
| 2008-2022 | 93.1% | 88.7% | 90.1% |
| | | | |
| **All Races** | **90.8%** | | |
| *N* | 165 | | |

Note: Entries are the average Democratic vote share by office.

Source: National Exit Polls.

Table 2. Black Voting Patterns in Alabama, 2008-2022

| Year | President | Governor | Senate |
|------|-----------|----------|--------|
| 2008 | 98% | | 90% |
| 2010 | | | |
| 2012 | 95% | | |
| 2014 | | | |
| 2016 | | | |
| 2018 | | | |
| 2020 | 89% | | 90% |
| 2022 | | | |
| | | | |
| 2008-2022 | 94.0% | | 90.0% |
| | | | |
| **All Races** | **92.4%** | | |

Note: Entries are the Democratic vote share by office.

Source: National Exit Polls.

Table 3 displays results for the twenty comparison states using data from the CES, from 2008 to 2022. Once again, these results indicate black voters are highly likely to support Democratic candidates. For President, Democratic support averaged 94.5%. Comparable figures for other offices include 88.4% for Governor, 91.7% for U.S. Senate, and 90.6% for U.S. House. The average Democratic support across all offices was 91.4%.

From the CES there are a total of twenty contests available to analyze for Alabama (see Table 4). In Alabama, average Democratic support for President stood at 98.2% among black voters. The comparable figures for other offices were as follows: Governor 94.6 %, U.S. Senate 94.1%, and U.S. House 91.0%.  Average Democratic support from black voters across these twelve elections stood at 93.9%.

4

Table 3. Black Voting Patterns in Comparison States, 2008-2022

| Year | President | Governor | Senate | House |
|------|-----------|----------|--------|-------|
| 2008 | 96.9% | 96.8% | 97.1% | 94.7% |
| 2010 |  | 90.7% | 91.1% | 91.9% |
| 2012 | 95.9% | 95.6% | 95.5% | 92.6% |
| 2014 |  | 87.6% | 93.0% | 91.8% |
| 2016 | 93.5% | 90.9% | 89.7% | 87.7% |
| 2018 |  | 90.8% | 93.1% | 93.2% |
| 2020 | 91.2% | 85.6% | 90.3% | 88.3% |
| 2022 |  | 82.5% | 85.9% | 86.5% |
|  |  |  |  |  |
| 2008-2022 | 94.5% | 88.4% | 91.7% | 90.6% |
|  |  |  |  |  |
| **All Races** | **91.4%** |  |  |  |
| *N* | 338 |  |  |  |

Source: CES.

Table 4. Black Voting Patterns in Alabama, 2008-2022

| Year | President | Governor | Senate | House |
|------|-----------|----------|--------|-------|
| 2008 | 98.7% |  |  |  |
| 2010 |  | 94.0% | 84.5% | 74.0% |
| 2012 | 99.8% |  |  | 96.0% |
| 2014 |  | 100% |  | 100% |
| 2016 | 96.3% |  | 99.3% | 97.3% |
| 2018 |  | 93.4% | 94.3% | 93.0% |
| 2020 | 97.9% |  | 95.1% | 85.4% |
| 2022 |  | 90.8% | 97.2% | 91.1% |
|  |  |  |  |  |
| 2008-2022 | 98.2% | 94.6% | 94.1% | 91.0% |
|  |  |  |  |  |
| **All Races** | **93.9%** |  |  |  |

Source: CES.

**Overall Summary**

The analysis in this section reveals that Democratic support among black voters, on average, exceeds 90%. This fact is true both for Alabama and a group of twenty comparison states that have a black population of 10% or greater. Of the 528 races analyzed from the National Exit Polls and the CES combined (including Alabama), there was not a single instance where the estimate for black support of Democratic candidates ever fell below a majority. In regard to the CES analysis where it was possible to compute a 95% confidence interval for the derived vote estimates, there were three cases (0.8%) of the 358 analyzed where the lower bound on the confidence interval dipped below 50% Democratic support. For all other elections analyzed (99.2%), one can be confident from a statistical perspective that the Democratic candidate received a majority of the black vote. This pattern transcends both geographic region (South versus non-South) as well as party control (Democratic versus Republican) at the state-level. In

5

summary, black support for Democratic candidates across these jurisdictions could be characterized as being close to monolithic.

## IV. RACIAL COMPARISONS

I was asked by counsel for the Defendants to determine if racial disparities present in Alabama also exist in other states. In this section I analyze racial disparity rates between white and black residents in Alabama on a number of commonly referenced criteria. I also provide these same comparisons for the twenty states listed in Section III of this report. In analyzing disparity rates, I collected data from government agencies on a number of socio-demographic measures including educational attainment, food stamps, median household income, per capita income, the poverty rate, home ownership rates, unemployment rates, infant mortality rates, vehicle ownership, health insurance, internet access, and incarceration rates. For each of these measures I calculate a difference measure in order to determine if a disparity rate between whites and blacks is present (see Appendix A for a list of data sources). Data on Alabama are also provided for each measure as a point of comparison. From these tables it is possible to determine if disparity rates in Alabama are higher or lower than the comparison states and, second, is there a pattern in white-black disparity rates across states.

### A. Education

Table 5 below compares educational attainment rates for whites and blacks on two metrics: the percentage of the population with at least a high school degree (or equivalent) and the percentage of the population with a college degree or higher. The table also provides the arithmetic difference between the white and black percentages, with a positive difference evidence of a racial disparity on that measure. For example, in Alabama 89.8% of whites have a high school degree compared to 85.0% of blacks—a difference of 4.8. The remainder of the table lists these same values for the twenty comparison states. There is a positive disparity on this measure for all twenty of the comparison states. The mean difference (excluding Alabama) in the disparity measure is 5.5 points.

The second part of Table 5 examines differences based on the percentage of the whites and blacks who have obtained a bachelor's degree. In Alabama there is a 10.9-point difference between the white and black populations on this measure. The mean difference measure for the comparison states is 14.1.

In summary, for both levels of educational achievement analyzed there is a positive disparity difference for all twenty states, as well as Alabama.

Table 5. Comparison of non-Hispanic White and Black Educational Achievement Rates, 2022

| State | High School or Equivalent | | | B.S. or Higher | | |
|---|---|---|---|---|---|---|
| | White | Black | Difference | White | Black | Difference |
| Alabama | 89.8% | 85.0% | 4.8 | 30.1% | 19.2% | 10.9 |
| Arkansas | 90.7% | 86.9% | 3.8 | 26.6% | 18.1% | 8.5 |
| Connecticut | 95.2% | 87.9% | 7.3 | 46.5% | 25.4% | 21.1 |
| Delaware | 94.0% | 91.0% | 3.1 | 37.0% | 25.3% | 11.7 |
| Florida | 93.8% | 85.0% | 8.8 | 35.9% | 21.8% | 14.1 |
| Georgia | 91.9% | 88.7% | 3.2 | 37.2% | 26.6% | 10.6 |
| Illinois | 94.8% | 87.9% | 7.0 | 40.8% | 23.9% | 16.9 |
| Louisiana | 90.0% | 82.4% | 7.7 | 30.1% | 17.4% | 12.7 |
| Maryland | 94.6% | 91.4% | 3.2 | 47.4% | 32.7% | 14.7 |
| Michigan | 93.4% | 87.7% | 5.7 | 32.3% | 18.7% | 13.7 |
| Mississippi | 89.6% | 81.9% | 7.6 | 27.7% | 17.5% | 10.1 |
| Missouri | 92.3% | 88.4% | 3.9 | 32.2% | 20.3% | 12.0 |
| New Jersey | 95.2% | 89.6% | 5.6 | 46.9% | 27.1% | 19.8 |
| New York | 93.9% | 84.9% | 8.9 | 45.4% | 25.9% | 19.5 |
| North Carolina | 92.7% | 88.0% | 4.7 | 37.6% | 23.7% | 14.0 |
| Ohio | 92.7% | 87.2% | 5.5 | 31.5% | 19.3% | 12.2 |
| Pennsylvania | 93.7% | 88.4% | 5.3 | 35.3% | 21.0% | 14.3 |
| South Carolina | 92.2% | 85.0% | 7.3 | 35.4% | 18.2% | 17.2 |
| Tennessee | 90.8% | 88.1% | 2.7 | 31.1% | 22.3% | 8.8 |
| Texas | 94.8% | 91.1% | 3.7 | 41.0% | 27.7% | 13.3 |
| Virginia | 93.8% | 88.4% | 5.5 | 44.2% | 26.6% | 17.6 |
| Average | 93.0% | 87.5% | 5.5 | 37.1% | 23.0% | 14.1 |

Notes:   Averages exclude Alabama.
Source:  U.S. Census Bureau 2022 ACS (5-year)

**B. Food Stamps**

The next table (Table 6) displays the proportion of a state's population, by race, that is receiving food stamps. In this case a negative difference measure is indicative of a lower percentage of whites on food stamps compared to blacks. In Alabama, 8.1% of whites receive food stamps versus 26.7% of blacks, producing a difference of -18.6. The difference measures for the group of twenty comparison states are also negative. The mean difference measure is -17.4.

Table 6. Comparison of non-Hispanic White and Black Households Receiving Food Stamps, 2022

| State | White | Black | Difference |
|-------|-------|-------|------------|
| Alabama | 8.1% | 26.7% | -18.6 |
| | | | |
| Arkansas | 8.3% | 24.4% | -16.0 |
| Connecticut | 6.4% | 24.1% | -17.6 |
| Delaware | 6.9% | 20.2% | -13.3 |
| Florida | 7.2% | 26.1% | -18.9 |
| Georgia | 6.9% | 22.2% | -15.4 |
| Illinois | 8.1% | 32.8% | -24.7 |
| Louisiana | 9.3% | 30.2% | -20.9 |
| Maryland | 6.3% | 18.9% | -12.6 |
| Michigan | 9.1% | 32.7% | -23.6 |
| Mississippi | 7.1% | 24.8% | -17.6 |
| Missouri | 7.9% | 24.8% | -17.0 |
| New Jersey | 4.1% | 18.0% | -13.9 |
| New York | 8.5% | 26.7% | -18.2 |
| North Carolina | 7.7% | 25.2% | -17.4 |
| Ohio | 9.4% | 28.1% | -18.8 |
| Pennsylvania | 9.7% | 33.0% | -23.4 |
| South Carolina | 6.0% | 22.4% | -16.4 |
| Tennessee | 9.1% | 23.4% | -14.2 |
| Texas | 5.6% | 20.0% | -14.4 |
| Virginia | 5.6% | 18.2% | -12.6 |
| | | | |
| Average | 7.4% | 24.8% | -17.4 |

Notes:   Averages exclude Alabama.
Source:  U.S. Census Bureau 2022 ACS (5-year)

## C. Median Household Income

Table 7 displays median household income (MHHI) levels by race. For this table, a positive value in the difference column indicates that the median household income value for whites is greater than that for blacks. In Alabama, the median household income for whites is $69,303 compared to $40,661 for blacks, producing a difference of $28,642. For all twenty comparison states there is a positive difference measure, indicating that white MHHI is greater than black MHHI. The mean difference for these states is $31,168.

Table 7. Comparison of non-Hispanic White and Black Median Household Income Levels, 2022

| State | White | Black | Difference |
|---|---|---|---|
| Alabama | $69,303 | $40,661 | $28,642 |
| | | | |
| Arkansas | $60,932 | $37,395 | $23,537 |
| Connecticut | $102,023 | $59,728 | $42,295 |
| Delaware | $87,027 | $58,385 | $28,642 |
| Florida | $74,121 | $51,249 | $22,872 |
| Georgia | $82,329 | $55,010 | $27,319 |
| Illinois | $86,254 | $46,717 | $39,537 |
| Louisiana | $70,652 | $37,015 | $33,637 |
| Maryland | $110,044 | $79,161 | $30,883 |
| Michigan | $73,276 | $42,171 | $31,105 |
| Mississippi | $65,751 | $36,263 | $29,488 |
| Missouri | $69,746 | $44,293 | $25,453 |
| New Jersey | $109,096 | $65,351 | $43,745 |
| New York | $92,218 | $58,805 | $33,413 |
| North Carolina | $74,488 | $47,088 | $27,400 |
| Ohio | $72,111 | $40,499 | $31,612 |
| Pennsylvania | $78,481 | $45,944 | $32,537 |
| South Carolina | $73,611 | $42,672 | $30,939 |
| Tennessee | $68,793 | $46,708 | $22,085 |
| Texas | $88,575 | $55,459 | $33,116 |
| Virginia | $93,942 | $60,201 | $33,741 |
| | | | |
| Average | $81,674 | $50,506 | $31,168 |

Notes: Averages exclude Alabama.
Source:  U.S. Census Bureau 2022 ACS (5-year)

**D. Per Capita Income**

Table 8 examines per capita income (PCI). For this analysis, a positive difference measure is an indication that white per capita income is greater than black per capita income. In Alabama, black PCI lags behind that of whites, with the difference being just under $15,000. The same general pattern is evident when examining the twenty states being used for comparison—a positive difference measure. The average difference figure for these comparison states is $19,417.

Table 8. Comparison of non-Hispanic White and Black Per Capita Income, 2022

| State | White | Black | Difference |
|-------|-------|-------|------------|
| Alabama | $38,479 | $23,722 | $14,757 |
| | | | |
| Arkansas | $35,771 | $21,388 | $14,383 |
| Connecticut | $62,193 | $33,759 | $28,434 |
| Delaware | $48,743 | $32,390 | $16,353 |
| Florida | $47,905 | $25,347 | $22,558 |
| Georgia | $46,410 | $28,566 | $17,844 |
| Illinois | $51,660 | $27,904 | $23,756 |
| Louisiana | $40,130 | $21,652 | $18,478 |
| Maryland | $61,021 | $39,971 | $21,050 |
| Michigan | $41,536 | $24,972 | $16,564 |
| Mississippi | $35,781 | $20,635 | $15,146 |
| Missouri | $39,533 | $25,435 | $14,098 |
| New Jersey | $62,009 | $34,568 | $27,441 |
| New York | $57,916 | $32,376 | $25,540 |
| North Carolina | $44,360 | $27,102 | $17,258 |
| Ohio | $40,903 | $24,910 | $15,993 |
| Pennsylvania | $45,539 | $26,303 | $19,236 |
| South Carolina | $42,658 | $24,282 | $18,376 |
| Tennessee | $39,561 | $26,283 | $13,278 |
| Texas | $52,081 | $29,861 | $22,220 |
| Virginia | $53,959 | $33,634 | $20,325 |
| | | | |
| Average | $47,483 | $28,067 | $19,417 |

Notes:   Averages exclude Alabama.
Source:  U.S. Census Bureau 2022 ACS (5-year)

## E. Poverty Rate

A comparison of the percentage of the population falling below the poverty level is found in Table 9. In Alabama, the Census estimates that 11.1% of the white population is below the poverty line, compared with 25.3% of the black population. The negative difference calculation is an indication that a greater percentage of blacks in Alabama are living in poverty compared to whites. This same finding is also evident for the twenty comparison states, each of which has a negative difference measure. The mean difference for this group of states is -12.7.

Table 9. Comparison of non-Hispanic White and Black Poverty Rates, 2022

| State | White | Black | Difference |
|---|---|---|---|
| Alabama | 11.1% | 25.3% | -14.3 |
| | | | |
| Arkansas | 12.9% | 28.9% | -16.0 |
| Connecticut | 6.3% | 17.3% | -11.1 |
| Delaware | 7.6% | 17.2% | -9.7 |
| Florida | 9.6% | 20.0% | -10.4 |
| Georgia | 9.4% | 19.0% | -9.5 |
| Illinois | 8.2% | 24.8% | -16.6 |
| Louisiana | 12.2% | 29.8% | -17.7 |
| Maryland | 6.3% | 13.0% | -6.7 |
| Michigan | 10.3% | 26.1% | -15.8 |
| Mississippi | 11.7% | 30.0% | -18.3 |
| Missouri | 10.7% | 23.8% | -13.1 |
| New Jersey | 6.2% | 16.1% | -9.9 |
| New York | 9.4% | 20.5% | -11.1 |
| North Carolina | 9.4% | 20.5% | -11.1 |
| Ohio | 10.3% | 27.3% | -17.0 |
| Pennsylvania | 8.5% | 24.5% | -16.0 |
| South Carolina | 9.8% | 23.6% | -13.8 |
| Tennessee | 11.2% | 22.8% | -11.6 |
| Texas | 8.3% | 18.8% | -10.5 |
| Virginia | 7.8% | 16.5% | -8.8 |
| | | | |
| Average | 9.3% | 22.0% | -12.7% |

Notes:   Averages exclude Alabama.
Source:  U.S. Census Bureau 2022 ACS (5-year)

**F. Home Ownership**

Rates of home ownership, by race, are compared in Table 10. For Alabama, 77.7% of the white population are homeowners, compared with 51.3% of blacks. The positive difference measure of 26.4 indicates that the rate of home ownership for whites is greater than the rate of home ownership for blacks. This difference measure is also positive for the twenty comparison states, evidence of racial disparity in home ownership rates. The mean difference across the comparison states is 30.4.

Table 10. Comparison of non-Hispanic White and Black Home Ownership Rates, 2022

| State | White | Black | Difference |
|-------|-------|-------|------------|
| Alabama | 77.7% | 51.3% | 26.4 |
| | | | |
| Arkansas | 72.4% | 44.2% | 28.2 |
| Connecticut | 75.8% | 40.7% | 35.1 |
| Delaware | 81.3% | 51.5% | 29.7 |
| Florida | 76.0% | 47.6% | 28.4 |
| Georgia | 75.6% | 49.0% | 26.6 |
| Illinois | 74.8% | 40.2% | 34.6 |
| Louisiana | 77.6% | 48.9% | 28.6 |
| Maryland | 77.5% | 52.5% | 25.0 |
| Michigan | 78.7% | 43.3% | 35.5 |
| Mississippi | 79.1% | 54.4% | 24.7 |
| Missouri | 72.8% | 39.3% | 33.5 |
| New Jersey | 76.4% | 39.7% | 36.7 |
| New York | 66.8% | 32.7% | 34.1 |
| North Carolina | 74.4% | 46.3% | 28.1 |
| Ohio | 73.1% | 36.1% | 36.9 |
| Pennsylvania | 75.0% | 43.4% | 31.6 |
| South Carolina | 78.9% | 53.5% | 25.4 |
| Tennessee | 73.6% | 43.6% | 30.0 |
| Texas | 70.7% | 41.3% | 29.3 |
| Virginia | 73.8% | 48.6% | 25.2 |
| | | | |
| Average | 75.2% | 44.8% | 30.4 |

Notes:   Averages exclude Alabama.
Source:  U.S. Census Bureau 2022 ACS (5-year)

13

## G. Unemployment Rates

Unemployment rates by state and racial category are provided in Table 11. In Alabama, the 2022 unemployment rate for whites was 2.1%, compared to 3.9% for blacks. In this case, the difference between these two figures is -1.8, an indication that the black unemployment rate is higher than the white unemployment rate. For the twenty states used as comparisons to Alabama, the difference measure is also negative. The average difference across the comparison states is -3.1.

Table 11. Comparison of non-Hispanic White and Black Unemployment Rates, 2022

| State | White | Black | Difference |
|-------|-------|-------|-----------|
| Alabama | 2.1% | 3.9% | -1.8 |
| | | | |
| Arkansas | 3.4% | 5.0% | -1.6 |
| Connecticut | 3.8% | 5.9% | -2.1 |
| Delaware | 3.5% | 7.2% | -3.7 |
| Florida | 2.5% | 4.3% | -1.8 |
| Georgia | 2.1% | 5.1% | -3.0 |
| Illinois | 3.5% | 10.9% | -7.4 |
| Louisiana | 2.7% | 5.8% | -3.1 |
| Maryland | 2.8% | 4.5% | -1.7 |
| Michigan | 3.6% | 7.4% | -3.8 |
| Mississippi | 2.6% | 6.0% | -3.4 |
| Missouri | 2.5% | 4.0% | -1.5 |
| New Jersey | 3.3% | 6.4% | -3.1 |
| New York | 3.5% | 8.7% | -5.2 |
| North Carolina | 2.9% | 6.5% | -3.6 |
| Ohio | 3.4% | 7.1% | -3.7 |
| Pennsylvania | 3.7% | 7.4% | -3.7 |
| South Carolina | 2.8% | 5.2% | -2.4 |
| Tennessee | 3.0% | 6.0% | -3.0 |
| Texas | 3.5% | 5.4% | -1.9 |
| Virginia | 2.4% | 4.6% | -2.2 |
| | | | |
| Average | 3.1% | 6.2% | -3.1 |

Notes:   Averages exclude Alabama.
Source:  Bureau of Labor Statistics.

**H. Infant Mortality**

Table 12 presents data on infant mortality by race of mother which is calculated as infant deaths per 1,000 births. In Alabama, the infant mortality rate for white mothers is 6.13. The infant mortality rate for black mothers is 11.14. The difference between these two rates is -5.01, an indication that the infant mortality rate is higher among black mothers as compared to white mothers. For the twenty comparison states, the difference measures are all negative as well. The mean difference for this group of states is -6.44.

Table 12. Comparison of non-Hispanic White and Black Infant Mortality Rates, 2021

| State | White | Black | Difference |
|-------|-------|-------|------------|
| Alabama | 6.13 | 11.14 | -5.01 |
| | | | |
| Arkansas | 7.44 | 15.01 | -7.57 |
| Connecticut | 3.29 | 9.87 | -6.58 |
| Delaware | 2.78 | 9.22 | -6.44 |
| Florida | 4.42 | 10.89 | -6.47 |
| Georgia | 4.83 | 9.02 | -4.19 |
| Illinois | 3.86 | 12.27 | -8.41 |
| Louisiana | 5.15 | 10.93 | -5.78 |
| Maryland | 4.54 | 9.19 | -4.65 |
| Michigan | 4.30 | 13.40 | -9.10 |
| Mississippi | 6.85 | 13.00 | -6.15 |
| Missouri | 4.83 | 11.86 | -7.03 |
| New Jersey | 2.39 | 8.42 | -6.03 |
| New York | 2.93 | 9.26 | -6.33 |
| North Carolina | 5.30 | 11.32 | -6.02 |
| Ohio | 5.49 | 13.64 | -8.15 |
| Pennsylvania | 4.12 | 9.79 | -5.67 |
| South Carolina | 5.18 | 12.87 | -7.69 |
| Tennessee | 5.10 | 10.26 | -5.16 |
| Texas | 4.13 | 9.73 | -5.60 |
| Virginia | 4.47 | 10.28 | -5.81 |
| | | | |
| Average | 4.57 | 11.01 | -6.44 |

Notes:   Averages exclude Alabama.
Source:  Centers for Disease Control.

**I. Vehicle Ownership**

Table 13 presents data on vehicle ownership rates by race. In Alabama, 3.6% of white households do not own a vehicle, compared to 5.6% of black households. The difference between these two figures is -2.0, which indicates that black households are more likely not to own a vehicle compared to white households. For all twenty comparison states there is also a negative difference measure, with an overall mean for this group of -2.7.

Table 13. Comparison of non-Hispanic White and Black Vehicle Ownership Rates, 2021

| State | White | Black | Difference |
|-------|-------|-------|------------|
| Alabama | 3.6% | 5.6% | -2.0 |
| | | | |
| Arkansas | 4.6% | 5.9% | -1.4 |
| Connecticut | 5.4% | 8.5% | -3.0 |
| Delaware | 4.1% | 5.9% | -1.7 |
| Florida | 4.6% | 6.0% | -1.4 |
| Georgia | 3.4% | 6.1% | -2.6 |
| Illinois | 7.8% | 10.7% | -2.9 |
| Louisiana | 4.7% | 8.3% | -3.6 |
| Maryland | 5.3% | 8.7% | -3.4 |
| Michigan | 5.3% | 7.3% | -1.9 |
| Mississippi | 3.6% | 6.2% | -2.6 |
| Missouri | 4.9% | 6.5% | -1.6 |
| New Jersey | 6.6% | 11.3% | -4.7 |
| New York | 18.9% | 28.9% | -9.9 |
| North Carolina | 3.6% | 5.5% | -1.9 |
| Ohio | 5.6% | 7.5% | -1.9 |
| Pennsylvania | 7.4% | 10.6% | -3.2 |
| South Carolina | 3.6% | 5.8% | -2.2 |
| Tennessee | 4.1% | 5.4% | -1.3 |
| Texas | 3.6% | 5.2% | -1.6 |
| Virginia | 4.3% | 6.0% | -1.7 |
| | | | |
| Average | 5.6% | 8.3% | -2.7 |

Notes:   Averages exclude Alabama.
Source:  U.S. Census Bureau 2021 ACS (5-year)

**J. Health Insurance**

Table 14 presents data on health insurance coverage, specifically the percentage of the population 19 to 64 years of age that lacks health insurance. The Census Bureau data estimates that 12.5% of white Alabamians and 16.7% of black Alabamians have no health insurance coverage. The difference between whites and blacks, at -4.2, indicates that there is a racial disparity on this measure. This same pattern is present for all twenty comparison states with an overall average difference of -4.3.

Table 14. Comparison of non-Hispanic White and Black Health Insurance Coverage, 2021

| State | White | Black | Difference |
|-------|-------|-------|------------|
| Alabama | 12.5% | 16.7% | -4.2 |
| | | | |
| Arkansas | 10.0% | 12.6% | -2.5 |
| Connecticut | 4.4% | 8.4% | -4.0 |
| Delaware | 6.2% | 7.8% | -1.7 |
| Florida | 14.7% | 20.7% | -6.0 |
| Georgia | 14.2% | 18.7% | -4.4 |
| Illinois | 6.2% | 11.6% | -5.4 |
| Louisiana | 9.5% | 12.6% | -3.2 |
| Maryland | 4.2% | 7.6% | -3.4 |
| Michigan | 6.7% | 9.5% | -2.8 |
| Mississippi | 15.1% | 20.7% | -5.6 |
| Missouri | 12.0% | 18.2% | -6.2 |
| New Jersey | 5.3% | 11.4% | -6.1 |
| New York | 4.6% | 8.2% | -3.6 |
| North Carolina | 11.7% | 16.0% | -4.3 |
| Ohio | 7.6% | 11.3% | -3.6 |
| Pennsylvania | 6.2% | 9.9% | -3.7 |
| South Carolina | 12.7% | 16.9% | -4.2 |
| Tennessee | 12.1% | 16.4% | -4.3 |
| Texas | 14.0% | 20.5% | -6.5 |
| Virginia | 7.7% | 12.2% | -4.5 |
| | | | |
| Average | 9.3% | 13.6% | -4.3 |

Notes:   Averages exclude Alabama.
Source:  U.S. Census Bureau 2021 ACS (5-year)

17

**K. Internet Access**
Table 15 presents data on the percentage of households lacking internet access. The American Community Survey estimates that 12.7% of white households in Alabama lack internet access, compared to 20.9% of black households in the state. This is reflected in the difference measure of -8.3. For the twenty comparison states, there is also a negative difference figure. Such is an indication that more black households lack internet access compared to white households. The average difference measure for the comparison states is -5.8.

