## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| KHADIDAH STONE, EVAN MILLIGAN, GREATER BIRMINGHAM MINISTRIES, and the ALABAMA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WES ALLEN, in his official capacity as Secretary of State of Alabama, and CHRIS PRINGLE, in his official capacity as Co-Chair of the Alabama Permanent Legislative Committee on Reapportionment,<br><br>*Defendants*. | No. 2:21-cv-01531-AMM |

## PLAINTIFFS' UNOPPOSED MOTION TO DISMISS DEFENDANT PRINGLE

Come now Plaintiffs Khadidah Stone, Evan Milligan, Greater Birmingham Ministries, and the Alabama State Conference of the NAACP, and pursuant to Fed. R. Civ. P. 41(a)(2) jointly move the Court to dismiss without prejudice defendant Rep. Chris Pringle, with each party to pay their own fees, costs, and expenses. Plaintiffs are authorized to state that neither Defendant Rep. Pringle nor Defendant Secretary of State Wes Allen objects to this motion.

DATED this 11th day of July 2024.

Respectfully submitted,

/s/ Alison Mollman
Alison Mollman
Laurel Hattix
American Civil Liberties Union of Alabama
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
amollman@aclualabama.org
lhattix@aclualabama.org

/s/ Deuel Ross
Deuel Ross*
NAACP Legal Defense & Educational Fund, Inc.
700 14th Street NW Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

Leah Aden*
Stuart Naifeh*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
Ashley Burrell*
Colin Burke*
NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
laden@naacpldf.org
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
bcarter@naacpldf.org
aburrell@naacpldf.org
cburke@naacpldf.org

/s/ Davin M. Rosborough
Davin M. Rosborough*
Julie A. Ebenstein*
Dayton Campbell-Harris*
Jacob van Leer*
Theresa J. Lee*
Sophia Lin Lakin*
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
jebenstein@aclu.org
dcampbell-harris@aclu.org
jvanleer@aclu.org
tlee@aclu.org
slakin@aclu.org

/s/ Sidney Jackson
Sidney Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
Wiggins, Childs, Pantazis, Fisher & Goldfarb
301 19th Street
North Birmingham, AL 35203
(205) 314-0500
sjackson@wigginschilds.com
nlawsen@wigginschilds.com

/s/ Jack Genberg
Bradley E. Heard*
Jack Genberg*
Jess Unger*
Southern Poverty Law Center
150 E. Ponce de Leon Avenue, Suite 340 Decatur, GA 30030
(404) 521-6700

David Dunn*
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Blayne R. Thompson*
Hogan Lovells US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

Michael Turrill*
Harmony R. Gbe*
James W. Ettinger*
Hogan Lovells US LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com
jay.ettinger@hoganlovells.com

bradley.heard@splcenter.org
jack.genberg@splcenter.org
jess.unger@splcenter.org

Avner Shapiro*
Southern Poverty Law Center
1101 17th Street NW
Suite 510
Washington, DC 20036
240-890-1735
avner.shapiro@splcenter.org

Jessica L. Ellsworth*
Shelita M. Stewart*
Amanda N. Allen*
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
jessica.ellsworth@hoganlovells.com
shelita.stewart@hoganlovells.com

*Attorneys for Plaintiffs*

*Admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record in this case.

/s/ Davin M. Rosborough
Davin M. Rosborough
American Civil Liberties Union
      Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Email: drosborough@aclu.org
Attorney for Plaintiffs