FILED

2024 Jul-12  PM 01:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **KHADIDAH STONE, et al** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No: 2:21cv1531 AMM** |
| | ) | |
| **WES ALLEN, et al** | ) | |
| **Defendants.** | ) | |

## ORDER OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT CHRIS PRINGLE

In accordance with Plaintiffs' Unopposed Motion to Dismiss Defendant Pringle, pursuant to Fed. R. Civ. P. 41(a)(2), filed July 11, 2024, (Doc. 169), the court hereby orders that this action against defendant Chris Pringle (only), shall be, and is, **DISMISSED WITHOUT PREJUDICE**.   Each party to bear their own costs, fees and expenses.  The Clerk of the Court is directed to terminate defendant Chris Pringle as a defendant in this matter.

Plaintiffs' claims against defendant Wes Allen remain before the court.

**DONE** and **ORDERED** this 12th day of July, 2024.



**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE