FILED
2024 Sep-06  PM 04:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |
|---|---|
| KHADIDAH STONE, EVAN MILLIGAN, GREATER BIRMINGHAM MINISTRIES, and the ALABAMA STATE CONFERENCE OF THE NAACP, <br><br> *Plaintiffs*, <br><br> vs. <br><br> WES ALLEN, in his official capacity as Secretary of State of Alabama, <br><br> *Defendant*. | No. 2:21-cv-01531-AMM |

## PLAINTIFFS' INITIAL WITNESS LIST
## AND DEPOSITION DESIGNATIONS

Per the Court's Amended Scheduling Order (Doc. 148), Plaintiffs disclose the following witnesses that they intend to or may call at trial or whose testimony they intend to introduce via deposition designations. Plaintiffs reserve the right to amend this list with a reasonable time before testimony or due to exigent circumstances, and to call any rebuttal witnesses as necessary.

| Witness | Will or May Call | Category |
|---|---|---|
| Anthony Fairfax | Will Call | Expert |
| Dr. Kassra Oskooii | Will Call | Expert |
| Dr. Baodong Liu | Will Call | Expert |

| | | |
|---|---|---|
| Dr. Joseph Bagley | Will Call | Expert |
| Dr. Traci Burch | Will Call | Expert |
| Khadidah Stone | Will Call | Fact |
| Evan Milligan | Will Call | Fact |
| Benard Simelton (Alabama NAACP) | Will Call | Fact |
| Scott Douglas (GBM) | Will Call | Fact |
| Tari Williams (GBM) | Will Call | Fact |
| Mary Peoples | Will Call | Fact |
| Dr. Karen Landers | May Call | Fact/Adverse |
| Billy Ray Todd | May Call | Fact/Adverse |
| Sen. Jim McClendon | May Call | Fact/Adverse |
| Randy Hinaman | May Call | Fact/Adverse |
| Cathy McNeal | May Call | Fact/Adverse |
| Any witness called by Defendants or necessary for rebuttal | May Call | Expert/Fact/Adverse |

Plaintiffs intend to introduce the following testimony via deposition designations in the event the following witnesses are not called or do not appear for live testimony at trial.

| Witness | Deposition Transcript Page/Line |
|---------|--------------------------------|
| Sen. Jim McClendon | 14:10-21, 22:19-25, 24:5-8, 24:13-21, 28:9-15, 28:22-29:1, 29:9-17, 34:6-11, 34:21-23, 38:9-22, 39:5-14, 42:20-23, 47:5-13, 48:19-50:12, 59:14-60:11, 60:19-61:4, 61:13-23, 62:13-63:10, 66:6-14, 66:20-67:3, 69:3-10, 78:3-19, 79:22-25, 80:4-11, 81:19-82:10, 85:19-24 |
| Randy Hinaman | 9:2-4, 15:24-16:2, 21:11-12, 21:24-22:2, 25:9-26:5, 27:2-5, 27:11-14, 30:11-16, 31:4-32:1, 32:22-33:1, 33:11-22, 37:3-20, 40:2-12, 40:21-41:13, 43:5-23, 46:3-8, 46:14-47:16, 47:23-48:1, 48:9-49:10, 49:16-50:23, 51:16-21, 52:7-24, 53:11-54:13, 56:1-20, 59:9-16, 59:24-60:4, 61:21-23, 62:8-20, 71:16-72:9, 72:17-73:18, 74:6-23, 75:1, 76:11-77:19, 79:17-20, 79:23-81:23, 83:15-84:5, 86:17-87:1, |
| Karen Landers | 17:15-18, 58:6-20, 61:14-22, 67:1-23, 69:4-9, 79:11-18, 90:15-20, 91:9-92:10, 99:1-100:5, 101:16-18, 103:21-24, 105:1-9, 106:22-107:14, 111:17-22, 112:8-12, 113:1-14, 113:20-114:5, 114:12-115:6, 115:20-25, 118:18-24, 120:19-121:15, 124:14-17, 128:6-25, 129:16-24, 116:11-24, 169:2-6 |
| Cathy McNeal | 14:16-15:20, 25:8-22, 35:19-22, 84:1-8, 111:17-112:14, 146:9-18, 147:12-148:6 |
| Col. Jonathan Archer | 18:12-23, 33:6-13, 36:1-8, 38:4-24, 41:21-42:1, 43:15-44:3, 45:10-46:9, 54:13-24, 55:22-56:2 |

DATED this 6th day of September, 2024

/s/ Alison Mollman
Alison Mollman
Laurel Hattix
AMERICAN CIVIL LIBERTIES UNION OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
amollman@aclualabama.org
lhattix@aclualabama.org

/s/ Deuel Ross
Deuel Ross*
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
700 14th Street NW Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

Leah Aden*
Stuart Naifeh*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
Ashley Burrell*
Colin Burke*
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
laden@naacpldf.org
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
bcarter@naacpldf.org
aburrell@naacpldf.org
cburke@naacpldf.org

Respectfully submitted,

/s/ Davin M. Rosborough
Davin M. Rosborough*
Dayton Campbell-Harris*
Theresa J. Lee*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
dcampbell-harris@aclu.org
tlee@aclu.org
slakin@aclu.org

Jacob van Leer*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St. NW
Washington, DC 20005
jvanleer@aclu.org

/s/ Sidney Jackson
Sidney Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS, CHILDS, PANTAZIS, FISHER & GOLDFARB
301 19th Street
North Birmingham, AL 35203
(205) 314-0500
sjackson@wigginschilds.com
nlawsen@wigginschilds.com

/s/ Jack Genberg
Bradley E. Heard*
Jack Genberg*
Jess Unger*
SOUTHERN POVERTY LAW CENTER

David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

Michael Turrill*
Harmony R. Gbe*
James W. Ettinger*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com
jay.ettinger@hoganlovells.com

150 E. Ponce de Leon Avenue, Suite
340 Decatur, GA 30030
(404) 521-6700
bradley.heard@splcenter.org
jack.genberg@splcenter.org
jess.unger@splcenter.org

Avner Shapiro*
SOUTHERN POVERTY LAW CENTER
1101 17th Street NW
Suite 510
Washington, DC 20036
240-890-1735
avner.shapiro@splcenter.org

Jessica L. Ellsworth*
Shelita M. Stewart*
Amanda N. Allen*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
jessica.ellsworth@hoganlovells.com
shelita.stewart@hoganlovells.com
amanda.n.allen@hoganlovells.com

*Attorneys for Plaintiffs*

\*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record in this case.

/s/ Davin M. Rosborough
Davin M. Rosborough
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org