IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KHADIDAH STONE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>WES ALLEN*,*<br><br>*Defendant*. | No. 2:21-cv-1531-AMM |

### [PROPOSED] ORDER ON PLAINTIFFS' MOTION TO PRECLUDE IN PART TESTIMONY OF DEFENDANTS' EXPERTS DRS. WILFRED REILLY AND M.V. HOOD III

Plaintiffs seek to preclude portions of the testimony of Defendants' experts Dr. Wilfred Reilly and Dr. MV. Hood III that compare Black partisan affiliation and Black statewide voting patterns in Alabama to such affiliations and patterns in other states, as well as Dr. Reilly's testimony and underlying exhibits that purport to analyze Black educational disparities using only national data and studies. Because such testimony and evidence lack relevance to the claims in this case, the Court **GRANTS** Plaintiffs' motion and **PRECLUDES IN PART** the above referenced testimony of Drs. Reilly and Hood.

**DONE** and **ORDERED** this ___ day of _____, 2024.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE