May 2009



**Town of Pike Road
Montgomery
County,
Alabama**

Town of Pike Road
May, 2009

### Legend

| | |
|---|---|
| —— | Interstate |
| —— | U.S. Highway |
| ▉ | TownLimits |
| ▉ | City of Montgomery |

DEFENDANT'S
EXHIBIT
**207**

SOS153946