# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KHADIDAH STONE, EVAN MILLIGAN, GREATER BIRMINGHAM MINISTRIES, and the ALABAMA STATE CONFERENCE OF THE NAACP,<br><br>*Plaintiffs*,<br><br>vs.<br><br>WES ALLEN, in his official capacity as Secretary of State of Alabama,<br><br>*Defendant*. | No. 2:21-cv-01531-AMM |

## JOINT STIPULATION OF DISMISSAL OF
## KHADIDAH STONE AND LAQUISHA CHANDLER AS PLAINTIFFS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all current and former to this action (the "Parties") hereby stipulate to the dismissal of Plaintiffs Khadidah Stone and Laquisha Chandler as Plaintiffs in this matter. The Alabama State Conference of the NAACP, Greater Birmingham Ministries, and Evan Milligan remain as Plaintiffs in this action. The Parties agree and hereby request that the Alabama State Conference of the NAACP be listed as the first Plaintiff to avoid confusion with other pending cases.

DATED this 8th day of October 2024.

                                                                                                       Respectfully submitted,

| | |
|---|---|
| */s/ Alison Mollman* | */s/ Davin M. Rosborough* |
| Alison Mollman | Davin M. Rosborough* |
| Laurel Hattix | Dayton Campbell-Harris** |
| AMERICAN CIVIL LIBERTIES UNION | Theresa J. Lee* |
| OF ALABAMA | Sophia Lin Lakin* |
| P.O. Box 6179 | AMERICAN CIVIL LIBERTIES UNION |
| Montgomery, AL 36106-0179 | FOUNDATION |
| (334) 265-2754 | 125 Broad St. |
| amollman@aclualabama.org | New York, NY 10004 |
| lhattix@aclualabama.org | (212) 549-2500 |
| | drosborough@aclu.org |
| */s/ Deuel Ross* | dcampbell-harris@aclu.org |
| Deuel Ross* | tlee@aclu.org |
| NAACP LEGAL DEFENSE & | slakin@aclu.org |
| EDUCATIONAL FUND, INC. | |
| 700 14th Street NW Ste. 600 | Jacob van Leer* |
| Washington, DC 20005 | AMERICAN CIVIL LIBERTIES UNION |
| (202) 682-1300 | FOUNDATION |
| dross@naacpldf.org | 915 15th St. NW |
| | Washington, DC 20005 |
| Leah Aden* | jvanleer@aclu.org |
| Stuart Naifeh* | |
| Kathryn Sadasivan (ASB-517-E48T) | */s/ Sidney Jackson* |
| Brittany Carter* | Sidney Jackson (ASB-1462-K40W) |
| Ashley Burrell* | Nicki Lawsen (ASB-2602-C00K) |
| Colin Burke* | WIGGINS, CHILDS, PANTAZIS, |
| NAACP LEGAL DEFENSE & | FISHER & GOLDFARB |
| EDUCATIONAL FUND, INC. | 301 19th Street |
| 40 Rector Street, 5th Floor | North Birmingham, AL 35203 |
| New York, NY 10006 | (205) 314-0500 |
| (212) 965-2200 | sjackson@wigginschilds.com |
| laden@naacpldf.org | nlawsen@wigginschilds.com |
| snaifeh@naacpldf.org | |
| ksadasivan@naacpldf.org | */s/ Jack Genberg* |
| bcarter@naacpldf.org | Bradley E. Heard* |
| aburrell@naacpldf.org | Jack Genberg* |

cburke@naacpldf.org
David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

Michael Turrill*
Harmony R. Gbe*
James W. Ettinger*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com
jay.ettinger@hoganlovells.com

Jess Unger*
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Avenue,
Suite 340 Decatur, GA 30030
(404) 521-6700
bradley.heard@splcenter.org
jack.genberg@splcenter.org
jess.unger@splcenter.org

Avner Shapiro*
SOUTHERN POVERTY LAW CENTER
1101 17th Street NW
Suite 510
Washington, DC 20036
240-890-1735
avner.shapiro@splcenter.org

Jessica L. Ellsworth*
Shelita M. Stewart*
Amanda N. Allen*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
jessica.ellsworth@hoganlovells.com
shelita.stewart@hoganlovells.com
amanda.n.allen@hoganlovells.com

*On behalf of the Alabama State Conference of the NAACP, Greater Birmingham Ministries, Evan Milligan, Khadidah Stone, Laquisha Chandler, and James Thomas*

*Admitted *pro hac vice*

** Admitted in Washington State only; practice limited to federal court

Steve Marshall
  *Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

/s/ <u>*James W. Davis*</u> (with permission)
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Soren Geiger (ASB-0336-T31L)
  *Assistant Solicitor General*

Charles A. McKay (ASB-7256-K18K)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Richard D. Mink (ASB-4802-M76R)
Benjamin M. Seiss (ASB-2110-O00W)
Brenton M. Smith (ASB-1656-X27Q)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama  36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Soren.Geiger@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov
Richard.Mink@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov

 ***On behalf of Secretary of State Allen***

*/s/ Dorman Walker* (with permission)

Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
445 Dexter Avenue, Suite 8000
Montgomery, AL 36104
Telephone: (334) 269-3138
Email: dwalker@balch.com

Michael P. Taunton (ASB-6853-H00S)
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203
Telephone: (205) 226-3451
Email: mtaunton@balch.com

**On behalf of former Defendants Sen. James McClendon, Sen. Steve Livingston, Rep. Chris Pringle**

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record in this case.

/s/ Davin M. Rosborough
Davin M. Rosborough
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
drosborough@aclu.org

Attorney for Plaintiffs