FILED
2024 Oct-10 PM 01:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

ALABAMA STATE CONFERENCE OF THE
NAACP, et al.,

      *Plaintiffs*,

      vs.

WES ALLEN, in his official capacity as
Secretary of State of Alabama,

      *Defendant*.

No. 2:21-cv-01531-AMM

## PLAINTIFFS' NOTICE OF SUBMISSION OF TRIAL EXHIBITS

Plaintiffs respectfully submit and hereby file the following exhibits they may offer as substantive evidence at trial. Plaintiffs reserve the right to revise or supplement these exhibits within a reasonable time before trial or due to exigent circumstances, including but not limited to, revisions or supplements in response to Defendant's witness list, proposed deposition designations, and exhibit list. Plaintiffs further reserve the right to offer exhibits listed or offered by Defendant. In addition to exhibits, Plaintiffs reserve the right to present demonstratives.

| Exhibit Number | Exhibit Description |
|---|---|
| PX1 | Ala. Senate Bill 1 (2021) |
| PX2 | Plaintiffs' Responses to Defendant Allen's Discovery Requests |
| PX3 | Defendant's Objections and Answers to Plaintiffs' First set of Interrogatories |
| PX4 | Defendants' Objections and Responses to Plaintiffs' Requests for Admission |
| PX5 | Plaintiff Greater Birmingham Ministries' First Supplemental Response to Defendant's Discovery Requests |
| PX6 | Fairfax Expert Report |
| PX7 | Fairfax CV |
| PX8 | Fairfax Amended Rebuttal Report |
| PX9 | Fairfax Redlined Amended Rebuttal Report |
| PX10 | Fairfax Supplemental Rebuttal Report |
| PX11 | Burch Expert Report |
| PX12 | Burch CV |

| | |
|---|---|
| PX13 | Burch Rebuttal Expert Report |
| PX14 | Oskooii Expert Report |
| PX15 | Oskooii CV |
| PX16 | Liu Expert Report |
| PX17 | Liu CV |
| PX18 | Liu Rebuttal Expert Report |
| PX19 | Bagley Expert Report |
| PX20 | Bagley CV |
| PX21 | Bagley Rebuttal Expert Report |
| PX22 | Carrington CV |
| PX23 | Carrington Dep. Transcript |
| PX24 | Hood CV |
| PX25 | Hood Dep. Transcript |
| PX26 | Bonneau CV |

| PX27 | Bonneau Dep. Transcript |
|------|------------------------|
| PX28 | Trende CV |
| PX29 | Trende Dep. Transcript |
| PX30 | Reilly CV |
| PX31 | Reilly Dep. Transcript |
| PX32 | Alabama Reapportionment Committee Guidelines |
| PX33 | Tbl.1 in Fairfax Expert Report, Total Population By Race/Ethnicity for Alabama |
| PX34 | Tbl.2 in Fairfax Expert Report, VAP by Race/Ethnicity for Alabama |
| PX35 | Tbl.3 in Fairfax Expert Report, CVAP by Major Race/Ethnicity (2022 1 Year ACS) for Alabama |
| PX36 | Tbl.4 in Fairfax Expert Report, Total Population by Race/Ethnicity for Madison County |
| PX37 | Tbl.5 in Fairfax Expert Report, VAP by Race/Ethnicity for Madison County |
| PX38 | Tbl.6 in Fairfax Expert Report, CVAP by Race/Ethnicity (2021 5-yr ACS) for Madison County |
| PX39 | Tbl.7 in Fairfax Expert Report, Total Population by Race/Ethnicity for Morgan County |
| PX40 | Tbl.8 in Fairfax Expert Report, VAP by Race/Ethnicity for Morgan County |

| | |
|---|---|
| PX41 | Tbl.9 in Fairfax Expert Report, CVAP by Race/Ethnicity (2021 5-yr ACS) for Morgan County |
| PX42 | Tbl.10 in Fairfax Expert Report, Total Population by Race/Ethnicity for Limestone County |
| PX43 | Tbl.11 in Fairfax Expert Report, VAP by Race/Ethnicity for Limestone County |
| PX44 | Tbl.12 in Fairfax Expert Report, CVAP by Race/Ethnicity (2021 5-yr ACS) for Limestone County |
| PX45 | Tbl.13 in Fairfax Expert Report, Total Population by Race/Ethnicity for Montgomery County |
| PX46 | Tbl.14 in Fairfax Expert Report, VAP by Race/Ethnicity for Montgomery County |
| PX47 | Tbl.15 in Fairfax Expert Report, CVAP by Race/Ethnicity (2021 5-yr ACS) for Montgomery County |
| PX48 | Tbl.16 in Fairfax Expert Report, Total Population by Race/Ethnicity for Crenshaw County |
| PX49 | Tbl.17 in Fairfax Expert Report, VAP by Race/Ethnicity for Crenshaw County |
| PX50 | Tbl.18 in Fairfax Expert Report, CVAP by Race/Ethnicity (2021 5-yr ACS) for Crenshaw County |
| PX51 | Fairfax Illustrative Plan 1 Map |
| PX52 | Tbl.20 in Fairfax Expert Report, Population Deviation for Illustrative Plan 1 by District |
| PX53 | Fairfax Illustrative Plan 1's SD 7 Map |

| | |
|---|---|
| PX54 | Fairfax Illustrative Plan 1's SD 25 Map |
| PX55 | Tbl.21 in Fairfax Expert Report, Illustrative Plan 1's Race Percentage by District |
| PX56 | Tbl.22 in Fairfax Expert Report, District-by-District Compactness Comparison of Illustrative Plan 1 vs. Enacted Plan |
| PX57 | Tbl.23 in Fairfax Expert Report, Summary of Illustrative 1 vs. Enacted Plan Criteria Comparison |
| PX58 | Appendix B to Fairfax Report |
| PX59 | Appendix C to Fairfax Report |
| PX60 | Appendix D to Fairfax Report |
| PX61 | Appendix E to Fairfax Report |
| PX62 | Census Bureau Statement on American Community Survey Data (Feb. 19, 2021) |
| PX63 | Fairfax Illustrative Plan 2 Map |
| PX64 | Fairfax Illustrative Plan 2's SD 7 Map |
| PX65 | Illustrative Plan 3 Map |
| PX66 | Fairfax Illustrative Plan 3's SD 7 Map |

