FILED
2024 Oct-11  PM 04:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ALABAMA STATE CONFERENCE OF THE NAACP, et al., | |
| Plaintiffs, | Case No. 2:21-cv-01531-AMM |
| v. | |
| WES ALLEN, in his official capacity as Alabama Secretary of State, | |
| Defendant. | |

## DEFENDANT WES ALLEN'S OBJECTIONS TO PLAINTIFFS' INITIAL WITNESS LIST AND DEPOSITION DESIGNATIONS

Pursuant to the Court's Scheduling Order (Doc. 148), Defendant Wes Allen objects to Plaintiffs' Initial Witness List only to the extent that Plaintiffs seek testimony subject to any separate, pending motion for exclusion by Secretary Allen. Secretary Allen reserves the right to assert all substantive objections that may be applicable to each individual witness identified by Plaintiffs as circumstances may dictate at trial.

Secretary Allen objects to Plaintiffs' Deposition Designations to the extent Plaintiffs seek inadmissible hearsay, improper opinion evidence, speculative testimony, or irrelevant/immaterial information. Secretary Allen further objects to the extent Plaintiffs seek to elicit incomplete portions of testimony in violation of

Ala. R. Evid. 106. Secretary Allen reserves the right to assert any other substantive objection that may be applicable to each deposition designation as circumstances may dictate at trial.

By counter-designating certain portions of certain depositions below that Secretary Allen maintains ought to be considered for the sake of completeness and/or if the listed witness is unavailable to testify, Secretary Allen does not stipulate to the admissibility of any portions of any deposition and affirmatively reserves all objections to the admissibility of any deposition testimony. Secretary Allen reserves the right to amend these objections and designations.

## OBJECTIONS TO PLAINTIFFS' DESIGNATIONS

| Deponent | Plaintiff's Line & Page Designations | Objections | Counter-Designation | Deposition Date |
|---|---|---|---|---|
| Sen. Jim McClendon | 22:19-25 | Does not complete the witnesses' testimony | 23:1-8; 23:18 to 24:8; 25:9-21 | 04/18/24 |
| Sen. Jim McClendon | 24:13-21 | Does not complete the witnesses' testimony | 24:22 to 25:2 | 04/18/24 |
| Sen. Jim McClendon | 34:21-23 | Does not complete the witnesses' testimony | 34:24 to 35:13 | 04/18/24 |

| Deponent | Plaintiff's Line & Page Designations | Objections | Counter-Designation | Deposition Date |
|---|---|---|---|---|
| Sen. Jim McClendon | 61:13-23 | Does not include witnesses' answer | 61:24 | 04/18/24 |
| Sen. Jim McClendon | 81:19-82:10 | Not all of the question is designated. | 81:18 | 04/18/24 |

## COUNTER-DESIGNATIONS

| Deponent | Line & Page Designations | Deposition Date |
|---|---|---|
| Dr. Karen Landers | 19:6-20:11<br><br>30:7-31:23<br><br>33:19-36:4<br><br>36:20-37:18<br><br>40:6-41:15<br><br>42:13-44:4<br><br>45:6-13<br><br>45:14-46:13<br><br>47:20-49:1<br><br>52:1-57:2 | August 12, 2024 |

| | | |
|---|---|---|
| | 57:25-59:24 | |
| | 59:25-60:25 | |
| | 63:8-20 | |
| | 69:20-70:22 | |
| | 71:8-72:19 | |
| | 87:22-88:17 | |
| | 92:17-93:7 | |
| | 117:4-118:17 | |
| | 120:19-122:14 | |
| | 137:6-19 | |
| | 144:15-146:13 | |
| | 151:15-154:1 | |
| | 154:5-160:13 | |
| Sen, Jim McClendon | 29:14-17 | December 17, 2024 |
| | 32:2-6 | |
| | 34:21 to 35:13 | |
| | 36:23 to 37:5 | |
| | 39:24 to 40:11 | |
| | 43:8-17 | |
| | 46:15-23 | |
| | 58:13 to 59:4 | |

| | | |
|---|---|---|
| | 64:9-11 | |
| | 68:16 to 69:2 | |
| | 69:18-21 | |
| | 83:7-20 | |
| | 83:21 to 84:2 | |
| | 84:3-14 | |
| | 84:15-24 | |
| Randy Hinaman | Entire Deposition | April 17, 2024 |
| Cathy McNeal | 10:20-11:4 | May 20, 2024 |
| | 14:7-15 | |
| | 16:1-17:16 | |
| | 18:9-21:21 | |
| | 22:9-23:12 | |
| | 25:23-27:2 | |
| | 32:8-33:21 | |
| | 35:9-18 | |
| | 35:23-37:1 | |
| | 44:15-47:7 | |
| | 71:9-72:7 | |
| | 73:1-76:20 | |
| | 79:2-80:23 | |
| | 85:8-87:17 | |

| | | |
|---|---|---|
| | 107:2-109:2 | |
| | 110:15-11:16 | |
| | 112:15-113:5 | |
| | 118:3-124:6 | |
| | 143:18-146:8 | |
| | 146:19-147:11 | |
| Col. Jonathan Archer | 13:19-25 – 4:1-4 | August 5, 2024 |
| | 15:5 – 17:17 | |
| | 18:24 – 21:19 | |
| | 22:22 – 24:7 | |
| | 24:19 – 26:14 | |
| | 26:22 – 29:5 | |
| | 29:22 – 30:2 | |
| | 32:17 – 33:5 | |
| | 42:24 – 43:14 | |
| | 45:2-8 | |
| | 59:25 – 65:11 | |
| | 66:4-14 | |
| | 67:9-16 | |
| | 67:23 – 70:8 | |
| | 73:16 – 75:18 | |
| | 81:20 – 86:18 | |
| | 87:4-24 | |

| | 89:3 – 90:23<br><br>91:7-24<br><br>93:5-11 | |
|---|---|---|

Respectfully submitted,

Steve Marshall
  *Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

/s/James W. Davis
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*
Soren Geiger (ASB-0336-T31L)
  *Assistant Solicitor General*
Charles A. McKay (ASB-7256-K18K)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Richard D. Mink (ASB-4802-M76R)
Benjamin M. Seiss (ASB-2110-O00W)
Brenton M. Smith (ASB-1656-X27Q)
  *Assistant Attorneys General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama  36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Soren.Geiger@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov
Richard.Mink@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov

Ben.Seiss@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov

***Counsel for Secretary of State Allen***

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record in this case.

/s/ James W. Davis
James W. Davis