**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| ALABAMA STATE CONFERENCE OF THE NAACP, et al., | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) ) | Case No. 2:21-cv-01531-AMM |
| Hon. WES ALLEN, in his official capacity as Alabama Secretary of State, | ) ) ) | |
| *Defendant*. | ) | |

**S<small>TATE</small> D<small>EFENDANT'S</small> S<small>ECOND</small> A<small>MENDED</small> E<small>XHIBIT</small> L<small>IST</small>**

Hon. Wes Allen, sued in his official capacity as Secretary of State, submits the following amended list of exhibits he expects to offer at trial or that he may offer at trial. This list is amended to withdraw certain exhibits, primarily as a result of an agreement of the parties.

Secretary Allen reserves the right to offer exhibits listed on any other party's exhibit list or to use other documents for rebuttal or impeachment.

1. Export Report - Dr. Christopher W. Bonneau (3/26/2024)
2. Chris W. Bonneau (CV)
3. Expert Report - Adam M. Carrington, Ph.D. (3/22/2024)
4. Adam M. Carrington (CV)
5. Expert Report of M.V. Hood III (3/29/2024)
6. M.V. Hood III (CV)

7. Expert Report of Sean P. Trende, Ph.D. (3/29/2024)

8. Supplemental Expert Report of Sean P. Trende, Ph.D. (4/26/24)

9. Expert Report of Dr. Wilfred Reilly (3/29/2024)

10. *ALBC* #335 State Defendants Filings of Remedial Plan Information in *Alabama Legislative Black Caucus v. State of Alabama*, Case No. 2:12-cv-691-WKW-MHT-WHP (M.D. Ala.)

11. *ALBC* #335-1 Exhibit State 1 – 2017 Ala. Laws 347 (formerly SB403) (remedial Senate districts)

12. *ALBC* #335-2 Exhibit State 2 - Reapportionment Committee Senate Plan 2 Large Size Statewide

13. *ALBC* #335-3 Exhibit State 3 - Reapportionment Committee Senate Plan 2 Letter Size Statewide

14. *ALBC* #335-4 Exhibit State 4 - Reapportionment Committee Senate Plan 2 Medium Size Statewide

15. *ALBC* #335-5 Exhibit State 5 - Reapportionment Committee Senate Plan 2 – Jefferson Co. Birmingham Area

16. *ALBC* #335-6 Exhibit State 6 - Reapportionment Committee Senate Plan 2 - Jefferson County

17. *ALBC* #335-7 Exhibit State 7 - Reapportionment Committee Senate Plan 2 – Madison Co. Huntsville Area

18. *ALBC* #335-8 Exhibit State 8 - Reapportionment Committee Senate Plan 2 - Madison County

19. *ALBC* #335-9 Exhibit State 9 - Reapportionment Committee Senate Plan 2 - Mobile City

20. *ALBC* #335-10 Exhibit State 10 - Reapportionment Committee Senate Plan 2 - Mobile County

21. *ALBC* #335-11 Exhibit State 11 - Reapportionment Committee Senate Plan 2 - Montgomery Area

22. *ALBC* #335-12 Exhibit State 12 - Reapportionment Committee Senate Plan 2 - Montgomery County

23. *ALBC* #336 State Defendants Filings of Remedial Plan Information

24. *ALBC* #336-1 Exhibit State 13 - Reapportionment Committee Senate Plan 2 - All Districts Population Report

25. *ALBC* #336-2 Exhibit State 14 - Reapportionment Committee Senate Plan 2 - Assigned District Splits - County

26. *ALBC* #336-3 Exhibit State 15 - Reapportionment Committee Senate Plan 2 - Assigned District Splits - VTD

27. *ALBC* #336-4 Exhibit State 16 - Reapportionment Committee Senate Plan 2 - District Statistics Report

28. *ALBC* #336-5 Exhibit State 17 - Reapportionment Committee Senate Plan 2 - Population Summary Report

29. *ALBC* #336-6 Exhibit State 18 - 2014 Senate Districts - All Districts Population Report

30. *ALBC* #336-7 Exhibit State 19 - 2014 Senate Districts - Assigned District Splits

31. *ALBC* #336-8 Exhibit State 20 - 2014 Senate Districts - Assigned District Splits

32. *ALBC* #336-9 Exhibit State 21 - 2014 Senate Districts - Population Summary Report

33. *ALBC* #336-10 Exhibit State 22 - 2014 Senate Districts - District Statistics Report

34. *ALBC* #336-11 Exhibit State 23 - Chart Comparing 2012 Senate Districts with Reapportionment Committee Senate Plan 2 Districts

35. *ALBC* #336-12 Exhibit State 24 - Senate Incumbent Residential Addresses - April 2017

36. *ALBC* #336-13 Exhibit State 25 - History for SB403 (Regular Session 2017)

37. *ALBC* #337 State Defendants Filings of Remedial Plan Information

38. *ALBC* #337-1 Exhibit State 26 – 2017 Ala. Laws 348 (formerly, HB 571) (remedial House districts)