Table 15. Comparison of non-Hispanic White and Black Internet Access, 2021

| State | White | Black | Difference |
|---|---|---|---|
| Alabama | 12.7% | 20.9% | -8.3 |
| Arkansas | 15.3% | 21.3% | -6.0 |
| Connecticut | 8.0% | 11.9% | -3.9 |
| Delaware | 7.8% | 9.7% | -1.9 |
| Florida | 8.0% | 15.2% | -7.1 |
| Georgia | 9.6% | 14.3% | -4.7 |
| Illinois | 9.5% | 16.0% | -6.5 |
| Louisiana | 12.9% | 23.0% | -10.1 |
| Maryland | 7.3% | 10.0% | -2.7 |
| Michigan | 10.1% | 16.4% | -6.3 |
| Mississippi | 15.8% | 23.5% | -7.7 |
| Missouri | 11.4% | 15.8% | -4.4 |
| New Jersey | 7.7% | 12.7% | -4.9 |
| New York | 9.7% | 14.3% | -4.6 |
| North Carolina | 10.5% | 17.1% | -6.6 |
| Ohio | 10.5% | 16.2% | -5.7 |
| Pennsylvania | 11.5% | 15.0% | -3.5 |
| South Carolina | 10.1% | 22.0% | -11.9 |
| Tennessee | 12.6% | 18.2% | -5.7 |
| Texas | 7.5% | 13.6% | -6.1 |
| Virginia | 9.3% | 14.9% | -5.6 |
| Average | 10.3% | 16.1% | -5.8 |

Notes:   Averages exclude Alabama.
Source:  U.S. Census Bureau 2021 ACS (5-year)

**L. Incarceration Rates**

Table 16 presents data on incarceration rates by race measured as the number of persons incarcerated per 100,000. For each racial group, this statistic is calculated as: [Number Incarcerated/Population 18 and older]*100,000. In Alabama, there are 471 whites incarcerated per 100,000 residents and 1,387 blacks incarcerated per 100,000 residents. The difference of -916 indicates that the black incarceration rate exceeds the white incarceration rate. The same pattern, noted by a negative difference measure, is present for all twenty of the comparison states in Table 16. Across these states, the average difference is -1,044.

Table 16. Comparison of non-Hispanic White and Black Incarceration Rates, 2022

| State | White | Black | Difference |
|-------|-------|-------|------------|
| Alabama | 471 | 1,387 | -916 |
| | | | |
| Arkansas | 586 | 2,068 | -1,482 |
| Connecticut | 158 | 1,471 | -1,313 |
| Delaware | 324 | 1,813 | -1,490 |
| Florida | 354 | 1,585 | -1,231 |
| Georgia | 408 | 1,122 | -714 |
| Illinois | 155 | 1,184 | -1,029 |
| Louisiana | 442 | 1,639 | -1,197 |
| Maryland | 140 | 779 | -639 |
| Michigan | 221 | 1,537 | -1,316 |
| Mississippi | 592 | 1,433 | -842 |
| Missouri | 396 | 1,502 | -1,106 |
| New Jersey | 71 | 825 | -753 |
| New York | 79 | 651 | -572 |
| North Carolina | 232 | 873 | -641 |
| Ohio | 305 | 1,825 | -1,520 |
| Pennsylvania | 248 | 1,687 | -1,439 |
| South Carolina | 240 | 933 | -692 |
| Tennessee | 330 | 1,157 | -827 |
| Texas | 497 | 1,699 | -1,202 |
| Virginia | 275 | 1,144 | -869 |
| | | | |
| Average | 303 | 1346 | -1,044 |

Notes:   Averages exclude Alabama.
Source:   U.S. Department of Justice. Bureau of Justice Statistics.

**Summary of Findings**

For the thirteen measures analyzed, there is evidence of a racial disparity in Alabama between whites and blacks. This same pattern of disparity also exists for the twenty states used for the purpose of comparison. For the 260 total cases analyzed for this group of states, the same pattern of disparity between blacks and whites is also present. Again, it should be noted that this patten of racial disparity is present across a diverse group of states, both politically and geographically. In sum, neither in Alabama nor any of the twenty comparison states is there a single instance where black residents fare better than white residents on the metrics surveyed. For ten of the thirteen measures analyzed (77%), the disparity rate for Alabama is below the average disparity rate calculated for the comparison states. Additionally, for none of the thirteen measures does the disparity rate for Alabama constitute the maximum value among the states analyzed.

## V. CARSON VOTE

In this section I have gathered vote return data for candidate Ben Carson, who is black, during 2016 Republican presidential primary race (see Table 17 below). Vote returns were compiled from the first primary contest, the Iowa caucus, through the primaries held on Super Tuesday.[5] Carson dropped out of the GOP presidential primary after Super Tuesday.[6] In all, Carson participated in 15 primaries and caucuses, including the primary election held in Alabama. Carson's vote totals ranged from a low of 2.6% in Massachusetts to a high of 10.8% in Alaska. Carson earned his second highest vote total, at 10.2%, in Alabama. The difference between Carson's vote share in Alaska and his vote share in Alabama is 0.6 points.

Table 17. Carson Vote in the 2016 Republican Presidential Primary

| Date | State | Vote Share |
|---|---|---|
| Feb. 1 | Iowa | 9.30% |
| Feb. 9 | New Hampshire | 2.31% |
| Feb. 20 | South Carolina | 7.23% |
| Feb. 23 | Nevada | 4.81% |
| March 1 | **Alabama** | **10.24%** |
| March 1 | Alaska | 10.83% |
| March 1 | Arkansas | 5.72% |
| March 1 | Georgia | 6.23% |
| March 1 | Massachusetts | 2.57% |
| March 1 | Minnesota | 7.37% |
| March 1 | Oklahoma | 6.22% |
| March 1 | Tennessee | 7.59% |
| March 1 | Texas | 4.16% |
| March 1 | Virginia | 5.87% |
| March 1 | Vermont | 4.18% |

---

[5] The Super Tuesday contests were held on March 1, 2016. Source for vote returns: *CQ Voting and Elections Collection* (https://library.cqpress.com/elections).
[6] David Jackson and Erin Kelly. "Ben Carson Drops Out of GOP Presidential Race." *USA Today*. March 4, 2016. Accessed at https://www.usatoday.com/story/news/2016/03/04/ben-carson-republican-presidential-race/80047678.

## VI. WHITE SUPPORT FOR MINORITY REPUBLICAN CANDIDATES

Are white voters willing to vote for minority Republican candidates? This was a research question that I analyzed in a peer-reviewed journal article. In this article, a co-author and I examined the voting behavior of white voters as it related to support for minority GOP candidates in U.S. Senate and gubernatorial elections in 2006, 2010, and 2012.[7] In short, we found that white conservatives support minority Republican candidates at the same rates or at significantly higher rates than Anglo (non-Hispanic white) GOP nominees. In our study, voting on the part of white conservatives is shown to be colorblind—the primary explanatory factor appears to be ideological congruence between the voter and the candidate. Stated succinctly, ideology trumps race in the case of white Republicans and their support for minority GOP nominees.

Other peer-reviewed research has also examined the question of white support for minority Republican candidates. Looking at congressional races from 1996 and 1998, one study examined white support for both black Democrats and black Republicans. The author found no empirical backing for the hypothesis that white voters discriminate against black candidates of either party.[8]

Two studies examined elections from South Carolina in 2014. The first examined the two U.S. Senate races in South Carolina in 2014, with one race featuring black Republican Tim Scott and the other white Republican Lindsey Graham. The analysis in the article found that "the results of the current research demonstrate that black Republican candidates are not disadvantaged due to anti-black sentiment among white voters."[9] The second study, using another data source, examined the two Senate races along with the Governor's race featuring minority Republican candidate Nikki Haley. The study found high levels of support for Haley and Scott among white Republicans, equal to or greater than white Republican support for Graham. Rather than a candidate's race, the authors conclude that "the most important litmus test seems to be ideological purity" when it comes to an individual's calculus for determining how to cast their ballot.[10]

In Alabama specifically, Republican State Representative Kenneth Paschal (HD 73) is one example of white voters electing a minority candidate. Paschal is an African American who ran in a Shelby County district that is 84.1% white VAP.[11] Given the racial composition of HD 73, no candidate can win elective office without the support of white voters. In order to fill a vacancy for HD 73, a special Republican Primary was held on March 30, 2021 in which five candidates participated. In this contest Paschal came in second to Leigh Hulsey, a white candidate.[12] With no candidate in the primary having received a majority of the vote, Paschal and Hulsey were forced into a runoff. In the April 27th runoff, Paschal defeated Hulsey 51.1% to 48.9%.[13] Finally, Paschal faced a white Democrat, Sheridan Black, in the Special General Election held on July 13, 2021. In this contest, Paschal won with 74.7% of the vote to 25.1% for Black.[14] In 2022, Representative Paschal was unopposed and reelected to serve as the representative for House District 73.[15]

## VII. COMPARISONS ACROSS TIME

I was also asked, to the extent possible, to compile some comparison data for black Alabamians at approximately the time that the Voting Rights Act was initially signed into law (1965), the reauthorization of the Voting Rights Act in 1982, and present-day.

Table 18 below details the percentage of black legislators elected to each chamber of the Alabama Legislature for the three time periods of interest.[16] In 1965, there were no black legislators in either chamber. Sixteen years later, 8.6% of State Senate seats and 12.4% of State House seats were held by black legislators. Today (2024), 20.0% of State Senate seats and 24.8% of State House seats are held by black legislators.

Table 18. Black State Legislators in Alabama

| Year | Senate | House |
|------|--------|-------|
| 1965 | 0.0% [0] | 0.0% [0] |
| 1981 | 8.6% [3] | 12.4% [13] |
| 2024 | 20.0% [7] | 24.8% [26] |
| Total | 35 | 105 |

Notes: Entries represent the proportion of total seats in each Chamber held by black legislators. Number of seats in brackets.

---

[7]M.V. Hood III and Seth C. McKee. 2015. "True Colors: White Conservative Support for Minority Republican Candidates." *Public Opinion Quarterly* 79(1): 28-52.

[8]Benjamin Highton. 2004. "White Voters and African American Candidates for Congress." *Political Behavior* 26(1): 1-25.

[9]Paul White, Jr. and Robert W. Oldendick. 2016. "Can Partisanship Trump Racism? White Support for Black Republican Candidates." *The Journal of Political Science* 44: 135-156. Quoted material from page 148.

[10]Scott H. Huffmon, H. Gibbs Knotts, and Seth C. McKee. 2016. "Similarities and Differences in Support of Minority and White Republican Candidates." *Journal of Race, Ethnicity, and Politics* 1(1): 91-116. Quoted material from page 111.

[11]Howard Koplowitz. "Kenneth Paschal Wins Alabama House Seat." *AL.com*. July 14, 2021. *Alabama Legislative Black Caucus v. Alabama* (2:12-cv-00691). Document 337-1. Page 25.

[12]Source: Alabama Secretary of State (https://www.sos.alabama.gov/sites/default/files/election-2021/Certification%20of%20Primary%20Results.pdf).

[13]Source: Alabama Secretary of State (https://www.sos.alabama.gov/sites/default/files/election-2021/HD73_Republican_Party-Certification_of_Results-Special_Primary_Runoff_Election.pdf)

[14]Source: Alabama Secretary of State (https://www.sos.alabama.gov/sites/default/files/election-2021/Canvass%20of%20HD73%20Results.PD).

[15]Source: Alabama Secretary of State. (https://www.sos.alabama.gov/sites/default/files/election-data/2022-11/Final%20Canvass%20of%20Results%20%28canvassed%20by%20state%20canvassing%20board%2011-28-2022%29.pdf).

[16]Sources: 1965 and 1981: Table 2.2 in Charles S. Bullock III and Ronald Keith Gaddie. 2009. *The Triumph of the Voting Rights Act in the South*. Norman, OK: University of Oklahoma Press; 2024: The Alabama Legislature (https://alison.legislature.state.al.us).

Table 19 examines black voter registration rates over time in Alabama. Percent black registered is calculated as the number of blacks registered to vote over the black voting age population.[17] In 1965, black registration was 23.5%. By 1982, black registration had increased 34-points to 57.7%. Today, most blacks (95%) in Alabama are registered to vote.

Table 19. Black Voter Registration

| Year | % Black Registered |
|------|--------------------|
| 1965 | 23.5% |
| 1982 | 57.7% |
| 2024 | 95.2% |

Obtaining consistent data across a sixty-year timeframe does limit the metrics available for analysis. On at least two measures for which longitudinal data are available, representation in the Legislature and voter registration, there have been significant gains for black Alabamians across the last six decades.

---

[17]Sources: 1965: *VEP [Voter Education Project] News*. Vol. 3, No. 12 (December 1969); 1982: *The Triumph of the Voting Rights Act in the South*. Norman, OK: University of Oklahoma Press. Table B.1; 2024: Alabama Secretary of State (https://www.sos.alabama.gov/alabama-votes/voter/election-data) and the U.S. Census Bureau. Note: CVAP is not consistently available across this time series.

## IX. DECLARATION

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on March 29, 2024.

M.V. (Trey) Hood III

Department of Political Science
School of Public and International Affairs
180 Baldwin Hall
University of Georgia
Athens, GA 30602
Phone: (706) 583-0554
FAX: (706) 542-4421
E-mail: th@uga.edu

## Appendix A: Data Sources

**Voting Data:**
National Exit Polls, 2008-2022.
    2008: www.cnn.com/ELECTION/2008/results/polls/
    2010: www.nytimes.com/elections/2010/results/senate.html
    2012: www.cnn.com/election/2012/results/race/president/
    2014: www.cnn.com/election/2014/results/exit-polls
    2016: www.cnn.com/election/2016/results/exit-polls
    2018: www.cnn.com/election/2018/exit-polls

Cooperative Congressional Election Studies, 2008-2018
    https://CES.gov.harvard.edu/

**Socio-Economic Comparisons:**

Educational Attainment
    U.S. Census Bureau. 2022 American Community Survey (5-yr.). Table C15002.
Food Stamps
    U.S. Census Bureau. 2022 American Community Survey (5-yr.). Table B22005.
Median Household Income.
    U.S. Census Bureau. 2022 American Community Survey (5-yr.). Table B19013.
Per Capita Income
    U.S. Census Bureau. 2022 American Community Survey (5-yr.). Table B19301.
    Poverty Rate
    U.S. Census Bureau. 2022 American Community Survey (5-yr.). Table B17001.
Home Ownership
    U.S. Census Bureau. 2022 American Community Survey (5-yr.). Table B25003.
Unemployment Rates
    Bureau of Labor Statistics. 2022. "Table 14. Employment Status of the Civilian
    Noninstitutional Population, by Gender, Age, Race, Hispanic or Latino Ethnicity, and
    Marital Status, 2022." (https://www.bls.gov/opub/geographic-profile/home.htm).
Infant Mortality
    Centers for Disease Control. CDC Wonder Database (https://wonder.cdc.gov/).
Vehicle Ownership
    U.S. Census Bureau. 2021 American Community Survey (5-yr.). Table B25004.
Health Insurance Coverage
    U.S. Census Bureau. 2021 American Community Survey (5-yr.). Table B27011.
Internet Access
    U.S. Census Bureau. 2021 American Community Survey (5-yr.). Table B28002.
Incarceration Rates
    U.S. Department of Justice. Bureau of Justice Statistics. "Prisoners in 2022-Staistical
    Tables." Appendix Table 1. (https://bjs.ojp.gov/document/p22st.pdf).

## Appendix B: Detailed Vote Data

Table A. Black Support for Democratic Candidates, 2008

| State | President | Governor | Senate | Senate |
|-------|-----------|----------|--------|--------|
| Alabama | 98% | | 90% | |
| Arkansas | 95% | | | |
| Connecticut | 93% | | | |
| Delaware | 99% | 97% | 97% | |
| Florida | 96% | | | |
| Georgia | 98% | | 93% | |
| Illinois | 96% | | 95% | |
| Louisiana | 94% | | 96% | |
| Maryland | 94% | | | |
| Michigan | 97% | | 94% | |
| Mississippi | 98% | | 94% | 92%[18] |
| Missouri | 93% | 90% | | |
| New Jersey | 92% | | 87% | |
| New York | 100% | | | |
| North Carolina | 95% | 95% | 96% | |
| Ohio | 97% | | | |
| Pennsylvania | 95% | | | |
| South Carolina | 96% | | 87% | |
| Tennessee | 94% | | 72% | |
| Texas | 98% | | 89% | |
| Virginia | 92% | | 93% | |
| **Average-All Races** | **93.9%** | | | |

Source: 2008 National Exit Poll

[18]Special Election.

Table B. Black Support for Democratic Candidates, 2010

| State | Governor | Senate |
|---|---|---|
| Alabama | | |
| Arkansas | | |
| Connecticut | | |
| Delaware | | 93% |
| Florida | 92% | 76% |
| Georgia | | |
| Illinois | 90% | 94% |
| Louisiana | | |
| Maryland | | |
| Michigan | | |
| Mississippi | | |
| Missouri | | 92% |
| New Jersey | | |
| New York | 93% | 94% |
| North Carolina | | |
| Ohio | 90% | 85% |
| Pennsylvania | 91% | 92% |
| South Carolina | | |
| Tennessee | | |
| Texas | | |
| Virginia | | |
| **Average-All Races** | **90.2%** | |

Source: 2010 National Exit Poll

Table C. Black Support for Democratic Candidates, 2012

| State | President | Governor | Senate |
|---|---|---|---|
| Alabama | 95% | | |
| Arkansas | | | |
| Connecticut | 93% | | 88% |
| Delaware | | | |
| Florida | 95% | | 90% |
| Georgia | | | |
| Illinois | 96% | | |
| Louisiana | | | |
| Maryland | 97% | | |
| Michigan | 97% | | 87% |
| Mississippi | 96% | | 88% |
| Missouri | 94% | 92% | 94% |
| New Jersey | 96% | | 96% |
| New York | 94% | | 94% |
| North Carolina | 96% | 85% | |
| Ohio | 96% | | 95% |
| Pennsylvania | 93% | | 91% |
| South Carolina | | | |
| Tennessee | | | |
| Texas | | | |
| Virginia | 93% | | 92% |
| **Average-All Races** | **93.2%** | | |

Source: 2012 National Exit Poll

Table D. Black Support for Democratic Candidates, 2014

| State | Governor | Senate |
|-------|----------|--------|
| Alabama | | |
| Arkansas | 90% | 97% |
| Connecticut | | |
| Delaware | | |
| Florida | 85% | |
| Georgia | | 92% |
| Illinois | 93% | 95% |
| Louisiana | | 94% |
| Maryland | | |
| Michigan | 89% | 90% |
| Mississippi | | 92% |
| Missouri | | |
| New Jersey | | |
| New York | | |
| North Carolina | | 96% |
| Ohio | 69% | |
| Pennsylvania | 92% | |
| South Carolina | 92% | 89% |
| Tennessee | | |
| Texas | 92% | 87% |
| Virginia | | 90% |
| | | |
| **Average-All Races** | **90.2%** | |

Source: 2014 National Exit Poll

Table E. Black Support for Democratic Candidates, 2016

| State | President | Governor | Senate |
|---|---|---|---|
| Alabama | | | |
| Arkansas | | | |
| Connecticut | | | |
| Delaware | | | |
| Florida | 84% | | 80% |
| Georgia | 89% | | 79% |
| Illinois | 87% | | 87% |
| Louisiana | | | |
| Maryland | | | |
| Michigan | 92% | | |
| Mississippi | | | |
| Missouri | 90% | 92% | 90% |
| New Jersey | 89% | | |
| New York | 92% | | 91% |
| North Carolina | 89% | 88% | 90% |
| Ohio | 88% | | 79% |
| Pennsylvania | 92% | | 90% |
| South Carolina | 94% | | 90% |
| Tennessee | | | |
| Texas | 84% | | |
| Virginia | 88% | | |
| **Average-All Races** | **88.1%** | | |

Source: 2016 National Exit Poll

Table F. Black Support for Democratic Candidates, 2018

| State | Governor | Senate | Senate |
|-------|----------|--------|--------|
| Alabama | | | |
| Arkansas | | | |
| Connecticut | | | |
| Delaware | | | |
| Florida | 86% | 90% | |
| Georgia | 93% | | |
| Illinois | | | |
| Louisiana | | | |
| Maryland | | | |
| Michigan | 90% | 90% | |
| Mississippi | | 88% | 91%[19] |
| Missouri | | 91% | |
| New Jersey | | 90% | |
| New York | 91% | 90% | |
| North Carolina | | | |
| Ohio | 84% | 89% | |
| Pennsylvania | 91% | 91% | |
| South Carolina | | | |
| Tennessee | 85% | 85% | |
| Texas | 82% | 89% | |
| Virginia | | 91% | |
| **Average-All Races** | **88.9%** | | |

Source: 2018 National Exit Poll

[19]Special Election.

Table G. Black Support for Democratic Candidates, 2020

| State | President | Governor | Senate | Senate | Senate |
|---|---|---|---|---|---|
| Alabama | 89% | | 90% | | |
| Arkansas | | | | | |
| Connecticut | | | | | |
| Delaware | | | | | |
| Florida | 89% | | | | |
| Georgia | 88% | | 87% | 83%[20] | 93%[21] |
| Illinois | | | | | |
| Louisiana | | | | | |
| Maryland | | | | | |
| Michigan | 92% | | 90% | | |
| Mississippi | | | | | |
| Missouri | | | | | |
| New Jersey | | | | | |
| New York | 94% | | | | |
| North Carolina | 92% | 92% | 88% | | |
| Ohio | 91% | | | | |
| Pennsylvania | 92% | | | | |
| South Carolina | 90% | | 93% | | |
| Tennessee | | | | | |
| Texas | 90% | | 87% | | |
| Virginia | 89% | | 93% | | |
| **Average-All Races** | **90.1%** | | | | |

Source: 2020 National Exit Poll

---

[20]Special Election.
[21]Runoff.

Table H. Black Support for Democratic Candidates, 2022

| State | Governor | Senate |
|-------|----------|--------|
| Alabama | | |
| Arkansas | | |
| Connecticut | | |
| Delaware | | |
| Florida | 86% | 90% |
| Georgia | 90% | 90% |
| Illinois | | |
| Louisiana | | |
| Maryland | | |
| Michigan | 94% | |
| Mississippi | | |
| Missouri | | |
| New Jersey | | |
| New York | | |
| North Carolina | | 93% |
| Ohio | 67% | 86% |
| Pennsylvania | 92% | 91% |
| South Carolina | | |
| Tennessee | | |
| Texas | 84% | |
| Virginia | | |
| **Average-All Races** | **87.5** | |

Source: 2022 National Exit Poll

Table I. Black Support for Democratic Candidates, 2008

| State | President | Governor | Senate | House |
|---|---|---|---|---|
| Alabama | 98.7% | | | |
| Arkansas | 97.5% | | | |
| Connecticut | 99.5% | | | |
| Delaware | 97.8% | | | |
| Florida | 92.3% | | | 93.5% |
| Georgia | 96.2% | | 96.8% | 89.4% |
| Illinois | 98.9% | | 98.8% | 97.5% |
| Louisiana | 89.6% | | | |
| Maryland | 97.2% | | | 98.7% |
| Michigan | 97.7% | | 96.7% | 92.7% |
| Mississippi | 100.0% | | | |
| Missouri | 94.3% | | | |
| New Jersey | 98.5% | | 98.3% | 96.2% |
| New York | 97.7% | | | 97.2% |
| North Carolina | 98.3% | 96.8% | 98.0% | 94.3% |
| Ohio | 95.6% | | | 92.2% |
| Pennsylvania | 97.9% | | | 95.8% |
| South Carolina | 96.8% | | | |
| Tennessee | 99.1% | | | |
| Texas | 97.8% | | 94.0% | 93.8% |
| Virginia | 94.5% | | | |
| **Average-All Races** | **96.3%** | | | |

Source: CES.

Table J. Black Support for Democratic Candidates, 2010

| State | Governor | Senate | House |
|-------|----------|--------|-------|
| Alabama | 94.0% | 84.5% | 74.0% |
| Arkansas | | | |
| Connecticut | | | |
| Delaware | | | |
| Florida | 90.9% | 88.9% | 84.0% |
| Georgia | 91.5% | 90.2% | 85.5% |
| Illinois | 96.3% | 95.6% | 98.4% |
| Louisiana | | 90.2% | 82.1% |
| Maryland | 90.5% | 90.8% | 91.8% |
| Michigan | 94.3% | 95.4% | 96.4% |
| Mississippi | | | 98.3% |
| Missouri | | | 94.9% |
| New Jersey | | | 97.1% |
| New York | 96.5% | 95.0% | 93.4% |
| North Carolina | | 92.9% | 93.9% |
| Ohio | 86.8% | 85.9% | 95.2% |
| Pennsylvania | 88.2% | 96.9% | 96.1% |
| South Carolina | 84.2% | 80.0% | 79.7% |
| Tennessee | 87.2% | | 94.6% |
| Texas | 91.3% | | 88.5% |
| Virginia | | | |
| | | | |
| **Average-All Races** | **90.8%** | | |

Source: CES.

Table K. Black Support for Democratic Candidates, 2012

| State | President | Governor | Senate | House |
|-------|-----------|----------|--------|-------|
| Alabama | 99.8% | | | 96.0% |
| Arkansas | 97.4% | | | |
| Connecticut | 92.4% | | | |
| Delaware | 100% | | | |
| Florida | 93.8% | | 89.4% | 90.2% |
| Georgia | 97.3% | | | 95.3% |
| Illinois | 98.8% | | | 95.5% |
| Louisiana | 93.4% | | | 61.0% |
| Maryland | 96.1% | | 100% | 99.7% |
| Michigan | 96.7% | | 98.2% | 94.2% |
| Mississippi | 90.2% | | 91.2% | 97.4% |
| Missouri | 96.1% | 98.3% | 99.5% | 98.3% |
| New Jersey | 96.9% | 92.8% | 97.4% | 99.0% |
| New York | 96.6% | | 98.8% | 94.9% |
| North Carolina | 93.7% | | | 94.5% |
| Ohio | 92.8% | | 97.5% | 88.5% |
| Pennsylvania | 98.4% | | 98.4% | 97.3% |
| South Carolina | 98.6% | | | 90.3% |
| Tennessee | 98.0% | | 93.9% | 94.4% |
| Texas | 96.4% | | 86.7% | 94.0% |
| Virginia | 94.1% | | 94.4% | 89.7% |
| | | | | |
| **Average-All Races** | **94.8%** | | | |

Source: CES.

Table L. Black Support for Democratic Candidates, 2014

| State | Governor | Senator | House |
|---|---|---|---|
| Alabama | 100% | | 100% |
| Arkansas | | | |
| Connecticut | | | |
| Delaware | | | |
| Florida | 95.5% | | 89.0% |
| Georgia | 92.9% | 96.4% | 97.8% |
| Illinois | 91.9% | 97.6% | 97.1% |
| Louisiana | | 100% | |
| Maryland | 81.4% | | 90.5% |
| Michigan | 87.2% | 97.9% | 98.3% |
| Mississippi | | | |
| Missouri | | | 82.7% |
| New Jersey | | 96.1% | 94.0% |
| New York | 87.9% | | 97.3% |
| North Carolina | | 94.8% | 88.6% |
| Ohio | 67.1% | | 79.4% |
| Pennsylvania | 97.5% | | 96.2% |
| South Carolina | 90.5% | 89.4% | 96.9% |
| Tennessee | 81.9% | 86.7% | 91.1% |
| Texas | 89.5% | 80.5% | 90.3% |
| Virginia | | 90.7% | 88.4% |
| | | | |
| **Average-All Races** | **91.3%** | | |

Source: CES.