| PX67 | Tbl.1 in Fairfax Amended Rebuttal Report, Criteria Comparison of Illustrative Plan 2 vs. Enacted Plan |
|---|---|
| PX68 | Tbl.2 in Fairfax Amended Rebuttal Report, Criteria Comparison of Illustrative Plan 3 vs. Enacted Plan |
| PX69 | Appendix A of Fairfax Rebuttal Report |
| PX70 | Appendix B of Fairfax Rebuttal Report |
| PX71 | Appendix C of Fairfax Rebuttal Report |
| PX72 | Fairfax Illustrative Plan 2A Map |
| PX73 | Appendix A of Fairfax Supplemental Rebuttal Report |
| PX74 | Appendix B of Fairfax Supplemental Rebuttal Report |
| PX75 | Redistricting Hub Notes on 2021 Alabama State Senate Plan |
| PX76 | U.S. Census Bureau – Alabama Quick Facts |
| PX77 | "The COVID Tracking Project, Alabama: All Race & Ethnicity Data," The Atlantic |
| PX78 | Alabama Sec'y of State, Tbl. "2020 General Election Participation by Race" |

| | |
|---|---|
| PX79 | 2021 1-year American Community Survey ("ACS"), Table B15002, "Sex by Educational Attainment for the Population 25 Years and Over" |
| PX80 | 2021 1-year ACS, Table B27011, "Health Insurance Coverage Status and Type by Employment Status" |
| PX81 | 2021 1-year ACS, Table B23025, "Employment Status for the Population 16 Years and Over" |
| PX82 | 2021 1-year ACS, Table B19013, "Median Household Income in the Past 12 Months" |
| PX83 | 2021 1-year ACS, Table B17010, "Poverty Status in the Past 12 Months of Families by Family Type by Presence of Related Children Under 18 Years by Age of Related Children" |

| | |
|---|---|
| PX84 | 2021 1-year ACS, Table B25044, "Tenure by Vehicles Available" |
| PX85 | 2021 1-year ACS, Table B28001, "Types of Computers in Household" |
| PX86 | 2021 1-year ACS, Table B28002, "Presence and Types of Internet Subscriptions in Household" |
| PX87 | 2021 1-year ACS, Table B22001, "Receipt of Food Stamps/SNAP in the Past 12 Months by Presence of People 60 Years and Over for Households" |
| PX88 | U.S. Census Bureau, "Voting and Registration in the Election of November 2020," Table 4b |
| PX89 | Alabama Department of Education, "Report Card," (Reporting Year 2022-23) |
| PX90 | Press Release, U.S. DOJ, "Justice Department Secures Resolution in Madison County, Alabama, School Desegregation Case" |

| PX91 | Nat'l Conf. of State Legislatures, "Tbl. 2: Excuses to Vote Absentee" (updated Jan. 3, 2024) |
|------|---------------------------------------------------------------------------------------------|
| PX92 | Ala. Dep't of Health, "Infant Mortality Alabama 2022" |
| PX93 | Traci Burch, "Turnout and Party Registration among Criminal Offenders in the 2008 General Election," Law and Society Review |
| PX94 | Ala. Sec'y of State, "Crimes Involving Moral Turpitude Include" |
| PX95 | Ala. Sec'y of State, "Convicted of a Felony? You May Still Be Able to Vote" |
| PX96 | U.S. DOJ "Prisoners in 2021 - Statistical Tables" |
| PX97 | U.S. DOJ "Probation and Parole in the United States, 2021" |
| PX98 | Ala. Sec'y of State, "Alabama Photo Voter Identification" |
| PX99 | Figure 1 of Burch Report (Voter Turnout by Race in Alabama 2020 General Election) |

| PX100 | Figure 2 of Burch Report, (Voter Turnout by Race in Alabama 2018 General Election) |
|-------|-----|
| PX101 | Figure 3 of Burch Report, (Alabama Statewide Educational Attainment for Adults Age 25 and Older, by Race) |
| PX102 | Figure 4 of Burch Report, (Percent of Alabama Adults Age 25 and Older without a High School Diploma, by Race) |
| PX103 | Figure 5 of Burch Report, (Percent of Alabama Adults Age 25 and Older with a Bachelor's Degree or Higher, by Race) |
| PX104 | Figure 6 of Burch Report, (Median Income for Alabama Households, by Race of Householder) |
| PX105 | Figure 7 of Burch Report, (Civilian Unemployment Rate for Age 16 and Older, by Race) |
| PX106 | Figure 8 of Burch Report, (Family Poverty in Alabama, by Race of Householder) |
| PX107 | Figure 9 of Burch Report, (SNAP/Food Stamp Receipt, by Race of Householder) |
| PX108 | Figure 10 of Burch Report, (Health Insurance Access in Alabama, by Race) |
| PX109 | Second Figure 6 of Burch Report, (Households with a Computer in Alabama, by Race of Householder) |
| PX110 | Second Figure 7 of Burch Report, (Households with Broadband Internet Access in Alabama, by Race of Householder) |
| PX111 | Figure 13 of Burch Report, (Household Vehicle Access in Alabama, by Race of Householder) |

| PX112 | Barry C. Burden, "The dynamic effects of education on voter turnout," Electoral Studies, pp. 540-549 |
| PX113 | Kaat Smets and Carolien Van Ham "The embarrassment of riches? A meta-analysis of individual-level research on voter turnout," Electoral Studies, pp. 344-359 |
| PX114 | Rachel Sondheimer, Milstein, and Donald P. Green "Using experiments to estimate the effects of education on voter turnout," American Journal of Political Science, pp. 174-189 |
| PX115 | Bryan Mann and Annah Rogers, "Segregation Now, Segregation Tomorrow, Segregation Forever? Racial and Economic Isolation and Dissimilarity in Rural Black Belt Schools in Alabama," Rural Sociology, pp. 523-558 |
| PX116 | Mark C. Long "Changes in the returns to education and college quality," Economics of Education Review, pp. 339-347 |
| PX117 | Henry E. Brady and John E. McNulty, "Turning Out to Vote: The Costs of Finding and Getting to the Polling Place," The American Political Science Review, pp. 115-134 |
| PX118 | Julianna Pacheco and Jason Fletcher "Incorporating Health into Studies of Political Behavior: Evidence for Turnout and Partisanship" Political Research Quarterly, pp. 104-116 |
| PX119 | Tony A. Blakely, Bruce P. Kennedy, and Ichiro Kawachi, "Socioeconomic inequality in voting |