39.   *ALBC* #337-2 Exhibit State 27 - Reapportionment Committee House Plan 2 Medium Size Statewide

40.   *ALBC* #337-3 Exhibit State 28 - Reapportionment Committee House Plan 2 Large Size Statewide

41.   *ALBC* #337-4 Exhibit State 29 - Reapportionment Committee House Plan 2 Jefferson Co. Birmingham Area

42.   *ALBC* #337-5 Exhibit State 30 - Reapportionment Committee House Plan 2 Jefferson County

43.   *ALBC* #337-6 Exhibit State 31 - Reapportionment Committee House Plan 2 Mobile Area

44.   *ALBC* #337-7 Exhibit State 32 - Reapportionment Committee House Plan 2 Mobile County

45.   *ALBC* #337-8 Exhibit State 33 - Reapportionment Committee House Plan 2 Montgomery Area

46.   *ALBC* #337-9 Exhibit State 34 - Reapportionment Committee House Plan 2 Montgomery County

47.   *ALBC* #337-10 Exhibit State 35 - Reapportionment Committee House Plan 2 Huntsville Area

48.   *ALBC* #337-11 Exhibit State 36 - Reapportionment Committee House Plan 2 Madison County

49.   *ALBC* #338 State Defendants Filings of Remedial Plan Information

50.   *ALBC* #338-1 Exhibit State 37 - Reapportionment Committee House Plan 2 - All District Population Report

51.   *ALBC* #338-2 Exhibit State 38 - Reapportionment Committee House Plan 2 - Assigned District - County

52.   *ALBC* #338-3 Exhibit State 39 - Reapportionment Committee House Plan 2 - Assigned District - VTD

53.   *ALBC* #338-4 Exhibit State 40 - Reapportionment Committee House Plan 2 - District Statistics Report

54.   *ALBC* #338-5 Exhibit State 41 - Reapportionment Committee House Plan 2 - Population Summary Report

55.   *ALBC* #338-6 Exhibit State 42 - 2014 House Districts - All Districts Population Report

56.   *ALBC* #338-7 Exhibit State 43 - 2014 House Districts - Assigned District Splits

57.   *ALBC* #338-8 Exhibit State 44 - 2014 House Districts - Assigned District Splits

58.   *ALBC* #338-9 Exhibit State 45 - 2014 House Districts - District Statistics Report

59.   *ALBC* #338-10 Exhibit State 46 - 2014 House Districts - Population Summary Report

60.   *ALBC* #338-11 Exhibit State 47 - Chart Comparing 2012 House Districts With RCHP2 Districts

61.   *ALBC* #338-12 Exhibit State 48 - State 48 - House Incumbent Residential Addresses - March 2017

62.   *ALBC* #338-13 Exhibit State 49 - History for HB571 (Regular Session 2017)

63.   *ALBC* #338-14 Exhibit State 50 - District Functionality Analysis Alabama House District 32 (Hood)

64.   *ALBC* #339 Filing State Defendants' Filings of Remedial Plan Information

65.   *ALBC* #339-1 Exhibit State 51 - State of Alabama Reapportionment Committee Guidelines for Remedial Legislative Redistricting (April 2017)

66.   *ALBC* #339-2 Exhibit State 54 - Meeting of Permanent Legislative Committee on Reapportionment

67.   *ALBC* #339-3 Exhibit State 55 - Meeting of House Constitution, Campaigns and Elections Committee

68.   *ALBC* #339-4 Exhibit State 56 - Meeting of Permanent Legislative Committee on Reapportionment

69.   *ALBC* #339-5 Exhibit State 57 - Transcription of the Recording of House Constitution, Campaigns and Elections Committee May 9 2017

70. *ALBC* #339-6 Exhibit State 58 - Transcription of the Recording of Tourism Committee (Senate) May 17, 2017

71. #171-1 May 5, 2021 Reapportionment Committee Redistricting Guidelines.