Table M. Black Support for Democratic Candidates, 2016

| State | President | Governor | Senate | House |
|---|---|---|---|---|
| Alabama | 96.3% | | 99.3% | 97.3% |
| Arkansas | 93.7% | | | |
| Connecticut | 94.0% | | | |
| Delaware | 92.3% | | | |
| Florida | 92.9% | | 91.8% | 94.4% |
| Georgia | 94.0% | | 91.5% | 81.3% |
| Illinois | 93.7% | | 98.9% | 92.7% |
| Louisiana | 93.0% | | | |
| Maryland | 94.2% | | 95.0% | 84.5% |
| Michigan | 96.6% | | | 93.2% |
| Mississippi | 89.7% | | | 72.4% |
| Missouri | 95.0% | 97.0% | 98.8% | 93.0% |
| New Jersey | 89.4% | | | 94.6% |
| New York | 95.7% | | 98.6% | 91.6% |
| North Carolina | 90.6% | 84.8% | 87.7% | 90.9% |
| Ohio | 90.0% | | 81.7% | 85.1% |
| Pennsylvania | 96.1% | | 93.0% | 96.3% |
| South Carolina | 92.9% | | 60.0% | 64.8% |
| Tennessee | 99.5% | | | 91.8% |
| Texas | 92.1% | | | 85.4% |
| Virginia | 93.8% | | | 90.8% |
| | | | | |
| **Average-All Races** | **91.1%** | | | |

Source: CES.

Table N. Black Support for Democratic Candidates, 2018

| State | Governor | Senator | House |
|---|---|---|---|
| Alabama | 93.4% | 94.3% | 93.0% |
| Arkansas | | | |
| Connecticut | | | |
| Delaware | | | |
| Florida | 95.1% | 93.9% | 94.9% |
| Georgia | 92.2% | | 86.9% |
| Illinois | 97.7% | | 97.1% |
| Louisiana | | | 90.6% |
| Maryland | 73.2% | 94.7% | 98.1% |
| Michigan | 99.4% | 96.7% | 97.0% |
| Mississippi | | 89.3% | 89.9% |
| Missouri | | 90.6% | 96.1% |
| New Jersey | | 95.1% | 95.1% |
| New York | 95.1% | 97.2% | 99.2% |
| North Carolina | | | 89.4% |
| Ohio | 89.4% | 93.1% | 93.9% |
| Pennsylvania | 98.9% | 98.4% | 96.9% |
| South Carolina | 98.4% | 97.8% | 97.2% |
| Tennessee | 73.6% | 77.7% | 75.6% |
| Texas | 86.0% | 92.3% | 90.8% |
| Virginia | | 93.0% | 96.0% |
| **Average-All Races** | **92.6** | | |

Source: CES.

Table O. Black Support for Democratic Candidates, 2020

| State | President | Governor | Senate | House |
|-------|-----------|----------|--------|-------|
| Alabama | 97.9% | | 95.1% | 85.4% |
| Arkansas | | | | |
| Connecticut | | | | |
| Delaware | | | | |
| Florida | 89.8% | | | 90.8% |
| Georgia | 90.3% | | 82.1% | 81.3% |
| Illinois | 95.2% | | 99.2% | 96.0% |
| Louisiana | 96.2% | | 89.3% | 93.1% |
| Maryland | 95.6% | | | 95.1% |
| Michigan | 85.8% | | 85.6% | 82.3% |
| Mississippi | 90.9% | | 95.2% | 76.8% |
| Missouri | 80.4% | 80.0% | | 78.0% |
| New Jersey | 94.4% | | 96.2% | 95.6% |
| New York | 93.5% | | | 95.9% |
| North Carolina | 90.5% | 91.2% | 84.0% | 90.6% |
| Ohio | 93.6% | | | 91.2% |
| Pennsylvania | 97.2% | | | 96.1% |
| South Carolina | 90.7% | | 89.2% | 83.5% |
| Tennessee | 89.9% | | 89.0% | 80.4% |
| Texas | 88.3% | | 89.0% | 89.1% |
| Virginia | 88.8% | | 94.1% | 84.8% |
| | | | | |
| **Average-All Races** | **89.9%** | | | |

Source: CES.

Table P. Black Support for Democratic Candidates, 2022

| State | Governor | Senator | House |
|---|---|---|---|
| Alabama | 90.8% | 97.2% | 91.1% |
| Arkansas | | | |
| Connecticut | | | |
| Delaware | | | |
| Florida | 66.1% | 75.5% | 74.7% |
| Georgia | 88.0% | 91.9% | 91.7% |
| Illinois | 85.0% | 93.3% | 96.0% |
| Louisiana | | 70.6% | 74.6% |
| Maryland | 99.1% | 99.1% | 98.5% |
| Michigan | 91.3% | | 92.3% |
| Mississippi | | | 90.9% |
| Missouri | | 87.6% | 90.8% |
| New Jersey | | | 84.4% |
| New York | 88.7% | 91.9% | 89.5% |
| North Carolina | | 79.2% | 82.0% |
| Ohio | 58.5% | 78.8% | 76.5% |
| Pennsylvania | 86.1% | 84.8% | 83.4% |
| South Carolina | 90.0% | 91.7% | 92.7% |
| Tennessee | 78.7% | | 87.9% |
| Texas | 76.0% | | 77.9% |
| Virginia | | | 86.7% |
| | | | |
| **Average-All Races** | **85.8** | | |

Source: CES.

EXHIBIT
DX-4



# ALABAMA DEPARTMENT OF CORRECTIONS

# Monthly Statistical Report

*for*

# February 2024

*Fiscal Year 2024*

*All data in this report is for the end of month unless otherwise stated.*



**John Q. Hamm**
*Commissioner*

*Compiled and Published*
*by*
*The Research and Planning*
*Division*
*www.doc.alabama.gov*
*334.353.3883*

Alabama Department of Corrections
February 2024 Monthly Statistical Report

# Legend

## ADOC INMATE JURISDICTIONAL - CUSTODY ASSIGNMENT BY LOCATION

**LOCATION**

ADOC JURISDICTIONAL POPULATION

ADOC CUSTODY POPULATION

ADOC IN-HOUSE POPULATION

*Population data are for the last working day of the month and is collected 60 days later to allow for processing of admissions and releases.*

| LOCATION | ADOC JURISDICTIONAL POPULATION | ADOC CUSTODY POPULATION | ADOC IN-HOUSE POPULATION |
|---|---|---|---|
| ADOC Major Institution | ● | ● | ● |
| ADOC Community Work Center | ● | ● | ● |
| ADOC Work Release | ● | ● | ● |
| Alabama Therapeutic Education Facility (ATEF) | ● | ● | |
| Supervised Re-Entry Program (SRP) | ● | ● | |
| Medical Furlough | ● | ● | |
| Leased Facilities | ● | ● | |
| State Mental Facility | ● | ● | |
| Other Locations | ● | | |
| Central Records Monitor | ● | | |
| County Jail | ● | | |
| Community Corrections Program | ● | | |
| Federal Prison | ● | | |
| Other States | ● | | |

**ADOC Jurisdictional Population:** Defines an inmate sentenced by the court to the Alabama Department of Corrections. ADOC Jurisdictional Population includes all inmates serving time within ADOC facilities / programs, as well as in the custody of other correctional authorities, such as county jails, other State DOCs, Community Correction Programs, Federal Prisons, and Privately Leased Facilities.

**ADOC Custody Population:** Defines an inmate where ADOC maintains and/or oversees custody of an inmate sentenced by the court. ADOC Custody Population includes In-House Population plus those housed in other ADOC-leased facilities and special programs.

**ADOC In-House Population:** Defines an inmate where ADOC maintains custody of an inmate to a period of incarceration. ADOC In-House Population inmates are housed within correctional facilities owned and operated by ADOC; this includes transient inmates between correctional facilities.

**Alabama Therapeutic Education Facility (ATEF):** Leased facility with contracted bed space, as well as intensive inmate rehabilitative and training services, located in Columbiana, AL.

**Central Records Monitor:** Defines the temporary status of an inmate pending transition to the status of release, death, or escape. After the change, the inmate will be removed from the corresponding inmate population count.

**Community Corrections Program:** Community based corrections program, including non-profits and those operated by county government, with oversight provided by ADOC. Governed by the 1991 Community Punishment and Corrections Act, Alabama Code, 1975, §15-18-170 et al., as amended in 2003.

**Leased or contract Facilities:** Private or municipal/county government owned correctional facilities that provide supplemental leased or contract inmate bed space to ADOC.

**Major Facility:** Includes all Close and Medium security correctional facilities.

**Medical Furlough Program:** The *Alabama Medical Furlough Act* became law on September 1, 2008. This act provides the Commissioner of the Department of Corrections discretionary authority to grant medical furloughs for terminally ill, permanently incapacitated, and geriatric inmates who suffer from a chronic infirmity, illness, or disease related to aging, and who do not constitute a danger to themselves or society.

**Prison Reform / Justice Reinvestment Initiative Population:** Offenders who are technical violators of parole or probation, and are sanctioned to ADOC custody for a period up to 45 days. Also includes offenders sentenced to ADOC custody for Class D felonies.

**Split-Sentence Inmates:** Inmates sentenced under Act 754 of the Alabama Code, allowing the sentencing judge to retain control over the inmate length of sentence with the option of probation after a specified length of incarceration.

**Supervised Re-Entry Program (SRP):** Defines an inmate in a residential environment, under supervision of a sponsor and an ADOC SRP Supervisor, where they may obtain employment, education, and / or training and pay court-ordered restitution.

**Year or YTD:** Year or YTD column headings are cumulative totals for the current fiscal year, October to September.

**Alabama Department of Corrections**
**February 2024 Monthly Statistical Report**

## Trend Summaries

| | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 | Jun 2023 | Jul 2023 | Aug 2023 | Sep 2023 | Oct 2023 | Nov 2023 | Dec 2023 | Jan 2024 | Feb 2024 | 12-Month Δ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ADOC POPULATION TREND SUMMARY** | | | | | | | | | | | | | | |
| ADOC JURISDICTIONAL POPULATION[1] | 26,481 | 26,552 | 26,713 | 26,895 | 26,982 | 26,848 | 26,946 | 27,001 | 27,032 | 26,990 | 27,130 | 27,109 | 27,249 | 768 |
| ADOC CUSTODY POPULATION[1] | 20,385 | 20,461 | 20,477 | 20,641 | 20,671 | 20,710 | 20,904 | 20,979 | 21,047 | 21,010 | 21,056 | 21,016 | 20,991 | 606 |
| ADOC IN-HOUSE POPULATION[1] | 19,805 | 19,873 | 19,898 | 20,051 | 20,075 | 20,085 | 20,330 | 20,361 | 20,431 | 20,403 | 20,497 | 20,469 | 20,419 | 614 |
| ADOC In-House Designed capacity[3] | 12,115 | 12,115 | 12,115 | 12,115 | 12,115 | 12,115 | 12,115 | 12,115 | 12,115 | 12,115 | 12,115 | 12,115 | 12,115 | 0 |
| **ADOC IN-HOUSE POPULATION TREND SUMMARY** | | | | | | | | | | | | | | |
| CLOSE SECURITY FACILITIES | 8,061 | 8,136 | 8,127 | 8,164 | 8,148 | 8,103 | 8,231 | 8,298 | 8,303 | 8,299 | 8,378 | 8,414 | 8,393 | 332 |
| MEDIUM SECURITY FACILITIES | 8,822 | 8,753 | 8,724 | 8,732 | 8,763 | 8,810 | 8,861 | 8,881 | 8,936 | 8,916 | 8,962 | 8,855 | 8,859 | 37 |
| MINIMUM SECURITY - WORK CENTERS | 1,720 | 1,720 | 1,743 | 1,761 | 1,781 | 1,802 | 1,830 | 1,808 | 1,797 | 1,807 | 1,780 | 1,783 | 1,749 | 29 |
| MINIMUM SECURITY - WORK RELEASE FACILITIES | 1,202 | 1,264 | 1,304 | 1,394 | 1,383 | 1,370 | 1,408 | 1,374 | 1,395 | 1,381 | 1,377 | 1,417 | 1,418 | 216 |
| **SPECIAL INTEREST POPULATION TREND SUMMARY** | | | | | | | | | | | | | | |
| SUPERVISED RE-ENTRY PROGRAM | 5 | 5 | 5 | 4 | 2 | 1 | 1 | 1 | 1 | 3 | 2 | 5 | 4 | (1) |
| THERAPEUTIC EDUCATION FACILITY | 233 | 234 | 232 | 235 | 248 | 275 | 251 | 259 | 239 | 236 | 219 | 190 | 202 | (31) |
| COMMUNITY CORRECTIONS | 3,740 | 3,799 | 3,816 | 3,854 | 3,938 | 3,934 | 3,966 | 4,023 | 4,041 | 4,125 | 4,181 | 4,180 | 4,220 | 480 |
| COUNTY JAIL: Total Population | 1,983 | 1,907 | 2,018 | 1,986 | 1,961 | 1,788 | 1,676 | 1,621 | 1,572 | 1,498 | 1,541 | 1,557 | 1,679 | (304) |
| COUNTY JAIL: On-The-Way[2] Population | 593 | 578 | 634 | 606 | 526 | 464 | 359 | 295 | 259 | 177 | 164 | 277 | 293 | (300) |
| LEASED/CONTRACT BEDS | 566 | 574 | 563 | 573 | 581 | 610 | 560 | 604 | 601 | 590 | 543 | 529 | 556 | (10) |

### ADMISSIONS / RELEASES TREND SUMMARY

| **ADMISSIONS** | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 | Jun 2023 | Jul 2023 | Aug 2023 | Sep 2023 | Oct 2023 | Nov 2023 | Dec 2023 | Jan 2024 | Feb 2024 | 12-Month Δ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Commitment | 191 | 168 | 194 | 187 | 170 | 100 | 178 | 159 | 166 | 147 | 115 | 123 | 157 | |
| Split Sentence | 294 | 333 | 318 | 318 | 295 | 220 | 358 | 298 | 329 | 214 | 193 | 233 | 298 | |
| Parole Re-admissions[5] | 129 | 116 | 111 | 152 | 122 | 116 | 130 | 113 | 96 | 95 | 93 | 94 | 93 | |
| Probation Revocation[5] | 254 | 225 | 215 | 247 | 246 | 192 | 213 | 237 | 198 | 201 | 187 | 217 | 215 | |
| Returned Escapees | 39 | 43 | 36 | 57 | 58 | 48 | 54 | 47 | 38 | 38 | 30 | 34 | 36 | |
| Others[5] | 38 | 41 | 33 | 26 | 41 | 27 | 30 | 30 | 28 | 31 | 28 | 24 | 37 | |
| Total Monthly Jurisdictional Admissions | 945 | 926 | 907 | 987 | 917 | 703 | 963 | 890 | 855 | 719 | 646 | 725 | 836 | |
| *Jurisdictional Admissions Y-T-D* | 4,445 | 5,906 | 6,385 | 7,439 | 8,433 | 9,192 | 10,222 | 11,191 | 855 | 1,658 | 2,525 | 3,361 | 4,460 | (105) |
| *Admissions to ADOC Custody Y-T-D* | 2,264 | 2,799 | 3,201 | 3,780 | 4,263 | 4,749 | 5,354 | 5,873 | 528 | 964 | 1,372 | 1,803 | 2,197 | (67) |

| **RELEASES** | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 | Jun 2023 | Jul 2023 | Aug 2023 | Sep 2023 | Oct 2023 | Nov 2023 | Dec 2023 | Jan 2024 | Feb 2024 | 12-Month Δ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| End of Sentence | 147 | 164 | 157 | 154 | 170 | 156 | 180 | 162 | 139 | 158 | 169 | 150 | 146 | |
| Parole Granted[4] | 16 | 14 | 40 | 52 | 41 | 13 | 12 | 41 | 60 | 24 | 33 | 53 | 81 | 65 |
| Parole Releases | 9 | 27 | 15 | 43 | 42 | 49 | 18 | 36 | 30 | 19 | 21 | 71 | 25 | |
| *Parole Releases[5] Y-T-D* | 153 | 180 | 195 | 238 | 280 | 329 | 347 | 383 | 30 | 49 | 70 | 141 | 166 | 13 |
| Split Sentence | 220 | 274 | 272 | 270 | 255 | 264 | 286 | 251 | 294 | 276 | 247 | 290 | 278 | |
| Mandatory Release | 438 | 180 | 210 | 158 | 278 | 216 | 205 | 278 | 210 | 249 | 186 | 172 | 219 | |
| Other | 166 | 154 | 133 | 172 | 168 | 148 | 177 | 157 | 178 | 149 | 113 | 141 | 138 | |
| Total Monthly Jurisdictional Releases | 980 | 799 | 797 | 797 | 913 | 833 | 866 | 884 | 851 | 851 | 736 | 824 | 806 | |
| *Jurisdictional Releases Y-T-D* | 4,426 | 5,234 | 6,063 | 6,897 | 7,833 | 8,715 | 9,645 | 10,575 | 851 | 1,713 | 2,468 | 3,320 | 4,162 | (264) |
| Releases from ADOC Custody | 575 | 352 | 377 | 360 | 432 | 427 | 392 | 442 | 428 | 440 | 362 | 428 | 395 | |
| *Releases from ADOC Custody Y-T-D* | 2,392 | 2,722 | 3,070 | 3,408 | 3,804 | 4,193 | 4,592 | 5,319 | 428 | 861 | 1,220 | 1,642 | 2,018 | (374) |

[1] See legend on page 1 for definition
[2] On-the-way describes those inmates programmed for transfer from county to an ADOC facility
[3] Original architectural design plus renovations
[4] Paroles Granted are not included in Release Totals
[5] Parole and Probation Dunks are included in Parole Re-admissions, Probation Revocations, and Other Admissions

**Alabama Department of Corrections**
**February 2024 Monthly Statistical Report**

## Facility Operations

| Category | FACILITY | Designed Capacity[1] | Current Beds | Month End Population | Difference[2,6] | TOTAL DISCIPLINARIES Month | TOTAL DISCIPLINARIES Y-T-D | TOTAL ASSAULTS Month | TOTAL ASSAULTS Y-T-D | ESCAPES Month | ESCAPES Y-T-D | VISITS & PASSES[3] Month | VISITS & PASSES[3] Y-T-D | LEAVES & FURLOUGHS[4] Month | LEAVES & FURLOUGHS[4] Y-T-D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLOSE SECURITY | Fountain | 831 | 1,290 | 1,272 | 18 | 46 | 221 | 7 | 34 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Holman | 164 | 230 | 190 | 40 | 41 | 155 | 4 | 8 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Death Row | 200 | 183 | 164 | 19 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Kilby | 440 | 1,461 | 1,322 | 139 | 206 | 762 | 3 | 18 | 0 | 0 | 0 | 0 | 0 | 0 |
| | St. Clair | 984 | 1,195 | 1,054 | 141 | 94 | 408 | 11 | 51 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Tutwiler | 417 | 734 | 539 | 195 | 95 | 325 | 7 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| | (Female) Death Row | 5 | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Donaldson | 968 | 1,558 | 1,456 | 102 | 68 | 285 | 11 | 68 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Limestone | 1628 | 2,459 | 2,391 | 68 | 156 | 750 | 16 | 72 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Close Subtotal** | **5,637** | **9,115** | **8,393** | **722** | **706** | **2,906** | **59** | **278** | **0** | **0** | **0** | **0** | **0** | **0** |
| MEDIUM SECURITY | Bibb | 918 | 1,825 | 1,689 | 136 | 88 | 396 | 9 | 35 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Bullock | 919 | 1,582 | 1,503 | 79 | 40 | 358 | 7 | 62 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Easterling | 652 | 1,318 | 1,249 | 69 | 61 | 307 | 6 | 63 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Elmore | 600 | 1,180 | 1,170 | 10 | 101 | 406 | 6 | 59 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Hamilton A/ | 123 | 295 | 247 | 48 | 11 | 38 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 |
| | (Female) Montgomery[5] | 192 | 288 | 210 | 78 | 27 | 136 | 1 | 3 | 0 | 0 | 5 | 24 | 1 | 5 |
| | Staton | 508 | 1,400 | 1,337 | 63 | 55 | 205 | 11 | 67 | 0 | 0 | 0 | 0 | 0 | 0 |
| | (Female) Tutwiler Annex | 128 | 250 | 230 | 20 | 2 | 46 | 1 | 4 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Ventress | 650 | 1,323 | 1,224 | 99 | 55 | 221 | 14 | 115 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Med Subtotal** | **4,690** | **9,461** | **8,859** | **602** | **440** | **2,013** | **59** | **416** | **0** | **0** | **5** | **24** | **1** | **5** |
| MIN SECURITY - WORK CENTER | Alex City | 35 | 56 | 47 | 9 | 2 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | (Female) Birmingham | 30 | 168 | 133 | 35 | 12 | 28 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Camden | 15 | 38 | 28 | 10 | 3 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Childersburg | 151 | 260 | 245 | 15 | 7 | 169 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Elba | 15 | 88 | 80 | 8 | 3 | 36 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Frank Lee | 109 | 150 | 145 | 5 | 33 | 143 | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 0 |
| | Hamilton | 25 | 108 | 101 | 7 | 10 | 38 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Loxley | 120 | 206 | 189 | 17 | 17 | 118 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Mobile | 15 | 102 | 86 | 16 | 25 | 125 | 1 | 1 | 0 | 2 | 0 | 0 | 0 | 0 |
| | North Alabama | 37 | 467 | 423 | 44 | 65 | 272 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Red Eagle | 104 | 312 | 272 | 40 | 30 | 109 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **WC Subtotal** | **656** | **1,955** | **1,749** | **206** | **237** | **1,068** | **4** | **15** | **0** | **3** | **0** | **1** | **0** | **0** |
| MIN SECURITY-WORK RELEASE | Alex City | 145 | 188 | 164 | 24 | 11 | 69 | 0 | 0 | 0 | 0 | 21 | 121 | 48 | 338 |
| | (Female) Birmingham | 120 | 100 | 97 | 3 | 8 | 23 | 0 | 0 | 0 | 0 | 17 | 85 | 7 | 35 |
| | Camden | 40 | 36 | 33 | 3 | 3 | 30 | 0 | 0 | 0 | 0 | 6 | 19 | 4 | 20 |
| | Childersburg | 176 | 150 | 150 | 0 | 21 | 68 | 0 | 0 | 0 | 0 | 13 | 103 | 47 | 247 |
| | Elba | 40 | 166 | 149 | 17 | 15 | 66 | 0 | 0 | 0 | 0 | 50 | 255 | 6 | 13 |
| | Frank Lee | 119 | 150 | 148 | 2 | 14 | 47 | 0 | 0 | 0 | 0 | 31 | 127 | 50 | 175 |
| | Hamilton | 91 | 170 | 164 | 6 | 11 | 57 | 0 | 0 | 0 | 0 | 19 | 65 | 41 | 141 |
| | Loxley | 175 | 180 | 174 | 6 | 13 | 81 | 0 | 0 | 0 | 0 | 0 | 43 | 0 | 9 |
| | Mobile | 135 | 119 | 115 | 4 | 19 | 74 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| | North Alabama | 91 | 236 | 224 | 12 | 12 | 50 | 1 | 3 | 0 | 0 | 28 | 123 | 57 | 198 |
| | **WR Subtotal** | **1,132** | **1,495** | **1,418** | **77** | **127** | **565** | **1** | **5** | **0** | **0** | **185** | **941** | **260** | **1,176** |
| | **In-House Total** | **12,115** | **22,026** | **20,419** | **1,607** | **1,510** | **6,552** | **123** | **714** | **0** | **3** | **190** | **966** | **261** | **1,181** |

1-Original architectural design plus renovations.
2-The number of unused beds include special management beds which are not suitable for general population inmates, such as segregation, hospital, treatment, special program, or intake.
3-Visits and Passes include emergency visits and discretionary passes IAW AR 405, Inmate Emergency Visit, Pass, and Leave program.
4-Leaves and Furloughs include Discretionary Leaves and Discretionary Furloughs IAW AR 405, Inmate Emergency Visit, Pass, and Leave program.
5-The Montgomery WF "Month End Population" has 55 Medium, 136 minimum and 19 Work Release inmates for the month of February.
6-Negative counts are due to additional inmates being assigned to beds held for out-gated inmates.