| | |
|---|---|
| | participation and self-rated health," American Journal of Public Health, p. 99 |
| PX120 | Gregory Lyon, "The Conditional Effects of Health on Voter Turnout," Journal of Health Politics, Policy and Law, pp. 409-433 |
| PX121 | Catherine O. Johnson, et al., "Life expectancy for White, Black, and Hispanic race/ethnicity in U.S. states: trends and disparities, 1990 to 2019," Annals of Internal Medicine, pp. 1057-1064 (Supplemental Tables) |
| PX122 | Christopher Uggen, Ryan Larson, Sarah Shannon, and Robert Stewart "Locked Out 2022: Estimates of People Denied Voting Rights Due to a Felony Conviction," Sentencing Project |
| PX123 | Keith M. Chen, Kareem Haggag, Devin G. Pope, and Ryne Rohla, "Racial disparities in voting wait times: Evidence from smartphone data," Review of Economics and Statistics, pp. 1341-135 (Supplemental Appendix Figure B.2) |
| PX124 | Gallup, "Race Relations" Poll |
| PX125 | Wison & Davis, "Reexamining racial resentment: Conceptualization and content," The Annals of the American Academy of Political and Social Science |
| PX126 | Pew Research Center, "Intermarriage in the U.S. 50 Years After Loving v. Virginia" |

| | |
|---|---|
| PX127 | Djamba et al., "Are Americans really in favor of interracial marriage? A closer look at when they are asked about black-white marriage for their relatives," Journal of Black Studies |
| PX128 | Qui & Hannah-Jones "A National Survey of School Desegregation Orders," Pro Publica |
| PX129 | Groeger et al., "Miseducation: Is there Racial Inequality at Your School?" Pro Publica |
| PX130 | Rubinton et al., "School District Expenditures and Race," Federal Reserve Bank of St. Louis |
| PX131 | "In Prom Dispute, a Town's Race Divisions Emerge," The New York Times |
| PX132 | U.S. DOJ, "Justice Department Reaches Agreement with Alabama School District to End the Use of Race in Extracurricular Activities" |
| PX133 | First Consent Order, *Hereford v. Huntsville Board of Education* |
| PX134 | Second Consent Order, *Hereford v. Huntsville Board of Education* |
| PX135 | Consent Order, *Lee v. Macon County Board of Education Calhoun County School System* |

| | |
|---|---|
| PX136 | Memorandum Opinion and Order, *Lee v. Macon County Board of Education Calhoun County School System* |
| PX137 | Beckett, Nyrop, and Pfingst, "Race, drugs, and policing: Understanding disparities in drug delivery arrests." Criminology, pp. 105-137 |
| PX138 | Ousey & Lee, "Racial disparity in formal social control: An investigation of alternative explanations of arrest rate inequality," Journal of Research in Crime and Delinquency, pp. 322-355 |
| PX139 | Arnold et al., "Racial bias in bail decisions," The Quarterly Journal of Economics |
| PX140 | Rehavi et al., "Racial disparity in federal criminal sentences," Journal of Political Economy, pp. 1320-1354 |
| PX141 | Abrams et al., "Do judges vary in their treatment of race?" The Journal of Legal Studies, pp. 347-383 |
| PX142 | Feigenberg & Miller, "Racial Divisions and Criminal Justice: Evidence from Southern State Courts," American Economic Journal, pp. 397-433 |
| PX143 | Federal Bureau of Investigation, "2019 Crime in the United States: Tbl. 4." |
| PX144 | LaFortune et al., "School finance reform and the distribution of student achievement," American Economic Journal |

| | |
|---|---|
| PX145 | Card & Payne, "School finance reform, the distribution of school spending, and the distribution of student test scores," Journal of Public Economics |
| PX146 | Jackson et al., "Do school spending cuts matter? Evidence from the Great Recession," American Economic Journal: Economic Policy |
| PX147 | U.S. Census Bureau. "2021 Public Elementary-Secondary Education Finance Data," Summary Tbl. 8 |
| PX148 | Ala. State Dep't of Ed., "School System Per-Pupil Expenditures FY 2022" |
| PX149 | Katsinas et al., "Internet Disparities in Alabama & the Black Belt" |
| PX150 | O'Brien et al., "K-12 STEM Education in Alabama's Black Belt" |
| PX151 | Reardon et al., "The geography of racial/ethnic test score gaps," American Journal of Sociology |
| PX152 | Mann et al., "Segregation Now, Segregation Tomorrow, Segregation Forever? Racial and Economic Isolation and Dissimilarity in Rural Black Belt Schools in Alabama," Rural Sociology |

| | |
|---|---|
| PX153 | Lang & Spitzer, "Race discrimination: An economic perspective," Journal of Economic Perspectives |
| PX154 | Bertrand and Mullainathan. "Are Emily and Greg more employable than Lakisha and Jamal? A field experiment on labor market discrimination." American Economic Review, pp. 991-1013 |
| PX155 | Kline et al., "Systemic discrimination among large US employers," The Quarterly Journal of Economics |
| PX156 | Gaddis, "Discrimination in the credential society: An audit study of race and college selectivity in the labor market," Social Forces |
| PX157 | Pager & Quillian, "Walking the talk? What employers say versus what they do," American Sociological Review |
| PX158 | EEOC, "FY 2009-2022 EEOC Charge Receipts for AL" |
| PX159 | EEOC, "Race-Based Charges (charges filed with EEOC FY 1997-FY2023)" |
| PX160 | Katsinas et al., "Black Belt Manufacturing and Economic Prospects" |