72. Minutes of the May 2021 Reapportionment Committee meeting.

73. Minutes of the September 2021 Reapportionment Hearing.

74. 2021-09-01 Northwest_Shoals_College_ Transcripts

75. 2021-09-02 Bevill State College Transcripts

76. 2021-09-02 Lawson State College_ Transcripts

77. 2021-09-02 Snead State College_ Transcripts

78. 2021-09-02 Wallace State College-Dothan_Trancripts

79. 2021-09-07 Jefferson State College_ Clanton_Transcripts

80. 2021-09-07 Jefferson State College-Hoover_Transcripts

81. 2021-09-07 Shelton State College_ Transcripts

82. 2021-09-07 Wallace State College-Selma_Transcripts

83. 2021-09-08 Alabama_State_House_ Transcripts

84. 2021-09-08 Coastal_Alabama-Monroeville _Transcripts

85. 2021-09-08 Demopolis_Civic_Center_ Transcripts

86. 2021-09-08 Troy University_Transcripts

87. 2021-09-09 Coastal Alabama College-Brewton_Transcripts

88. 2021-09-09 Gadsden_State_College_ Ayers _Transcripts

89. 2021-09-09 Lurleen Wallace State College_Transcripts

90. 2021-09-09 Southern Union College-Opelika_ Transcripts

91. 2021-09-15  Coastal_Alabama_College-Thomasville_ Transcripts

92. 2021-09-15 Gadsden_State_College_ Transcripts

93. 2021-09-15 National_Guard_Armory_ Transcripts

94. 2021-09-16 Coastal Alabama College-Fairhope

95. 2021-09-16 University_of_Livingston _Transcript

96.     Transcript of the July 13, 2023 Reapportionment Hearing.

97.     True Colors: White Conservative Support for Minority Republican Candidates (Hood transcript, Exhibit 8)

98.     Proposed Alabama Senate District 18 Functionality Examination (Hood transcript, Exhibit 13)

99.     City of Decatur with Pop & VAP by Race (Fairfax transcript, Exhibit 9)

100.    The Dwelling Place Precinct Split; The Dwelling Place Racial Dot Map; The Dwelling Place Split Population and VAP (Fairfax transcript, Exhibit 10)

101.    By-Laws of Greater Birmingham Ministries, Inc. (Douglas transcript, Defendants Exhibit 4)

102.    GBM Individual Member By-Laws Amendment (Douglas transcript, Defendants Exhibit 5)

103.    Plaintiffs' Responses to Defendant Allen's Discovery Requests (served March 28, 2024) (Douglas transcript, Defendants Exhibit 6)

104.    *New Redistricting Plan Called 'Breakthrough for Black People'* (Bagley transcript, Defendants Exhibit 3)

105.    Charles Thomas "Pete" Mathews obituary. (Bagley transcript, Defendants Exhibit 4)

106.    Tuscaloosa News articles (Bagley transcript, Defendants Exhibit 5)

107.    *Disaster brings unity to fighting Senate* (Bagley transcript, Defendants Exhibit 6)

108.    *Report: GOP redistricting expert was in touch with Alabama legislator, attorney*, by Brian Lyman (Bagley transcript, Defendants Exhibit 7)

109.    August 9, 2023 Memorandum to City and County Superintendents of Education from Mr. Mackey (Bagley transcript, Defendants Exhibit 8)

110.    Education Lab article (*No more failing schools*) (Bagley transcript, Defendants Exhibit 9)

111.    All of Statistics - A Concise Course in Statistical Inference by Larry Wasserman (Oskooii transcript - Exhibit 2)

112. Arizona Independent Redistricting Commission - Overview of Decennial Redistricting Process and Maps (January 2022) (Oskooii transcript - Exhibit 5)

113. Withdrawn

114. Bylaws for Units National Association for the Advancement of Colored People (Adopted eff. March 2019) (Simelton transcript, Defendants Exhibit 4)

115. Withdrawn

116. Withdrawn

117. Withdrawn

118. Withdrawn

119. Withdrawn

120. Withdrawn

121. Withdrawn

122. Withdrawn

123. Withdrawn

124. State Defendants' First Supplement to Their Initial Disclosures, dated March 25, 2024 (redacted)

125. State Defendants' Second Supplement to Their Initial Disclosures, dated April 10, 2024 (redacted)

126. State Defendants' Third Supplement to Their Initial Disclosures, dated May 6, 2024 (redacted)

127. SOS153401 - Morbidity and Mortality Weekly Report - County-Level COVID-19 Vaccination Coverage and Social Vulnerability - United States, December 14, 2020-March 1, 2021

128. SOS153408 - ALEA - All Driver License Transactions - Year 2014

129. SOS153484 - ALEA - letter to Ms. Mary Snell from Spencer Collier, re Public Records Request (September 23, 2015)

130. SOS153490 - ALEA - Adverse Effects of Proposed General Fund Budget

131.  SOS153492 - ALEA DL Office Closure Locations

132.  SOS153493 - ALEA - letter to Yvette Rivera from J. Spencer Collier, re DOT 2016-0060 (January 19, 2016)

133.  SOS153496 - ALEA - Driver License Budget Reduction Response Plan

134.  SOS 153500 - ALEA Fact Sheet, Driver License Operations

135.  SOS153505 - ALEA - Drivers License Operations and response to Mary Snell

136.  Withdrawn

137.  Withdrawn

138.  Withdrawn

139.  Withdrawn

140.  SOS153595 - Sample Ballot, Republican Primary, Constitutional Amendment and Special School Tax Election Montgomery County, AL (March 5, 2024)