**Alabama Department of Corrections**
**February 2024 Monthly Statistical Report**

## Disciplines, Assaults, and Fighting

| | Disciplinaries | | | | Inmate on Inmate | | | | | | Inmate on Staff | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Facility | Major AR 403 | | Minor AR 403 | | Assaults | | Victims | | Fighting | | Assaults | | Victims | |
| | Month | Y-T-D | Month | Y-T-D | Month | Y-T-D | Month | Y-T-D | Month | Y-T-D | Month | Y-T-D | Month | Y-T-D |
| **Close Security** | | | | | | | | | | | | | | |
| Fountain[1] | 44 | 196 | 2 | 25 | 5 | 29 | 5 | 31 | 1 | 8 | 2 | 5 | 2 | 5 |
| Holman | 33 | 114 | 8 | 41 | 4 | 6 | 4 | 7 | 0 | 8 | 0 | 2 | 0 | 2 |
| Death Row | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kilby | 128 | 513 | 78 | 249 | 2 | 12 | 3 | 17 | 2 | 9 | 1 | 6 | 1 | 6 |
| St. Clair | 92 | 390 | 2 | 18 | 7 | 25 | 13 | 46 | 8 | 29 | 4 | 26 | 4 | 26 |
| (Female) Tutwiler | 82 | 268 | 13 | 57 | 6 | 23 | 7 | 29 | 10 | 32 | 1 | 3 | 1 | 3 |
| (Female) Death Row | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Donaldson | 55 | 258 | 13 | 27 | 7 | 50 | 11 | 67 | 8 | 37 | 4 | 18 | 4 | 18 |
| Limestone | 149 | 692 | 7 | 58 | 13 | 51 | 19 | 67 | 8 | 31 | 3 | 21 | 3 | 21 |
| **CloseSubtotal[1]** | **583** | **2,431** | **123** | **475** | **44** | **197** | **62** | **265** | **37** | **154** | **15** | **81** | **15** | **81** |
| **Medium Security** | | | | | | | | | | | | | | |
| Bibb | 49 | 225 | 39 | 171 | 6 | 26 | 9 | 34 | 6 | 22 | 1 | 9 | 1 | 8 |
| Bullock | 31 | 215 | 9 | 43 | 7 | 48 | 8 | 61 | 1 | 17 | 2 | 14 | 2 | 14 |
| Easterling | 48 | 228 | 13 | 79 | 6 | 45 | 9 | 59 | 4 | 16 | 2 | 18 | 2 | 18 |
| Elmore | 73 | 303 | 28 | 103 | 4 | 44 | 8 | 56 | 7 | 49 | 3 | 15 | 3 | 15 |
| Hamilton A&I | 6 | 27 | 5 | 11 | 1 | 2 | 1 | 2 | 0 | 1 | 0 | 1 | 0 | 1 |
| (Female) Montgomery | 24 | 105 | 3 | 31 | 3 | 7 | 3 | 7 | 0 | 5 | 0 | 2 | 0 | 2 |
| Staton | 28 | 145 | 27 | 60 | 7 | 55 | 10 | 89 | 3 | 52 | 4 | 12 | 4 | 12 |
| (Female) Tutwiler Annex | 1 | 27 | 1 | 19 | 1 | 4 | 1 | 6 | 0 | 4 | 0 | 0 | 0 | 0 |
| Ventress | 44 | 189 | 11 | 32 | 13 | 103 | 15 | 118 | 7 | 28 | 1 | 12 | 1 | 12 |
| **Medium Subtotal** | **304** | **1,464** | **136** | **549** | **48** | **334** | **64** | **432** | **28** | **194** | **11** | **82** | **11** | **81** |
| **Min Security – Work Center** | | | | | | | | | | | | | | |
| Alex City | 0 | 2 | 2 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (Female) Birmingham | 9 | 20 | 3 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 |
| Camden | 2 | 12 | 1 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Childersburg | 33 | 144 | 4 | 25 | 0 | 1 | 0 | 2 | 0 | 3 | 0 | 1 | 0 | 1 |
| Elba | 4 | 27 | 3 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Frank Lee | 8 | 86 | 11 | 57 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 |
| Hamilton | 9 | 29 | 1 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Loxley | 12 | 106 | 5 | 12 | 0 | 2 | 0 | 2 | 0 | 1 | 1 | 2 | 1 | 2 |
| Mobile | 19 | 77 | 6 | 48 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| North Alabama | 47 | 235 | 14 | 37 | 0 | 1 | 0 | 2 | 0 | 1 | 0 | 1 | 0 | 1 |
| Red Eagle | 16 | 60 | 14 | 49 | 1 | 3 | 1 | 4 | 0 | 1 | 0 | 1 | 0 | 1 |
| **Work Center Subtotal** | **173** | **798** | **64** | **270** | **1** | **7** | **1** | **10** | **0** | **7** | **3** | **8** | **3** | **8** |
| **Min Security – Work Release** | | | | | | | | | | | | | | |
| Alex City | 7 | 35 | 4 | 34 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (Female) Birmingham | 4 | 9 | 4 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Camden | 1 | 10 | 2 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Childersburg | 17 | 52 | 4 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Elba | 8 | 43 | 7 | 23 | 0 | 1 | 0 | 1 | 0 | 3 | 0 | 0 | 0 | 0 |
| Frank Lee | 7 | 26 | 7 | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hamilton | 4 | 38 | 7 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Loxley | 11 | 55 | 5 | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mobile | 12 | 42 | 7 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| North Alabama | 5 | 22 | 7 | 28 | 1 | 1 | 1 | 1 | 1 | 3 | 0 | 3 | 0 | 3 |
| **Work Release Subtotal** | **76** | **332** | **51** | **233** | **1** | **2** | **1** | **2** | **1** | **6** | **0** | **3** | **0** | **3** |
| **In-House Total** | **1,136** | **5,025** | **374** | **1,527** | **94** | **540** | **128** | **709** | **66** | **361** | **29** | **174** | **29** | **173** |

**Alabama Department of Corrections**
**February 2024 Monthly Statistical Report**

# Inmate Distributions

| Location | ADOC JURISDICTIONAL POPULATION | ADOC CUSTODY POPULATION *(Based on Month End Populations)* | ADOC IN-HOUSE POPULATION *(Based on Month End Populations)* | Male | Female |
|---|---|---|---|---|---|
| **TOTAL DISTRIBUTION** | **27,249** | **20,991** | **20,419** | **24,736** | **2,513** |
| *Percentage of Total* | 100% | 77% | 75% | 91% | 9% |
| ADOC Major Institution | 17,252 | 17,252 | 17,252 | 16,268 | 984 |
| ADOC Work Release | 1,418 | 1,418 | 1,418 | 1,321 | 97 |
| ADOC Community Work Center | 1,749 | 1,749 | 1,749 | 1,616 | 133 |
| **Sub-Total** | **20,419** | **20,419** | **20,419** | **19,205** | **1,214** |
| Supervised Re-entry Program | 4 | 4 | | 0 | 4 |
| Medical Furlough Program | 12 | 12 | | 11 | 1 |
| Alabama Therapeutic Education Facility | 202 | 202 | | 98 | 104 |
| Pre-Therapeutic Community Program–Contract | 354 | 354 | | 354 | 0 |
| Citizen's Baptist Medical center | 0 | 0 | | 0 | 0 |
| **Sub-Total** | **572** | **572** | | **463** | **109** |
| Central Records Monitor | 29 | | | 27 | 2 |
| County Jail | 1,679 | 6.16% | | 1,321 | 358 |
| Community Corrections Program | 4,220 | 15.49% | | 3,402 | 818 |
| Other Locations[1] | 0 | | | 0 | 0 |
| Federal Prison | 136 | | | 131 | 5 |
| Other State Correctional Facility | 194 | | | 187 | 7 |
| **Sub-Total** | **6,258** | **22.97%** | | **5,068** | **1,190** |
| *Total Leased or contract Beds* | *556* | *2.0%* | | | |

In-House | ADOC Custody~ Contract Facilities | Jurisdictional Only

## COUNTY JAIL DISTRIBUTION

### Jurisdictional Population Detailed by County Jail Location

| County | # | County | # | County | # |
|---|---|---|---|---|---|
| Autauga | 16 | Dallas | 7 | Marion | 28 |
| Baldwin | 56 | DeKalb | 18 | Marshall | 31 |
| Barbour | 9 | Elmore | 18 | Mobile | 95 |
| Bibb | 2 | Escambia | 14 | Monroe | 6 |
| Blount | 6 | Etowah | 96 | Montgomery | 56 |
| Bullock | 0 | Fayette | 8 | Morgan | 90 |
| Butler | 14 | Franklin | 9 | Perry | 3 |
| Calhoun | 32 | Geneva | 4 | Pickens | 9 |
| Chambers | 6 | Greene | 1 | Pike | 8 |
| Cherokee | 21 | Hale | 2 | Randolph | 6 |
| Chilton | 20 | Henry | 2 | Russell | 28 |
| Choctaw | 1 | Houston | 34 | Shelby | 28 |
| Clarke | 10 | Jackson | 31 | St. Clair | 68 |
| Clay | 4 | Jefferson[2] | 141 | Sumter | 2 |
| Cleburne | 3 | Lamar | 9 | Talladega | 40 |
| Coffee | 23 | Lauderdale | 22 | Tallapoosa | 14 |
| Colbert | 10 | Lawrence | 10 | Tuscaloosa | 72 |
| Conecuh | 1 | Lee | 122 | Walker | 7 |
| Coosa | 6 | Limestone | 26 | Washington | 4 |
| Covington | 28 | Lowndes | 0 | Wilcox | 0 |
| Crenshaw | 7 | Macon | 3 | Winston | 36 |
| Cullman | 42 | Madison | 136 | | |
| Dale | 10 | Marengo | 3 | | |

**County Jail Distribution Total   1,679**

The number of county jail inmates that are On-the-Way to ADOC, as of February 23rd, 2024.   **293**

Over 30 day Count   **66**

[1] Other Locations typically includes inmates held under the custody of Pardon and Paroles (Life Tech) or Department of Youth Services (DYS).

[2] Jefferson County includes Jefferson (141) and Bessemer (0)

**Alabama Department of Corrections**
**February 2024 Monthly Statistical Report**

## Admissions into ADOC Jurisdictional Custody

| ADMISSIONS BY TYPE | NEW COMMITMENTS | SPLIT SENTENCE | PAROLE RE-ADMISSIONS[1,2] | PROBATION REVOCATIONS[2,3] | RETURNED ESCAPES | OTHER[2] | TOTAL |
|---|---|---|---|---|---|---|---|
|  | 157 | 298 | 93 | 215 | 36 | 37 | 836 |
| Y-T-D | 813 | 1,542 | 492 | 1,133 | 214 | 146 | 4,340 |

### Jurisdictional Admission Details

| Sentence Length | Number Inmates | Y-T-D |
|---|---|---|
| Up to 2 yrs | 354 | 1,872 |
| 2 to 5 yrs | 149 | 843 |
| 5 years | 87 | 400 |
| 5 to 10 yrs | 77 | 341 |
| 10 years | 59 | 227 |
| 10 to 15 yrs | 11 | 63 |
| 15 years | 27 | 171 |
| 15 to 20 yrs | 9 | 42 |
| 20 years | 30 | 165 |
| 20 to 25 yrs | 2 | 18 |
| 25 to 35 yrs | 12 | 77 |
| Over 35 years | 10 | 32 |
| Life | 8 | 75 |
| Life without Parole | 1 | 13 |
| Death | 0 | 1 |
| Unknown | 0 | 0 |
| **Total** | **836** | **4,340** |

| Ages | Number Inmates | Y-T-D |
|---|---|---|
| 15 | 0 | 0 |
| 16 | 1 | 1 |
| 17 | 1 | 6 |
| 18 | 5 | 16 |
| 19 | 7 | 45 |
| 20 | 12 | 55 |
| 21-25 | 91 | 483 |
| 26-30 | 146 | 684 |
| 31-35 | 161 | 809 |
| 36-40 | 141 | 735 |
| 41-45 | 105 | 578 |
| 46-50 | 70 | 400 |
| 51-55 | 39 | 240 |
| 56-60 | 34 | 150 |
| 60+ | 23 | 138 |
| **Total** | **836** | **4,340** |

| Offenses | Number Inmates | Y-T-D |
|---|---|---|
| Personal | 152 | 782 |
| Property | 234 | 1,195 |
| Drugs | 300 | 1,576 |
| Other | 61 | 298 |
| Public | 89 | 489 |
| **Total** | **836** | **4,340** |

| Race | Number Inmates | Y-T-D |
|---|---|---|
| Black | 346 | 1,790 |
| White | 482 | 2,499 |
| Unknown | 8 | 51 |
| **Total** | **836** | **4,340** |

| Sex | Number Inmates | Y-T-D |
|---|---|---|
| Male | 680 | 3,572 |
| Female | 156 | 768 |
| Unknown | 0 | 0 |
| **Total** | **836** | **4,340** |

## Admissions into ADOC Custody

| ADMISSIONS BY TYPE | NEW COMMITMENTS | SPLIT SENTENCE | PAROLE RE-ADMISSIONS | PROBATION REVOCATIONS[4] | RETURNED ESCAPES | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|
|  | 85 | 120 | 45 | 121 | 19 | 4 | 394 |
| Y-T-D | 549 | 672 | 215 | 641 | 106 | 14 | 2,197 |

### Custody Admission Details

| Offenses | Number Inmates | Y-T-D |
|---|---|---|
| Personal | 103 | 612 |
| Property | 99 | 526 |
| Drugs | 124 | 659 |
| Other | 13 | 80 |
| Public | 55 | 320 |
| **Total** | **394** | **2,197** |

| Race | Number Inmates | Y-T-D |
|---|---|---|
| Black | 193 | 998 |
| White | 193 | 1,164 |
| Unknown | 8 | 35 |
| **Total** | **394** | **2,197** |

| Sex | Number Inmates | Y-T-D |
|---|---|---|
| Male | 394 | 1,940 |
| Female | 0 | 257 |
| Unknown | 0 | 0 |
| **Total** | **394** | **2,197** |

[1] 50 Parole Re-Admissions were revocations.   257 YTD
[2] 5 Parole Re-Admissions, Probation Revocations, and other admissions were dunks.   15 YTD
[3] 82 of the 215 Probation Revocations were split sentence revocations.   396 YTD
[4] 34 of the 121 Probation Revocations were split sentence revocations.   209 YTD

**Alabama Department of Corrections**
**February 2024 Monthly Statistical Report**

**Leading Contributors**

## LEADING CONTRIBUTORS OF INMATES TO JURISDICTIONAL POPULATION

### Within the Jurisdictional Population

*Number of Offenders Serving First or Subsequent Incarceration*

| County | 1st Alabama Incarceration | Previous Incarceration[1] | Total Contributed | Percent | Offenders Classified as Habitual Offenders[2] | Recidivists[3] |
|---|---|---|---|---|---|---|
| All Other Counties | 3,606 | 3,321 | 6,927 | 25.4% | 1,262 | 1,611 |
| Jefferson[4] | 1,737 | 1,552 | 3,289 | 12.1% | 709 | 743 |
| Mobile | 1,431 | 1217 | 2,648 | 9.7% | 248 | 588 |
| Madison | 816 | 845 | 1,661 | 6.1% | 436 | 404 |
| Montgomery | 925 | 716 | 1,641 | 6.0% | 395 | 410 |
| Tuscaloosa | 677 | 649 | 1,326 | 4.9% | 308 | 262 |
| Houston | 660 | 598 | 1,258 | 4.6% | 289 | 296 |
| Etowah | 530 | 622 | 1,152 | 4.2% | 311 | 304 |
| Morgan | 458 | 527 | 985 | 3.6% | 257 | 232 |
| Lee | 470 | 368 | 838 | 3.1% | 80 | 179 |
| Calhoun | 345 | 448 | 793 | 2.9% | 214 | 228 |
| Baldwin | 407 | 284 | 691 | 2.5% | 130 | 128 |
| Talladega | 293 | 277 | 570 | 2.1% | 145 | 138 |
| St. Clair | 247 | 289 | 536 | 2.0% | 108 | 149 |
| Russell | 321 | 172 | 493 | 1.8% | 208 | 74 |
| Lauderdale | 223 | 259 | 482 | 1.8% | 143 | 121 |
| Shelby | 243 | 193 | 436 | 1.6% | 163 | 72 |
| Marshall | 214 | 192 | 406 | 1.5% | 98 | 108 |
| Covington | 158 | 226 | 384 | 1.4% | 125 | 116 |
| Limestone | 190 | 179 | 369 | 1.4% | 33 | 90 |
| Escambia | 185 | 179 | 364 | 1.3% | 126 | 85 |
| **Total** | **14,136** | **13,113** | **27,249** | **100.0%** | **5,788** | **6,338** |
|  | 51.9% | 48.1% |  |  | 21.2% | 23.3% |

### Jurisdictional Monthly Admissions

| County | Total Contributed | Percent |
|---|---|---|
| All Other Counties | 194 | 23.2% |
| Jefferson[5] | 68 | 8.1% |
| Mobile | 67 | 8.0% |
| Madison | 65 | 7.8% |
| Lee | 52 | 6.2% |
| Etowah | 49 | 5.9% |
| Morgan | 39 | 4.7% |
| Tuscaloosa | 35 | 4.2% |
| Houston | 32 | 3.8% |
| Montgomery | 27 | 3.2% |
| Calhoun | 25 | 3.0% |
| St. Clair | 24 | 2.9% |
| Baldwin | 23 | 2.8% |
| Covington | 19 | 2.3% |
| Elmore | 18 | 2.2% |
| Winston | 18 | 2.2% |
| Jackson | 17 | 2.0% |
| Russell | 17 | 2.0% |
| Shelby | 16 | 1.9% |
| Talladega | 16 | 1.9% |
| Pike | 15 | 1.8% |
| **Total** | **836** | **100.0%** |

**Note:**
1 - Includes all inmates with previous sentence to ADOC jurisdiction.
2 - Habitual Offender convictions are defined and sentenced under the Code of Alabama, 1975, as amended, § 13A-5-9.
3 - % of Jurisdictional Population that are recidivists (returned to ADOC jurisdiction within 3 years of release).
4 - Jefferson County includes Jefferson and Bessemer Circuit Court Districts, subtotals are: 1737 (1,449/288), 1552 (1,287/265), 709 (543/166), 743 (618/125)
5 - Jefferson County includes Jefferson (60) and Bessemer (8) Circuit Court Districts.

**Alabama Department of Corrections**
**February 2024 Monthly Statistical Report**

## ADOC Treatment & Education Programs

### Men's Drug Treatment Activities

| Program | Currently Enrolled | Completed Month | Completed Year |
|---|---|---|---|
| **Primary Drug Treatment Programs** | | | |
| Relapse Treatment | 5 | 0 | 8 |
| 8-Week SAP | 166 | 62 | 272 |
| 8 Week Co-Occurring | 0 | 0 | 23 |
| 6-Month Crime Bill (RSAT) | 127 | 0 | 140 |
| Therapeutic Community | 36 | 4 | 4 |
| **Total** | **334** | **66** | **447** |
| **Pre-Treatment & Aftercare Programs** | | | |
| Pre-Treatment 8 Week SAP | 349 | 0 | -- |
| Aftercare | 775 | 51 | -- |
| Pre-Treatment 6-Month Crime Bill (RSAT) | 0 | -- | -- |
| **Total** | **1124** | **51** | |

### Inmate Re-entry Programs*

| | New Enrollees Month | Year |
|---|---|---|
| Completed In-House Re-entry Program | 32 | 157 |
| Completed Limestone CF 6-month Pre-release Program | 0 | 42 |
| **Total** | **32** | **199** |

*In-House Re-entry numbers are only required to be reported quarterly.

### Medical Furlough Program

| | Currently Enrolled | New Enrollees Month | Year |
|---|---|---|---|
| Medical Furlough Program Totals | 12 | 0 | 4 |

### Women's Treatment Programs

| | Brought Forward | New Enrollments | Terminated: Disciplinary | Terminated: Other Reasons | Other Transactions | Graduated | Total Participating EOM | Total Graduated YTD |
|---|---|---|---|---|---|---|---|---|
| Re-Entry: Getting Ahead While Getting Out | 22 | 0 | 0 | 7 | 0 | 0 | 15 | 15 |
| Moving On: Program for At Risk Women | 10 | 6 | 0 | 4 | 0 | 0 | 12 | 11 |
| Helping Women Recover - 8 Week SAP | 40 | 0 | 0 | 4 | 0 | 36 | 0 | 96 |
| Beyond Violence | 27 | 3 | 0 | 3 | 0 | 0 | 27 | 17 |
| Beyond Trauma: A Healing Journey for Women | 12 | 0 | 0 | 4 | 0 | 0 | 8 | 20 |
| Active Adult Relationships | 20 | 0 | 0 | 2 | 0 | 2 | 16 | 29 |
| Parenting Inside Out | 14 | 0 | 0 | 7 | 0 | 0 | 7 | 10 |
| RSAT - 6 Month Crime Bill | 11 | 0 | 1 | 1 | 0 | 0 | 9 | 0 |
| A Woman's Way | 23 | 21 | 0 | 0 | 0 | 0 | 44 | 0 |

#### Offender Race

| | Race: Black | Race: White | Race: Other | Race: Total EOM |
|---|---|---|---|---|
| Re-Entry: Getting Ahead While Getting Out | 3 | 12 | 0 | 15 |
| Moving On: Program for At Risk Women | 3 | 9 | 0 | 12 |
| Helping Women Recover - 8 Week SAP | 0 | 0 | 0 | 0 |
| Beyond Violence | 16 | 11 | 0 | 27 |
| Beyond Trauma: A Healing Journey for Women | 4 | 4 | 0 | 8 |
| Active Adult Relationships | 3 | 12 | 1 | 16 |
| Parenting Inside Out | 4 | 3 | 0 | 7 |
| RSAT - 6 Month Crime Bill | 0 | 9 | 0 | 9 |
| A Woman's Way | 11 | 33 | 0 | 44 |

SAP: *Substance Abuse Program*
RSAT: *Residential Substance Abuse Treatment Program*
GED: *General Educational Development test*
EOM: *End of Month*
YTD: *Year to Date*

**Alabama Department of Corrections**
**February 2024 Monthly Statistical Report**

# Private Institution Treatment & Education Programs

## Alabama Therapeutic Education Facility (ATEF)[1]

| Intakes/Transfer Information | Month | Year |
|---|---|---|
| New Intakes | 12 | 69 |
| Transfers Out | 13 | 131 |

| Education Information | Month | Year |
|---|---|---|
| Graduates | 11 | 104 |
| GED | 0 | 11 |
| Vocation Cert | 18 | 106 |
| Alabama Career Readiness Cert | 18 | 121 |

| Treatment Information | Month | Year |
|---|---|---|
| Anger Mgmt | 16 | 106 |
| Domestic Violence | 1 | 1 |
| Meth Matrix | 2 | 32 |
| SAP | 4 | 93 |
| 12 Step Cert | 6 | 42 |
| Relapse Prevent Cert | 16 | 107 |
| Thinking for a Change | 16 | 68 |

| Drug Screen Information | Month | Year |
|---|---|---|
| Positive Drug Screens Upon Enrollment | 4 | 60 |
| Random Drug Screens | 33 | 178 |
| Positive Drug Screens | 0 | 1 |

| Security Information | Month | Year |
|---|---|---|
| Escapes | 0 | 0 |
| Disciplinary Returns | 0 | 6 |
| Administrative Returns | 0 | 6 |

SAP: *Substance Abuse Program*
RSAT: *Residential Substance Abuse Treatment Program*
GED: *General Educational Development test*
CTE: *Career and Technical Education*
1 ATEF program totals include data for both male and female inmates.
2 Unduplicated Registered students in at least one course as of February 29th, 2024
3 Adult Education enrollment Data as of March 19th, 2024

## J.F. Ingram State Technical College (ISTC)

| CTE Unduplicated Registered Students[2] | Month |
|---|---|
| Bibb Correctional Facility | 86 |
| Donaldson Instructional Service Center | 76 |
| Draper Instructional Service Center | 119 |
| Easterling Correctional Facility | 72 |
| Fountain Correctional Facility | 102 |
| Limestone Correctional Facility | 105 |
| Main campus | 177 |
| St. Clair Correctional Facility | 60 |
| Tutwiler Instructional Service Center | 88 |
| Ventress Correctional Facility | 39 |
| **ISTC Total:** | **924** |

| Adult Education Enrollment Data[3] | Total | GED | HS Diploma |
|---|---|---|---|
| Enterprise St Comm Coll — Elba WR | 12 | - | - |
| J.F. Ingram St Tech Coll — Alex City | 8 | - | - |
| J.F. Ingram St Tech Coll — ATEF | 37 | - | - |
| J.F. Ingram St Tech Coll — Birmingham WR | 0 | - | - |
| J.F. Ingram St Tech Coll — Bibb CF | 22 | - | - |
| J.F. Ingram St Tech Coll — Bullock CF | 14 | 1 | - |
| J.F. Ingram St Tech Coll — Childersburg WR | 8 | - | - |
| J.F. Ingram St Tech Coll — Donaldson | 6 | - | - |
| J.F. Ingram St Tech Coll — Draper CF | 13 | - | - |
| J.F. Ingram St Tech Coll — Easterling CF | 34 | - | - |
| J.F. Ingram St Tech Coll — Elmore CF | 0 | - | - |
| J.F. Ingram St Tech Coll — Fountain CF | 31 | - | - |
| J.F. Ingram St Tech Coll — Frank Lee WC | 54 | 2 | - |
| J.F. Ingram St Tech Coll — Kilby CF | 7 | 1 | - |
| J.F. Ingram St Tech Coll — Limestone CF | 32 | - | - |
| J.F. Ingram St Tech Coll — Main Campus | 23 | - | - |
| J.F. Ingram St Tech Coll — Montgomery WF | 16 | 0 | - |
| J.F. Ingram St Tech Coll — North Alabama WR | 10 | - | - |
| J.F. Ingram St Tech Coll — Red Eagle WC | 7 | 0 | - |
| J.F. Ingram St Tech Coll — Staton CF | 50 | 1 | - |
| J.F. Ingram St Tech Coll — St. Clair CF | 18 | - | - |
| J.F. Ingram St Tech Coll — Tutwiler CF | 44 | 1 | - |
| J.F. Ingram St Tech Coll — Ventress CF | 55 | - | - |
| **Total Courses Enrollment:** | **501** | | |
| **Total Students Enrolled:** | **391** | | |

**Alabama Department of Corrections**
**February 2024 Monthly Statistical Report**

## Program Totals 10 Year Trend

| | FY 2015 | FY 2016 | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | FY 2022 | FY 2023 | FY2024 |
|---|---|---|---|---|---|---|---|---|---|---|
| Supervised Re-Entry Program--Entered[1] | 527 | 361 | 18 | 15 | 12 | 20 | 4 | 13 | 13 | -- |
| Supervised Re-Entry Program--Released[1] | 412 | 420 | 56 | 12 | 11 | 15 | 5 | 8 | 11 | -- |
| *Successfully released through end of sentence or Parole* | | | | | | | | | | |
| Alabama Therapeutic Education Facility Graduates | 609 | 543 | 610 | 527 | 565 | 566 | 201 | 175 | 261 | 104 |
| Offenders Receiving GED[1] | 694 | 227 | 237 | 248 | 270 | 143 | 11 | 15 | 91 | -- |
| Offenders Receiving VocTech Certificate[1] | 1185 | 551 | 716 | 1193 | 1268 | 902 | 635 | 468 | 2002 | -- |
| Offenders Completing Drug Treatment | 2698 | 2760 | 1851 | 1869 | 1590 | 906 | 802 | 676 | 967 | 543 |
| In-House Re-entry Graduates | 5,298 | 2,684 | 1,925 | 1,769 | 2,071 | 1,028 | 384 | 474 | 775 | 157 |
| Limestone Re-entry Graduates | 660 | 557 | 509 | 452 | 114 | 41 | 97 | 162 | 438 | 42 |
| Offenders Entering Medical Furlough | 4 | 13 | 4 | 6 | 13 | 5 | 3 | 7 | 11 | 4 |

[1]-This data will be provided at the end of FY2024.