| | |
|---|---|
| PX161 | Contractor & Overton, "An Introduction to the Future of Work in the Black Rural South" |
| PX162 | Gelman et al., "An analysis of the New York City police department's "stop-and-frisk" policy in the context of claims of racial bias," Journal of the American Statistical Association |
| PX163 | Baumer, "Reassessing and redirecting research on race and sentencing," Justice Quarterly |
| PX164 | Crutchfield et al., "Analytical and aggregation biases in analyses of imprisonment: Reconciling discrepancies in studies of racial disparity," Journal of Research in Crime and Delinquency |
| PX165 | Alabama Department of Corrections, "Fiscal Year 2023 Annual Legislative Report" |
| PX166 | FBI, Crime Data Explorer, Table of "Alabama Overall Arrest Data by Race for 2022" |
| PX167 | Alabama Department of Corrections, Monthly Statistical Report for September 2021 |
| PX168 | Feigenberg & Miller, "Racial Divisions and Criminal Justice: Evidence from Southern State Courts," (Tbl. Of Coefficient Estimates from Punishment Severity Models) |

| PX169 | Verba et al., "Race, ethnicity and political resources: Participation in the United States," British Journal of Political Science |
|---|---|
| PX170 | Plutzer, "Demographics and the social bases of voter turnout," The Routledge Handbook of Elections, Voting Behavior and Public Opinion, pp. 69-82 |
| PX171 | Kuziemko et al., "Why did the Democrats lose the South? Bringing new data to an old debate," American Economic Review |
| PX172 | Abramowitz & McCoy, "United States: Racial resentment, negative partisanship, and polarization in Trump's America," The Annals of the American Academy of Political and Social Science |
| PX173 | Valentino & Sears, "Old times there are not forgotten: Race and partisan realignment in the contemporary South," American Journal of Political Science |
| PX174 | Cooper et al., "Switching sides but still fighting the Civil War in southern politics," Politics, Groups, and Identities |
| PX175 | Tesler, "The return of old-fashioned racism to White Americans' partisan preferences in the early Obama era," The Journal of Politics |
| PX176 | Knuckey & Kim, "Racial resentment, old-fashioned racism, and the vote choice of southern and nonsouthern whites in the 2012 US presidential election," Social Science Quarterly |

| PX177 | Stephens-Davidowitz, "The cost of racial animus on a black candidate: Evidence using Google search data," Journal of Public Economics |
| PX178 | Highton, "Prejudice rivals partisanship and ideology when explaining the 2008 presidential vote across the states," PS: Political Science & Politics |
| PX179 | Sides et al., "Identity Crisis," Princeton University Press |
| PX180 | Bartels, "Ethnic antagonism erodes Republicans' commitment to democracy," Proceedings of the National Academy of Sciences |
| PX181 | Bonikowski et al., "The Partisan Sorting of "America": How Nationalist Cleavages Shaped the 2016 US Presidential Election," American Journal of Sociology |
| PX182 | Stewart et al., "Polarization under rising inequality and economic decline," Science Advances |
| PX183 | Hersh & Nall, "The primacy of race in the geography of income-based voting: new evidence from public voting records," American Journal of Political Science |
| PX184 | Enders & Scott, "The increasing racialization of American electoral politics, 1988-2016," American Politics Research |
| PX185 | Zhirkov & Valentino, "The Origins and Consequences of Racialized Schemas about US Parties," Journal of Race, Ethnicity, and Politics |
| PX186 | Westwood & Peterson, "The inseparability of race and partisanship in the United States," Political Behavior |

| PX187 | Knox et al., "Administrative records mask racially biased policing," American Political Science Review |
|---|---|
| PX188 | Durlauf & Heckman, "An Empirical Analysis of Racial Differences in Police Use of Force: A Comment," Journal of Political Economy |
| PX189 | Ross et al., "Resolution of Apparent Paradoxes in the Race-Specific Frequency of Use-of-Force by Police," Palgrave Communication |
| PX190 | Ross et al., "Racial disparities in Police use of Deadly Force Against Unarmed Individuals Persist After Appropriately Benchmarking Shooting Data on Violent Crime Rates," Social Psychological and Personality Science |
| PX191 | Pierson et al, "A large-scale analysis of racial disparities in police stops across the United States," Nature Human Behavior |
| PX192 | Eyal Press, "A Preventable Cancer Is on the Rise in Alabama," The New Yorker |
| PX193 | Tbl.1: 2020 Decennial Census Total Population and Total VAP vs. 2021 ACS 5-Year Total CVAP Estimates by Illustrative Districts |
| PX194 | Tbl.2: 2020 Decennial Census Total Population and Total VAP vs. 2021 ACS 5-Year Total CVAP Estimates by Counties within Illustrative Districts 7 and 25 |
| PX195 | Dot Density Maps of Black and White populations, Within Illustrative District 7 (Oskooii Figs. 1 & 2) |

| PX196 | Dot Density Maps of Black and White populations, Illustrative District 7 and Surrounding Region (Oskooii Figs. 3 & 4) |
| PX197 | Beck & Blumstein, "Racial Disproportionality in U.S. State Prisons: Accounting for the Effects of Racial and Ethnic Differences in Criminal Involvement, Arrests, Sentencing, and Time Served," Journal of Quantitative Criminology |
| PX198 | Dot Density Maps of Black and White populations, Within Illustrative District 25 (Oskooii Figs. 5 & 6) |
| PX199 | U.S. Census Bureau, "When to Use 1-year or 5-year Estimates" |
| PX200 | Arizona Independent Redistricting Commission, Overview of Decennial Redistricting Process and Maps |
| PX201 | Expert Report of Trende in Palmer v. Hobbs |
| PX202 | Barreto, M., Collingwood, L., Garcia-Rios, S., & Oskooii, K. A., "Estimating Candidate Support in Voting Rights Act Cases: Comparing Iterative EI and EI-R×C Methods," Sociological Methods & Research, pp. 271-304 |
| PX203 | Barreto, M., Collingwood, L., Garcia-Rios, S., & Oskooii, K. A, "eiCompare: Comparing Ecological Inference Estimates across EI and EI:R×C" |
| PX204 | The Redistricting and Voting Rights Data Office |