141.  Withdrawn

142.  Withdrawn

143.  Withdrawn

144.  Withdrawn pursuant to an agreement of the parties

145.  Withdrawn pursuant to an agreement of the parties

146.  Withdrawn pursuant to an agreement of the parties

147.  Withdrawn pursuant to an agreement of the parties

148.  Withdrawn pursuant to an agreement of the parties

149.  Withdrawn pursuant to an agreement of the parties

150.  Withdrawn pursuant to an agreement of the parties

151.  Withdrawn pursuant to an agreement of the parties

152.  Withdrawn pursuant to an agreement of the parties

153.  Withdrawn pursuant to an agreement of the parties

154.  Withdrawn pursuant to an agreement of the parties

155.  Withdrawn pursuant to an agreement of the parties

156.   Withdrawn pursuant to an agreement of the parties

157.   Withdrawn pursuant to an agreement of the parties

158.   Withdrawn pursuant to an agreement of the parties

159.   Withdrawn pursuant to an agreement of the parties

160.   Withdrawn pursuant to an agreement of the parties

161.   Withdrawn pursuant to an agreement of the parties

162.   Withdrawn pursuant to an agreement of the parties

163.   Withdrawn pursuant to an agreement of the parties

164.   Withdrawn pursuant to an agreement of the parties

165.   Withdrawn pursuant to an agreement of the parties

166.   Withdrawn pursuant to an agreement of the parties

167.   Withdrawn pursuant to an agreement of the parties

168.   Withdrawn pursuant to an agreement of the parties

169.   Withdrawn pursuant to an agreement of the parties

170.   Withdrawn pursuant to an agreement of the parties

171.   Withdrawn pursuant to an agreement of the parties

172.   Withdrawn pursuant to an agreement of the parties

173.   Withdrawn pursuant to an agreement of the parties

174.   Withdrawn pursuant to an agreement of the parties

175.   Withdrawn pursuant to an agreement of the parties

176.   Withdrawn pursuant to an agreement of the parties

177.   Withdrawn pursuant to an agreement of the parties

178.   Withdrawn pursuant to an agreement of the parties

179.   Withdrawn pursuant to an agreement of the parties

180.   Withdrawn pursuant to an agreement of the parties

181.   Withdrawn pursuant to an agreement of the parties

182.  Withdrawn pursuant to an agreement of the parties

183.  Withdrawn pursuant to an agreement of the parties

184.  Withdrawn pursuant to an agreement of the parties

185.  Withdrawn pursuant to an agreement of the parties

186.  Withdrawn pursuant to an agreement of the parties

187.  Withdrawn pursuant to an agreement of the parties

188.  Withdrawn pursuant to an agreement of the parties

189.  Withdrawn pursuant to an agreement of the parties

190.  Withdrawn pursuant to an agreement of the parties

191.  Withdrawn pursuant to an agreement of the parties

192.  Withdrawn pursuant to an agreement of the parties

193.  Withdrawn pursuant to an agreement of the parties

194.  Withdrawn pursuant to an agreement of the parties

195.  Withdrawn pursuant to an agreement of the parties

196.  Withdrawn pursuant to an agreement of the parties

197.  Withdrawn pursuant to an agreement of the parties

198.  Withdrawn pursuant to an agreement of the parties

199.  Withdrawn pursuant to an agreement of the parties

200.  Withdrawn pursuant to an agreement of the parties

201.  SOS153882 - Agreement for the Sale and Purchase of Georgia Washington Middle School Campus (25 pages)

202.  SOS153907 - Agreement for the Sale and Purchase of Georgia Washington Middle School Campus (24 pages)

203.  SOS153931 - Pike Road Resolutions (Sept. 2000)

204.  SOS153943 - Town of Pike Road: Town Limits Map – August 2012

205.  SOS153944 - *Pike Road dispute centers around choice*, The Montgomery Advertiser, June 24, 2010

206.  SOS153945 - Town of Pike Road Map - March 2006

207.  SOS153946 - Town of Pike Road Map - May 2009

208.  SOS153947 - Town of Pike Road Map - October 2010

209.  SOS153948 - Town of Pike Road - February 2009

210.  SOS153949 - The City of Pike Road, City Council Meeting Minutes, January 12, 1998

211.  SOS153953 - Town of Pike Road Swearing in Ceremony, Montgomery, October 4, 2004, Peace Baptist Church

212.  SOS153954 - Minutes for City of Pike Road, Monday October 9, 2000, Regular Meeting

213.  SOS153961 - Minutes of Pike Road Town Council Organizational Meeting, Monday, November 2, 2020, Pike Road Town Hall

214.  SOS153982 - Minutes for Organizational Meeting of the 2008-2012 Pike Road Town Council, Monday, November 3, 2008, Town Hall

215.  SOS153984 - Agenda Pike Road Town Council Swearing In Ceremony and Organizational Meeting Monday, November 5, 2012

216.  SOS153994 - Minutes for City of Pike Road, Monday November 13, 2000, Peace Baptist Church, Regular Meeting

217.  SOS153996 - Minutes of Pike Road Town Council Organizational Meeting, Monday, November 7, 2016, Pike Road Town Hall