**Alabama Department of Corrections**
**February 2024 Monthly Statistical Report**

## Demographics and Sentencing

### Inmate Population by Race and Sex

| | Jurisdictional Population | | | | | | Habitual Offenders | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Male | | Female | | Totals | | Male | | Female | | Totals |
| White | 10,538 | 38.7% | 1,783 | 6.5% | 12,321 | 45.2% | 2,228 | 38.5% | 191 | 3.3% | 2,419 |
| Black | 13,910 | 51.0% | 725 | 2.7% | 14,635 | 53.7% | 3,275 | 56.6% | 72 | 1.2% | 3,347 |
| Other | 288 | 1.1% | 5 | 0.0% | 293 | 1.1% | 22 | 0.4% | 0 | 0.0% | 22 |
| Totals | 24,736 | 90.8% | 2,513 | 9.2% | 27,249 | 100.0% | 5,525 | 95.5% | 263 | 4.5% | 5,788 |

### Inmate Population by Age

| | Jurisdictional | | Habitual Offenders | |
|---|---|---|---|---|
| Age 15 | 0 | 0.0% | 0 | 0.0% |
| Age 16 | 0 | 0.0% | 0 | 0.0% |
| Age 17 | 3 | 0.0% | 0 | 0.0% |
| Age 18 | 8 | 0.0% | 0 | 0.0% |
| Age 19 | 31 | 0.1% | 0 | 0.0% |
| Age 20 | 81 | 0.3% | 0 | 0.0% |
| Ages 21-25 | 1320 | 4.8% | 43 | 0.7% |
| Ages 26-30 | 2637 | 9.7% | 236 | 4.1% |
| Ages 31-35 | 4036 | 14.8% | 578 | 10.0% |
| Ages 36-40 | 4265 | 15.7% | 790 | 13.6% |
| Ages 41-45 | 4140 | 15.2% | 1,006 | 17.4% |
| Ages 46-50 | 3293 | 12.1% | 900 | 15.5% |
| Ages 51-60 | 4597 | 16.9% | 1,411 | 24.4% |
| Ages 60+ | 2838 | 10.4% | 824 | 14.2% |
| Totals | 27,249 | 100.0% | 5,788 | 100.0% |

### Inmate Population by Custody Level

| | | |
|---|---|---|
| Close | 556 | 2.0% |
| Medium | 11,758 | 43.2% |
| Minimum-Comm | 2,010 | 7.4% |
| Minimum-Out | 4,002 | 14.7% |
| Minimum-In | 2,725 | 10.0% |
| Escape | 89 | 0.3% |
| Recaptured Escapee | 265 | 1.0% |
| Recaptured Parolee | 239 | 0.9% |
| Unclassified | 5,605 | 20.6% |
| Total | 27,249 | 100.0% |

### Sentence Length Summary: Jurisdictional Population

| Sentence Length | Total | Percent |
|---|---|---|
| Up to 2 yrs | 3,435 | 12.6% |
| Between 2 and 5 yrs | 2,356 | 8.6% |
| 5 yrs | 1,494 | 5.5% |
| Between 5 & 10 yrs | 1,339 | 4.9% |
| 10 yrs | 1,302 | 4.8% |
| Between 10 & 15 yrs | 495 | 1.8% |
| 15 yrs | 1,602 | 5.9% |
| From 15 to 20 yrs | 804 | 3.0% |
| 20 yrs | 4,414 | 16.2% |
| From 20 to 25 yrs | 610 | 2.2% |
| 25 yrs | 1,403 | 5.1% |
| From 25 to 35 yrs | 1,353 | 5.0% |
| Over 35 yrs | 1,296 | 4.8% |
| Life | 3,684 | 13.5% |
| Life/Barred Parole | 15 | 0.1% |
| Life without Parole | 1,482 | 5.4% |
| Death Row | 165 | 0.6% |
| Unknown | 0 | 0.0% |
| Total | 27,249 | 100.0% |

### Sentence Length Summary: Habitual Offenders

| Sentence Length | | |
|---|---|---|
| Up to 2 yrs | 187 | 3.2% |
| Between 2 and 5 yrs | 213 | 3.7% |
| 5 yrs | 177 | 3.1% |
| Between 5 and 10 yrs | 154 | 2.7% |
| 10 yrs | 171 | 3.0% |
| Between 10 & 15 yrs | 71 | 1.2% |
| 15 yrs | 392 | 6.8% |
| From 15 to 20 yrs | 235 | 4.1% |
| 20 yrs | 1,293 | 22.3% |
| From 20 to 25 yrs | 191 | 3.3% |
| 25 yrs | 383 | 6.6% |
| From 25 to 35 yrs | 320 | 5.5% |
| Over 35 yrs | 272 | 4.7% |
| Life | 1,265 | 21.9% |
| Life/Barred from Parole | 3 | 0.1% |
| Life without Parole | 458 | 7.9% |
| Death Row | 3 | 0.1% |
| Total Hab Offenders | 5,788 | 100.0% |

% Habitual of Jurisdictional Population:  21.2%

### Violent Offenders by Race and Sex

| | | |
|---|---|---|
| White Male | 6,129 | 33.8% |
| Black Male | 10,750 | 59.3% |
| Other Male | 206 | 1.1% |
| White Female | 612 | 3.4% |
| Black Female | 414 | 2.3% |
| Other Female | 2 | 0.0% |
| Total | 18,113 | 100.0% |

*% of Jurisdictional Population  66.5%

### Distribution of LWOP Inmate Population by Custody Level

| Institution | Close | Medium | Unclass | Totals |
|---|---|---|---|---|
| Donaldson | 43 | 563 | 1 | 607 |
| St. Clair | 18 | 448 | 0 | 466 |
| Holman | 18 | 111 | 0 | 112 |
| Tutwiler | 0 | 61 | 0 | 61 |
| Kilby | 1 | 4 | 1 | 6 |
| Other* | 1 | 9 | 9 | 19 |
| Hamilton A&I | 0 | 1 | 0 | 1 |
| Limestone | 16 | 193 | 0 | 209 |
| Fountain | 1 | 1 | 0 | 2 |
| Easterling | 0 | 0 | 0 | 0 |
| ADOC Russell County | 0 | 0 | 0 | 0 |
| Total | 81 | 1,391 | 11 | 1,483 |

* Includes inmates in ADOC jurisdiction that are currently in federal or another state's custody.

Alabama Department of Corrections
February 2024 Monthly Statistical Report

## Releases From ADOC Jurisdiction

### RELEASES by RELEASE TYPE

| RELEASES by RELEASE TYPE | END of SENTENCE | | PAROLE | | SPLIT-SENTENCE | | MANDATORY | | OTHER* | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month | Y-T-D | Month | Y-T-D | Month | Y-T-D | Month | Y-T-D | Month | Y-T-D | Month | Y-T-D |
| | 146 | 762 | 25 | 166 | 278 | 1,389 | 219 | 1,034 | 138 | 811 | 806 | 4,162 |
| *% of total* | | 18.3% | | 4.0% | | 33.4% | | 24.8% | | 19.5% | | 100.0% |
| *Number of Releases—Female Inmates* | 22 | 150 | 8 | 39 | 41 | 212 | 47 | 205 | 26 | 136 | 144 | 742 |
| *Number of Releases--Male Inmates* | 124 | 612 | 17 | 127 | 237 | 1,177 | 172 | 829 | 112 | 675 | 662 | 3,420 |

### RELEASES by FACILITY TYPE

| RELEASES by FACILITY TYPE | END of SENTENCE | | PAROLE | | SPLIT-SENTENCE | | MANDATORY | | OTHER* | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month | Y-T-D | Month | Y-T-D | Month | Y-T-D | Month | Y-T-D | Month | Y-T-D | Month | Y-T-D |
| CLOSE FACILITY | 18 | 86 | 4 | 55 | 43 | 244 | 93 | 329 | 6 | 59 | 164 | 773 |
| MEDIUM FACILITY | 22 | 104 | 4 | 37 | 55 | 246 | 71 | 314 | 9 | 62 | 161 | 763 |
| WORK CENTER | 5 | 26 | 0 | 8 | 10 | 47 | 12 | 79 | 0 | 6 | 27 | 166 |
| WORK RELEASE | 4 | 18 | 9 | 38 | 9 | 75 | 18 | 104 | 0 | 1 | 40 | 236 |
| LEASED FACILITIES | 0 | 11 | 0 | 0 | 2 | 29 | 0 | 36 | 0 | 0 | 2 | 76 |
| SRP | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 3 | 0 | 0 | 1 | 4 |
| STATE MENTAL HEALTH | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **CUSTODY SUB-TOTAL** | 49 | 246 | 17 | 138 | 119 | 641 | 195 | 865 | 15 | 128 | 395 | 2,018 |
| COMMUNITY CORRECTIONS | 67 | 366 | 0 | 0 | 106 | 491 | 0 | 0 | 58 | 232 | 231 | 1,089 |
| COUNTY JAIL | 26 | 129 | 8 | 27 | 52 | 247 | 24 | 169 | 65 | 448 | 175 | 1,020 |
| FEDERAL PRISON | 2 | 13 | 0 | 0 | 1 | 6 | 0 | 0 | 0 | 0 | 3 | 19 |
| OTHER STATES | 2 | 8 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 2 | 12 |
| ALL OTHERS | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 4 |
| **SUB-TOTAL** | 97 | 516 | 8 | 28 | 159 | 748 | 24 | 169 | 123 | 683 | 411 | 2,144 |
| **JURISDICTIONAL TOTAL** | 146 | 762 | 25 | 166 | 278 | 1,389 | 219 | 1,034 | 138 | 811 | 806 | 4,162 |

### RELEASES by SECURITY LEVEL

| RELEASES by SECURITY LEVEL | END of SENTENCE | | PAROLE | | SPLIT-SENTENCE | | MANDATORY | | OTHER* | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month | Y-T-D | Month | Y-T-D | Month | Y-T-D | Month | Y-T-D | Month | Y-T-D | Month | Y-T-D |
| CLOSE | 4 | 12 | 0 | 1 | 7 | 37 | 5 | 19 | 4 | 36 | 20 | 105 |
| MEDIUM | 41 | 225 | 6 | 39 | 96 | 454 | 75 | 355 | 42 | 240 | 260 | 1,313 |
| MINIMUM | 30 | 164 | 10 | 51 | 58 | 301 | 77 | 336 | 28 | 156 | 203 | 1,008 |
| COMMUNITY | 10 | 70 | 9 | 68 | 29 | 188 | 22 | 116 | 15 | 93 | 85 | 535 |
| UNCLASSIFIED | 61 | 291 | 0 | 7 | 88 | 409 | 40 | 208 | 49 | 286 | 238 | 1,201 |
| **JURISDICTIONAL TOTAL** | 146 | 762 | 25 | 166 | 278 | 1,389 | 219 | 1,034 | 138 | 811 | 806 | 4,162 |

* The "OTHER" category includes all dunk releases as well as any other releases not specified above.

Page 12 of 15

**Alabama Department of Corrections**
**February 2024 Monthly Statistical Report**

## Work Release Program

| FISCAL TRANSACTIONS | Alex City | Birmingham[1] | Camden | Childersburg | Elba | Frank Lee | Hamilton | Loxley | Mobile | Montgomery[1] | North Alabama | Total | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Salaries Earned | $346,503.76 | $203,141.68 | $48,459.69 | $276,461.57 | $272,464.26 | $229,292.20 | $329,015.52 | $258,883.45 | $125,217.63 | $26,161.92 | $318,107.27 | $2,433,708.95 | $12,965,852.88 |
| Federal Tax Withheld | $15,473.44 | $10,445.70 | $1,725.12 | $14,060.67 | $14,191.70 | $8,405.82 | $12,255.53 | $12,967.29 | $6,184.74 | $1,833.53 | $12,497.79 | $110,041.33 | $589,678.13 |
| State Tax Withheld | $10,298.48 | $6,878.76 | $1,310.41 | $8,817.24 | $8,516.15 | $6,867.18 | $10,232.42 | $7,428.68 | $3,647.61 | $963.77 | $7,260.52 | $72,221.32 | $497,007.24 |
| City Tax Withheld | $155.01 | $955.67 | $50.00 | $50.00 | $50.00 | $50.00 | $2,813.75 | $50.00 | $50.00 | $50.00 | $380.44 | $4,380.87 | $23,148.77 |
| Social Security | $20,975.47 | $12,577.38 | $3,004.49 | $17,914.50 | $16,269.02 | $14,142.04 | $19,380.76 | $16,051.64 | $7,361.23 | $1,620.11 | $16,312.31 | $145,608.95 | $775,569.27 |
| SUI | $4,980.07 | $2,941.51 | $702.66 | $3,760.39 | $3,804.81 | $3,214.45 | $4,530.14 | $3,766.34 | $1,721.56 | $378.93 | $3,797.80 | $33,938.66 | $178,565.62 |
| Other Misc. Deds | $11,926.91 | $4,893.36 | $896.79 | $3,999.69 | $3,783.53 | $2,600.38 | $5,101.89 | $3,363.89 | $1,711.36 | $376.37 | $3,176.16 | $52,508.42 | $259,453.28 |
| **Average Monthly Inmate Salary** | **$2,840.19** | **$2,208.06** | **$2,106.94** | **$2,047.86** | **$2,671.22** | **$2,047.25** | **$3,323.39** | **$2,353.49** | **$2,455.25** | **$2,378.36** | **$1,665.48** | **$2,322.24** | **$11,870.45** |
| Total Deductions | $63,830.38 | $38,686.38 | $7,639.47 | $54,152.49 | $47,564.31 | $35,229.87 | $59,496.60 | $43,895.84 | $19,857.48 | $5,141.50 | $43,225.23 | $418,699.55 | $2,263,824.31 |
| Net Salaries Earned | $282,693.38 | $164,455.30 | $40,820.22 | $222,309.08 | $224,899.95 | $194,062.33 | $269,518.92 | $214,987.61 | $105,360.15 | $21,020.42 | $274,882.04 | $2,015,609.40 | $10,702,028.57 |
| **Amount Paid to ADOC** | **$138,601.50** | **$81,256.67** | **$19,383.88** | **$110,508.63** | **$109,985.70** | **$89,176.88** | **$131,606.29** | **$103,553.38** | **$59,007.95** | **$10,664.71** | **$137,742.93** | **$977,483.58** | **$549,759.55** |
| **Amount Paid to ADOC-year-to-date** | **$710,619.11** | **$434,589.50** | **$92,133.66** | **$545,125.91** | **$496,837.06** | **$418,747.17** | **$738,037.49** | **$588,845.54** | **$307,120.63** | **$75,684.15** | **$777,700.63** | **$5,186,341.15** | **$5,186,341.15** |
| ADOC Transportation Fees | $8,595.00 | $6,512.50 | $2,345.00 | $13,350.00 | $12,172.50 | $9,935.00 | $9,730.00 | $4,030.00 | $4,580.00 | $870.00 | $9,120.00 | $81,240.00 | $549,759.55 |
| Dependent Disbursements | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $2,705.00 | $50.00 | $50.00 | $50.00 | $50.00 | $14,492.10 | $20,336.20 | $135,722.51 |
| ADOC Disbursements | $50.00 | $3,139.10 | $5,571.62 | $9,028.71 | $12,173.60 | $10,553.26 | $10,555.26 | $56,566.55 | $50,099.21 | $1,145.40 | $15,938.99 | $88,650.50 | $478,747.78 |
| Medical/Dental Payments to private providers | $341.92 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $341.92 | $28,196.55 |
| Miscellaneous Bills Paid | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $560.00 | $560.00 |
| Amount Disbursed to Inmate | $9,913.00 | $15,027.00 | $1,800.00 | $13,112.00 | $4,793.00 | $3,903.00 | $12,571.00 | $5,835.00 | $2,135.00 | $1,101.00 | $13,305.00 | $82,885.00 | $407,891.00 |
| Court Ordered Child Support through ADOC | $3,025.45 | $479.99 | $323.08 | $6,551.87 | $2,707.30 | $873.06 | $2,374.01 | $2,055.38 | $2,135.00 | $46.16 | $5,882.43 | $22,054.73 | $109,158.87 |
| Medical Co-Pay Paid | $380.00 | $564.00 | $564.00 | $316.00 | $136.00 | $228.00 | $5,272.00 | $128.00 | $84.00 | $5,608.00 | $5,988.00 | $53,212.00 | $16,360.00 |
| Positive Drug Test Fees Paid | $97.40 | $0.00 | $50.00 | $121.75 | $0.00 | $0.00 | $48.70 | $73.05 | $24.35 | $48.70 | $0.00 | $413.95 | $2,022.30 |
| Replacement ID Fee Paid | $24.00 | $0.00 | $53.00 | $0.00 | $59.00 | $53.00 | $56.00 | $0.00 | $56.00 | $0.00 | $53.00 | $54.00 | $231.00 |
| **Amount Deposited to Inmate Accounts** | **$123,829.87** | **$62,933.17** | **$17,052.41** | **$86,321.01** | **$91,860.74** | **$76,427.79** | **$114,928.74** | **$98,581.25** | **$40,344.54** | **$7,837.39** | **$105,314.61** | **$825,222.52** | **$4,207,235.86** |
| Inmates Owing Restitution | 44 | 55 | 12 | 63 | 70 | 94 | 122 | 53 | 39 | 14 | 150 | 716 | 7,145 |
| Inmates Paid Restitution | 36 | 51 | 8 | 39 | 65 | 73 | 55 | 37 | 47 | 104 | 11 | 479 | |
| Average Restitution Paid per Payment | $226.95 | $191.25 | $206.11 | $142.37 | $138.90 | $166.76 | $191.88 | $177.47 | $50.00 | $104.13 | $153.26 | $185.07 | |

| INMATE TRANSACTIONS | Alex City | Birmingham[1] | Camden | Childersburg | Elba | Frank Lee | Hamilton | Loxley | Mobile | Montgomery[1] | North Alabama | Total | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inmates Employed | 122 | 92 | 34 | 135 | 102 | 112 | 150 | 110 | 110 | 21 | 191 | 1,451 | 7,145 |
| **Percent Inmates Employed** | **74.4%** | **76.0%** | **69.7%** | **90.6%** | **75.7%** | | | **62.1%** | **43.6%** | **64.7%** | **84.5%** | **76.0%** | **76.6%** |
| **Average Monthly Salary** | **$2,840.19** | **$2,208.06** | **$2,106.94** | **$2,047.86** | **$2,671.22** | **$2,047.25** | **$3,323.39** | **$2,353.49** | **$2,455.25** | **$2,378.36** | **$1,665.48** | **$2,322.24** | **$2,374.09** |
| Inmates Unemployed | 42 | 28 | 14 | 14 | 45 | 21 | 64 | 67 | 65 | 35 | 35 | | 397 |
| Inmates on Staff, in SAP, or Restricted | 16 | 0 | 4 | 0 | 0 | 5 | 0 | 3 | 3 | 3 | 0 | | 0 |
| Inmates eligible for employment | 26 | 28 | 10 | 10 | 45 | 16 | 46 | 64 | 62 | 6 | 35 | | 348 |
| In WR Program forward | 158 | 119 | 34 | 149 | 154 | 150 | 160 | 163 | 110 | 21 | 233 | | |
| New Admissions | 15 | 5 | 1 | 0 | 1 | 1 | 4 | 19 | 3 | 0 | 8 | | |
| Transferred In | 1 | 1 | 7 | 10 | 0 | 2 | 5 | 4 | 3 | 6 | 0 | | |
| Transferred Out | 1 | 0 | 7 | 7 | 0 | 4 | 0 | 8 | 3 | 0 | 0 | 36 | |
| Terminated: Disciplinary | 2 | 0 | 0 | 0 | 0 | 2 | 5 | 8 | 8 | 3 | 8 | 22 | |
| Terminated: Due Process | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | |
| Removed Medical | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 18 | |
| Escaped | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 6 | 1 | |
| Released: EOS | 6 | 4 | 0 | 2 | 9 | 0 | 2 | 6 | 4 | 7 | 1 | 62 | 14 |
| Released: Parole | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 48 | 27 |
| Released: Death | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Released: To SIR/CCF | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 2 | 0 |
| **Total End-of-Month** | **164** | **121** | **33** | **149** | **147** | **148** | **163** | **177** | **117** | **17** | **226** | **1462** | **1462** |
| Black Males | 118 | | 17 | 93 | 71 | 97 | 79 | 103 | 73 | 0 | 139 | 790 | |
| White Males | 46 | | 16 | 56 | 76 | 51 | 83 | 73 | 44 | 0 | 86 | 531 | |
| Black Females | 0 | 45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 48 | |
| White Females | 0 | 76 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 3 | 1 | 90 | |
| Other Males | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | |
| Other Females | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| **Total End-of-Month** | **164** | **121** | **33** | **149** | **147** | **148** | **163** | **177** | **117** | **17** | **226** | **1462** | |

1: Work Release Program for Women

**Alabama Department of Corrections**
**February 2024 Monthly Statistical Report**

## Prison Reform/Justice Reinvestment Initiative

### Probation Dunks Details

| | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 | Jun 2023 | Jul 2023 | Aug 2023 | Sep 2023 | Oct 2023 | Nov 2023 | Dec 2023 | Jan 2024 | Feb 2024 | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Admissions | 1 | 2 | 1 | 3 | 2 | 2 | 1 | 1 | 1 | 2 | 0 | 2 | 3 | 10 |
| Releases | 2 | 0 | 3 | 0 | 3 | 1 | 2 | 1 | 0 | 3 | 2 | 0 | 2 | 8 |
| Month-End Population* | 2 | 4 | 2 | 3 | 2 | 3 | 2 | 2 | 3 | 3 | 1 | 3 | 5 | — |

### Parole Dunks Details

| | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 | Jun 2023 | Jul 2023 | Aug 2023 | Sep 2023 | Oct 2023 | Nov 2023 | Dec 2023 | Jan 2024 | Feb 2024 | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Admissions | 3 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 3 | 1 | 1 | 1 | 2 | 5 |
| Releases | 1 | 1 | 2 | 0 | 0 | 1 | 1 | 1 | 0 | 3 | 1 | 0 | 0 | 5 |
| Month-End Population* | 3 | 2 | 0 | 1 | 2 | 2 | 1 | 0 | 3 | 1 | 1 | 1 | 3 | — |

### Class D Offenders Details

| | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 | Jun 2023 | Jul 2023 | Aug 2023 | Sep 2023 | Oct 2023 | Nov 2023 | Dec 2023 | Jan 2024 | Feb 2024 | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly Admissions | 89 | 156 | 67 | 150 | 143 | 128 | 134 | 137 | 129 | 136 | 105 | 131 | 148 | 649 |
| Month-End Population | 1,576 | 1,578 | 1,642 | 1,607 | 1,636 | 1,586 | 1,588 | 1,603 | 1,610 | 1,617 | 1,645 | 1,625 | 1,656 | — |

### Class D Offenders Population Demographics

**Details by Race**

| | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 | Jun 2023 | Jul 2023 | Aug 2023 | Sep 2023 | Oct 2023 | Nov 2023 | Dec 2023 | Jan 2024 | Feb 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Black | 443 | 452 | 461 | 462 | 458 | 435 | 444 | 446 | 458 | 459 | 474 | 471 | 387 |
| White | 1,116 | 1,112 | 1,166 | 1,129 | 1,162 | 1,138 | 1,132 | 1,145 | 1,141 | 1,150 | 1,163 | 1,146 | 1,269 |
| Unknown | 17 | 14 | 15 | 16 | 16 | 13 | 12 | 12 | 11 | 8 | 8 | 8 | 0 |
| Total | 1,576 | 1,578 | 1,642 | 1,607 | 1,636 | 1,586 | 1,588 | 1,603 | 1,610 | 1,617 | 1,645 | 1,625 | 1,656 |

**Details by Sex**

| | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 | Jun 2023 | Jul 2023 | Aug 2023 | Sep 2023 | Oct 2023 | Nov 2023 | Dec 2023 | Jan 2024 | Feb 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Male | 1,215 | 1,215 | 1,259 | 1,240 | 1,249 | 1,216 | 1,226 | 1,235 | 1,255 | 1,253 | 1,275 | 1,252 | 1,269 |
| Female | 361 | 363 | 383 | 367 | 387 | 370 | 362 | 368 | 355 | 364 | 370 | 373 | 387 |
| Total | 1,576 | 1,578 | 1,642 | 1,607 | 1,636 | 1,586 | 1,588 | 1,603 | 1,610 | 1,617 | 1,645 | 1,625 | 1,656 |

**Details by Major Offense**

| | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 | Jun 2023 | Jul 2023 | Aug 2023 | Sep 2023 | Oct 2023 | Nov 2023 | Dec 2023 | Jan 2024 | Feb 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Poss/Control Substance | 1,348 | 1,335 | 1,390 | 1,365 | 1,389 | 1,339 | 1,338 | 1,360 | 1,373 | 1,378 | 1,416 | 1,394 | 1,419 |
| Other | 228 | 363 | 252 | 242 | 247 | 247 | 250 | 243 | 237 | 239 | 229 | 231 | 237 |
| Total | 1,576 | 1,578 | 1,642 | 1,607 | 1,636 | 1,586 | 1,588 | 1,603 | 1,610 | 1,617 | 1,645 | 1,625 | 1,656 |

**Details by Type Institution Population**

| | Feb 2023 | Mar 2023 | Apr 2023 | May 2023 | Jun 2023 | Jul 2023 | Aug 2023 | Sep 2023 | Oct 2023 | Nov 2023 | Dec 2023 | Jan 2024 | Feb 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADOC | 361 | 407 | 327 | 375 | 372 | 369 | 391 | 412 | 404 | 396 | 377 | 355 | 365 |
| Community Corrections | 956 | 923 | 1,026 | 989 | 999 | 1,010 | 1,008 | 1,008 | 1,033 | 1,049 | 1,075 | 1,071 | 1,018 |
| County Jail | 247 | 218 | 247 | 223 | 210 | 176 | 165 | 157 | 150 | 152 | 171 | 175 | 186 |
| Unassigned | 12 | 30 | 42 | 20 | 55 | 31 | 24 | 26 | 23 | 20 | 22 | 24 | 87 |
| Total | 1,576 | 1,578 | 1,642 | 1,607 | 1,636 | 1,586 | 1,588 | 1,603 | 1,610 | 1,617 | 1,645 | 1,625 | 1,656 |

*Parole and Probation Dunk end-of-month populations are based on those inmates serving dunks in ADOC custody at the end of the month.

**Alabama Department of Corrections**
**February 2024 Monthly Statistical Report**      **Correctional Industries**

| Correctional Industries Totals | Inmates | Expenses | Revenues (Billed & Pending) | Profit/Loss |
|---|---|---|---|---|
| | **280** | **$5,066,007.41** | **$5,509,743.09** | **$443,735.68** |

### Detailed by Activity

| Activity | Average Inmates | Expenses YTD | Revenues YTD | Profit/Loss |
|---|---|---|---|---|
| Chair Plant | 13 | $230,305.47 | $143,900.99 | ($86,404.48) |
| Chemical Plant | 0 | $12,697.02 | $16,820.00 | $4,122.98 |
| Tutwiler/Holman Clothing | 109 | $1,020,936.58 | $1,379,337.37 | $358,400.79 |
| Draper Furniture | 31 | $324,083.93 | $202,661.99 | ($121,421.94) |
| Furniture Restoration | 33 | $140,672.23 | ($104,894.28) | ($245,566.51) |
| Mattress Plant | 7 | $352,581.85 | $405,195.53 | $52,613.68 |
| Modular Plant | 13 | $535,857.08 | $467,158.12 | ($68,698.96) |
| Printing Plant | 54 | $892,523.13 | $988,857.93 | $96,334.80 |
| Vehicle Tag Plant | 20 | $1,556,350.12 | $2,010,705.44 | $454,355.32 |
| **Total** | **280** | **5,066,007.41** | **5,509,743.09** | **443,735.68** |

Electoral Studies 32 (2013) 344–359



Contents lists available at SciVerse ScienceDirect

# Electoral Studies

journal homepage: www.elsevier.com/locate/electstud



# The embarrassment of riches? A meta-analysis of individual-level research on voter turnout



Kaat Smets [a,*,1], Carolien van Ham [b,1]

[a] Centre for the Study of Political Change (CIRCaP), University of Siena, Via Mattioli 10, 53100 Siena, Italy
[b] Centre for the Study of Democracy, University of Twente, The Netherlands

## ARTICLE INFO

Article history:
Received 19 July 2012
Received in revised form 13 December 2012
Accepted 13 December 2012

Keywords:
Individual level turnout
Review
Meta-analysis

## ABSTRACT

Voter turnout has puzzled political scientists ever since Anthony Downs postulated the paradox of voting. Despite decades of research aiming to understand what drives citizens to the polls, the jury is still out on what the foundations of micro-level turnout are. This paper aims to provide a modest yet important contribution by taking a step back and summarizing where we stand and what we know. To this end, we review 90 empirical studies of individual level voter turnout in national elections published in ten top-journals during the past decade (2000–2010). Through a meta-analysis of the results reported in these studies, this paper identifies those factors that are consistently linked to individual level turnout.

© 2012 Elsevier Ltd. All rights reserved.

## 1. Introduction

Perceived as fundamental for the functioning and legitimacy of representative democracy, the question why citizens participate in elections has received unabated attention in empirical research. Many different hypotheses have been proposed to explain voter turnout at the individual level: from the more conventional rational choice, sociological, and psychological explanations, to more 'exotic' explanations like rainfall or genetic variation. As almost every possible factor seems to have been explored, slowly but surely, it has become difficult to see the wood for the trees.

From a *rational choice perspective*, the decision to vote is conceptualized as the result of a personal cost-benefit calculation in which the expected benefits of voting should outweigh its costs (Downs, 1957). 'Extended' rational choice models posit that in addition to cost-benefit considerations,

a sense of civic duty drives citizens to the polls (Riker and Ordeshook, 1968; Blais, 2000). Alternatively, voting is seen as an act involving the consideration not only of personal benefits but also those of others (Fowler, 2006). The *resource model* of turnout, on the other hand, hypothesizes that turnout is driven by resources and expects turnout to be higher for citizens with a higher economic status, more skills, and more knowledge (Verba and Nie, 1972).