| | |
|---|---|
| PX205 | Kenny, C., "censable: Making Census Data More Usable," R package version 0.0.6 |
| PX206 | Redistricting Data Hub, "Alabama CVAP Data Disaggregated to the 2020 Block Level" |
| PX207 | "About DRA Data" |
| PX208 | Appendix B of Oskooii Report |
| PX209 | Baodong Liu, "EI Extended Model and the Fear of Ecological Fallacy," Sociological Methods and Research |
| PX210 | Tbl. 1: Estimated Racial Support for Black Candidate in Endogenous Elections |
| PX211 | Table 2: RPV in Huntsville Region in the 11 Biracial Elections |
| PX212 | Table 3: RPV in Montgomery Region in the 11 Biracial Elections |
| PX213 | Table 4: Overall Performance in SD2 based on 11 Elections, Compared |
| PX214 | Table 5: Overall Performance in SD3 based on 11 Elections, Compared |
| PX215 | Table 6: Overall Performance in SD7 based on 11 Elections, Compared |

| | |
|---|---|
| PX216 | Table 7: Overall Performance in SD8 based on 11 Elections, Compared |
| PX217 | Table 8: Overall Performance in SD9 based on 11 Elections, Compared |
| PX218 | Table 9: Overall Performance in SD25 based on 11 Elections, Compared |
| PX219 | Table 10: Overall Performance in SD26 based on 11 Elections, Compared |
| PX220 | Fiorina, Morris P., "Unstable Majorities: Polarization, Party Sorting and Political Stalemate," Hoover Institution Press |
| PX221 | Table 1: Analysis of Racially Polarized Voting in the Biracial State Senate Elections |
| PX222 | Table 2: Analysis of Racially Polarized Voting in the Non-Biracial State Senate Elections |
| PX223 | Table 3: Racially Polarized Voting in Mayoral Runoff |
| PX224 | Wendy Parker, "Why Alabama School Desegregation Succeeded (And Failed)," Case Western Law Review |
| PX225 | Rebecca Retzlaff, "Desegregation of City Parks and the Civil Rights Movement: The Case of Oak Park in Montgomery, Alabama," Journal of Urban History, p. 715 |
| PX226 | Erika Frankenberg, "The Impact and Limits of Implementing Brown: Reflections from Sixty-Five years of School Segregation and Desegregation in Alabama's Largest School District," Alabama Civil Rights and Civil Liberties Law Review |

| PX227 | Nikole Hannah-Jones, "The Resegregation of Jefferson County," The New York Times Magazine |
| PX228 | "'The Beginning of the End' of Klan Terror: Joseph Bagley Reviews James Turner's Memoir of Three Trials," Law and History Review |
| PX229 | Review of Camille Walsh, "Racial Taxation: Schools, Segregation, and taxpayer Citizenship, 1869-1973," The Alabama Review, pp. 340-342 |
| PX230 | Review of Leeann G. Reynolds, "Maintaining Segregation: Children and Racial Instruction in the South, 1920-1955," The Alabama Review, pp. 154-157 |
| PX231 | Review of Stephanie Rolph, "Resisting Equality: The Citizens' Council, 1954-1989," Journal of Mississippi History, pp. 233-235 |
| PX232 | Review of Wayne and Shirely Weigand, "The Desegregation of Public Libraries in the Jim Crow South: Civil Rights and Local Activism," Georgia Historical Quarterly, pp. 296-297 |
| PX233 | United States Senate Report No. 97-417 (1982) |
| PX234 | "Republicans claim majority in Alabama House and Senate for 1st time in 136 years," Al.com |
| PX235 | Mike Hubbard with David Azbell, "Storming the Statehouse: The Campaign that Liberated Alabama from 136 Years of Democrat Rule," pp. 116, 126, 139 |

| | |
|---|---|
| PX236 | Paul Gattis, "Six opinions from Wayne Flynt on Alabama politics, the Democratic Party, Mike Hubbard, Parker Griffith and Robert Bentley," al.com |
| PX237 | David Daley, "The Secrets of the Master of Modern Republican Gerrymandering," The New Yorker |
| PX238 | Brian Lyman, "Report: GOP redistricting expert was in touch with Alabama legislator, attorney," Montgomery Advertiser |
| PX239 | David Daley, "GOP Racial Gerrymandering Mastermind Participated in Redistricting in More Sates Than Previously Known, Files Reveal," The Intercept |
| PX240 | Peyton McCrary, et al., "Alabama" in "Quiet Revolution in the South: The Impact of the Voting Rights Act, 1965-1990," Princeton University Press, pp. 48-49 |
| PX241 | Status Report, Notice of Defendants Filing of Ninth Consent Order Report, Hereford v. Huntsville, CV-63-MHH-109-NE |
| PX242 | Eddie Burkhalter, "Gerrymandering expert worked with Alabama Republicans on 2011 redistricting lines, documents show," Alabama Political Reporter |
| PX243 | Don Wasson, "New Legislators Take Oath, May Have to Take it Again," Montgomery Advertiser |
| PX244 | Assistant Attorney General for Civil Rights Division William Bradford Reynolds to Charles A. Graddick, Civil Rights Division Section 5 Objection Letter |
| PX245 | Collection of Civil Rights Division Section 5 Objection Letters to State of Alabama from: 11/16/1981; |

| | |
|---|---|
| | 04/23/1982; 05/06/1982; Butler County 07/19/1982; 07/26/1982; 08/02/1982; 05/10/1983; 02/17/1984; 04/20/1984; 08/21/1984; Houston County 10/15/1985; 10/21/1985; 02/10/1986; 06/02/1986; 06/01/1987; 03/15/1988; 06/12/1989; 12/23/1991; 03/27/1992; 11/12/1992; 12/04/1992; 03/15/1993; 01/31/1994; and 02/06/1998; 08/16/2000; 08/25/2008. |
| PX246 | Section 5 Objection Letter from David Norman, Assistant Attorney General, Civil Rights Division, to Leslie Hall, Assistant Attorney General, Alabama, and to William J. Baxley, Attorney General, Alabama |
| PX247 | Terrence Samuel, "The Racist Backlash Obama has Faced during his Presidency," Washington Post |
| PX248 | Phillip Rawls, "GOP claims control of Ala. Senate," Montgomery Advertiser |
| PX249 | Sebastian Kitchen, "Disaster brings unity to fighting Senate," Montgomery Advertiser |
| PX250 | Alabama Advisory Committee, "Barriers to Voting in Alabama: A Report by the Alabama Advisory Committee to the United States Commission on Civil Rights," U.S. Commission on Civil Rights |
| PX251 | Alvin Benn, "Montgomery's 'Todd Road' arrests made national headlines in 1983," Montgomery Advertiser |
| PX252 | Lawrence Underwood McLemore, "The Second Reconstruction in Local Politics: Alabama Grassroots Activists Fulfilling the Promise of the Voting Rights Act, 1960-1990," PhD. diss., Auburn University |