218.  SOS154007 - Town of Pike Road, Municipal Election Information

219.  SOS154010 - Town of Pike Road Ordinance 2018-0400 dated June 11, 2018

220.  SOS154018 - Map of Town of Pike Road, June 10, 2011

221.  SOS154019 - Map of Town of Pike Road, July 5, 2012

222.  SOS154020 - Town of Pike Road Map (Oct. 2010)

223.  SOS154021 - Settlement Agreement concerning Georgia Washington Middle School, dated May 23, 2018

224.  SOS154024 - Town of Pike Road Town Limits Map (July 2013)

225.   SOS154025 - Town of Pike Road (April 18, 2008)

226.   SOS154026 - Town of Pike Road Map (October 26, 2011)

227.   SOS154027 - Town of Pike Road Map (May, 2009)

228.   SOS154028 - AdvancED Special Review Report - Board of Education Montgomery Public Schools (May 30, 2018)

229.   SOS154053 - Memorandum Opinion, *Wellington v. Huntsville Board of Education,* Case No. 5:63-cv-00109-MHH (N.D. Ala. April 21, 2015)

230.   SOS154082 - 2017 Memorandum Opinion Regarding Status of Consent Order Implementation, *Wellington v. Huntsville Board of Education,* Case No. 5:63-cv-00109-MHH (N.D. Ala. dated November 14, 2017)

231.   SOS154122 - Order, *Wellington v. Huntsville Board of Education*, Case No. 5:63-cv-00109-MHH (N.D. Ala. January 3, 2020)

232.   SOS154129 - Unopposed Motion for Partial Unitary Status as to Faculty and Staff, *Wellington v. Huntsville Board of Education,* Case No. 5:63-cv-00109-MHH (N.D. Ala. April 5, 2023)

233.   SOS154135 - Brief of Huntsville Board of Education In Support of the Unopposed Motion for Partial Unitary Status as to Faculty and Staff, *Wellington v. Huntsville Board of Education,* Case No. 5:63-cv-00109-MHH (N.D. Ala. April 5, 2023)

234.   SOS154306 - United States' Response to the Huntsville City Board of Education's Unopposed Motion for Partial Unitary Status as to Faculty and Staff, *Wellington v. Huntsville Board of Education,* Case No. 5:63-cv-00109-MHH (N.D. Ala. April 26, 2023)

235.   SOS154319 - Order, *Wellington v. Huntsville Board of Education*, Case No. 5:63-cv-00109-MHH (N.D. Ala. September 15, 2023)

236.   SOS154325 - Joint Status Report to the Court, *Wellington v. Huntsville Board of Education,* Case No. 5:63-cv-00109-MHH (N.D. Ala. February 1, 2024)

237.   SOS154347 - Alabama Christian Academy Handbook Policies

238.   SOS154348 - AdvancEd Special Review Team Report Montgomery Public Schools, Montgomery, Alabama (March 2018)

239.  SOS154384 - Affidavit of Jason Taylor dated March 14, 2018 in *Simms, et al., v. Richardson, et al.*, Case No. CV-2018-000092, Circuit Court of Montgomery County, Alabama

240.  SOS154398 - Alabama Christian Academy, Employment

241.  SOS154400 - *Guest opinion: Time to address the pressing need for school choice options*, al.com, February 21, 2024

242.  SOS154406 - Response of Montgomery County Board of Education to Alabama State Department of Education Intervention Notice

243.  SOS154628 - cognia Montgomery Public Schools: Steady improvements

244.  SOS154630 - cognia Case Study: Montgomery Public Schools, Montgomery Alabama

245.  SOS154639 - Montgomery Public Schools (MPS) Intervention Report, Alabama Interim State Superintendent of Education Ed Richardson

246.  SOS154675 - *MPS 'moving forward together' after release from state intervention*, WSFA, December 1, 2021

247.  SOS154678 - AdvancED - Monitoring Review Report, Montgomery County Public Schools, July 22, 2019

248.  SOS154705 - Percent of People Initiating C19Vax by Race Chart Export

249.  SOS154706 - ALEA 2014 Transactions - DL Closure

250.  Withdrawn

251.  Withdrawn

252.  SOS 154709 - Pike Road Enrollment 2018-2024

253.  SOS154710 - ADECA 2023 Annual Report

254.  SOS154729 - Interim Resolution Agreement between the United States Department of Justice and the United States Department of Health and Human Services and the Alabama Department of Public Health, DOJ No. 171-3-14

255.  SOS154744 - Alabama Senator Charles Langford, Rosa Parks's Lawyer, The Washington Post, February 12, 2007

256. SOS154745 - Memorandum of Agreement Between the U.S. Department of Transportation and the Alabama Law Enforcement Agency

257. SOS154767 - Transcript of Confirmation Hearing on the Nomination of Hon. Jeff Sessions to be Attorney General of the United States, Hearing before the Committee on the Judiciary United States Senate, One Hundred Fifteenth Congress, First Session, January 10 and 11, 2017 (S. Hrg. 115-207)

258. SOS154968 - Voluntary Compliance Agreement with Title VI of the Civil Rights Act of 1964, as amended, between United States Department of Housing and Urban Development and Decatur Housing Authority, Decatur, Alabama

259. SOS154998 - *MPS Official Changes Names of Robert E. Lee, Jeff Davis High Schools*, November 10, 2022.

260. SOS155002 - *Our View: Alabama Senate leadership removes Sen. Scott Beason as chairman of the powerful Rules Committee, and for good reason*