*Theories of mobilization* view voting essentially as social behavior guided by norms and sanctions, and argue that citizens go to the polls just because their family and peers do so, or even simply because they are asked to vote by campaigners (Arceneaux and Nickerson, 2009; Gerber and Green, 2000). *Sociological explanations* of turnout have regained prominence recently with research demonstrating that turnout is subject to (parental) socialization, learning and habit-formation (Plutzer, 2002; Gerber et al., 2003). Yet another strand of research are *psychological models* of turnout that stress the role of attitudes and psychological predispositions such as political interest, partisanship, and political efficacy in explaining voter turnout. Lastly, the *political institutional model* sees the decision to turn out as a by-product of the political and institutional context in which citizens live.

* Corresponding author.
E-mail addresses: smets@unisi.it (K. Smets), c.t.vanham@utwente.nl (C. van Ham).
[1] Authors names are listed alphabetically, both authors contributed equally to this project.

0261-3794/$ – see front matter © 2012 Elsevier Ltd. All rights reserved.
http://dx.doi.org/10.1016/j.electstud.2012.12.006

EXHIBIT
DX-5

Clearly, the jury is still out on what the foundations of micro-level turnout are (Arceneaux and Nickerson, 2009; Blais, 2006). The fact that so many different theoretical explanations exist and have found empirical support points to the possibility that multiple causal mechanisms explain turnout and that different causal mechanisms may be prominent for different voters or in different contexts (Gallego, 2010; Arceneaux and Nickerson, 2009). At the same time, the wealth of individual-level explanations is also the consequence of much existing research focusing on demonstrating the validity of one particular theory or variable, instead of assessing the relative strength of competing theoretical frameworks in explaining turnout (notwithstanding exceptions like Plutzer, 2002 and Fieldhouse et al., 2007). There seems to be a lack of consensus within the research community on a 'core model' of turnout (Geys, 2006). Of course, lack of consensus is generally a sign of health for any scientific community, however if it leads to under-specified models the resulting omitted variable bias might lead to spurious and simply wrong findings.

The aim of this paper is to provide a modest yet important contribution to the current situation by taking a step back and summarizing where we stand and what we know. To this end, this paper reviews empirical studies of individual level voter turnout in national elections, published in ten top-journals in political science and political behavior during the past decade (2000–2010). To illustrate the non-parsimonious nature of research on individual level turnout: the 90 studies reviewed in this paper included over 170 *different* independent variables, none of which were included in all studies.

Through a meta-analysis of the results of these studies we aim to shed light on the factors that are consistently linked to individual level turnout. In doing so, our research seeks to complement the meta-analysis of aggregate level turnout by Geys (2006). Our paper follows a similar set-up: in section two we discuss our sample selection and coding procedure, as well as the methods used to review the studies. Next we consider the ways in which the dependent variable, individual level turnout, has been measured in the studies included in our sample. In section four we present our empirical results, and section five presents our conclusions.

## 2. Data and methods

The sheer amount of studies on individual level turnout renders a review of all available research results impossible. Hence, in this research project we have restricted our analyses in a number of ways. First of all, we have chosen to consider only peer-reviewed journal articles. We realize that our sample selection suffers from the 'file drawer problem' as research findings that are insignificant are less likely to get published. However, while acknowledging the selection bias this might generate in our sample, we think the problem is less severe in the meta-analyses carried out here. The file drawer problem is likely to affect results for explanatory variables of interest to researchers, not for control variables. The meta-analyses presented here cover a wide variety of theoretical approaches and explanatory

variables, that should mitigate selection bias in favor of certain explanatory variables.[2]

Secondly, we include only national parliamentary or presidential elections, excluding local elections, as well as European elections in the case of Europe, and primaries and 'second-order' elections in the United States (i.e. Senate and Congress elections). Pooling studies that analyze turnout in different types of elections might lead to mixed findings as certain independent variables can affect turnout differently in first order elections than in second order elections. Hence, we prefer to limit our study to a sample of comparable elections, knowing that our findings will be restrained to that sub-set of elections, but having more confidence in our findings.

The third restriction of our sample follows the same line of argument and is to exclude studies on turnout in new democracies. The literature on individual level turnout in new democracies has only recently started to emerge. While certainly finding similarities with established democracies, turnout in new democracies seems to be affected by a number of important factors that are not found to affect electoral participation in established democracies (Blais and Dobrzynska, 1998; Pérez-Liñán, 2001; Norris, 2002).

Finally, for more pragmatic reasons we focus on studies published in 10 top-journals in political science (see Table 1). Our goal was to include both general political science journals as well as journals specializing in political behavior, and to strike a balance between European and American journals. We have limited the time-period to studies published between 2000 and 2010, based on the idea that the near past is of most interest to both scholars and policy makers. This sample selection results in a total of 90 articles analyzing individual level turnout in national elections in established democracies.[3] Table 1 shows the distribution of articles over journals.

The selection of journals and especially the time-period covered is important as it might generate sample bias that could result in our review covering certain theoretical approaches more extensively than others. For example, work on the impact of mobilization on turnout has received quite some attention in recent years, leading to more studies on variables associated with that theoretical framework, and more robust findings for those variables.

To check the representativeness of our sample in terms of journal selection, we bench-marked our selection of journals against the journals cited by the Social Science Citation Index as having published most articles on turnout in the period between 2000 and 2010. Almost 70% of articles on turnout were published in political science journals, compared to about 10% for economics journals

---

[2] Moreover, robustness checks including only control variables demonstrate that our results remain virtually the same, even if variables of interest are excluded (cf. online Appendix C).

[3] Articles that analyzed a composite index of various forms of political participation including turnout were excluded as the effects of independent variables on turnout cannot be isolated. Articles based on data from laboratory experiments were also not included in our analyses. We did, however, include articles using data generated from field experiments.

**Table 1**
Distribution studies among journals.

| Journal | Studies coded |
|---|---|
| Journal of Politics | 22 (24.4%) |
| Political Behavior | 18 (20.0%) |
| American Journal of Political Science | 14 (15.6%) |
| British Journal of Political Science | 8 (8.9%) |
| Electoral Studies | 8 (8.9%) |
| Journal of Elections, Public Opinion and Parties | 6 (6.7%) |
| European Journal of Political Research | 5 (5.6%) |
| Political Analysis | 5 (5.6%) |
| American Political Science Review | 3 (3.3%) |
| Acta Politica | 1 (1.1%) |
| Total | 90 |

**Table 2**
Distribution of the main theoretical models.

| Theoretical model | Studies | Tests |
|---|---|---|
| Resource model | 35 (31.5%) | 133 (28.4%) |
| Mobilization model | 29 (26.1% | 137 (29.3%) |
| Socialization model | 5 (4.5%) | 29 (6.2%) |
| Rational choice model | 11 (9.9%) | 54 (11.5%) |
| Psychological model | 19 (17.1%) | 71 (15.2%) |
| Institutional model | 12 (10.8%) | 44 (9.4%) |
| Total | 111 | 468 |

and about 5% for sociology journals, justifying our focus on political science journals. Moreover, within the political science journals, we included 8 of the 15 journals that published most articles on turnout, and added 2 additional European journals to have a better spread over articles using American and European data.[4] Based on these statistics, we feel confident our sample is representative of studies of individual level turnout in national elections of established democracies published between 2000 and 2010.

In addition to journal selection, as a way of gauging the 'representativeness' of our sample in terms of theoretical approaches, we have categorized explanatory factors of turnout in six broad theoretical models that we feel reflect the main theoretical approaches in the literature (see Section 4). Subsequently we coded each study according to the model or models it reflects. As Table 2 demonstrates, resource and mobilization studies are somewhat more common in our sample, while socialization and rational choice studies are less common. This may be a consequence of the time-period assessed in this study. Note that some studies test multiple theoretical models, hence the total number of studies in the table exceeds the original number 90.

After a double-blinded selection of studies based on careful reading of the abstracts of all papers published in the ten journals specified above, the sample was coded following a precise coding procedure. A codebook has been developed that specifies characteristics of the data, the dependent variable used, the independent variables modeled, statistical techniques used, as well as the study results. Inter-coder reliability was enhanced by test-coding a substantial sub-set of the data at the start of the research project and reconciling differences, as well as an assessment by both authors when questions in coding arose. Coding decisions were recorded for each study in

separate log-files. Finally, all final codings were double checked by one of the authors.[5]

### 2.1. Meta-analysis

Meta-analysis is often defined as an analysis of analyses (Glass, 1976, 3). Instead of reviewing studies on a given topic in a descriptive way, the aim of meta-analysis is to analyze test results from previous studies through quantitative methods and to summarize the findings.

In this paper we use a combination of the *vote-counting procedure* and the *combined-tests technique* (see Imbeau et al., 2001; Geys, 2006). In the vote-counting procedure, each test of a hypothesis is considered a 'success' when a coefficient is statistically significant and has the hypothesized direction. On the other hand, the hypothesis test is considered a 'failure' when it is found not to be significant and an 'anomaly' when the coefficient is statistically significant but is in the opposite direction than expected. We have used the two-tailed $p < 0.05$ level as the cut-off point for significant effects. Considering all tests together for each independent variable, the modal category gives an estimate of the most common relationship between the independent variable and turnout, and dividing the number of 'successes' by the total number of tests provides a measure of the success rate (see Equation (1)). The higher the success rate, the more confident we are that an independent variable has the hypothesized effect on individual level voter turnout, both in terms of direction and significance.

$$success \ rate = (successes/number \ of \ tests)*100 \qquad (1)$$

Because some studies include more tests than others (e.g. the same hypothesis can be assessed in multiple models within in a given study/article), looking at the separate test results may lead to biased results when the distribution of tests over studies is highly skewed. Moreover, various test results from a single study are not independent from one another as they often use the same data (Wolf, 1986, 14). To resolve this problem we calculate the success rate not only per test but also per study, implicitly assigning a weight to each test result that is the inverse of the number of tests performed in the study. A hypothesis is considered a 'success', 'failure', or 'anomaly' based on which of these three categories the majority of

---

[4] Note that the fact that the majority of studies were carried out in the United States might also affect the 'representativeness' of our sample. To be precise, 68% of the studies in our sample were based on data from the US, the remaining 32% are based mostly on cross-national survey data from West European democracies. Space does not permit thorough analysis of the potential differences in findings between the US and Europe in this paper, however, this is a topic that will be taken up in future research.

[5] The dataset, codebook, and coding instructions are available upon request from the authors.

tests within the study fall. Like for separate tests, the modal category is considered to give the best approximation of the true direction of the relationship between the dependent and independent variable.

The vote-counting procedure is purely based on direction and statistical significance. It does not allow to take into account the size of effects (Glass, 1976, 5; Lau et al., 2007, 1179). Combined test techniques allow to summarize the test statistics provided by different studies. However, since the studies in our sample use different statistical techniques and therefore provide different test statistics, such a comparison is out of order. Instead we use proxies of effect sizes based on whether the effects were 'successes', 'failures', or 'anomalies'.

Combining the vote-count procedure and the combined-tests technique in this way allows us to calculate a proxy of the average effect size. To this end, one first calculates the approximate effect size $r$ for each individual test by assigning successes (significant and in hypothesized direction) a weight of 1, failures (not statistically significant) a weight of 0 and anomalies (significant but not in hypothesized direction) a weight of $-1$. A proxy of the effect size at the level of tests can then be calculated with the formula in Equation (2):

$$r = (successes - anomalies)/number\ of\ tests \qquad (2)$$

The average effect size of a given independent variable across all studies ($r_{av}$) is subsequently given by the mean effect size (see Equation (3)). This metric, that has a theoretical lower bound of $-1$ and an upper bound of $+1$, behaves like a correlation coefficient and gives the number of standard deviation units with which individual level turnout is affected if the independent variable changes by one standard deviation. By calculating a confidence interval around this statistic we can judge whether or not there is a statistically significant effect on the dependent variable (testing the null hypothesis that the mean effect across all studies is zero).

$$r_{av} = \sum r_i/number\ of\ studies \qquad (3)$$

As an example, consider the effect of age on turnout, which we hypothesize to be positive. Imagine study one includes four tests of this hypothesis. In two of those the effect for age is positive and significant, in one test the effect is not significant, and in the last test the effect is negative and significant. The modal category of this study is 'success'. The first two tests will receive an effect size score of 1, the third test a 0, and the fourth test a $-1$. At the level of tests, the success rate is $(2/4)^*100 = 50\%$, the proxy of the effect size $r$ is $(2-1)/4 = 0.25$ and a $t$-test will demonstrate that this effect is not significantly different from 0. Now, say in hypothetical studies two, three and four the modal category is also 'success' and the effect size $r$ equals 0.75, while in study five the modal category is 'failure' and the effect size $r$ is 0. At the level of studies then, the success rate is $(4/5)^*100 = 80\%$. The average effect size $r_{av}$ is the sum of $r$ divided by the number of studies $((0.25 + 0.75 + 0.75 + 0.75 + 0)/5 = 0.5)$ and a $t$-test of this

effect will demonstrate that it is significantly different from 0 ($p < 0.05$, two-tailed).[6]

## 3. Description dependent variable

Crucial in any attempt to review the extensive literature on individual level turnout is to distinguish the different ways in which the dependent variable is measured. At the individual level, turnout is most commonly measured by post-election surveys that ask respondents whether they voted in the past election. Such self-reported turnout is affected by problems such as recall bias and social desirability, and hence reported turnout tends to have an upward bias when compared to data on actual turnout. For example, Karp and Brockington (2005, 825) estimate the difference between actual turnout and reported turnout in the American National Election Studies to be around 20 percentage points during the 1990s.

For this reason, scholars generally prefer to use validated turnout data, based on official voter records. However, since such data are often only released after some time and official voter records are not kept in all countries, validated turnout data is more difficult to obtain. A third type of measurement that is used in studies of individual level turnout is based on surveys that are held at some point before elections, such as general social surveys, and that ask respondents about their turnout intention, either in the upcoming election or "if elections were to be held tomorrow". Turnout intention is likely to be even more prone to social desirability bias and is therefore not used often.

In terms of validity then, validated turnout data is the most robust, but at the same time the most difficult data to obtain, while reported turnout data (and turnout intention data) are more prone to bias, but generally easier to obtain. As Table 3 demonstrates, about 82% of the studies included in this paper measure turnout as reported turnout, 11% of the studies use validated turnout, and 7% use turnout intention.[7]

## 4. Analysis and findings

We present our findings dividing all independent variables into six main theoretical models of individual level voter turnout: the resource model, the mobilization model, the socialization model, the rational choice model, the psychological model, and the political–institutional model. Note that our classification of studies in these six broad theoretical models is purely meant as a practical way to organize our results. There are multiple ways to group variables into theoretical models and different scholars are likely to have different preferences. Also, as will become clear below, the models chosen for the purpose of this

---

[6] Note that in case of a tie, the modal study effect is always coded conservatively. For example, if a study includes 4 tests, 2 of which are a success and 2 are a failure, the modal effect of the study is coded as failure.

[7] Note that while the total number of studies included in our review is 90, five studies use two dependent variables, for example analyzing models with reported turnout and validated turnout.

**Table 3**
Measurement dependent variable.

| Dependent variable | Studies | Tests |
|---|---|---|
| Reported turnout | 78 (82.1%) | 324 (80.0%) |
| Validated turnout | 10 (10.5%) | 54 (13.3%) |
| Turnout intention | 7 (7.4%) | 27 (6.7%) |
| Total | 95 | 405 |

paper are not necessarily mutually exclusive as certain variables can be argued to influence voter turnout through multiple theoretical pathways.

Since our aim is to compare effects over different studies, we keep the direction of the hypotheses constant, disregarding the hypotheses proposed in each particular study. For example, in some studies authors hypothesize men to turn out at higher rates than women, while in other studies women are expected to turn out at higher rates. In order to compare results for these different studies, we code results following a single hypothesis for all studies, in this case that men turn out more than women. For each variable the hypothesized direction of the effect is denoted by the '+' or '−' sign after the variable name in the results tables.

We focus exclusively on main effects, disregarding interaction terms.[8] Moreover, we do not report variables that were included in only one or two studies, since this would not allow us to carry out *t*-tests. Online Appendix A presents the results for the variables that were only included in one or two studies. Variables are reported in descending order based on the frequency with which they were included in the studies. Overall, we found that of the 176 different independent variables included in the 90 studies reviewed, only eight (less than 5%) were included in more than 25% of the studies: age, gender, income, education, race, marital status, political interest and party identification. Even the two most common independent variables – age and education – were included in only 72% and 74% of studies respectively. Generally, the motivation for the inclusion of control variables in the articles reviewed was very brief (i.e. "we include the 'usual suspects' as control variables") or absent.

### 4.1. The resource model

The basic idea behind the resource model is that political participation is an act driven by resources, particularly time, money, and skills (Verba and Nie, 1972; Verba et al., 1995). Those with jobs, a high income, and a high socio-economic status are more likely to have a wider range of resources and are, thus, more likely to vote (Brady et al., 1995, 273). Education also contributes to resources, acting as a social

sorting mechanism and serving as a proxy for social class and skills. Higher resource citizens also have larger networks and higher stakes in elections, characteristics that may in turn may act as motivators and lead to targeted mobilization efforts from political parties. The cluster of resource variables is the largest of all discussed in this paper, comprising 22 explanatory variables, many of which are demographic indicators. Results are summarized in Table 4.

#### 4.1.1. Education

Education is considered one of the strongest predictors of voter turnout and has been used as an independent variable in 67 out of 90 studies (see e.g. Hillygus, 2005b; Campbell, 2009; Gallego, 2010). Notwithstanding the rise of educational levels in advanced western democracies, turnout levels have not risen: a fact that continues to puzzle scholars of political behavior (Burden, 2009, 540).

Our meta-analysis shows that education is indeed positively related to individual level turnout as most studies fall into the success category (success rate is 67–72%). The average effect size ($r_{av}$) is statistically significant both at the level of tests and studies. A standard deviation change in educational level increases turnout with roughly 0.72 standard deviation units. However, living in an area with relatively higher levels of education does not seem to significantly affect turnout (see results for contextual education).

#### 4.1.2. Age and age squared

Age is among the three most common independent variables in research on individual voter turnout (65 out of 90 studies). Young adults are notorious abstainers. Turnout is, however, hypothesized to rise with the transition into adulthood (Lane, 1959, 218, Strate et al., 1989, 444, Jankowski and Strate, 1995, 91) and decline again when citizens at an older age start to withdraw from social life (Cutler and Bengtson, 1974, 163).

This suggests the relationship between age and turnout is curvilinear rather than linear, which is why some studies also include age squared. Our findings show that most tests and studies are successful, indicating support for a positive effect of age and a negative effect of age squared on turnout (the success rate being around 75% for the studies).

#### 4.1.3. Gender

Because of their different role in society (e.g. being the breadwinner, historically having the right to vote) men have long been considered to have more resources and are, therefore, thought to turn out more than women. Recent research, however, suggests that the gender gap in turnout has gradually disappeared (see Inglehart and Norris, 2003; Childs, 2004).

Our meta-analysis indicates that gender in most instances is no longer a statistically significant predictor of turnout in national elections. The success rate of gender is very low (around 3–5%), as in most tests and studies the variable does not reach statistical significance. The average effect size is statistically significant, but in comparison to other variables relatively close to zero. Moreover, its negative sign indicates that when gender is found to be significant it is usually women that turn out at higher rates, not men.

---

[8] As an anonymous reviewer pointed out, main effects of interaction terms are affected by the inclusion of the interaction effect and could hence distort our results. However, secondary analysis of our results excluding all variables that were main effects of interaction terms gave near-identical results to the ones reported here. As additional robustness checks we also tested whether our results hold when including only control variables and when weighting the effect by the number of variables included in each test. The results did not change substantively, as reported in online Appendix C.

K. Smets, C. van Ham / Electoral Studies 32 (2013) 344–359

349

**Table 4**
Resource model – results meta-analysis.

| Variable | Success (1) | Failure (0) | Anomaly (−1) | Modal category | Success rate | Effect size ($r_{av}$) | p-Value |
|---|---|---|---|---|---|---|---|
| **Education (+)** | | | | | | | |
| Tests (239) | 173 | 66 | 0 | Success | 72.38 | 0.72 | *** |
| Studies (67) | 45 | 22 | 0 | Success | 67.16 | 0.71 | *** |
| **Age (+)** | | | | | | | |
| Tests (233) | 167 | 60 | 6 | Success | 71.67 | 0.69 | *** |
| Studies (65) | 49 | 15 | 1 | Success | 75.38 | 0.74 | *** |
| **Age squared (−)** | | | | | | | |
| Tests (78) | 44 | 32 | 2 | Success | 56.41 | 0.54 | *** |
| Studies (17) | 13 | 4 | 0 | Success | 76.47 | 0.78 | *** |
| **Gender (male) (+)** | | | | | | | |
| Tests (225) | 11 | 160 | 54 | Failure | 4.89 | −0.19 | *** |
| Studies (61) | 2 | 45 | 14 | Failure | 3.28 | −0.20 | ** |
| **Race (black, Latino, non-white) (−)** | | | | | | | |
| Tests (156) | 38 | 109 | 9 | Failure | 24.36 | 0.19 | *** |
| Studies (43) | 10 | 30 | 3 | Failure | 23.26 | 0.21 | * |
| **Income (+)** | | | | | | | |
| Tests (151) | 76 | 75 | 0 | Success | 50.33 | 0.50 | *** |
| Studies (40) | 21 | 19 | 0 | Success | 52.50 | 0.57 | *** |
| **Marital status (married) (+)** | | | | | | | |
| Tests (90) | 41 | 47 | 2 | Failure | 45.56 | 0.43 | *** |
| Studies (30) | 17 | 12 | 1 | Success | 56.67 | 0.53 | *** |
| **Residential mobility (−)** | | | | | | | |
| Tests (54) | 28 | 23 | 3 | Success | 51.85 | 0.46 | *** |
| Studies (18) | 10 | 7 | 1 | Success | 55.56 | 0.46 | ** |
| **Region (south/periphery) (−)** | | | | | | | |
| Tests (52) | 28 | 24 | 0 | Success | 53.85 | 0.54 | *** |
| Studies (18) | 10 | 8 | 0 | Success | 55.56 | 0.55 | *** |
| **Occupational status (employed) (+)** | | | | | | | |
| Tests (50) | 17 | 33 | 0 | Failure | 34.00 | 0.34 | *** |
| Studies (18) | 5 | 13 | 0 | Failure | 27.78 | 0.32 | ** |
| **Home ownership (+)** | | | | | | | |
| Tests (58) | 30 | 27 | 1 | Success | 51.72 | 0.50 | *** |
| Studies (16) | 8 | 8 | 0 | Failure | 50.00 | 0.55 | *** |
| **Citizenship (nationalized/born in country) (+)** | | | | | | | |
| Tests (41) | 13 | 22 | 6 | Failure | 31.71 | 0.17 | + |
| Studies (13) | 5 | 6 | 2 | Failure | 38.46 | 0.26 | n.s. |
| **Occupational type (white collar) (+)** | | | | | | | |
| Tests (22) | 8 | 12 | 2 | Failure | 36.36 | 0.27 | * |
| Studies (9) | 4 | 5 | 0 | Failure | 44.44 | 0.35 | + |
| **Socio-economic status/class (+)** | | | | | | | |
| Tests (21) | 14 | 7 | 0 | Success | 66.67 | 0.67 | *** |
| Studies (8) | 4 | 4 | 0 | Failure | 50.00 | 0.50 | * |
| **Residential location (rural) (+)** | | | | | | | |
| Tests (18) | 0 | 17 | 1 | Failure | 0.00 | −0.06 | n.s. |
| Studies (7) | 0 | 7 | 0 | Failure | 0.00 | −0.02 | n.s. |
| **Children (+)** | | | | | | | |
| Tests (18) | 2 | 11 | 5 | Failure | 11.11 | −0.17 | n.s. |
| Studies (6) | 1 | 3 | 2 | Failure | 16.67 | −0.10 | n.s. |
| **Occupational type: students (−)** | | | | | | | |
| Tests (15) | 0 | 8 | 7 | Failure | 0.00 | −0.47 | ** |
| Studies (6) | 0 | 3 | 3 | Failure | 0.00 | −0.43 | + |
| **Contextual race (−)** | | | | | | | |
| Tests (37) | 5 | 24 | 8 | Failure | 13.51 | −0.08 | n.s. |
| Studies (5) | 1 | 4 | 0 | Failure | 20.00 | 0.05 | n.s. |
| **Contextual education (+)** | | | | | | | |
| Tests (23) | 9 | 13 | 1 | Failure | 39.13 | 0.35 | ** |
| Studies (4) | 1 | 3 | 0 | Failure | 25.00 | 0.33 | n.s. |
| **Contextual citizenship (−)** | | | | | | | |
| Tests (22) | 6 | 16 | 0 | Failure | 27.27 | 0.27 | * |
| Studies (3) | 1 | 2 | 0 | Failure | 33.33 | 0.43 | n.s. |
| **Generation (60s/70s vs. pre-WW II) (−)** | | | | | | | |
| Tests (14) | 12 | 2 | 0 | Success | 85.71 | 0.86 | *** |
| Studies (3) | 3 | 0 | 0 | Success | 100.00 | 0.88 | ** |
| **Contextual income (+)** | | | | | | | |
| Tests (9) | 2 | 6 | 1 | Failure | 22.22 | 0.11 | n.s. |
| Studies (3) | 1 | 2 | 0 | Failure | 33.33 | 0.28 | n.s. |

Note: T-test with two-tailed significance levels. $+p < 0.01$, $*p < 0.05$, $**p < 0.01$, $***p < 0.001$.

#### 4.1.4. Race and citizenship

Race and citizenship are included in models of voter turnout based on the idea that ethnic minorities often have fewer resources and skills. We therefore assess the hypotheses that turnout among ethnic minorities is lower than among ethnic majorities, and that those nationalized or born in their country of residence participate more.

Race is included in about half of the studies, while citizenship is considered in 13 out of 90 studies. The modal category for both variables is 'failure' which implies that a non-significant effect was found in most of the tests and studies. The success rate of the race variable lies around 23%, while citizenship does a little better at 32–38%. The average effect size for citizenship does not reach statistical significance at the $p < 0.05$ level though. Breaking down results by various ethnic and racial groups does not change the overall picture (see online Appendix B). Living in an area with relatively high proportions of inhabitants from ethnic minorities or naturalized citizens also does not significantly affect turnout, as the variables contextual race and contextual citizenship show.

#### 4.1.5. Income, occupational status, occupational type and social status

Following the resource model, we expect income to have a positive impact on turnout, middle-class citizens to turn out at higher levels than lower class citizens, those with white collar jobs to participate more than citizens with blue collar jobs, and students to vote less.

As indicated by the modal category, income appears to have a positive effect on turnout, even though the number of successes and failures are almost even. The average success rate for income lies around 50% with an average effect size of 0.50 and 0.57 for tests and studies respectively. At both levels $r_{av}$ is highly significant. Living in more affluent areas however does not seem to have a significant impact on turnout (see contextual income). Those from higher social classes indeed systematically turn out at higher rates, even though at the study level the modal category is a tie between success and failure. The average effect size is significant both for tests and studies though, and varies between 0.50 and 0.67.