| | |
|---|---|
| PX253 | 2021 5-Year Estimates ACS, Table DP02, "Educational Attainment – Montgomery, AL Metro Area" |
| PX254 | 2021 5-Year Estimates ACS, Table B17001, "Poverty Status in the past 12 Months by Sex by Age – Montgomery, AL Metro Area" |
| PX255 | 2021 5-Year Estimates ACS, Table B22001, "Receipt of Food Stamps/SNAP in the Past 12 Months by Presence of People 60 Years and Over for Households – Montgomery, AL Metro Area" |
| PX256 | 2021 5-Year Estimates ACS, Table B23025, "Employment Status for the Population 16 Years and Over – Montgomery, AL Metro Area" |
| PX257 | 2021 5-Year Estimates ACS, Table B25044, "Tenure by Vehicles Available – Montgomery, AL Metro Area" |
| PX258 | 2021 5-Year Estimates ACS, Table B25044, "Tenure by Vehicles Available – Huntsville, AL Metro Area" |
| PX259 | 2021 5-Year Estimates ACS, Table B27001, "Health Insurance Coverage Status by Sex by Age – Montgomery, AL Metro Area" |

| PX260 | 2021 5-Year Estimates ACS, Table B27011, "Health Insurance Coverage Status and Type by Employment Status – Montgomery, AL Metro Area" |
| PX261 | 2021 5-Year Estimates ACS, Table B28002, "Presence and Types of Internet Subscriptions in Household – Huntsville, AL Metro Area" |
| PX262 | 2021 5-Year Estimates ACS, Table B28002, "Presence and Types of Internet Subscriptions in Household – Montgomery, AL Metro Area" |
| PX263 | 2021 1-Year Estimates ACS, Table S0201, "Employment – Huntsville, AL Metro Area" |
| PX264 | 2021 1-Year Estimates ACS, Table S1501, "Educational Attainment – Huntsville, AL Metro Area" |
| PX265 | 2021 1-Year Estimates ACS, Table S1701, "Poverty Status in the past 12 Months – Huntsville, AL Metro Area" |

| | |
|---|---|
| PX266 | 2021 1-Year Estimates ACS, Table 2201, "Food Stamps/Supplemental Nutrition Assistance Program (SNAP) – Huntsville, AL Metro Area" |
| PX267 | 2021 1-Year Estimates ACS, Table 2701, "Selected Characteristics of Health Insurance Coverage in the United States – Huntsville, AL Metro Area" |
| PX268 | "Huntsville & Decatur," Alabama Tourism Department |
| PX269 | "FCC Huntsville-Decatur Networks" |
| PX270 | Consent Order, *Bennett v. Madison County Board of Education*, No. 5:63-CV-613-MHH |
| PX271 | Equal Justice Initiative, "Black Students Targeted and Disproportionately Suspended in Huntsville On-Line Scandal" |
| PX272 | "Civil Rights Data Collection," Alabama Department of Education, Reports and Data on School Performance |
| PX273 | Eric Fleischauer, "HUD: Decatur Housing Authority blocked Blacks from riverfront apartments" |
| PX274 | Trisha Powell Crain, "After CRT complaint, Huntsville teacher training investigated by Alabama state officials" |

| | |
|---|---|
| PX275 | Kyra Myles, "Alabama Board of Education cements state's ban on critical race theory" |
| PX276 | Rebecca Griesbach, "'Divisive concepts' bill returns to Alabama legislature, called 'slap in the face,'" |
| PX277 | Memorandum from State Superintendent of Education Re: "National Board for Professional Teaching Standards ETF Appropriations Bill - Act 2023-379" |
| PX278 | Trisha Crain, "No more 'failing' schools. See which schools Alabama labels for 'priority,' expanded school choice," |
| PX279 | Patty Payne, "Pike Road dispute centers around choice," Montgomery Advertiser |
| PX280 | Joe Bagley, "The Politics of White Rights: Race, Justice, and Integrating Alabama's Schools" |
| PX281 | Hadley Hitson, "New location: Pike Road says it will obtain 73-acre campus for high school," Montgomery Advertiser |

| PX282 | Andrew Yawn, "MPS: Richardson orders four schools closed, sale of Georgia Washington," Montgomery Advertiser |
| PX283 | Jemma Stephenson, "Alabama 'failing' list meant to 'humiliate' high poverty schools: Superintendent," |
| PX284 | Josh Moon, "Former Athens superintendent, two others sentenced in virtual school case," Alabama Political Reporter |
| PX285 | U.S. DOJ, Office of Public Affairs, "Department of Justice and Health and Human Services Announce Interim Resolution Agreement in Environmental Justice Investigation of Alabama Dep't of Public Health" |

| PX286 | Hadley Hitson, "DOJ finds evidence of discrimination in Lowndes County environmental justice investigation," Montgomery Advertiser |
| PX287 | Melanie Zanona, "Feds: Closing driver's license offices in Ala. violates civil rights," The Hill |
| PX288 | Voluntary Compliance Agreement between Housing Authority of the City of Decatur and the U.S. Dep't of Housing and Urban Development |
| PX289 | Shiva Kooragayala, "The problem with talking about 'inner cities," Urban Institute |
| PX290 | Caleb Ecarma, "Tommy Tuberville has taken Another Breathtakingly Bad Stance on Diversity," Vanity Fair |
| PX291 | Chris Massie, "Rep. Brooks: Dems' 'war on whites' behind some criticism of Sessions," CNN |
| PX292 | Leada Gore, "Rep. Mo Brooks: People who live 'good lives' should pay less for health insurance," al.com |
| PX293 | Sam Levine, "GOP Congressman Accuses Democrats of Waging A 'War on Whites'," Huffington Post |
| PX294 | "The Prattville Dragoons Blog," Blogspot.com |
| PX295 | Paul Gattis, "Alabama Democrats call on GOP lawmaker to resign over Confederate support," al.com |