261. SOS155010 - Settlement Agreement in *The Alabama State Conference of the NAACP v. City of Pleasant Grove, Alabama*, Case No. 2:18-cv-02056-LSC (N.D. Ala. 2019)

262. SOS155024 - Secretary of State's Certification of Alabama Republican Party candidates for Special Primary Election on April 30, 2024 for Member of the Alabama State House, District 27

263. SOS155031 - The Montgomery Advertiser, November 10, 1983, pg. 1

264. SOS155032 - The Montgomery Advertiser, November 10, 1983, pg. 2

265. SOS155033 - House District 73 Hooper defeats Wilson, The Montgomery Advertiser, November 9, 1983

266. SOS155034 - Letter to Hon Charles A. Graddick from Wm. Bradford Reynolds dated May 6, 1982 (Legislative redistricting objection)

267. Withdrawn

268. Withdrawn

269. Withdrawn

270. Withdrawn

271. Withdrawn

272. Withdrawn

273. Withdrawn

274. Withdrawn

275. Withdrawn

276. Withdrawn

277. Withdrawn

278. Withdrawn

279. Withdrawn

280. Withdrawn

281. Withdrawn

282. Withdrawn

283. Withdrawn

284. Withdrawn

285. Withdrawn

286. Withdrawn

287. Withdrawn

288. Withdrawn

289. Withdrawn

290. Withdrawn

291. Withdrawn

292. Withdrawn

293. Withdrawn

294. Withdrawn

295. ACT  2021-558_AL  SENATE  REDISTRICTING_SB1_13818902_1.pdf (STONE - RC000001)

296. SB1_Rep Hall Sen Hassell filed dissent_Senate Journal_13818899_1.pdf (STONE - RC000016)

297. SB1_Sente Redistricting_Bill History Vote Counts_13818900_1.pdf (STONE - RC000024)

298. SB1_Senate Redistricting_Bill History Notes_13818901_1.pdf (STONE - RC000029)

299. 2021 Alabama Senate Plan_Baldwin County_13818782_1.pdf (STONE - RC000030)

300. 2021 Alabama Senate Plan_SD1_13818783_1.pdf (STONE - RC 000031)

301. 2021 Alabama Senate Plan_SD2_13818784_1.pdf (STONE - RC 000032)

302. 2021 Alabama Senate Plan_SD3_13818785_1.pdf (STONE - RC 000033)

303. 2021 Alabama Senate Plan_SD7_13818789_1.pdf (STONE - RC 000037)

304. 2021 Alabama Senate Plan_SD8_13818790_1.pdf (STONE - RC 000038)

305. 2021 Alabama Senate Plan_SD9_13818791_1.pdf (STONE - RC 000039)

306. 2021 Alabama Senate Plan_SD10_13818754_1.pdf (STONE - RC 000040)

307. 2021 Alabama Senate Plan_SD23_13818767_1.pdf (STONE - RC 000053)

308. 2021 Alabama Senate Plan_SD25_13818769_1.pdf (STONE - RC 000055)

309. 2021 Alabama Senate Plan_5D26_13818770_1.pdf (STONE - RC 000056)

310. 2021 Alabama Senate Plan_SD27_13818771_1.pdf (STONE - RC 000057)

311. 2021 Alabama Senate Plan_SD28_13818772_1.pdf (STONE - RC 000058)

312. 2021 Alabama Senate Plan_SD30_13818774_1.pdf (STONE - RC 000060)

313. 2021 Alabama Senate Plan_SD31_13818775_1.pdf (STONE - RC 000061)

314. 2021 Alabama Senate Plan_Statewide_13818780_1.pdf (STONE - RC 000066)

315. 2021 AL Senate Plan_with 2017 district overlay_13818853_1.pdf (STONE - RC 000068)

316. 2021 AL Senate Plan_with 2021 Cong Districts_Letter Size_13818854_1.pdf (STONE RC 000069)

317. 2021 Alabama Senate Plan_Bill Text_13818857_1.pdf (STONE - RC 000072 STONE)

318. 2021 Alabama Senate Plan_Census Place by District and by County_13818858_1.pdf (STONE - RC 000081)

319. 2021 Alabama Senate Plan_Communities of Interest_Cities VAP 13818859 1.pdf  (STONE - RC 000100)

320. 2021 Alabama Senate Plan_Communities of Interest_Cities_13818860_ 1.pdf (STONE - RC 000164)

321. 2021 Alabama Senate Plan_Communities of Interest_County ALL_ 13818861_1.pdf (STONE - RC 000228)

322. 2021 Alabama Senate Plan_Communities of Interest_County Splits_ 13818862_1.pdf (STONE - RC 000243)

323. 2021 Alabama Senate Plan_County by County and by District 13818866_1.pdf (STONE - RC 000409)

324. 2021 Alabama Senate Plan_County by County and by District_AP_13818867_1.pdf (STONE - RC 000423)

325. 2021 Alabama Senate Plan_County by District and by County_13818868_1.pdf (STONE - RC 000437)

326. 2021 Alabama Senate Plan_District Statistics_13818869_1.pdf (STONE - RC 000449)