Lastly, occupational status and type did not appear to have statistically significant effects on turnout in most studies. White collar workers were not found to turn out at higher rates, nor were students found to turn out less. In fact, judging by the zero successes and the negative sign of the average effect size for students ($r_{av} = -0.43$), students were rather found to turn out at higher rates. While students may not have high paid jobs, they do often come from higher socio-economic backgrounds and moreover are potentially socialized into voting by a politically more stimulating environment than their non school-going peers (see e.g. Highton and Wolfinger, 2001; Tenn, 2007).

#### 4.1.6. Marital status and children

Marriage not only has practical consequences such as increased residential stability, married citizens may also be motivated by a politically active spouse (Stoker and Jennings, 1995, 422). Married couples are, moreover, thought to be more likely to conform to the idea of 'good citizenship' and consider political engagement a civic duty (Denver, 2008). In a similar vein Lane (1959, 218) points out that having children increases the awareness of social needs and the responsibility to perform as a good role model. Solt (2008), however, argues that while married couples may be more likely to remind each other to vote, they are nonetheless less likely to have free time and spend this scarce time to engage in politics. The arrival of children likewise distracts parents from participating in politics.

While marital status is included in one-third of the studies, the impact of having children is much less frequently researched. At the level of studies the positive effect of marital status on turnout is confirmed, though at the level of tests the modal effect is insignificant. The average effect size for marriage is nonetheless statistically significant for both tests and studies. The effect of having children appears to be insignificant in most studies.

#### 4.1.7. Home ownership and residential mobility

Citizens that own a property are usually more grounded in a community than those that rent, thus strengthening community ties (Lane, 1959; Highton and Wolfinger, 2001). People that have been living in their community for a longer time are moreover better informed about (local) political affairs.

Our meta-analysis shows that home ownership and residential mobility largely influence voter turnout as expected. Residential mobility leads to lower levels of turnout in most tests and studies, while the modal category for home ownership is success at the test level and a tie between failure and success at the study level. The average effect size lies around 0.50 and is highly significant for both variables.

#### 4.1.8. Urbanization and region

Citizens in rural areas historically turn out at higher levels as rural societies tend to have higher levels of associational life. The results of the meta-analysis in Table 4 show that this hypothesis may be outdated as almost all tests and studies find insignificant effects. Region is often included as a control variable in countries where there are stark differences in turnout levels for different parts of the country, such as lower turnout rates in the South of the United States. These variables are indeed often found to pick up on regional differences.

### 4.2. The mobilization model

Turning to the next group of variables, the mobilization model of voter turnout centers around the idea that citizens are mobilized to participate in politics by parties, candidates, interest groups and new social movements (Rosenstone and Hansen, 1993). Such social networks reduce the costs of political participation by providing information about parties, candidates and the electoral process. Associational life, moreover, emphasizes values that are thought to mobilize citizens. This section covers a total of 11 mobilization variables. The results of the meta-analysis are shown in Table 5.

*K. Smets, C. van Ham / Electoral Studies 32 (2013) 344–359*

351

**Table 5**
Mobilization model – results meta-analysis.

| Variable | Success (1) | Failure (0) | Anomaly (−1) | Modal category | Success rate | Effect size ($r_{av}$) | *p*-Value |
|---|---|---|---|---|---|---|---|
| **Attendance of religious services (+)** | | | | | | | |
| Tests (40) | 20 | 20 | 0 | Failure | 50.00 | 0.50 | *** |
| Studies (14) | 8 | 6 | 0 | Success | 57.14 | 0.59 | *** |
| **Union membership (+)** | | | | | | | |
| Tests (48) | 14 | 34 | 0 | Failure | 29.17 | 0.29 | *** |
| Studies (13) | 6 | 7 | 0 | Failure | 46.15 | 0.48 | ** |
| **Mobilization (partisan) (+)** | | | | | | | |
| Tests (27) | 19 | 8 | 0 | Success | 70.37 | 0.70 | *** |
| Studies (10) | 7 | 3 | 0 | Success | 70.00 | 0.83 | *** |
| **Media exposure (+)** | | | | | | | |
| Tests (20) | 14 | 6 | 0 | Success | 70.00 | 0.70 | *** |
| Studies (10) | 6 | 4 | 0 | Success | 60.00 | 0.57 | ** |
| **Mobilization (non–partisan GOTV) (+)** | | | | | | | |
| Tests (32) | 18 | 14 | 0 | Success | 56.25 | 0.56 | *** |
| Studies (9) | 5 | 4 | 0 | Success | 55.56 | 0.67 | *** |
| **Political advertising exposure (+)** | | | | | | | |
| Tests (19) | 4 | 14 | 1 | Failure | 21.05 | 0.16 | n.s. |
| Studies (7) | 1 | 6 | 0 | Failure | 14.29 | 0.05 | n.s. |
| **Religious denomination (+)** | | | | | | | |
| Tests (17) | 4 | 12 | 1 | Failure | 23.53 | 0.18 | n.s. |
| Studies (6) | 1 | 5 | 0 | Failure | 16.67 | 0.14 | n.s. |
| **Organizational membership (+)** | | | | | | | |
| Tests (8) | 7 | 1 | 0 | Success | 87.50 | 0.88 | *** |
| Studies (5) | 4 | 1 | 0 | Success | 80.00 | 0.80 | * |
| **Total political advertisements (+)** | | | | | | | |
| Tests (6) | 0 | 6 | 0 | Failure | 0.00 | 0.00 | |
| Studies (4) | 0 | 4 | 0 | Failure | 0.00 | 0.00 | |
| **Social capital (+)** | | | | | | | |
| Tests (8) | 4 | 4 | 0 | Failure | 50.00 | 0.50 | * |
| Studies (3) | 1 | 2 | 0 | Failure | 33.33 | 0.22 | n.s. |
| **Union density (+)** | | | | | | | |
| Tests (3) | 1 | 2 | 0 | Failure | 33.33 | 0.33 | n.s. |
| Studies (3) | 1 | 2 | 0 | Failure | 33.33 | 0.33 | n.s. |

Note: *T*-test with two-tailed significance levels. $+p < 0.01$, $*p < 0.05$, $**p < 0.01$, $***p < 0.001$.

### 4.2.1. Attendance of religious services, religion, organizational membership and social capital

Attendance of religious services is a measure of the mobilization characteristics of religion (see Solt 2008 and Claassen and Povtak 2010). People can however also be members of other organizations such as political parties, social associations, sports clubs, etc. In all of these cases turnout is expected to increase with higher involvement in associational life. The impact of associational membership on voter turnout is not solely linked to the mobilization model but also to the socialization and resource model as organizational membership is also thought to promote civic commitment and skills that stimulate political participation (Verba et al., 1995).

The results of the meta-analysis indicate that while organizational membership is positively related to turnout, having a religious denomination (as opposed to not being religious) in most instances does not significantly affect turnout. Attendance of religious services is found to affect individual turnout roughly half of the time, which is reflected in the success rate that lies between 50 and 57%. General measures of social capital were included in only three studies and were most often found not to have a significant effect on turnout.

### 4.2.2. Union membership and union density

Unions mobilize their members to participate in politics and reduce class bias by enhancing participation of those

with fewer resources. Moreover, a strong presence of unions at the aggregate level (i.e. union density), may lead political parties to adopt policy positions that represent union members in an effort to win their votes (Leighley and Nagler, 2007, 432).

As indicated by the modal category both union membership and union density do not have a statistically significant effect on individual level turnout in most tests and studies. The average effect size for union membership ranges between 0.29 and 0.48 and is statistically different from zero. The effect size for union density is insignificant.

### 4.2.3. Partisan and non-partisan mobilization

Voter mobilization efforts such as Get Out The Vote (GOTV) phone calls, canvassing and personal contacts boost turnout as they reduce information costs. However, the impact of partisan and non-partisan mobilization is thought to be mediated by a more general propensity to vote and is therefore not expected to affect all voters in a similar way (see e.g. Karp et al., 2008; Arceneaux et al., 2006; Dale and Strauss 2009).

Both partisan and non-partisan mobilization efforts are indeed found to positively affect individual turnout in national elections in most instances (see modal category and the significant *t*-tests). The success rate is higher for partisan (70%) than for non-partisan mobilization (56%). The average effect size is likewise higher for mobilization efforts by parties.

#### 4.2.4. Media exposure and campaign advertisements

Exposure to (political) news in the media arguably leads to higher levels of political information among citizens. Prior (2005, 577) warns, however, that increasing media choice does not *per se* lead to higher levels of turnout. As the number of media outlets increases, the likelihood that a person will encounter political news by chance diminishes significantly. Campaign advertisements are a way to get potential voters to focus on issues of interest to them (Solt, 2008). Nonetheless, although political campaigns are intended to get out votes, negative campaigns can also have a demobilizing effect (see Goldstein and Freedman, 2002; Anduiza, 2005; Stevens, 2008, 2009).

The results of our meta-analysis show that reading newspapers, watching the news, listening to the radio, etc. indeed has a positive effect on turnout (success rate 60–70%). The average effect size $r_{av}$ reaches statistical significance both at the level of tests and studies. Campaign advertisements were generally not found to have a statistically significant effect.[9]

#### 4.3. The socialization model

The impressionable or formative years between childhood and adulthood are generally considered a key period during which citizens form the basis of political attitudes and behaviors (Plutzer, 2002). The political learning curve is mediated through various socializing agents such as family, peers, school, mass media, and even the political context. In this third result section we discuss 3 variables related to the socialization model. The results are summarized in Table 6.

#### 4.3.1. Parental influences during adolescence

The process of political learning from parents and other family members is tapped by various indicators. Only two measures were included in three or more studies (see online Appendix A for variables that are included in less than 3 studies). Both parental educational levels and parental socio-economic status are expected to have a positive impact on children's turnout levels in later life (Sandell and Plutzer, 2005; Sandell Pacheco, 2008).

Parental income and social class seem more successful in explaining turnout than parental educational level, for which the modal category is failure. The positive effect of parental income and social class is confirmed at the level of tests and at a tie between success and failure at the level of studies. Average effect sizes are however highly significant at both the test and study level ($r_{av} = 0.73$).

#### 4.3.2. Political discussion

Social exchange theories of political participation emphasize how talking to friends, family members or neighbors may persuade people to participate in politics

(see Cutts and Fieldhouse, 2009). Not only does political discussion potentially lead to higher levels of interest and political knowledge, emphasizing social norms (such as turning out in elections) may also induce norm-conforming behavior (Gerber and Rogers, 2009). The results of the meta-analysis for political discussion are however inconclusive. In only half of the tests and studies the positive impact of discussing politics is confirmed, while in the other half no significant effect was found.

#### 4.4. The rational choice model

The rational choice model emphasizes that there is a cost-benefit calculus of voting whereby benefits should outweigh costs in order for a person to turn out to vote (Downs, 1957; Riker and Ordeshook, 1968). In this section we consider 10 variables related to the rational choice model. The results of the meta-analysis are summarized in Table 7.

#### 4.4.1. Past turnout, new voter, propensity to vote, and costs of voting

The large impact of past turnout on current turnout decisions observed in the literature is thought to be mediated through various mechanisms (see Cutts et al., 2009 for an overview). First, turnout is caused by a set of factors such as political interest or partisanship that are relatively stable over the life span. Moreover, voting might be self-reinforcing as it increases positive attitudes toward voting and alters one's self-image to the extent that voting contributes to that image. Third, once voters have been to the polls they face lower information barriers and can make use of their hands-on experience and knowledge. Because they are inexperienced, new voters are thought to turn out less.

Past turnout and general propensity to vote are both consistently linked with higher turnout levels. The success rate is close to 100% and the effect size close to 1. The results for new voters seem to indicate that those entering the electorate are not significantly less likely to turn out, as in most studies this variables does not reach statistical significance. Lastly, higher costs of voting are found to decrease the likelihood of turnout even if the effect size is only significant at the test level.

#### 4.4.2. Cares who wins, personal benefits and civic duty

The higher the stakes in the elections, the more inclined citizens will be to turn out to vote. Caring about the outcome of the election and perceived personal benefits may both increase turnout. In fact, both variables in most instances fall into the modal category success. The success rate for caring about the outcome of the election is high between 75 and 89%. The average effect size is found to be significantly different from zero and ranges between 0.81 and 0.89. While the chances that a single person will influence the outcome of the election are infinitely small, a sense of civic duty may convince citizens to cast a vote nonetheless. This hypothesis is confirmed in the vast majority of studies, and the success rate and average effect size are accordingly very high.

---

[9] Note that in some cases, as for example 'total political advertisements' an effect size of 0.00 (or 1.00) is reported without a *p*-value, this means that there was no variation in the effect sizes for that variable and hence no *p*-value could be calculated. This often happens when a variable was included in only a few tests, and those results should hence generally be taken with a grain of salt.

K. Smets, C. van Ham / Electoral Studies 32 (2013) 344–359

**Table 6**
Socialization model – results meta-analysis.

| Variable | Success (1) | Failure (0) | Anomaly (−1) | Modal category | Success rate | Effect size ($r_{av}$) | $p$-Value |
|---|---|---|---|---|---|---|---|
| **Parental social class/income (+)** | | | | | | | |
| Tests (22) | 16 | 6 | 0 | Success | 72.73 | 0.73 | *** |
| Studies (4) | 2 | 2 | 0 | Failure | 50.00 | 0.73 | * |
| **Political discussion (+)** | | | | | | | |
| Tests (10) | 5 | 5 | 0 | Failure | 50.00 | 0.50 | * |
| Studies (4) | 2 | 2 | 0 | Failure | 50.00 | 0.58 | n.s. |
| **Parental educational level (+)** | | | | | | | |
| Tests (16) | 7 | 9 | 0 | Failure | 43.75 | 0.44 | ** |
| Studies (3) | 1 | 2 | 0 | Failure | 33.33 | 0.37 | n.s. |

Note: $T$-test with two-tailed significance levels. $+p < 0.01$, $*p < 0.05$, $**p < 0.01$, $***p < 0.001$.

#### 4.4.3. Evaluation economy, parties and candidates

Citizens may consider managing the national economy as part of the government's responsibilities. Experiencing economic strain may therefore lead citizens to blame the government for their situation and mobilize them to the polling booth to vote the government out of office (Lipset, 1969, 187; Schlozman and Verba, 1979, 12–19). The alternative hypothesis stipulates that economic suffering withholds people from participating in politics. Someone who has just lost his job is more likely to be pre-occupied with personal economic well-being than with remote concerns like politics (Rosenstone, 1982). In this instance, the costs of voting outweigh the benefits. Similar dual mechanisms are at work when considering the evaluation of parties and candidates. High approval rates foster a positive atmosphere that may encourage and stimulate citizens to turn out to vote. Unpopular parties and candidates, on the other hand, may also stimulate turnout levels as citizens seek change.

Evaluation of the national economic situation as well as the evaluation of one's own economic situation fail to predict turnout in most of the studies and tests for which these variables were included. Positive evaluations of parties and candidates do seem to boost turnout, though the results are not conclusive. The success rate is high (67–82%), however the average effect size is insignificant at the study level.

#### 4.5. The psychological model

The fifth model of voter turnout discussed in this paper focuses on psychological determinants of voter turnout.

**Table 7**
Rational choice model – results meta-analysis.

| Variable | Success (1) | Failure (0) | Anomaly (−1) | Modal category | Success rate | Effect size ($r_{av}$) | $p$-Value |
|---|---|---|---|---|---|---|---|
| **Vote in previous election (+)** | | | | | | | |
| Tests (77) | 75 | 2 | 0 | Success | 97.40 | 0.97 | *** |
| Studies (12) | 12 | 0 | 0 | Success | 100.00 | 0.98 | *** |
| **Cares who wins (+)** | | | | | | | |
| Tests (18) | 16 | 2 | 0 | Success | 88.89 | 0.89 | *** |
| Studies (8) | 6 | 2 | 0 | Success | 75.00 | 0.81 | *** |
| **Evaluation national economic situation (−)** | | | | | | | |
| Tests (15) | 4 | 11 | 0 | Failure | 26.67 | 0.27 | * |
| Studies (7) | 2 | 5 | 0 | Failure | 28.57 | 0.25 | n.s. |
| **Evaluation candidates/parties (+)** | | | | | | | |
| Tests (22) | 18 | 3 | 1 | Success | 81.82 | 0.77 | *** |
| Studies (6) | 4 | 1 | 1 | Success | 66.67 | 0.48 | n.s. |
| **Civic duty (+)** | | | | | | | |
| Tests (17) | 16 | 1 | 0 | Success | 94.12 | 0.94 | *** |
| Studies (6) | 6 | 0 | 0 | Success | 100.00 | 0.94 | *** |
| **Personal benefits of voting (+)** | | | | | | | |
| Tests (13) | 10 | 3 | 0 | Success | 76.92 | 0.77 | *** |
| Studies (4) | 2 | 2 | 0 | Failure | 50.00 | 0.58 | n.s. |
| **Costs of voting (−)** | | | | | | | |
| Tests (9) | 6 | 3 | 0 | Success | 66.67 | 0.67 | ** |
| Studies (4) | 2 | 2 | 0 | Failure | 50.00 | 0.58 | n.s. |
| **New voter (−)** | | | | | | | |
| Tests (12) | 1 | 7 | 4 | Failure | 8.33 | −0.25 | n.s. |
| Studies (3) | 0 | 2 | 1 | Failure | 0.00 | −0.14 | n.s. |
| **Propensity to vote (+)** | | | | | | | |
| Tests (6) | 6 | 0 | 0 | Success | 100.00 | 1.00 | |
| Studies (3) | 3 | 0 | 0 | Success | 100.00 | 1.00 | |
| **Evaluation own economic situation (−)** | | | | | | | |
| Tests (5) | 1 | 1 | 3 | Anomaly | 20.00 | −0.40 | n.s. |
| Studies (3) | 1 | 1 | 1 | Failure | 33.33 | 0.00 | n.s. |

Note: $T$-test with two-tailed significance levels. $+p < 0.01$, $*p < 0.05$, $**p < 0.01$, $***p < 0.001$.

Here explanatory factors range from more cognitive characteristics such as political interest, political knowledge, or cognitive ability to personal preferences associated with expressive voting such as party identification and ideology. Cognitive characteristics are expected to function as resources, lowering the costs of voting and increasing turnout, while ideological preferences are expected to increase the intrinsic benefits from the act of voting. Moreover, citizens that are politically interested and involved are expected to have higher levels of confidence in the influence they have on the political system (i.e. trust in institutions, perceptions of external and internal efficacy). Personality characteristics are also expected to explain the degree to which people engage in altruistic behavior – such as voting – or perceive voting as a civic duty. Clearly, the psychological model represents a wide variety of approaches to explaining voter turnout. We consider 14 variables related to the psychological model. The results of our meta-analysis are summarized in Table 8.

### 4.5.1. Party identification, political interest, political knowledge and cognitive ability

While it is seemingly evident that levels of political involvement are positively related to voter turnout, the proximity of the concepts of political involvement and political participation is often considered problematic as the decision to vote is very similar to the decision to acquire political information and knowledge (Rubenson et al., 2004; Denny and Doyle, 2008). Cognitive abilities are correlated with educational levels and it has been suggested that the large impact of education on turnout found in many studies may be overestimated due to a lack of control for measures of cognitive ability (see Denny and Doyle, 2008 for an overview).

Our meta-analysis shows that on the whole party identification, political interest and political knowledge are indeed positively related to turnout. The success rate lies between 72 and 85% for party identification and political interest. The average effect size $r_{av}$ lies between .72 and .85 and is statistically significant in all instances for these

**Table 8**
Psychological model – results meta-analysis.

| Variable | Success (1) | Failure (0) | Anomaly (−1) | Modal category | Success rate | Effect size ($r_{av}$) | *p*-Value |
|---|---|---|---|---|---|---|---|
| **Party identification (+)** | | | | | | | |
| Tests (147) | 109 | 36 | 2 | Success | 74.15 | 0.73 | *** |
| Studies (43) | 31 | 12 | 0 | Success | 72.09 | 0.72 | *** |
| **Political interest (+)** | | | | | | | |
| Tests (91) | 73 | 18 | 0 | Success | 80.22 | 0.80 | *** |
| Studies (27) | 23 | 4 | 0 | Success | 85.19 | 0.85 | *** |
| **Political efficacy (+)** | | | | | | | |
| Tests (48) | 29 | 18 | 1 | Success | 60.42 | 0.58 | *** |
| Studies (15) | 7 | 8 | 0 | Failure | 46.67 | 0.47 | ** |
| **Political knowledge (+)** | | | | | | | |
| Tests (21) | 20 | 1 | 0 | Success | 95.24 | 0.95 | *** |
| Studies (10) | 10 | 0 | 0 | Success | 100.00 | 0.98 | *** |
| **Trust in institutions (+)** | | | | | | | |
| Tests (20) | 6 | 14 | 0 | Failure | 30.00 | 0.30 | * |
| Studies (9) | 3 | 6 | 0 | Failure | 33.33 | 0.37 | * |
| **Cognitive ability (+)** | | | | | | | |
| Tests (20) | 8 | 12 | 0 | Failure | 40.00 | 0.40 | ** |
| Studies (7) | 2 | 5 | 0 | Failure | 28.57 | 0.33 | n.s. |
| **Ideological self-placement (right/conservative) (+)** | | | | | | | |
| Tests (10) | 3 | 7 | 0 | Failure | 30.00 | 0.30 | + |
| Studies (5) | 1 | 4 | 0 | Failure | 20.00 | 0.12 | n.s. |
| **Satisfaction with democracy (+)** | | | | | | | |
| Tests (9) | 3 | 6 | 0 | Failure | 33.33 | 0.33 | + |
| Studies (5) | 2 | 3 | 0 | Failure | 40.00 | 0.40 | n.s. |
| **Alienation/political cynicism (−)** | | | | | | | |
| Tests (18) | 4 | 12 | 2 | Failure | 22.22 | 0.11 | n.s. |
| Studies (4) | 1 | 3 | 0 | Failure | 25.00 | 0.13 | n.s. |
| **Trust in others (+)** | | | | | | | |
| Tests (9) | 0 | 9 | 0 | Failure | 0.00 | 0.00 | |
| Studies (4) | 0 | 4 | 0 | Failure | 0.00 | 0.00 | |
| **Ambivalence (−)** | | | | | | | |
| Tests (9) | 9 | 0 | 0 | Success | 100.00 | 1.00 | |
| Studies (4) | 4 | 0 | 0 | Success | 100.00 | 1.00 | |
| **Ethnic identification (−)** | | | | | | | |
| Tests (5) | 0 | 5 | 0 | Failure | 0.00 | 0.00 | |
| Studies (4) | 0 | 4 | 0 | Failure | 0.00 | 0.00 | |
| **Mental health (+)** | | | | | | | |
| Tests (9) | 2 | 7 | 0 | Failure | 22.22 | 0.22 | n.s. |
| Studies (3) | 0 | 3 | 0 | Failure | 0.00 | 0.13 | n.s. |
| **Personality (hardworking) (+)** | | | | | | | |
| Tests (9) | 8 | 1 | 0 | Success | 88.89 | 0.89 | *** |
| Studies (3) | 2 | 1 | 0 | Success | 66.67 | 0.67 | n.s. |

Note: *T*-test with two-tailed significance levels. $+p < 0.01$, $*p < 0.05$, $**p < 0.01$, $***p < 0.001$.

variables. The results for political knowledge also seem to indicate a significant and positive effect on turnout, though these results are based on fewer studies. The results for cognitive ability are less conclusive: the majority of tests and studies found this variable to be insignificant.

### 4.5.2. Efficacy, trust in institutions and others, satisfaction with democracy

Internal efficacy usually refers to the degree to which people think they can influence the government or policy outcomes, while external efficacy indicates the extent to which citizens perceive a government to be responsive to their interests. Both forms of efficacy are expected to increase turnout. The empirical findings are mixed however: while the majority of tests appears to confirm a positive and significant effect of efficacy, at the level of studies the modal category is failure. The average effect size is positive and significant however.

People that have more confidence in the political system and in others will more likely have a positive outlook on the workings of the electoral process (Bélanger and Nadeau, 2005). Likewise satisfaction with democracy is hypothesized to increase turnout. However, the results of the meta-analysis seem to disconfirm these hypotheses as most studies find these variables not to be statistically significant.

### 4.5.3. Ideological self-placement

With respect to ideological self-placement a common hypothesis is that right-wing or conservative voters tend to perceive voting as a civic duty more often than left-wing or liberal voters. Testing this hypothesis the results of the meta-analysis show, however, that ideological self-placement in most instances does not have a statistically significant effect on voter turnout.

### 4.5.4. Alienation and ambivalence

Alienation from the political system and ambivalence toward parties and candidates are usually not seen as signs of democratic health (see Adams et al., 2006). While alienation is most often found not to have an effect on turnout, ambivalence indeed has a negative effect on individual level turnout in national elections.

### 4.5.5. Personality, mental health

Citizens that are hardworking and mentally fit will either want to be more involved in politics or are more capable to become involved (Denny and Doyle, 2008). While mental health is not found to affect turnout significantly, having a hardworking personality appears to boost turnout. The success rate ranges between 67 and 89%, however the average effect size is significant only at the study level.

### 4.6. The political–institutional model

The notion that the decision to participate in politics is a by-product of the political system in which people live, is one that is prevalent in research on voter turnout. Especially in cross-national research of voting behavior, the political–institutional context has proven important to explain differences in levels of voter turnout. In this last result section we review the influence of 7 political–

institutional variables on turnout. Results of the meta-analysis are presented in Table 9.

### 4.6.1. Closeness of elections, concurrent elections

High stake elections tend to attract more voters than elections where the outcome is a foregone conclusion as the chances of influencing the outcome increases in close elections. However, Franklin (2004) points out that measures of competitiveness such as closeness of the race, margin of victory, and party polarization affect younger voters disproportionally as they are still developing turnout habits.[10] Included in 20 out of 90 studies, we find that competitiveness of elections at the national level does not have a statistically significant impact on turnout in most tests and studies. As a consequence the success rate is fairly low (29–35%). Margin of the victory at the district level also does not seem to significantly influence turnout.

Concurrent elections have been proposed to increase voter turnout (due to increased party mobilization, campaigning, and heightened media attention) as well as to lower voter turnout (due to voter fatigue). In the meta-analyses we followed the latter hypothesis, however the results do not seem to confirm it. Most tests and studies find that holding concurrent elections in the same year as parliamentary or presidential elections does not influence turnout.

### 4.6.2. Voter facilitation rules and compulsory voting

Legal characteristics of elections are considered to influence turnout in various ways (see Blais and Dobrzynska, 1998 and Geys, 2006 for overviews). Compulsory voting, for example, is expected to boost turnout as abstention leads to punishment which consequently increases the costs of non-voting. Vote facilitating rules, on the other hand, can be seen as institutional measures to motivate and mobilize people. Examples are holiday or weekend voting; postal, proxy, advance, or e-voting; the placement of special polling booths (for example in and around shopping centers); and spreading elections over a couple of days. All these provisions are aimed at lowering the costs of voting.

All tests and studies for which the variable is included confirm the mobilizing effect of compulsory voting. The results are less conclusive regarding the voter facilitation rules with about half of the tests and studies falling into the category 'success' and the other half in the category 'failure'. However, the average effect size is positive and significant, ranging between 0.52 and 0.60.

### 4.6.3. Electoral system and effective number of parties

Since the translation of votes into seats is much less precise in majority electoral systems, the number of wasted votes is higher than in proportional systems (Geys, 2006). This decreases the probability of a voter influencing the outcome of elections. Majority electoral systems, on the

---

[10] Note that, as mentioned in the introduction, different causal mechanisms might affect voter turnout for different groups of voters or in different contexts. For example, closeness might have an effect on turnout only among young voters, and hence its effect in studies including voters of all ages, as most studies reviewed here, might appear to be weaker.