| | |
|---|---|
| PX296 | Brent Wilson, "Alabama Democratic Party Seeks Resignation of 'Confederate Apologist'," bamapolitics.com |
| PX297 | Charles J. Dean, "Sen. Scott Beason catching flak over 'empty the clip' comment" al.com |
| PX298 | Kim Chandler, "Sen. Scott Beason apologizes for comments revealed during bingo trial (video)" al.com |
| PX299 | Philip Bump, "Roy Moore: America was great in era of slavery, is now 'focus of evil in the world,'" Washington Post |
| PX300 | Scott Douglas, "The Alabama Senate Race May Have Already Been Decided," New York Times |
| PX301 | "Race in Our Politics: A Catalog of Campaign Materials," (Print outs of Dec. 10, 2017, advertising materials) |
| PX302 | "Ads for Democrat Doug Jones running for US Senate in Alabama against alleged child abuser Roy Moore" |
| PX303 | Kyle Whitmire, "The John Merrill Show is on again. Somebody changed the channel," al.com |

|  |  |
|---|---|
| PX304 | Tierney Sneed, "AL Elections Chief taunts twitter Users Noting Hurdles in Absentee Voting Requirements," TalkingPointsMemo.com |
| PX305 | Mike Cason "Gov. Robert Bentley's task force recommends Medicaid expansion" al.com |
| PX306 | Anthony Daniels & Bobbly Singleton "Coronavirus crisis begs for Alabama Medicaid expansion" Alabama Political Reporter |
| PX307 | Office of Congresswoman Sewell, "Rep. Sewell Introduces COVER Now Act to Empower Local Governments to Overcome Obstruction to Medicaid Expansion" Press Release |
| PX308 | Michelle Boorstein, "The Stunning Difference between White and Black Evangelicals in Alabama" Washington Post |
| PX309 | Robert Petterson, "Address at the Annual Leadership Conference of the Citizens' Councils of America, Montgomery, Alabama," Selma Times-Journal |
| PX310 | The Martin Luther King, Jr. Research and Education Institute, "Communism," Stanford University |

| PX311 | Brent Wilson, "Chris Pringle: White Straight Southern Christian Conservatives Under Attack" Bama Politics |
| PX312 | Michelle Brattain, "Forgetting the South and the Southern Strategy," Miranda |
| PX313 | "Internal Strife Mars Force of County Slates: Klan Facing Crisis in Coming Election, is Belief; Labor Endorsements Cause Differences, Leaders Admit," Birmingham Post-Herald, pp. 1-2 |
| PX314 | Kyra Miles "Echoes of the Past as Overwhelmingly White Mountain Brook Debates Diversity," Birmingham Watch |
| PX315 | James Blacksher, "Voting Rights in Alabama: 1982-2006," Southern California Review of Law and Social Justice |
| PX316 | Pew Research Center, "Views about abortion among blacks by state" |
| PX317 | Tamiro Mzezwa, "Alabama Begins Removing Racist Language from its Constitution," New York Times |
| PX318 | Jeremy Gray, "Historian Wayne Flynt on Senate race, Confederate monuments, Alabama's 'political prostitution,'" al.com |
| PX319 | Sue Bell Cobb, "I was Alabama's Top Judge. I'm Ashamed by what I had to do to Get There" politico.com |

| | |
|---|---|
| | |
| PX320 | Howard Koplowitz, "Kenneth Paschal wins Alabama House seat; becomes Legislature's only Black Republican," al.com |
| PX321 | Brandon Mosely, "Kenneth paschal wins House District 73 special election" Alabama Political Reporter |
| PX322 | Aubrey W. Jewett, "Partisan Change in Southern Legislatures, 1946-95," |
| PX323 | "Supreme Court Voting Rights Decision Was a Missed Opportunity," Washington Examiner |
| PX324 | "The Planned Parenthood Videos' Powerful Argument for Unborn Humanity," The Federalist |
| PX325 | "The Bard, the Bathroom, and the Common Good, Shakespeare's Timeless and Timely Political Thought" |
| PX326 | M.V. Hood IV, Peter A. Morrison, and Thomas M. Bryan, "From Legal Theory to Practical Application: A How-To for Performing Vote Dilution Analyses," Social Science Quarterly 99 (2): pp. 536-552 |

| PX327 | "The Rational Southerner, Black Mobilization, Republican Growth, and Partisan Transformation of the American South" p.181 |
| PX328 | The Election of African American State Legislators in the Modern South |
| PX329 | True Colors |
| PX330 | *Milligan v. Allen* Preliminary Injunction Hearing Day 6 Transcript, pp.1378-1499. |
| PX331 | From Legal Theory to Practical Application |
| PX332 | Proposed Alabama Senate District 18 Functionality Examination |
| PX333 | Bonneau Report, Tbl.2: Reconfigured |
| PX334 | Stephen Ansolabehere, Ph.D., David Sutton, Sean Trende: "Overview of Decennial Redistricting Process and Maps," "Appendix A: Memo to Arizona Redistricting Commission re Characteristics of Congressional District," Arizona Independent Redistricting Commission |
| PX335 | ACS Multiyear Accuracy of the Data (5-Year 2017-2021) |
| PX336 | Bernard Grofman, Ph.D. and Sean Trende, "Memo to The Chief Justice and Justices of the Supreme Court of Virginia re: Redistricting Maps" |
| PX337 | @wil_da_beast630 Tweet, April 10, 2023 |

| PX338 | Brookings Institute, "Analyzing 'the homework gap' among high school students" |
|---|---|
| PX339 | Wash. Post Police Shootings database |
| PX340 | An Empirical Analysis of Racial Differences in Police Use of Force: A Comment |
| PX341 | The Role of Human Capital in Earnings Differences Between Black and White Men |
| PX342 | U.S. DOJ, "Notice Letter and Report Regarding Investigation of Alabama's State Prisons for Men" |
| PX343 | Gallup: Race Relations |
| PX344 | Pew Research Center, "Party affiliation among whites by state" |
| PX345 | @wil_da_beast630 Tweet, April 9, 2024 |
| PX346 | @wil_da_beast630 Tweet, "Virtually every BLM martyr was a scumbag criminal," April 10, 2024 |
| PX347 | @wil_da_beast630 Tweet, November 20, 2019 |
| PX348 | @wil_da_beast630 Tweet, April 1, 2024 |
| PX349 | Bylaws for Units of the NAACP |