327. 2021 Alabama Senate Plan_District Statistics_AP_13818870_1.pdf (STONE - RC 000467)

328. 2021 Alabama Senate Plan_Letter size map_13818833_1.bmp (STONE - RC 000516)

329. 2021 Alabama Senate Plan_Map Book_13818835_1.pdf (STONE-RC 000518)

330. 2021 Alabama Senate Plan_Measures of Compactness Report_Reock_13818836_1.pdf (STONE- RC 000553)

331. 2021 Alabama Senate Plan_Measures of Compactness Report_Schwartzberg_13818837_1.pdf (STONE RC 000557)

332. 2021 Alabama Senate Plan_Measures of Political Asymmetry_13818838_1.pdf (STONE - RC 000561)

333. 2021 Alabama Senate Plan_Population Summary_13818843_1.pdf (STONE - RC 000737)

334. 2021 Alabama Senate Plan_Population Summary_AP VAP_13818844_1.pdf (STONE - RC 000739)

335. 2021 Alabama Senate Plan_Population Summary_AP_13818845_1.pdf (STONE - RC 000741)

336. 2021 Alabama Senate Plan_Population Summary_VAP_13818846_1.pdf (STONE - RC 000743)

337. 2021 Alabama Senate Plan_1_13818818_1.pdf (STONE - RC 000871)

338. 2021 Alabama Senate Plan_2_13818819_1.pdf (STONE - RC 000872)

339. 2021 Alabama Senate Plan_3_13818820_1.pdf (STONE - RC 000873)

340. 2021 Alabama Senate Plan_4_13818821_1.pdf (STONE - RC 000874)

341. 2021 Alabama Senate Plan_5_13818822_1.pdf (STONE - RC 000875)

342. 2021 Alabama Senate Plan_6_13818823_1.pdf (STONE - RC 000876)

343. 2021 Alabama Senate Plan_7_13818824_1.pdf (STONE - RC 000877)

344. 2021 Alabama Senate Plan_8_13818825_1.pdf (STONE - RC 000878)

345. 2021 Alabama Senate Plan_9_13818826_1.pdf (STONE - RC 000879)

346. 2021 Alabama Senate Plan_10_13818792_1.pdf (STONE - RC 000880)

347. 2021 Alabama Senate Plan_11_13818793_1.pdf (STONE - RC 000881)

348. 2021 Alabama Senate Plan_12_13818794_1.pdf (STONE - RC 000882)

349. 2021 Alabama Senate Plan_13_13818795_1.pdf (STONE - RC 000883)

350. 2021 Alabama Senate Plan_14_13818796_1.pdf (STONE - RC 000884)

351. 2021 Alabama Senate Plan_15_13818797_1.pdf (STONE - RC 000885)

352. 2021 Alabama Senate Plan_16_13818798_1.pdf (STONE - RC 000886)

353. 2021 Alabama Senate Plan_17_13818799_1.pdf (STONE - RC 000887)

354. 2021 Alabama Senate Plan_18_13818800_1.pdf (STONE - RC 000888)

355.  2021 Alabama Senate Plan_19_13818801_1.pdf (STONE - RC 000889)

356.  2021 Alabama Senate Plan_20_13818802_1.pdf (STONE - RC 000890)

357.  2021 Alabama Senate Plan_21_13818803_1.pdf (STONE - RC 000891)

358.  2021 Alabama Senate Plan_22_13818804_1.pdf (STONE - RC 000892)

359.  2021 Alabama Senate Plan_23_13818805_1.pdf (STONE - RC 000893)

360.  2021 Alabama Senate Plan_24_13818806_1.pdf (STONE - RC 000894)

361.  2021 Alabama Senate Plan_25_13818807_1.pdf (STONE - RC 000895)

362.  2021 Alabama Senate Plan_26 13818808_1.pdf (STONE - RC 000896)

363.  2021 Alabama Senate Plan_27_13818809_1.pdf (STONE - RC 000897)

364.  2021 Alabama Senate Plan_28_13818810_1.pdf (STONE - RC 000898)

365.  2021 Alabama Senate Plan_29_13818811_1.pdf (STONE - RC 000899)

366.  2021 Alabama Senate Plan_30 13818812_1.pdf (STONE - RC 000900)

367.  2021 Alabama Senate Plan_31 13818813_1.pdf (STONE - RC 000901)

368.  2021 Alabama Senate Plan_32_13818814_1.pdf (STONE - RC 000902)

369.  2021 Alabama Senate Plan_33 13818815_1.pdf (STONE - RC 000903)

370.  2021 Alabama Senate Plan_34 13818816_1.pdf (STONE - RC 000904)

371.  2021 Alabama Senate Plan_35_13818817_1.pdf (STONE - RC 000905)