K. Smets, C. van Ham / Electoral Studies 32 (2013) 344–359

**Table 9**
Political–institutional model – results meta-analysis.

| Variable | Success (1) | Failure (0) | Anomaly (−1) | Modal category | Success rate | Effect size ($r_{av}$) | $p$-Value |
|---|---|---|---|---|---|---|---|
| **Closeness of election at national level (+)** | | | | | | | |
| Tests (51) | 15 | 36 | 0 | Failure | 29.41 | 0.29 | *** |
| Studies (20) | 7 | 13 | 0 | Failure | 35.00 | 0.36 | ** |
| **Concurrent second order election (−)** | | | | | | | |
| Tests (31) | 1 | 28 | 2 | Failure | 3.23 | −0.03 | n.s. |
| Studies (6) | 1 | 4 | 1 | Failure | 16.67 | −0.02 | n.s. |
| **Voter facilitation rules (+)** | | | | | | | |
| Tests (21) | 11 | 10 | 0 | Success | 52.38 | 0.52 | *** |
| Studies (5) | 2 | 3 | 0 | Failure | 40.00 | 0.60 | ** |
| **Compulsory voting (+)** | | | | | | | |
| Tests (12) | 12 | 0 | 0 | Success | 100.00 | 1.00 | |
| Studies (5) | 5 | 0 | 0 | Success | 100.00 | 1.00 | |
| **Electoral system (FPTP/plurality) (−)** | | | | | | | |
| Tests (10) | 1 | 9 | 0 | Failure | 10.00 | 0.10 | n.s. |
| Studies (4) | 1 | 3 | 0 | Failure | 25.00 | 0.25 | n.s. |
| **Effective number of electoral parties (−)** | | | | | | | |
| Tests (5) | 2 | 1 | 2 | Failure | 40.00 | 0.00 | n.s. |
| Studies (4) | 2 | 1 | 1 | Success | 50.00 | 0.25 | n.s. |
| **Closeness of election district level (+)** | | | | | | | |
| Tests (13) | 0 | 13 | 0 | Failure | 0.00 | 0.00 | |
| Studies (3) | 0 | 3 | 0 | Failure | 0.00 | 0.00 | |

Note: $T$-test with two-tailed significance levels. $+p < 0.01$, $*p < 0.05$, $**p < 0.01$, $***p < 0.001$.

other hand, are easier to understand for voters. Also, proportional systems often lead to coalition governments, which decreases the chance of a voter influencing the outcome of the elections (Blais, 2006, 118; Geys, 2006, 649–650). Hence the effect of electoral systems on turnout could run in both ways. However, the four studies that took into account the electoral system did not find significant effects of this variable on individual level voter turnout.

Proportional systems produce more parties than majority systems. The more parties there are, the higher the number of options a voter will have, and the more likely it is that a voter will find a party he or she can identify with, increasing turnout. Also, if more parties compete in elections more parties will seek to mobilize citizens to turn out and vote. On the other hand, fractionalization leads to complexity and increased information costs. The results reflect these competing hypotheses as studies have both confirmed and disconfirmed the hypothesis that more parties lead to lower turnout levels.

## 5. Conclusion and discussion

In a research context where almost every possible indicator of voter turnout has been explored it has become difficult to get a good grip on those factors that matter most for electoral participation. In this paper we have taken a step back to assess where we stand, reviewing 90 articles on individual level turnout published in 10 top-journals of political science between 2000 and 2010. While initially we felt the title of our paper to be a slight exaggeration, by the end of the project we have come to consider 'the embarrassment of riches' a rather accurate depiction of the current state of voter turnout research.

In 90 articles we found over 170 independent variables used to explain voter turnout, none of which were included in all studies. Only 8 of these independent variables were included in more than 25% of the studies we reviewed:

education, age, gender, race, income, marital status, party identification and political interest. Even the two most common independent variables – age and education – were included in only 72% and 74% of studies respectively. Not only does this imply that there is no consensus on a 'core model' of voter turnout, it also implies that authors rarely include the same control variables in their models – despite often referring to these as 'the usual suspects'. This possibly leads to underspecified models and spurious inferences.

In this review we aimed to shed light on those factors that are consistently linked to individual level turnout. The variables that we found to have a consistent effect on turnout (i.e. both at the level of tests and studies the modal category is 'success' and the average effect size is significantly different from zero) in 10% or more of studies are: age and age squared, education, residential mobility, region, media exposure, mobilization (partisan and non-partisan), vote in previous election, party identification, political interest, and political knowledge. Variables that we consistently found to have no effect on turnout (i.e. both at the level of tests and studies the modal category is 'failure' and/or the effect size is insignificant) in 10% or more of studies are: gender, race, occupational status and type, citizenship, union membership, trust in institutions, and the closeness of elections.

Based on the results presented in this paper, we would like to make two concluding arguments. First of all, the current state of turnout research seems to be one where models are often underspecified theoretically and empirically. While the theoretical argumentation for the variable of interest is mostly well developed, often too little attention is paid to other factors that evidently influence turnout and that may confound the impact of the variable of interest on turnout.

Secondly, when including "usual suspects" as controls, our meta-analysis suggests that scholars should at least control for the variables listed above, unless of course there

are good theoretical reasons not to include those variables (for example because variables are path-dependent and the variable of interest is causally prior to the control variable, as could be the case when investigating the impact of such variables as parental education or income on turnout c.f. Verba et al., 1995).

Note that we do not claim that the variables found to be relevant in this review constitute the *only* factors to be included in an eventual core model of turnout. This is because there are a number of important caveats with respect to the results found in this paper, apart from the obvious limitations such as the restricted time period and exclusive focus on national elections. First of all, while we believe our sample is representative of research conducted in the past decade, our results should be considered truly robust only for those variables that were included in a substantial number of studies. We found several other factors that appeared to have a strong relation to turnout, however since these variables were only included in a limited number of studies our meta-analysis results are less robust. Further testing of the impact of these factors on turnout to corroborate their importance would be extremely useful. Secondly, since different studies use widely varying model specifications, the present meta-analysis cannot be used to draw definite conclusions about the relative strength of variables.

Thirdly, it is important to note that we analyze effects for models that are usually based on a random sample of the entire population, and this means that variables that have a clear and significant effect on only a particular group or part of the population might not turn up as important variables in these analyses. For example, the results of closeness of the elections are mixed, whereas aggregate level studies find quite consistent evidence that closeness explains turnout (Geys, 2006). This might be because, as Franklin (2004) has found, closeness affects mainly young voters. Likewise, language proficiency or citizenship status may be important explanatory factors in studies of turnout among immigrants or ethnic minorities. Hence, this review does not provide insight in possible conditional effects of independent variables on turnout.

Fourthly, many variables explaining turnout are interconnected, be-it because of path-dependency or because they measure closely related concepts (as is the case with for example education, political knowledge and political interest), and hence our findings for each independent variable are highly dependent on whether its covariates or more proximal causal factors are included in the model as controls or not. We explored this issue more in-depth in the robustness checks reported in online Appendix C.

Concluding, while we hope our review of the literature is useful to the research community, we want to warn against taking the easy route of discarding all variables for which we did not find significant results. Rather, we hope that our meta-analysis will encourage future research to a.) further develop a 'core model' of turnout, b.) improve our understanding of conditional effects on turnout, and c.) carry out more extensive meta-analysis reviews to get a clearer view of the effects of less often studied variables.

## Acknowledgments

We are grateful for financial support from the European Union Democracy Observatory (EUDO), to Trajche Panov for research assistance, and to Alexander Trechsel, Mark Franklin, and Benny Geys for advice in earlier stages of this project. Preliminary versions of this paper were presented at EPOP, Colchester, 10–12 September 2010 and at the ELECDEM Closing Conference, Florence, 28–30 June 2012. We thank Kees Aarts, Bernard Grofman, Gabriel Katz, and panel participants in these conferences for their comments. We also thank two anonymous reviewers and the journal editor for their thoughtful and helpful comments. The usual disclaimer applies.

## Appendices. Supplementary data

Supplementary data related to this article can be found at http://dx.doi.org/10.1016/j.electstud.2012.12.006.

## References

Articles marked with an * are part of the meta-analysis.
*Adams, J., Dow, J., Merrill III, S., 2006. The political consequences of alienation-based and indifference-based voter abstention: applications to presidential elections. Political Behaviour 28, 65–86.
*Anduiza, E., 2005. Campaign effects in the Spanish election of 2000. Journal of Elections, Public Opinion and Parties 15, 215–236.
Arceneaux, K., Gerber, A.S., Green, D.P., 2006. Comparing experimental and matching methods using a large-scale voter mobilization experiment. Political Analysis 14, 37–62.
Arceneaux, K., Nickerson, D.W., 2009. Who is mobilized to vote? a re-analysis of 11 field experiments. American Journal of Political Science 53, 1–16.
*Bélanger, E., Nadeau, R., 2005. Political trust and the vote in multiparty elections: the Canadian case. European Journal of Political Research 44, 121–146.
Blais, A., 2000. To Vote or Not to Vote? The Merits and Limits of Rational Choice Theory. The University of Pittsburgh Press, Pittsburgh.
Blais, A., 2006. What affects voter turnout? Annual Review of Political Science 9, 111–125.
Blais, A., Dobrzynska, A., 1998. Turnout in electoral democracies. European Journal of Political Research 33, 239–261.
Brady, H.E., Verba, S., Schlozman, K., 1995. Beyond ses: a resource model of political participation. American Political Science Review 89, 271–294.
*Burden, B.C., 2009. The dynamic effects of education on voter turnout. Electoral Studies 28, 540–549.
*Campbell, D.E., 2009. Civic engagement and education: an empirical test of the sorting model. American Journal of Political Science 53, 771–786.
Childs, S., 2004. A british gender gap? Gender and political participation. The Political Quarterly 75, 422–424.
*Claassen, R.L., Povtak, A., 2010. The christian right thesis: explaining longitudinal change in participation among evangelical christians. The Journal of Politics 72, 2–15.
Cutler, N.E., Bengtson, V.L., 1974. Age and political alienation: maturation, generation and period effects. Annals of the American Academy of Political and Social Science 415, 160–175.
*Cutts, D., Fieldhouse, E., 2009. What small spatial scales are relevant as electoral contexts for individual voters? The importance of the household on turnout at the 2001 general election. American Journal of Political Science 53, 726–739.
Cutts, D., Fieldhouse, E., John, P., 2009. Is voting habit forming? The longitudinal impact of a GOTV campaign in the UK. Journal of Elections, Public Opinion and Parties 19, 251–263.
Dale, A., Strauss, A., 2009. Don't forget to vote: text message reminders as a mobilization tool. American Journal of Political Science 53, 787–804.
*Denny, K., Doyle, O., 2008. Political interest, cognitive ability and personality: determinants of voter turnout in Britain. British Journal of Political Science 38, 291–310.

Denver, D., 2008. Another reason to support marriage? Turnout and the decline of marriage in Britain. British Journal of Politics and International Relations 10, 666–680.

Downs, A., 1957. An Economic Theory of Democracy. HarperCollins, New York.

*Fieldhouse, E., Tranmer, M., Russell, A., 2007. Something about young people or something about elections? Electoral participation of young people in Europe: evidence from a multilevel analysis of the European social survey. European Journal of Political Research 46, 797–822.

Fowler, J.H., 2006. Altruism and turnout. The Journal of Politics 68, 674–683.

Franklin, M.N., 2004. Voter Turnout and the Dynamics of Electoral Competition in Established Democracies Since 1945. Cambridge University Press, Cambridge, MA.

*Gallego, A., 2010. Understanding unequal turnout: education and voting in comparative perspective. Electoral Studies 29, 239–248.

Gerber, A.S., Green, D.P., 2000. The effects of canvassing, telephone calls, and direct mail on voter turnout: a field experiment. American Political Science Review 94, 653–663.

Gerber, A.S., Green, D.P., Shachar, R., 2003. Voting may be habit-forming: evidence from a randomized field experiment. American Journal of Political Science 47, 540–550.

Gerber, A.S., Rogers, T., 2009. Descriptive social norms and motivation to vote: everybody's voting and so should you. The Journal of Politics 71, 178–191.

Geys, B., 2006. Explaining voter turnout: a review of aggregate-level research. Electoral Studies 25, 637–663.

Glass, G.V., 1976. Primary, secondary, and meta-analysis of research. Educational Researcher 5, 3–8.

*Goldstein, K., Freedman, P., 2002. Campaign advertising and voter turnout: new evidence for a stimulation effect. The Journal of Politics 64, 721–740.

*Highton, B., Wolfinger, R.E., 2001. The first seven years of the political life cycle. American Journal of Political Science 45, 202–209.

*Hillygus, D.S., 2005b. The missing link: exploring the relationship between higher education and political engagement. Political Behaviour 27, 25–47.

Imbeau, L.M., Pétry, F., Lamari, M., 2001. Left-right party ideology and government policies: a meta-analysis. European Journal of Political Research 40, 1–29.

Inglehart, R., Norris, P., 2003. Rising Tide: Gender Equality and Cultural Change Around the World. Cambridge University Press, Cambridge, MA.

Jankowski, T.B., Strate, J.M., 1995. Modes of participation over the adult life span. Political Behaviour 17, 89–106.

*Karp, J.A., Banducci, S.A., Bowler, S., 2008. Getting out the vote: Party mobilization in a comparative perspective. British Journal of Political Science 38, 91–112.

Karp, J.A., Brockington, D., 2005. Social desirability and response validity: a comparative analysis of overreporting voter turnout in five countries. The Journal of Politics 67, 825–840.

Lane, R.E., 1959. Political Life. Why People Get Involved in Politics. The Free Press of Glencoe, Toronto.

Lau, R.R., Sigelman, L., Rovner, I.B., 2007. The effects of negative political campaigns: a meta-analytic reassessment. The Journal of Politics 69, 1176–1209.

*Leighley, J.E., Nagler, J., 2007. Unions, voter turnout, and class bias in the U.S. electorate, 1964–2004. The Journal of Politics 69, 430–441.

Lipset, S.M., 1969. Political Man. Heinemann, London.

Norris, P., 2002. Democratic Phoenix. Reinventing Political Activism. Cambridge University Press, Cambrdige, MA.

Pérez-Liñán, A., 2001. Neoinstitutional accounts of voter turnout: moving beyond industrial democracies. Electoral Studies 20, 281–297.

*Plutzer, E., 2002. Becoming a habitual voter: inertia, resources, and growth in young adulthood. American Political Science Review 96, 41–56.

*Prior, M., 2005. News vs. entertainment: how increasing media choice widens gaps in political knowledge and turnout. American Journal of Political Science 49, 577–592.

Riker, W.H., Ordeshook, P.C., 1968. A theory of the calculus of voting. American Political Science Review 62, 25–42.

Rosenstone, S.J., 1982. Economic adversity and voter turnout. American Journal of Political Science 26, 25–46.

Rosenstone, S.J., Hansen, J.M., 1993. Mobilization, Participation and Democracy in America. MacMillan, New York, NJ.

*Rubenson, D., Blais, A., Fournier, P., Gidengil, E., Nevitte, N., 2004. Accounting for the age gap in turnout. Acta Politica 39, 407–421.

*Sandell, J., Plutzer, E., 2005. Families, divorce and voter turnout in the US. Political Behaviour 27, 133–162.

*Sandell Pacheco, J., 2008. Political socialization in context: the effect of political competition on youth voter turnout. Political Behaviour 30, 415–436.

Schlozman, K.L., Verba, S., 1979. Injury to Insult. Unemployment, Class, and Political Response. Harvard University Press, Cambridge, MA.

*Solt, F., 2008. Economic inequality and democratic political engagement. American Journal of Political Science 52, 48–60.

Stevens, D., 2008. The relationship between negative political advertising and public mood: effects and consequences. Journal of Elections, Public Opinion and Parties 18, 153–177.

*Stevens, D., 2009. Elements of negativity: volume and proportion in exposure to negative advertising. Political Behaviour 31, 429–454.

Stoker, L., Jennings, M.K., 1995. Life-cycle transitions and political participation: the case of marriage. American Political Science Review 89, 421–433.

Strate, J.M., Parrish, C.J., Elder, C.D., Ford, C., 1989. Life span civic development and voting participation. American Political Science Review 83, 443–464.

*Tenn, S., 2007. The effect of education on voter turnout. Political Analysis 15, 446–464.

Verba, S., Nie, N.H., 1972. Participation in America. Political Democracy and Social Equality. Harper & Row, New York.

Verba, S., Schlozman, K., Brady, H.E., 1995. Voice and Equality. Civic Voluntarism in American Politics. Harvard University Press, Cambridge, MA.

Wolf, F.M., 1986. Meta-analysis. Quantitative Methods for Research Synthesis. In: Quantitative Applications in the Social Sciences 07-059. Sage Publications, Beverly Hills, CA.

## Further reading

Articles marked with an * are part of the meta-analysis.

*Aarts, K., Semetko, H.A., 2003. The divided electorate: media use and political involvement. The Journal of Politics 65, 759–784.

*Adams, J., Merrill III, S., 2003. Voter turnout and candidate strategies in American elections. The Journal of Politics 65, 161–189.

*Alex-Assensoh, Y., Assensoh, A.B., 2001. Inner-city contexts, church attendance, and African American political participation. The Journal of Politics 63, 886–901.

*Alvarez, R.M., Hopkins, A., Sinclair, B., 2010. Mobilizing Pasadena democrats: measuring the effects of partisan campaign contacts. The Journal of Politics 72, 31–44.

*Anduiza, E., 2002. Individual characteristics, institutional incentives and electoral abstention in western Europe. European Journal of Political Research 41, 643–673.

*Banducci, S.A., Donovan, T., Karp, J.A., 2004. Minority representation, empowerment, and participation. The Journal of Politics 66, 534–556.

*Bass, L.E., Casper, L.M., 2001. Impacting the political landscape: who registers and votes among naturalized Americans? Political Behaviour 23, 103–130.

*Blais, A., Gidengil, E., Nevitte, N., Nadeau, R., 2004. Where does turnout decline come from? European Journal of Political Research 43, 221–236.

*Bromley, C., Curtice, J., 2003. The lost voters of Scotland: devolution disillusioned or westminster weary? British Elections & Parties Review 13, 66–85.

*Busch, M.L., Reinhardt, E., 2000. Geography, international trade, and political mobilization in U.S. industries. American Journal of Political Science 44, 703–719.

*Busch, M.L., Reinhardt, E., 2005. Industrial location and voter participation in Europe. British Journal of Political Science 35, 713–730.

*Cho, W.K.T., Gimpel, J.G., Dyck, J.J., 2006. Residential concentration, political socialization, and voter turnout. The Journal of Politics 68, 156–167.

*Chong, D., Rogers, R., 2005. Racial solidarity and political participation. Political Behaviour 27, 347–374.

*Clarke, H., Sanders, D., Stewart, M., Whiteley, P., 2002. Downs, stokes and modified rational choice: modelling turnout in 2001. Journal of Elections, Public Opinion and Parties 12, 28–47.

*Clarke, H., Sanders, D., Stewart, M., Whiteley, P., 2006. Taking the bloom off new labour's rose: Party choice and voter turnout in Britain, 2005. Journal of Elections, Public Opinion and Parties 16, 3–36.

*Clinton, J.D., Lapinski, J.S., 2004. "Targeted" advertising and voter turnout: an experimental study of the 2000 presidential election. The Journal of Politics 66, 69–96.

*DeFrancesco Soto, V.M., Merolla, J.L., 2006. Vota por tu futuro: Partisan mobilization of Latino voters in the 2000 presidential election. Political Behaviour 28, 285–304.

*Denny, K., Doyle, O., 2009. Does voting history matter? Analysing persistence in turnout. American Journal of Political Science 53, 17–35.

*Fischer, S.D., Lessard-Philips, L., Hobolt, S.B., Curtice, J., 2008. Disengaging voters: do plurality systems discourage the less knowledgeable from voting? Electoral Studies 27, 89–104.

*Fowler, J.H., Dawes, C.T., 2008. Two genes predict voter turnout. The Journal of Politics 70, 579–594.

*Freedman, P., Franz, M., Goldstein, K., 2004. Campaign advertising and democratic citizenship. American Journal of Political Science 48, 723–741.

*Gastil, J., Deess, E.P., Weiser, P., 2002. Civic awakening in the jury room: a test of the connection between jury deliberation and political participation. The Journal of Politics 64, 585–595.

*Gastil, J., Deess, E.P., Weiser, P., Meade, J., 2008. Jury service and electoral participation: a test of the participation hypothesis. The Journal of Politics 70, 351–367.

*Gimpel, J.G., Dyck, J.J., Shaw, D.R., 2004. Registrants, voters, and turnout. Variability across neighborhoods. Political Behaviour 26, 343–375.

*Goldstein, K.M., Ridout, T.N., 2002. The politics of participation: mobilization and turnout over time. Political Behaviour 24, 3–29.

*Green, D.P., Shachar, R., 2000. Habit formation and political behaviour: evidence of consuetude in voter turnout. British Journal of Political Science 30, 561–573.

*Green, D.P., Vavreck, L., 2008. Analysis of cluster-randomized experiments: a comparison of alternative estimation approaches. Political Analysis 16, 138–152.

*Griffin, J.D., Keane, M., 2006. Descriptive representation and the composition of African American turnout. American Journal of Political Science 50, 998–1012.

*Hanmer, M.J., 2007. An alternative approach to estimating who is most likely to respond to changes in registration laws. Political Behaviour 29, 1–30.

*Heath, A., 2000. Where traditional labour voters disillusioned with new labour? Abstention at the 1997 general election. Journal of Elections, Public Opinion and Parties 10, 32–46.

*Heath, O., 2004. Modelling the components of political action in Britain: the impact of civic skills, social capital and political support. Journal of Elections, Public Opinion and Parties 14, 75–93.

*Heath, O., 2007. Explaining turnout decline in Britain, 1964–2005: Party identification and the political context. Political Behaviour 29, 493–516.

*Highton, B., 2000. Residential mobility, community mobility, and electoral participation. Political Behaviour 22, 109–120.

*Hillygus, D.S., 2005a. Campaign effects and the dynamics of turnout intention in election 2000. The Journal of Politics 67, 50–68.

*Holbrook, A.L., Krosnick, J.A., Visser, P.S., Gardner, W.L., Cacioppo, J.T., 2001. Attitudes toward presidential candidates and political parties: Initial optimism, inertial first impressions, and a focus on flaws. American Journal of Political Science 45, 930–950.

*Huber, G.A., Arceneaux, K., 2007. Identifying the persuasive effects of presidential advertising. American Journal of Political Science 51, 957–977.

*Huddy, L., Khatib, N., 2007. American patriotism, national identity, and political involvement. American Journal of Political Science 51, 63–77.

*Jackson, R.A., 2003. Differential influences on Latino electoral participation. Political Behaviour 25, 339–366.

*Jang, S.J., 2009. Get out on behalf of your group: electoral participation of Latinos and Asian Americans. Political Behaviour 31, 511–535.

*Johnston, R., Matthews, J.S., Bittner, A., 2007. Turnout and the party system in Canada, 1988–2004. Electoral Studies 26, 735–745.

*Johnston, R.J., Pattie, C.J., Dorling, D.F.L., MacAllister, I., Tunstall, H., Rossiter, D.J., 2001. Housing tenure, local context, scale and voting in England and Wales, 1997. Electoral Studies 20, 195–216.

*Karp, J.A., Banducci, S.A., 2008. Political efficacy and participation in twenty-seven democracies: how electoral systems shape political behaviour. British Journal of Political Science 38, 311–334.

*Killian, M., Schoen, R., Dusso, A., 2008. Keeping up with the joneses: the interplay of personal and collective evaluations in voter turnout. Political Behaviour 30, 323–340.

*Lyons, W., Alexander, R., 2000. A tale of two electorates: generational replacement and the decline of voting in presidential elections. The Journal of Politics 62, 1014–1034.

*Malhotra, N., Krosnick, J.A., 2007. The effect of survey mode and sampling on inferences about political attitudes and behavior: comparing the 2000 and 2004 ANES to internet surveys with nonprobability samples. Political Analysis 15, 286–323.

*Mc Kenzie, B.D., 2008. Reconsidering the effects of bonding social capital: a closer look at black civil society institutions in America. Political Behaviour 30, 25–45.

*McDonald, M.P., 2008. Portable voter registration. Political Behaviour 30, 491–501.

*Mondak, J.J., Halperin, K.D., 2008. A framework for the study of personality and political behaviour. British Journal of Political Science 38, 335–362.

*Mughan, A., Lacy, D., 2002. Economic performance, job insecurity and electoral choice. British Journal of Political Science 32, 513–533.

*Mutz, D.C., 2002. The consequences of cross-cutting networks for political participation. American Journal of Political Science 46, 838–855.

*Pattie, C.J., Johnston, R.J., 2009. Conversation, disagreement and political participation. Political Behaviour 31, 261–285.

*Pierce, R., 2003. Modelling electoral second choices: thwarted voters in the United States, France, and Russia. Electoral Studies 22, 265–285.

*Pierce, R., 2004. Thwarted voters at the 2000 US presidential election. Electoral Studies 23, 601–621.

*Sanders, D., Clarke, H.D., Stewart, M.C., Whiteley, P., 2007. Does mode matter for modeling political choice? Evidence from the 2005 British election study. Political Analysis 15, 257–285.

*Schildkraut, D.J., 2005. The rise and fall of political engagement among Latinos: the role of identity and perceptions of discrimination. Political Behaviour 27, 285–312.

*Shaw, D., de la Garza, R.O., Lee, J., 2000. Examining Latino turnout in 1996: a three-state validated survey. American Journal of Political Science 44, 338–346.

*Sides, J., Karch, A., 2008. Messages that mobilize? Issue publics and the content of campaign advertising. The Journal of Politics 70, 466–476.

*Sondheimer, R.M., Green, D.P., 2010. Using experiments to estimate the effects of education on voter turnout. American Journal of Political Science 54, 174–189.

*Staton, J.K., Jackson, R.A., Canache, D., 2007. Dual nationality among Latinos: what are the implications for political connectedness? The Journal of Politics 69, 470–482.

*Stein, R.M., Vonnahme, G., 2008. Engaging the unengaged voter: vote centers and voter turnout. The Journal of Politics 70, 487–497.

*Stevens, D., Sullivan, J., Allen, B., Alger, D., 2008. What's good for the goose is bad for the gander: negative political advertising, partisanship, and turnout. The Journal of Politics 70, 527–541.

*Tenn, S., 2005. An alternative measure of relative education to explain voter turnout. The Journal of Politics 67, 271–282.

*Timpone, R.J., 2002. Estimating aggregate policy reform effects: new baselines for registration, participation and representation. Political Analysis 10, 154–177.

*Vowles, J., 2010. Electoral system change, generations, competitiveness and turnout in New Zealand, 1963–2005. British Journal of Political Science 40, 875–895.

*Wass, H., 2007. The effects of age, generation and period on turnout in Finland 1975–2003. Electoral Studies 26, 648–659.

*Wielhouwer, P.W., 2000. Releasing the fetters: parties and the mobilization of the African-American electorate. The Journal of Politics 62, 206–222.

*Yoo, S., 2010. Two types of neutrality: ambivalence versus indifference and political participation. The Journal of Politics 72, 163–177.