| PX350 | NAACP of Alabama and Greater Birmingham Ministries Letter to Alabama Reapportionment Committee |
|---|---|
| P351 | @RepEngland70 Tweet, October 25, 2021 |
| PX352 | Comprehensive Plan, Decatur, AL City Council |
| PX353 | 2021 Alabama State Senate Plan |
| PX354 | 2017 Alabama State Senate Map |
| PX355 | 2021 Huntsville area State Senate districts |
| PX356 | 2017 Huntsville area State Senate districts |
| PX357 | 2021 Montgomery area State Senate districts racial breakdown by precinct |
| PX358 | 2021 Huntsville area State Senate districts |
| PX359 | NPR, "In Alabama, racial disparities in health outcomes predate the pandemic" |
| PX360 | Rocha, "Report: Alabama has poor health system performance, stark health care disparities," Ala. Reflector |

| PX361 | Alabama Appendix to David C. Radley et al., "Advancing Racial Equity in U.S. Health Care: The Commonwealth Fund 2024 State Health Disparities Report" |
|-------|---|
| PX362 | Sean Dowling, "Alabama doctors urging Black women to participate in landmark study on cancer amid low survival rates," WAFF48 |
| PX363 | Alabama Dep't Public Health, Office of Health Equity and Minority Health, "What is Health Equity?" |
| PX364 | Alabama SB129 (enrolled) (2024) |
| PX365 | Assoc. Press, "AP focuses on Alabama patient in its series on alleged medical racism in the U.S." |
| PX366 | "Alabama Maternal Mortality Review 2020 Annual Report.," Alabama Department of Public Health, Bureau of Family Health Services. |
| PX367 | Debbie Elliott, "Black residents in rural Alabama demand sanitation equity, saying 'it's a right'," NPR |
| PX368 | "Interim Resolution Agreement between US DOJ, US HHS, and ADPH re: Lowndes County Wastewater Disposal" |
| PX369 | Jefferson County Board of Public Health, Board of Health Resolution, "Race as a Public Health Problem" |
| PX370 | "Fiscal year 2014 Annual Driver's License Production Costs" |
| PX371 | List of DL Offices closed |

| PX372 | "Memorandum of Agreement between the U.S. Dep't of Transportation and the Alabama Law Enforcement Agency" |
|---|---|
| PX373 | *Greater Birmingham Ministries v. Alabama*, "Collier Deposition Transcript" |
| PX374 | Alabama House Judiciary Committee, The Impeachment Investigation of Governor Robert Bentley |
| PX375 | Campaign website print out (BillyRayTodddistrict27.com) |
| PX376 | Collection of Mr. Todd's Tweets |
| PX377 | Screenshots of X/Twitter Posts |
| PX378 | Billy Tod's Twitter Video |
| PX379 | Special Primary Election Unofficial Results |
| PX380 | Northwest Shoals Community College Redistricting Public Hearing |
| PX381 | Talk Points for Likely Issues No. 1 |
| PX382 | Functionality Examinations |
| PX383 | Transcript of Reapportionment Committee Hearing, October 26, 2021 |
| PX384 | 2021 Alabama Senate Plan, Census Place by District and by County |

| PX385 | Testimony of S. Kathleen Kirkpatrick to Alabama State Reapportionment Committee |
|---|---|
| PX386 | Transcript of Reapportionment Committee Hearing, September 8, 2021 |
| PX387 | 2021 Huntsville area State Senate districts racial breakdown by precinct |
| PX388 | Letter from Kristeen Baker to Alabama State Reapportionment Committee |
| PX389 | Sen. McClendon's Deposition Transcript in *Milligan v. Allen* |
| PX390 | ALBC v. Alabama, Doc. 217 |
| PX391 | Mike Cason, "Alabama lawmakers begin task of drawing new political districts," al.com |

DATED this 10th day of October, 2024  Respectfully submitted,


/s/ Alison Mollman
Alison Mollman
Laurel Hattix
AMERICAN CIVIL LIBERTIES UNION OF
ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
amollman@aclualabama.org
lhattix@aclualabama.org


/s/ Deuel Ross
Deuel Ross*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street NW Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org


Leah Aden*
Stuart Naifeh*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
Ashley Burrell*
Colin Burke*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
laden@naacpldf.org
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
bcarter@naacpldf.org
aburrell@naacpldf.org


/s/ Davin M. Rosborough
Davin M. Rosborough*
Dayton Campbell-Harris*
Theresa J. Lee*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
dcampbell-harris@aclu.org
tlee@aclu.org
slakin@aclu.org


Jacob van Leer*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
915 15th St. NW
Washington, DC 20005
(202) 715-0815
jvanleer@aclu.org


/s/ Sidney Jackson
Sidney Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS, CHILDS, PANTAZIS,
  FISHER & GOLDFARB
301 19th Street
North Birmingham, AL 35203
(205) 314-0500
sjackson@wigginschilds.com
nlawsen@wigginschilds.com


/s/ Jack Genberg
Bradley E. Heard*

cburke@naacpldf.org

David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

Michael Turrill*
Harmony R. Gbe*
James W. Ettinger*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com
jay.ettinger@hoganlovells.com

Jack Genberg*
Jess Unger*
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Avenue, Suite
340 Decatur, GA 30030
(404) 521-6700
bradley.heard@splcenter.org
jack.genberg@splcenter.org
jess.unger@splcenter.org

Avner Shapiro*
SOUTHERN POVERTY LAW CENTER
1101 17th Street NW
Suite 510
Washington, DC 20036
240-890-1735
avner.shapiro@splcenter.org

Jessica L. Ellsworth*
Shelita M. Stewart*
Amanda N. Allen*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
jessica.ellsworth@hoganlovells.com
shelita.stewart@hoganlovells.com
amanda.n.allen@hoganlovells.com

*Attorneys for Plaintiffs*

*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record in this case.

/s/ Deuel Ross
Deuel Ross*
NAACP Legal Defense
& Educational Fund, Inc.
700 14th Street NW Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org