372.  Senate Split Counties_13818885_1.zip?SENATE DEKALB COUNTY.jpg (STONE - RC 000934)

373.  SENATE Split Counties_13818885_1.zip?SENATE ELMORE COUNTY.jpg (STONE RC 000935)

374.  SENATE Split Counties_13818885_1.zip?SENATE MONTGOMERY COUN-TY.jpg (STONE - RC 000939 )

375.  AGENDA FOR MAY 5 2021 MEETING_13811322_1.docx (STONE - RC 000948)

376.  Email Notification to Committee Members_13811323_1.pdf (STONE - RC 000949)

377. Feb 19 2020_Committee Minutes APPROVED_13811324_1.pdf (STONE 000950)

378. May 5 2021 Committee Minutes_draft_13811325_1.pdf (STONE - RC 000951)

379. May 5 2021 Motions_13811326_1.pdf (STONE - RC 000952)

380. May 5 2021 Roll Call_13811327_1.pdf (STONE - RC 000955)

381. Order of Business for the Reapportionment Committee Meeting May 5 2021_13811328_1.docx (STONE - RC 000956)

382. Calendar Handout_13811329_1.pdf (STONE RC 000957)

383. AGENDA for Meeting_Oct 26 2021_13811338_1.docx (STONE - RC 001002)

384. Email to Reapp Comm_Meeting Notice_Oct 18 2021_13811339_1.pdf (STONE - RC 001003)

385. October 26 2021 MOTIONS_13811340_1.pdf  (STONE - RC 001004)

386. October 26 2021 ROLL CALL_13811341_1.pdf (STONE - RC 001009)

387. REAPP COMMITTEE MEETING MINUTES 10 26 2021_draft_13811342_1.pdf (STONE - RC 001010)

388. FINAL_Legislative Reapportionment Public Hearings_13823258_1.pdf (STONE - RC 001101)

389. Public Hearing Contact List_13823259_1.xlsx (STONE - RC 001107)

390. 2021 Alabama Senate Plan_Population Summary_13932108_1.pdf (STONE - RC 003451)

391. 2021 Alabama Senate Plan_Population Summary_AP VAP_13932110_1.pdf (STONE - RC 003453)

392. 2021 Alabama Senate Plan_Population Summary AP_13932112_1.pdf (STONE - RC 003455)

393. 2021 Alabama Senate Plan_Population Summary VAP_13932113_1.pdf (STONE ,RC 003457)

394. October 26 2021 MOTIONS_13932412_1.pdf (STONE - RC 003522)

395. October 26 2021 ROLL CALL_13932414_1.pdf (STONE - RC 003527)

396. REAPP COMMITTEE MEETING MINUTES 10 26 2021_draft_ 13932416_1.pdf (STONE - RC 003528)

397. Reapp Committee Meeting_Oct 26 2021_ sign in sheet_13932418_1.pdf (STONE - RC 003529)

398. May 5 2021 Committee Minutes_Approved_22187621_1.pdf (STONE - RC 003595)

399. May 5 2021 Committee Minutes_draft_22187622_1.pdf (STONE - RC 003596)

400. May 5 2021 Reapportionment Committee Meeting_22187624_1.zip?AGENDA FOR MAY 5 2021 MEETING.docx (STONE RC-003600)

401. May 5 2021 Reapportionment Committee Meeting_22187624_1.zip?May 5 2021 Committee Minutes_Approved.pdf (STONE -RC-903691)

402. May 5 2021 Reapportionment Committee Meeting_22187624_1.zip?May 5 2021 Motions.pdf (STONE-RE-803602)

403. May 5 2021 Reapportionment Committee Meeting_22187624_1.zip?May 5 2021 Roll Call.pdf (STONE 03605)

404. May 5 2021 Roll Call_22187625_1.pdf (STONE - RC 003606)

405. Order of Business for the Reapportionment Committee Meeting May 5 2021_22187626_1.docx (STONE - RC 003607)

406. Smets & Van Harm, *The embarrassment of riches? A meta-analysis of individual-level research on voter turnout* (2012) (Burch Deposition Ex. 5)

407. FBI Crime Data Explorer Arrest Data

408. ADOC Monthly Statistical Report for February 2024 (Burch Deposition Exhibit 4)

409. FBI Crime Data Explorer Offender Data

410. Plaintiffs' Responses to Defendant Allen's Discovery Requests - 03.27.2024

411. Plaintiff Greater Birmingham Ministries' First Supplemental Response to Defendant Allen's Discovery Requests - 4-23-2024

Respectfully submitted,

Steve Marshall
  *Attorney General*

/s/ Misty S. Fairbanks Messick
Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*
A. Barrett Bowdre (ASB-2087-K29V)
  *Principal Deputy Solicitor General*
Soren A. Geiger (ASB¬0336¬T31L)
  *Assistant Solicitor General*
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*
Richard D. Mink (ASB-4802-M76R)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-¬8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Soren.Geiger@Alabama.AG.gov
Jim.Davis@AlabamaAG.gov
Richard.Mink@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

J. Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
445 Dexter Avenue, Suite 8000
Montgomery, Alabama 36104
Telephone: (334) 269-3138
DWalker@Balch.com

Michael P. Taunton (ASB-6833-H00S)
Riley Kate Lancaster (ASB-1002-X86W)
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 251-8100
MTaunton@Balch.com
RLancaster@Balch.com

***Counsel for Secretary of State Allen***