FILED
2024 Nov-07  AM 11:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

RANDY HINAMAN
Khadidah Stone, et al. vs Wes Allen, et al.                    April 17, 2024

1    IN THE UNITED STATES DISTRICT COURT FOR

2        THE NORTHERN DISTRICT OF ALABAMA

3

4    CASE NUMBER

5    2:21-CV-01531-AMM

6

7

8    KHADIDAH STONE, et al.,

9            Plaintiff(s),

10   vs.

11   WES ALLEN, et al.,

12           Defendant(s).

13

14       DEPOSITION TESTIMONY OF:

15           RANDY HINAMAN

16

17   April 17, 2024

18   9:08 A.M.

19

20

21

22   COURT REPORTER:

23   MADISON BORDEN, CCR

24   The reading and signing of this deposition

25   has not been waived.

RANDY HINAMAN                                          April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                       2

1        S T I P U L A T I O N

2            IT IS STIPULATED AND AGREED

3    by and between the parties through their

4    respective counsel that the deposition of

5    RANDY HINAMAN may be taken before Madison

6    Borden, Certified Shorthand Reporter and

7    Notary Public, State at Large, at the

8    offices of Balch & Bingham, 455 Dexter

9    Avenue, Suite 8000, Montgomery, Alabama,

10   on April 17, 2024, commencing at

11   approximately 9:08 a.m.

12           IT IS FURTHER STIPULATED AND

13   AGREED that the signature to and the

14   reading of the deposition by the witness

15   is not waived, the deposition to have the

16   same force and effect as if full

17   compliance had been had with all laws and

18   rules of Court relating to the taking of

19   depositions.

20           IT IS FURTHER STIPULATED AND

21   AGREED that it shall not be necessary for

22   any objections to be made by counsel to

23   any questions, except as to form or

24   leading questions, and that counsel for

25   the parties may make objections and assign

1  grounds at the time of trial or at the

2  time said deposition is offered in

3  evidence, or prior thereto.

4          In accordance with Rule 5(d)

5  of the Alabama Rules of Civil Procedure,

6  as amended, effective May 15, 1988, I,

7  Madison Borden, am hereby delivering Davin

8  Rosborough the original transcript of the

9  oral testimony taken April 17, 2024, along

10  with the Exhibits.

11          Please be advised that this

12  is the same and not retained by the Court

13  Reporter, nor filed with the Court.

14

15

16

17

18

19

20

21

22

23

24

25

RANDY HINAMAN                                                  April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                              4

1          A P P E A R A N C E S

2     FOR THE PLAINTIFF(S):

3          Blayne Thompson

4          Hogan Lovells US LLP

5          609 Main Street, Suite 4200

6          Houston, TX  77002

7

8          Davin Rosborough

9          American Civil Liberties Union

10         Foundation

11         125 Broad Street

12         New York, NY  10004

13         Jacob Van Leer

14         915 15th Street NW

15         Washington, D.C.  20005

16

17    FOR THE DEFENDANT(S):

18         Dorman Walker

19         Balch & Bingham

20         P.O. Box 78

21         Montgomery, AL  36104

22         Michael Tauton

23         P.O. Box 306

24         Birmingham, AL  35203-4642

25

1   FOR THE ATTORNEY GENERAL'S OFFICE:

2      Jim Davis

3      P.O. Box 300152

4      Montgomery, AL 36130-0152

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1             I N D E X

2

3   WITNESS:

4   Randy Hinaman

5

6   EXAMINATION BY                 PAGE

7   Mr. Thompson.......................8

8   Mr. Walker.........................87

9

10

11          PLAINTIFFS' EXHIBITS

12  NO.    DESCRIPTION            PAGE

13  Ex. 1  Notice              10

14  Ex. 2  Subpoena             11

15  Ex. 3  2021 AL Senate Plan     16

16  Ex. 4  Senate Plan 2         16

17  Ex. 5  2021 AL Senate Map      63

18  Ex. 6  2017 Huntsville Map     64

19  Ex. 7  Dave's Huntsville Map    71

20  Ex. 8  Dave's Montgomery Map    76

21  Ex. 9  2021 Senate Map        78

22

23          DEFENDANTS' EXHIBITS

24  There were no Defendants' Exhibits marked

25          to this deposition.

 1          RANDY HINAMAN,

 2   having been duly sworn, was examined and

 3          testified as follows:

 4          THE COURT REPORTER:  Usual

 5   stipulations?

 6          MR. THOMPSON:  Yes.

 7          MR. WALKER:  Yes.  Which means

 8   read and sign -- I mean which means

 9   objection -- the only objection you need to

10   make is to the -- I need to make is as to

11   form.

12          MR. THOMPSON:  That works for me.

13          MR. WALKER:  And we would prefer

14   that he read and sign.

15          MR. THOMPSON:  Before we begin,

16   we -- the counsel for plaintiffs and

17   defendants have discussed before this

18   deposition about the scope of some of the

19   questions specifically regarding the

20   substance of conversations with legislature

21   -- legislatures other than Senator

22   McClendon and Representative Pringle.  It's

23   our understanding that Senator McClendon

24   and Representative Pringle have waived

25   legislative privilege, but it is

1   defendants' position that the other

2   legislators have not at this point.  And

3   because of that, we are going to replace a

4   -- or allow defendants to place a standing

5   instruction not to answer on the basis of

6   privilege any questions regarding any

7   instructions received by any of those

8   legislators or the substance of any

9   discussions from those legislators

10   regarding the redistricting process.

11        Do I have that understanding

12   correct?

13        MR. WALKER:  I would only add

14   those legislators or members of their

15   staff.  I don't think it's an issue but

16   just in case.

17        MR. THOMPSON:  And do we have an

18   agreement here that there will be a

19   standing instruction not to answer, and by

20   doing that, that we will preserve our

21   objections to any assertion of privilege?

22        MR. WALKER:  We do.

23             EXAMINATION

24   BY MR. THOMPSON:

25   Q.    Good morning.

RANDY HINAMAN                                    April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.              9

1    A.    Good morning.

2    Q.    Will you please state your name

3  for the record?

4    A.    Randy Hinaman.

5    Q.    Mr. Hinaman, you understand that

6  you are testifying under oath right now?

7    A.    I do.

8    Q.    Is there anything that might

9  prevent you from understanding my questions

10  or answering truthfully today?

11    A.    No.

12    Q.    Are you being represented by a

13  lawyer today?

14    A.    I am.

15    Q.    And who is that?

16    A.    Dorman Walker.

17    Q.    The same lawyer who represents

18  the defendants in this lawsuit?

19    A.    Correct.

20    Q.    Are you paying Mr. Walker to be

21  your lawyer today?

22    A.    I am not.

23    Q.    Do you assume that defendants or

24  the State of Alabama is paying Mr. Walker

25  to be your lawyer today?

RANDY HINAMAN                                    April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                    10

1    A.    I assume that.

2    Q.    Now, we've done this a few times

3  before, but just a quick refresher on the

4  ground rules.  I'll be asking questions

5  today.  If you don't understand a question,

6  just let me know.  If you answer a

7  question, I will assume that you understood

8  it; is that fair?

9    A.    Yes, sir.

10    Q.    And also we have a court reporter

11  here, so you may notice she's typing

12  everything that you and I are saying, and

13  so we are going to try not to talk over

14  each other.  So if you can wait until I'm

15  done with the question, and I'll try to do

16  the same with you to wait until you're done

17  answering the question; is that fair?

18    A.    Yes.

19    Q.    Okay.  Handing you what's being

20  marked as Exhibit 1.

21        (Exhibit Number 1 was marked for

22        identification.)

23    Q.    That is a copy of the notice of

24  deposition for today.  At the same time, I

25  am also going to hand you a copy of what is

RANDY HINAMAN                                    April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                    11

1    being marked as Exhibit 2.

2         (Exhibit Number 2 was marked for

3         identification.)

4    Q.    And this is the subpoena to

5    testify at a deposition in a civil action

6    that you received regarding today.  Have

7    you seen these documents before?

8    A.    I have.

9    Q.    Who provided them to you?

10   A.    Dorman Walker.

11   Q.    And when did you receive them?

12   A.    Two weeks ago probably.

13   Q.    You see on Exhibit 2 there are --

14   under the section titled production, there

15   are three different numbered requests for

16   documents.  Do you see that?

17   A.    Yes, sir.

18   Q.    Do you have any documents to

19   produce in response to these requests?

20   A.    I do not.

21   Q.    What did you do to search for

22   those documents?

23   A.    I searched my e-mails and

24   searched my phone, texts, and generally

25   looked through my computer.

1    Q.    Is it your position that you did

2    not have any written communications with

3    either Senator McClendon or Representative

4    Pringle regarding the 2021 Alabama state

5    redistricting?

6    A.    That's correct.

7    Q.    And request number three on there

8    is for any alternative versions of the 2021

9    Alabama State Senate Map that you drew or

10   reviewed.  Were there any alternative

11   versions of the 2021 Alabama State Senate

12   Map that you drew?

13   A.    No.  As we made changes to the

14   map and met with senators and so forth, it

15   would update every day, so the older

16   versions would disappear.  It was basically

17   one map that was updated continuously.

18   Q.    There were no alternative maps

19   that you prepared for the senate?

20   A.    No.

21   Q.    Did you review any alternative

22   versions of the 2021 senate map?

23   A.    I did not.

24   Q.    Are you aware of whether there

25   were any alternative versions of the 2021

1  Alabama State Senate Map prepared?

2      MR. WALKER:  Go ahead.  Object to

3  the form.  You may answer.

4    A.    I think there were one or two

5  other maps that may -- I'm not sure they

6  were even offered on the senate floor, but

7  I never reviewed them.

8    Q.    Do you know anything else about

9  those maps?

10    A.    I do not.

11    Q.    What did you do to prepare for

12  your deposition today?

13    A.    Met with Dorman Walker and

14  Michael Taunton yesterday.

15    Q.    Did you do anything else to

16  prepare for your deposition other than meet

17  with them yesterday?

18    A.    No.  That's basically it.

19    Q.    How long did you meet yesterday?

20    A.    Two and a half hours.

21    Q.    Was there anyone else present?

22    A.    No.

23    Q.    Did you meet with anyone who was

24  not an attorney?

25    A.    No.

RANDY HINAMAN                                    April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                    14

1   Q.   Did you review any documents?

2   A.   Looked over the guidelines.

3   Q.   Any other documents?

4   A.   No.

5   Q.   Have you discussed this case with

6   anyone?  And by this case, I mean the

7   current lawsuit that we are in involving

8   the 2021 Alabama State Senate Maps other

9   than your lawyers yesterday.

10  A.   No.

11  Q.   Are you being compensated by

12  anyone for being here today?

13  A.   Yes.

14  Q.   Who is compensating you?

15  A.   Balch.

16  Q.   That's Mr. Walker's law firm?

17  A.   Yes.  Balch and Bingham.

18  Q.   How much are you being

19  compensated?

20  A.   $400 an hour.

21  Q.   If you are called to testify at

22  trial, do you understand that you will be

23  compensated for that as well?

24  A.   I haven't discussed that but...

25  Q.   All right.  Mr. Hinaman, I last

RANDY HINAMAN                                    April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                  15

1  took your deposition on August 9th, 2023,

2  in the Milligan V. Merrill case.  Do you

3  recall that?

4     A.    I do.

5     Q.    Since your deposition on August

6  9th, 2023 in the Milligan matter, have you

7  been involved in any further redistricting

8  work for the State of Alabama?

9          THE WITNESS:  Can I confer with

10 my attorney for a second?

11         MR. THOMPSON:  Sure.

12         MR. WALKER:  I'm going to assert

13 attorney-client privilege.

14    Q.    Are you going to follow your

15 counsel's instruction?

16    A.    Yes.

17    Q.    Beyond anything that you did at

18 the instruction of counsel, since your

19 deposition on August 9th, 2023 in the

20 Milligan matter, have you been involved in

21 any further redistricting work for the

22 State of Alabama?

23    A.    No.

24    Q.    You drafted the Alabama State

25 Senate Map that was enacted in 2021,

RANDY HINAMAN                                    April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                    16

1    correct?

2        A.    Yes.

3        Q.    Handing you what's being marked

4    as Exhibit 3.

5            (Exhibit Number 3 was marked for

6            identification.)

7        Q.    This is a copy of the 2021

8    Alabama State Senate Map taken from the

9    redistricting committee's website.  Do you

10   see that?

11       A.    I do.

12       Q.    This is the map that you drew,

13   correct?

14       A.    Correct.

15       Q.    You also drafted the prior

16   Alabama State Senate Map that was enacted

17   in 2011, correct?

18       A.    Correct.

19       Q.    That 2011 Alabama State Senate

20   Map was then later changed in 2017 after

21   the ALBC litigation; is that correct?

22       A.    Yes.

23       Q.    Handing you what's being marked

24   as Exhibit 4.

25           (Exhibit Number 4 was marked for

RANDY HINAMAN                                          April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                      17

1        identification.)

2      Q.    This is a copy of the 2017

3    Alabama State Senate Map as it was filed in

4    the ALBC litigation.  Do you recognize this

5    map?

6      A.    Yes.

7      Q.    Did you draw this map?

8      A.    I did.

9      Q.    Okay.  Turning back to the 2021

10   Alabama State Senate Map that you have as

11   Exhibit 3, when were you first approached

12   about drawing the 2021 senate map?

13     A.    It would've been in the fall of

14   2020.

15     Q.    Who approached you?

16     A.    Dorman Walker.

17     Q.    Anyone else?

18     A.    I may have talked to the

19   committee chairs as well, Senator

20   McClendon, Representative Pringle.

21     Q.    What were you asked to do at that

22   time?

23     A.    I was asked to draw all four of

24   the maps that we had to draw the next year;

25   congressional, state board of education,

RANDY HINAMAN                                        April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                    18

1   state senate, state house.

2      Q.    What instructions were you

3   provided at that time?

4         MR. WALKER:  Objection as to any

5   instructions you received from me, not as

6   to any instructions you received from

7   Representative Pringle or Senator

8   McClendon.

9      A.    I don't remember any specific

10  instructions.

11        MR. THOMPSON:  And Dorman, I

12  understood that that was an instruction not

13  to answer based on the privilege as to --

14        MR. WALKER:  I'm sorry.  I'll

15  assert the privilege more clearly next

16  time.

17        MR. THOMPSON:  That's fine.

18     Q.    And, Mr. Hinaman, you intend to

19  follow that instruction, correct?

20     A.    Yes.

21     Q.    When were you officially retained

22  to draw these four maps?

23     A.    I'm not sure I know exactly.  I

24  would probably say November of 2020.

25     Q.    Did you sign a contract?

RANDY HINAMAN                                      April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                    19

1      A.    No.

2      Q.    So to be clear, was there any

3  sort of contract that was governing your

4  assignment to draw the four maps for the

5  State of Alabama?

6           MR. WALKER:  Objection to the

7  extent that that question calls for him to

8  form a legal conclusion as to whether or

9  not there was a contract.  Otherwise, you

10 may answer.

11     A.    There was no written contract.  I

12 had an understanding of what my

13 responsibility is, to draw four maps.

14     Q.    Was there a written contract that

15 you entered into at that time to draw the

16 congressional maps?

17     A.    No.

18     Q.    Was there a written contract that

19 your company entered into at that time to

20 sign the congressional map?

21     A.    I don't believe so, no.

22     Q.    What were the terms of your

23 compensation for drawing the 2021 senate

24 map?

25     A.    I would draw the four maps and

RANDY HINAMAN                                          April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                        20

1   obviously work for the legislature to pass

2   them, make changes, so forth, and be

3   compensated $200,000 for the process.

4       Q.    Was any part of your compensation

5   contingent on anything?

6       A.    No.

7       Q.    Were you paid or retained by --

8   well, to clarify then, who was it that

9   retained you to draw these maps?

10      A.    Dorman Walker retained me to draw

11  the maps.

12      Q.    Anyone else?

13      A.    No.  Obviously I worked with the

14  leadership of two chairs of the

15  reapportionment committee, Senator

16  McClendon and Representative Pringle.

17      Q.    Were the terms of your retention

18  any different for, say, the congressional

19  maps or the legislative maps?

20      A.    No.  It was a package deal.

21      Q.    Was there anything else that you

22  agreed to do as part of this retention

23  other than drawing the four maps?

24      A.    Obviously I was going to be here

25  when they were passed, so be available to

1  make changes during the legislative session

2  to pass the maps.

3    Q.    Did you have to do that for the

4  2021 Alabama State Senate Map?

5    A.    We made changes right up until

6  the bill was filed, but I don't think we

7  made any changes after it was on the floor.

8        THE COURT REPORTER:  After what?

9        THE WITNESS:  It was on the

10  floor.

11    Q.    When did you start drawing the

12  2021 Alabama State Senate Map?

13    A.    I started drawing it the last

14  week of August, which just by way of

15  explanation, that was not the way it was

16  envisioned.  We were hoping to have census

17  data by mid February of 2021, worst case,

18  March 31 of 2021.  But we didn't get the

19  census data until, I think, mid August.  So

20  I'd envisioned spending most of that time

21  drawing these maps.  But as it turned out,

22  we didn't have access until the census data

23  got put into Maptitude, Maptitude into the

24  reapportionment office.  I wasn't able to

25  draw a senate map or start working on

RANDY HINAMAN                                        April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                    22

1  actually drawing a map until the last week

2  of August 2021.

3      Q.    And if I understand correctly

4  from your prior testimony, as far as the

5  congressional maps were concerned, you were

6  able to at least do some preliminary work

7  based on census estimates; is that right?

8      A.    That's correct.

9      Q.    Were you able to do any similar

10 preliminary work for the Alabama State

11 Senate Map based on any census estimates?

12     A.    No.  I thought initially that

13 maybe I could, but when I really looked at

14 the granular nature of the data, we really

15 couldn't go below the county level, which

16 once you got to, you know, 35 senate

17 districts there are a number of obviously

18 county splits.  It was just not useful

19 frankly.

20     Q.    And you said you started the last

21 week of August.  Was that in 2020 or 2021?

22     A.    2021.

23     Q.    Did you do anything to prepare

24 before you started drawing the state senate

25 map?

RANDY HINAMAN                                          April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                      23

1    A.    Obviously, you know, I knew what

2   the guidelines were because they were

3   passed in May, so I reviewed the guidelines

4   and --

5    Q.    Anything else?

6    A.    No.

7    Q.    Did you gather any data before

8   you started drawing the state senate map?

9    A.    No.

10    Q.    Other than when you were first

11   approached about drawing the 2021 Alabama

12   State Senate Map, did you meet with anyone

13   else before you began drawing the map?

14    A.    Sorry, can you try that one

15   again?

16    Q.    Sure.  You said earlier that you

17   were first approached about drawing the

18   2021 state senate map in the fall of 2020

19   by Dorman Walker, correct?

20    A.    Correct.

21    Q.    Other than that, did you meet

22   with anyone else regarding the

23   redistricting process before you began

24   drawing the 2021 state senate map?

25    A.    No.

RANDY HINAMAN                                          April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                        24

1   Q.    You mentioned that you may have

2   met with Senator McClendon and

3   Representative Pringle though?

4   A.    Yeah.  Not necessarily

5   specifically about a senate map, but about

6   the whole project of drawing the four maps.

7   Q.    And what did you discuss with

8   them at that time?

9   A.    I don't have any recollection of

10  the meeting other than I'm sure we talked

11  about following the guidelines and meeting

12  with members of the various maps.

13  Q.    Do you recall receiving any

14  instructions from them about how to draw

15  the state senate map?

16  A.    No.

17  Q.    Walk me through the process that

18  you went through --

19  A.    Point of clarification.  I mean,

20  since you're talking just about the senate

21  map, there was a general agreement between

22  Senator McClendon, Representative Pringle

23  that Representative Pringle would focus on

24  the state house map, and Senator McClendon

25  would not interact in that, and that

RANDY HINAMAN                                      April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                  25

1  Senator McClendon would focus on the senate

2  map, and Representative Pringle would not

3  interact in that.  So I never had any

4  discussions whatsoever with Representative

5  Pringle about the senate map.

6     Q.    Thank you.  And how were you

7  aware of that agreement or understanding?

8     A.    That's what they told me.

9     Q.    All right.  So walk me through

10  the process that you went through in

11  drafting the 2021 state senate map for

12  Alabama starting from the beginning.

13     A.    Okay.  Well, starting from the

14  beginning, again, I was hopeful that maybe

15  I could rough out some portions of the map

16  based on estimates, but I found that to be

17  impractical, while it was possible somewhat

18  on the statewide level with the two

19  statewide maps, it was not really practical

20  in the senate map.  So once we got the data

21  and it was in the system in the

22  reapportionment office the last week of

23  August, first thing I tried to determine is

24  what districts were underpopulated and what

25  districts were overpopulated, and after

RANDY HINAMAN                                    April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                    26

1  that, met with the various senators whose

2  districts were underpopulated or

3  overpopulated and talked about various

4  areas we could add or subtract from their

5  districts to bring the map into deviation.

6      Q.    When were those meetings with the

7  various senators?

8      A.    They started right -- I don't

9  know if they had any happening the last

10  week of August but certainly by the first

11  week of September and then continued until

12  -- I think we finalized the bill on, like,

13  October 28th, 27th, late October.

14      Q.    Did you meet with every senator

15  to discuss changes that might be made to

16  their map or was it only to the senators

17  who had districts that were deemed by you

18  to be significantly over or underpopulated?

19      A.    I was available to every senator,

20  and I think I met with most all of them,

21  certainly the ones that were -- some

22  obviously were retiring or running for

23  another office or whatever and had less

24  interest in the process.  But I think I met

25  with virtually every senator who was

RANDY HINAMAN                                        April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                      27

1  running for re-election.

2      Q.    When you met with these senators,

3  was your focus solely on making adjustments

4  for over and underpopulation?

5      A.    Yes.

6      Q.    Was Senator McClendon present for

7  those meeting with the various senators?

8      A.    He was present for some of them.

9      Q.    Do you recall which ones?

10     A.    I do not.

11     Q.    Did you meet with the senators

12  for districts two, seven, and eight which

13  are the districts surrounding Huntsville?

14     A.    I did.

15     Q.    How many times did you meet with

16  those senators?

17     A.    I don't know, but a number --

18  about three or four probably at least.

19     Q.    Was Senator McClendon present for

20  those meetings?

21     A.    I don't remember him being there,

22  but I can't tell you for sure he wasn't.

23     Q.    Do you recall if anyone else was

24  present for those meetings?

25     A.    No.  Other than the -- the other

1   surrounding senators; Senator Orr, Senator

2   Scofield, they weren't at all of them, but

3   they may have been at one of them.

4       Q.    So for these meetings that you

5   had with the senators, was it usually one

6   on one or were there often meetings where

7   you met with several senators at a time?

8       A.    It would usually start one on

9   one, but then when it was obvious that two

10  senators were in the process of, you know,

11  trading some precincts, it was -- because

12  of the time constraints -- more efficient

13  to have them both there at the same time.

14      Q.    Were these meetings always in

15  person?

16      A.    No.  They were occasionally done

17  over the Internet.  Usually in person.

18      Q.    And about how long would these

19  meetings typically take?

20      A.    Half an hour.  At the end of the

21  process, I think we actually were down to

22  15 minutes when we were just finalizing

23  things.  But most of them were half an

24  hour.

25      Q.    Were any staff members ever

RANDY HINAMAN                                    April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                  29

1   present at these meetings?

2       A.    The head of the redistricting

3   office, Donna Loftin, was.

4       Q.    Was she present for all of the

5   meetings or just some of them?

6       A.    All is a dangerous word, but most

7   of them.

8       Q.    So most of the meetings it was at

9   least you and Donna?

10      A.    Correct.

11      Q.    And one or more senators?

12      A.    Correct.

13      Q.    Let's turn to the physical

14  process of drafting the map.  I think you

15  mentioned a minute ago -- I'm pretty sure

16  the answer.  But you used the Maptitude

17  software to draw the map, correct?

18      A.    Yes, sir.

19      Q.    Did you draw the map in the

20  reapportionment committee's office?

21      A.    Yes.  In the conference room as

22  well.  We used the conference room for the

23  most part.

24      Q.    At the reapportionment

25  committee's office?

RANDY HINAMAN                                    April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                    30

1    A.    Yes.

2    Q.    And that was on the

3  reapportionment committee's computers?

4    A.    Yes.

5    Q.    And that was the same place that

6  you drew the congressional map, correct?

7    A.    Yes.

8    Q.    Did you use the prior enacted

9  senate map?  And by that I mean the 2020 --

10  excuse me.  Start over.

11         Did you use the prior enacted

12  senate map?  And by that I mean the 2017

13  senate map as a starting point when drawing

14  the 2021 map?

15    A.    Certainly.  That's what the over

16  and under numbers were based on.

17    Q.    What districts did you start with

18  when drawing the 2021 map?

19    A.    Actually I think my first meeting

20  was with Senator Livingston, but it was

21  just a function of what senators' schedules

22  met up.  It was not an -- I didn't start in

23  one corner and work out.  It was just who

24  was available to me.

25    Q.    Did you start drawing the maps or

RANDY HINAMAN                                              April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                         31

1   making any sort of adjustments to the 2017

2   map before you met with any senators?

3     A.    No.

4     Q.    Once you started to meet with the

5   senators, do you recall which areas of the

6   map you started with in terms of making

7   changes?

8     A.    Well, I think I started -- I know

9   my first meeting with was with Senator

10  Livingston, so we started with looking at

11  his district and then moving from there.

12    Q.    Which district is that?

13    A.    District eight, North Alabama.

14    Q.    And after you met with Senator

15  Livingston, what changes did you make to

16  district eight?

17    A.    I don't remember specific

18  changes.

19    Q.    Do you remember why you made

20  those changes?

21    A.    I do not.  I mean, it would've

22  been population based.

23    Q.    Would there have been any other

24  reason you made any changes to district

25  eight other than for population reasons?

RANDY HINAMAN                                          April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                      32

1    A.    No.

2    Q.    So walk me through the process

3 after meeting with Senator Livingston

4 making some adjustments to district eight

5 -- I know there's a lot of districts.  But

6 what generally were your next steps that

7 you took?

8    A.    Well, I couldn't tell you the

9 order obviously.  I met with, you know, a

10 vast majority of the senators and adjusted

11 the maps.  If it was a simple, you know,

12 move these two precincts, then sometimes it

13 was done when they were there.  If it was

14 more complicated or we needed another

15 senator to agree to those changes, then it

16 was -- I would double back with the other

17 senator.  And, again, sometimes when we got

18 close to the process at the end, I'd get

19 both of them in the room if there was still

20 not agreement on which precincts or which

21 counties or whatever.

22    Q.    When you were making these

23 changes, what information did you look at?

24    A.    On the computer?

25    Q.    Yes.

RANDY HINAMAN                                    April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                  33

1    A.    Total population and geography.

2    Q.    What was the source of that data?

3    A.    Census.  Maptitude.

4    Q.    It's census data that is uploaded

5  and available in the Maptitude software for

6  you to see, right?

7    A.    Correct.

8    Q.    You didn't input any of that

9  data?

10    A.    No.

11    Q.    Was one of your main priorities

12  in drawing the 2021 Alabama State Senate

13  Map to preserve the cores of the existing

14  districts?

15    A.    Yes.  It was part of the

16  guidelines.

17    Q.    What was your goal in drawing the

18  2021 Alabama State Senate Map?

19    A.    My goal was to meet with any

20  senator who wanted to meet with me and to

21  get the senate map within deviation and to

22  have it passed on the senate floor.

23    Q.    Did anyone else assist you in

24  drawing the map?

25    A.    Donna Loftin and Dorman Walker.

RANDY HINAMAN                                    April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                      34

1    Q.    How did Donna Loftin assist you?

2    A.    She was -- took care of all the

3    technical aspects of the Maptitude and

4    printing maps and computer-related efforts.

5    Q.    Can you explain that a little bit

6    more for me?

7    A.    Well, she's the one who -- I

8    mean, she obviously worked with Maptitude

9    on the census geography for Alabama, you

10   know, precinct lines, county lines,

11   whatever, and then worked with Maptitude in

12   making sure they had the right information

13   from the Census Bureau with the state to

14   put that together, and then she manages the

15   IT part of the computer.

16   Q.    Now, you said obviously in

17   describing Ms. Loftin's role.  I and others

18   may not be as familiar.  So can you explain

19   a little bit more of what you're talking

20   about there, your understanding of what

21   Ms. Loftin did in preparing the census data

22   and the Maptitude and all of that?

23   A.    I don't have any more knowledge

24   of it than I know that over a ten-year

25   period obviously precinct lines in

RANDY HINAMAN                                        April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                      35

1    virtually every county probably change, and

2    those lines have to be matched up, and the

3    Census Bureau has to have those lines as

4    well as Maptitude so that they can match

5    the data to the state geography.  I don't

6    know much -- I mean, that's beyond my area

7    of expertise.

8        Q.    Is Ms. Loftin responsible for

9    drawing the precinct maps?

10       A.    No.  She's I think responsible

11   for getting the information from the

12   county.

13       Q.    And providing that to the census?

14       A.    Yeah.  And Maptitude.

15       Q.    Beyond providing information

16   about the precinct lines, do you know if

17   Ms. Loftin provided any other information

18   to Maptitude?

19       A.    I don't know what she provided.

20       Q.    Did Ms. Loftin assist you in any

21   way in actually drawing the map on the

22   computer?

23       A.    No.  But she would occasionally

24   print out a map or -- no.

25       Q.    Did anyone else do the physical

RANDY HINAMAN                                        April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                        36

1   act of clicking buttons and changing things

2   on the map other than you?

3   A.    No.

4   Q.    Other than the meetings that you

5   described with the various senators

6   throughout this process, did you meet with

7   anyone else during this process as you were

8   drawing the Alabama State Senate Map?

9   A.    Other than counsel, Dorman

10   Walker, no.

11        MR. WALKER:  Blayne, were you

12   talking about relating to the -- regarding

13   the senate map?

14        MR. THOMPSON:  Correct.

15   Q.    I assume you met with other

16   humans during that time.

17   A.    You'd been surprised.  Not that

18   many during those two months.

19   Q.    Beyond the meetings that you had

20   had with the various senators and any

21   discussions you had with Mr. Walker, did

22   you get any other feedback during the

23   process of drawing the state senate map

24   about the map itself?

25   A.    No.  But I'm not sure where I

1   would've gotten the feedback.  I'm not sure

2   what your question is.

3       Q.    Did you receive feedback on your

4   map while you were drawing it from the

5   various senators that you met with?

6       A.    On their districts.

7       Q.    Beyond that and any discussions

8   with your counsel, did you receive feedback

9   on your map from anyone else during the

10  process?

11      A.    No.

12      Q.    When did you first have an

13  initial map completed?

14      A.    I don't know.  It was a fluid

15  situation, and obviously we were doing four

16  maps at once so it was rather chaotic.  So

17  as I said earlier, I don't think it was

18  really finalized until the last day -- late

19  October when we went to the reapportionment

20  committee with the map.

21      Q.    You mentioned this earlier, and I

22  know we discussed it in your prior

23  depositions regarding the congressional

24  maps, so I think I know the answer, but

25  were there any drafts saved of any prior

RANDY HINAMAN                                    April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                  38

1   versions of the map?

2       A.    No.

3       Q.    Did you -- well, you mentioned

4   that Ms. Loftin printed out copies of the

5   map, correct?

6       A.    Probably not the whole map.  She

7   would print out -- if a senator came in,

8   can you give me what my district -- this

9   would be this map, 2017.  Yeah.  They

10  always want a map -- copy of their map.

11  And at the end of the process obviously

12  when we passed this map, they all wanted a

13  -- not all, but numerous of them wanted a

14  copy of the map.

15      Q.    And when you said this map, the

16  first one you were referring to was --

17      A.    2017.

18      Q.    -- Exhibit 4, the 2017 map?

19      A.    Yeah, the 2017 map.

20      Q.    And the second one you were

21  referring to was the Exhibit 3, the 2021

22  map?

23      A.    Correct.

24      Q.    Do you recall if Ms. Loftin ever

25  printed out copies of the 2021 state senate

RANDY HINAMAN                                          April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                    39

1  map before it was completed when it was

2  still in draft form?

3     A.    I do not.

4     Q.    Do you know if any printouts of

5  any drafts of the state senate map from

6  2021 were saved?

7     A.    I do not.

8     Q.    Did you take any notes while you

9  were drafting the 2021 state senate map?

10    A.    No.  I mean, we would work --

11  again, if it was a simple change, we'd just

12  make it, and there were no notes.  If it

13  was more complicated, I may have jotted

14  down, change these two precincts and go

15  talk to the other senators, but nothing

16  survived the process.

17    Q.    When did you first provide a

18  draft of the 2021 senate map to anyone to

19  review?

20    A.    I can't -- I don't know an exact

21  date.

22    Q.    And is that because as you were

23  going through the process, you were showing

24  various senators pieces of the map that

25  corresponded to their districts?

RANDY HINAMAN                                    April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                   40

1    A.    Correct.

2    Q.    Do you recall at what point you

3  ever had a complete version of the map that

4  you were presenting to someone to review?

5    A.    I don't.  But, again, I don't

6  think -- I mean, my recollection is the map

7  wasn't finalized until literally hours

8  before I think the committee meeting -- I

9  mean, it was available maybe -- I think the

10  goal was to have it done 24 hours in

11  advance of that meeting.  But I think we

12  just barely made that.

13    Q.    Why is that?  Why did it get so

14  close to the deadline?

15    A.    Because we had such a compressed

16  time frame because the census data was six

17  months late.

18    Q.    Any other reason?

19    A.    No.  We were doing four maps at

20  once obviously.

21    Q.    Did you ever provide any drafts

22  of the map to Senator McClendon?

23    A.    I'm sure I gave him the finished

24  product at the end but that would be it.

25    Q.    When would that have been?

RANDY HINAMAN                                                April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                          41

1    A.    Again, it was about 24 hours

2  before the meeting somewhere in the last

3  week of October.

4    Q.    Did he say anything to you,

5  provide you any feedback about the map?

6    A.    No.

7    Q.    Did he make any changes to the

8  map?

9    A.    No.

10   Q.    Did you make any chances to the

11 map based on any discussions you had with

12 Senator McClendon?

13   A.    No.  And as a side note, he

14 wasn't running for re-election, so I didn't

15 even really talk to him that much about his

16 specific district.

17   Q.    You predicted where I was about

18 to go.  So what district was Senator

19 McClendon?

20   A.    I think it's 11.  Yeah.  11.

21   Q.    Did you have any meetings with

22 Senator McClendon specific to his district?

23   A.    I think we met initially, and he

24 said that he had -- and I don't know if it

25 was public knowledge then, but I think

1   maybe it was, that he was not running

2   again, and that he was -- I mean, obviously

3   he wanted to keep the district somewhat

4   intact, but he wasn't that concerned if a

5   precinct here or there needed to be

6   changed.  He wasn't very worried about it.

7       Q.    Did he have any specific requests

8   or instructions to you regarding his

9   district?

10      A.    He did not.

11      Q.    Did he have any specific

12  instructions or requests to you about any

13  other districts?

14      A.    He did not.

15      Q.    When you said that you had a

16  quote, unquote, final version of the map

17  just hours before the deadline, did you

18  submit it to the reapportionment committee

19  or who did you submit it to?

20      A.    I believe it was sent to every

21  member of the reapportionment committee.  I

22  didn't physically do that myself so, but I

23  think Donna sent it to every member of the

24  reapportionment committee.

25      Q.    Do you know when she provided a

RANDY HINAMAN                                      April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                    43

1   copy of that map to the reapportionment

2   committee?

3       A.    Again, I think it was about

4   24 hours out from their meeting.

5       Q.    Did you receive any feedback from

6   the reapportionment committee about the

7   map?

8       A.    I did not.

9       Q.    From the moment that that version

10  of the map was provided to the

11  reapportionment committee, did you make any

12  further changes to it between that time and

13  the time that it was enacted?

14      A.    I don't believe so, no.

15      Q.    Do you know if anyone made any

16  further changes to it?

17      A.    Not to my knowledge.

18      Q.    So to your knowledge, the version

19  of the 2021 Alabama State Senate Map that

20  you finalized hours before the deadline is

21  the exact same version that was ultimately

22  enacted; is that correct?

23      A.    Yes, sir.

24      Q.    Did you attend any of the public

25  hearings regarding the redistricting?

RANDY HINAMAN                                          April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                      44

1    A.    I didn't -- some of those are

2    being held in the conference room that we

3    discussed where a number of -- a lot of the

4    map drawing was done.  So I would

5    occasionally -- when they were going to

6    have a public hearing -- I would be in and

7    out of that room, and I listened to

8    snippets of it.  But as for sitting through

9    any one specific one start to finish, no.

10   Q.    Do you recall anything from any

11   of the time that you were in any of the

12   public hearings?

13   A.    I recall some various discussions

14   about congressional changes and, you know,

15   so forth but nothing specific.

16   Q.    Do you recall anything about the

17   senate districts from any of the public

18   hearings that you attended?

19   A.    Not specifically.

20   Q.    Generally?

21   A.    Just generally I'm sure the -- as

22   with a lot of these maps, people -- whether

23   it was Muscle Shoals area wanted to be --

24   areas expressed their concern for areas to

25   be kept together and not split up, least

RANDY HINAMAN                                              April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                          45

1   numbers of county splits, things like that.

2      Q.    Do you remember any specific

3   regions or communities of interest that

4   were brought up in the public hearings that

5   people did not want to split?

6      A.    Not specifically, no.

7      Q.    Did anything that you had heard

8   at any of the public hearings impact how

9   you drew the map?

10     A.    The state senate map, I can't

11  tell you it didn't, but I can't think of a

12  specific example of where it did.

13  Congressionally I can, but senate map, I

14  don't remember a specific example.

15     Q.    Were you provided from anyone

16  else any information about things that were

17  said regarding the senate districts at the

18  public hearings?

19     A.    No.  And just to clarify, again,

20  those were happening at the same time that

21  I was also doing meetings.  So it's not

22  that I didn't have an interest in listening

23  to every public hearing.  We were just in a

24  very compressed time frame.  So if somebody

25  wanted to schedule a meeting during a

RANDY HINAMAN                                      April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                   46

1  hearing, I wasn't going to tell them no

2  because we didn't have a lot of time.

3     Q.    And you don't recall making any

4  changes to your map or drawing your map in

5  any certain way based on any feedback

6  received from public hearings; is that

7  correct?

8     A.    The senate map, that's correct.

9        MR. THOMPSON:  I'm at a good

10  breaking point.  You want to take about a

11  five, ten-minute break?

12        MR. WALKER:  Sure.

13     (Whereupon, a recess was taken.)

14     Q.    Mr. Hinaman, did you consider

15  race or racial demographic data in drawing

16  the 2021 senate map?

17     A.    No.  We drew the map race blind.

18     Q.    What do you mean by that?

19     A.    It means when we were drawing the

20  map, we didn't have race on the computer

21  screen or any --

22     Q.    Did you have race up on the

23  computer screen at any point before

24  submitted the map?

25     A.    No.  Well, at the end of the

RANDY HINAMAN                                          April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                        47

1    process, we went back and looked at the

2    districts after they were drawn, but not

3    during the drawing process.

4        Q.    And when did you first pull up

5    race on the computer to look at that data?

6        A.    I don't know specifically, but it

7    would've been in the last day or two before

8    the map was submitted.

9        Q.    When you did pull up race in the

10   last day or two, what specifically were you

11   looking at in terms of data?

12       A.    We'd be looking at BVAP, voting

13   age -- black voting age population.

14       Q.    Did you look at the black voting

15   age population for each district?

16       A.    Yes.

17       Q.    Are you familiar with black

18   citizen voting age population?

19       A.    No.

20       Q.    So I assume you didn't --

21       A.    Familiar -- I've heard of it.

22   I'm not familiar with it.

23       Q.    Did you look at black citizen

24   voting age population when drawing your

25   map?

1    A.    No.

2    Q.    What was the source of the black

3  voting age population data that you were

4  looking at?

5    A.    Census Bureau.

6    Q.    Is that automatically populated

7  into Maptitude?

8    A.    Yes, sir.

9    Q.    Did you look at any other data

10  regarding black voting age population?

11    A.    No.

12    Q.    Did you look at any other data

13  regarding race?

14    A.    No.

15    Q.    Were you told that black or white

16  voters should make up a particular

17  percentage for each district?

18    A.    No.

19    Q.    So what specifically were you

20  looking at when you were looking at the

21  black voting age population?

22    A.    Well, at the end of the process

23  after the map was mostly finalized or

24  before final submission to the committee,

25  Dorman Walker, counsel -- I looked at the

1  changes we had made to the majority black

2  districts in making sure that they still

3  looked like they would function as a

4  majority black district.

5      Q.    And what did you find by looking

6  at those?

7      A.    Found that the changes we made

8  were not overly dramatic, so I don't think

9  we were concerned that any of them would

10  not function as a black district.

11     Q.    Were you only focused on the

12  districts that were already majority black

13  districts?

14         MR. WALKER:  Object to the form.

15  You may answer.

16     A.    I believe those were the only

17  ones that were still a majority black

18  district or majority black districts in the

19  new map.  Meaning, if they were a majority

20  black district in 2017, the senate map, I

21  think they were majority black district in

22  the 2021 map.  I don't think there were any

23  additional -- or any additions.

24     Q.    When you say any additions, you

25  mean any new majority black districts?

RANDY HINAMAN                                              April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                        50

1    A.    Correct.  And obviously -- I

2  mean, just to follow up on that, obviously

3  the members of those districts, some of

4  them wanted to know what their BVAP was.

5    Q.    Do you know why members would

6  want to know that?

7    A.    No.  But they -- some of them did

8  ask me that.

9    Q.    Did you look at the BVAP, the

10  black voting age population, of any

11  nonmajority black districts?

12    A.    I'm sure I looked at all of them,

13  but I didn't focus on any one in

14  particular.

15    Q.    Were you told that you could

16  consider race when drawing your map?

17    A.    Not in the initial drawing of the

18  map, no.

19    Q.    You were not told that or were

20  you told that you could not?

21    A.    I was told that we should draw

22  them -- my counsel was told that we should

23  draw them race neutral --

24        MR. WALKER:  Objection.  Don't

25  say what counsel told you.  Provide what

1  your understanding was.

2     A.    My understanding was we're not

3  looking at race.

4     Q.    Beyond any discussions with

5  counsel, were you told that you should not

6  look at race when drawing your map?

7     A.    No.

8     Q.    Beyond any discussions with

9  counsel, were you told that you could look

10  at race when drawing your map?

11     A.    No.

12     Q.    Beyond any discussions with

13  counsel, were you told that you should not

14  look at race when drawing your map?

15     A.    No.

16     Q.    So when you turned on the filter

17  that shows the black voting age population

18  of each district and looked at that

19  information, did you make any changes to

20  the map based on that information?

21     A.    I did not.

22     Q.    Did you provide any of that

23  information about the black voting age

24  population of the districts to Senator

25  McClendon?

RANDY HINAMAN                                    April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                    52

1    A.    Not specifically.  I mean,

2  obviously he had a copy of the map, but not

3  specifically, no.

4    Q.    You said that obviously Senator

5  McClendon had a copy of the map?

6    A.    Yeah, 24 hours out.

7    Q.    Did the copy of the map that he

8  had show the black voting age population of

9  each district?

10    A.    It probably did.  I'm not sure

11  what reports he had attached to that map,

12  but I assume that there was one in there

13  that did, yeah.

14    Q.    Did you discuss the black voting

15  age population of any districts with

16  Senator McClendon?

17    A.    I did not.

18    Q.    Beyond merely providing the black

19  voting age population data to anyone who

20  asked, did you have any discussions with

21  anyone about the black voting age

22  population of any of the districts?

23    A.    In the senate map, I don't

24  believe I did, no.

25    Q.    Beyond any discussions with

1  counsel --

2      A.    I mean, obviously individual

3  senators would ask me -- a senator might

4  say what's the BVAP in my district, and I

5  would answer that.

6      Q.    Beyond that, no further

7  discussions that you can recall --

8      A.    Right.

9      Q.    -- regarding BVAP?

10     A.    Correct.

11     Q.    Were you given instructions about

12  a range of black voting age population that

13  you were to try to meet with any of the

14  districts?

15     A.    No.

16     Q.    Did you try to reach any certain

17  black voting age population?

18     A.    No.

19     Q.    In drawing the map what, if

20  anything, did you understand that you

21  needed to do to ensure that your map

22  complied with section two of the Voting

23  Rights Act?

24     A.    Well, that compliance would be

25  more of legal counsel's concern or focus

RANDY HINAMAN                                      April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                    54

1  than mine.

2     Q.    That wasn't a specific focus of

3  yours at any point?

4     A.    Well, it's part of the

5  guidelines, to comply with the Voting

6  Rights Act.

7     Q.    So what did you do to make sure

8  that you were compliant with those

9  guidelines?

10    A.    I had counsel review the various

11  districts.

12    Q.    Anything else?

13    A.    No.  Sorry.  Shaking my head

14  doesn't help her very much.

15    Q.    So your answer was no?

16    A.    No.

17    Q.    Would there be a level of black

18  voting age population in a majority black

19  district from a previous map that would

20  cause you concern?

21    A.    A previous map?

22    Q.    So looking back at the 2017 map,

23  would there be a -- let me clarify here.

24       So with the new census data that

25  came in 2020, the various demographics of

RANDY HINAMAN                                        April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                    55

1    the districts changed, correct?

2        A.    Yes.

3        Q.    One of those demographics was

4    that the black voting age population of the

5    various districts changed, correct?

6        A.    Yes.

7        Q.    In the process of drawing the

8    2021 map, did you look at the black voting

9    age population of any of the districts as

10   they previously existed on the 2017 map?

11       A.    No.  As I said, the drawing

12   process was race blind.

13       Q.    Until you had the final version,

14   correct?

15       A.    Correct.  Correct.

16       Q.    And you made no further changes

17   even after you turned on the race?

18       A.    That's correct.

19       Q.    Would there have been -- at the

20   time that you turned on race, would there

21   have been any black voting age population

22   levels that would have given you concern,

23   either that they were too high or too low?

24       A.    Again, compliance with the VRA

25   was more legal counsel's purview.

RANDY HINAMAN                                        April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                        56

1    Q.    So then explain to me what

2  exactly were you looking for when you

3  turned on the race data at the end of the

4  map drawing process.

5    A.    I wasn't -- when I turned it on,

6  I wasn't really looking -- I wasn't really

7  looking at it.  It was more counsel looking

8  at it to make sure we complied with VRA.

9    Q.    And just to clarify and confirm

10  so that I have everything straight, at the

11  time that you -- the version of the map as

12  it exists at the time you turned on race,

13  were there any changes made to it at all

14  after that until the time that it was

15  enacted?

16    A.    No, there were no changes made.

17    Q.    So the final version of the map

18  was completed before you ever looked at

19  race; is that correct?

20    A.    Yes.

21    Q.    Do you know whether any

22  performance analysis was done on any of the

23  districts in your map?

24    A.    I don't.  I'm not -- I don't

25  know.

RANDY HINAMAN                                          April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                      57

1      Q.    Do you know if any racial

2   polarization analysis was done on any of

3   the districts in your map?

4      A.    I do not know.

5      Q.    Beyond adjusting for population

6   deviation, what other factors did you

7   consider when drawing the map?

8      A.    Primarily geography, keeping

9   counties together when possible, not

10  splitting precincts where possible.

11     Q.    Anything else?

12     A.    I mean, obviously individual

13  senators may have had their own set of

14  things they were concerned about, but those

15  were my issues.

16     Q.    Were you instructed to follow the

17  same redistricting guidelines that you used

18  when drawing the 2021 congressional map?

19     A.    Well, obviously deviation is

20  different, but same guidelines.

21     Q.    And just for the record, explain

22  the difference in the deviation

23  requirements for the senate map and

24  congressional map.

25     A.    Yeah.  The senate map deviation

RANDY HINAMAN                                        April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                    58

1    is plus or minus five percent, whereas the

2    congressional map deviation is zero or one.

3        Q.    And those redistricting

4    guidelines that you followed are the ones

5    that were passed on May 5th of 2021,

6    correct?

7        A.    Correct.

8        Q.    Your birthday?

9        A.    Yes.

10       Q.    Did you follow those

11   redistricting guidelines when drawing your

12   map?

13       A.    Yes.

14       Q.    Were you instructed to prioritize

15   any of the factors in the redistricting

16   guidelines over any others?

17       A.    No.

18       Q.    Did you place a higher priority

19   on any factor over another?

20       A.    No.

21       Q.    You mentioned population

22   deviation being one of the factors of the

23   redistricting guidelines, correct?

24       A.    Correct.

25       Q.    You also mentioned not wanting to

RANDY HINAMAN                                    April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                    59

1   split counties, precincts, communities of

2   interest where possible, right?

3       A.    Correct.

4       Q.    One of the other policies under

5   the redistricting guidelines is that all

6   districts should be reasonably compact,

7   correct?

8       A.    Correct.

9       Q.    Do you think that all of the

10  senate districts in the 2021 senate map are

11  reasonably compact?

12      A.    I do.

13      Q.    Do you think that the 2021 senate

14  map as you drew it complies with all of the

15  redistricting guidelines?

16      A.    I do.

17      Q.    Did you consider any other

18  factors when drawing your map?

19      A.    No.  I mean, obviously there are

20  other things in the guidelines we haven't

21  discussed, but I didn't consider any other

22  factors.  For example, not pairing

23  (unintelligible) when possible.

24      Q.    Beyond the redistricting

25  guidelines and any specific guidance that

RANDY HINAMAN                                    April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                60

1   you got from the various senators, were

2   there any other factors that you took into

3   account when drawing the senate map?

4       A.    No.

5       Q.    Is it true that a primary concern

6   in drawing the senate map was whether the

7   senate would pass it?

8       A.    I don't know about a primary

9   concern, but obviously any map becomes a

10  bill, which has to be passed by their body

11  and signed into law.

12      Q.    Was that a focus of yours in any

13  way when drawing the map, whether or not

14  the map would pass?

15      A.    Not specifically.  I mean,

16  obviously I think republicans had the

17  27-day political advantage, so I was pretty

18  confident that a map would pass.

19      Q.    Did you draw your map in any

20  certain way in a specific effort to ensure

21  that it would pass?

22      A.    No.  Other than obviously if I

23  could accommodate if a senator's wishes for

24  his or her district I, within reason, tried

25  to accommodate them.

RANDY HINAMAN                                                April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                              61

1    Q.    Did any specific request or

2  instructions from any of the instructors

3  ever take priority for you over the

4  redistricting guidelines?

5    A.    No.  I'm not who an instructor

6  is.  Are you saying a senator?

7    Q.    Any requests, desires, feedback,

8  instructions, any of that that you received

9  from any of the senators, did any of those

10  considerations ever take priority over the

11  factors in the redistricting guidelines?

12    A.    No.

13    Q.    I want to focus now on a few

14  specific districts.  Specifically the

15  districts around Huntsville which you have

16  Exhibit 3 in front of you which is the 2021

17  map.  And I want to talk about districts

18  two, seven, and eight around Huntsville.

19  Do you see those?

20    A.    Yes.

21    Q.    Would you agree that the city of

22  Huntsville is a community of interest?

23    A.    I would.

24    Q.    Would you agree that specifically

25  the center of the city of Huntsville could

RANDY HINAMAN                                          April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                      62

1   be a community of interest?

2          MR. WALKER:  Object to the form.

3   You can answer.

4      A.    Not sure I know what you mean by

5   the center of the city of Huntsville.  But

6   I think the city of Huntsville is a

7   community of interest.

8      Q.    Would you agree that the black

9   community in the city of Huntsville is a

10  community of interest?

11     A.    Yes.

12     Q.    Why do you say that?

13     A.    My understanding of definition of

14  community of interest, they would qualify

15  as such.

16     Q.    What's your understanding of the

17  definition of a community of interest?

18     A.    It's rather broad, but it can be

19  any group, either social, economic, racial,

20  that share the same values or concerns.

21     Q.    Are you familiar with the website

22  called Dave's Redistricting?

23     A.    Never been on it, but I'm

24  familiar.  I've heard of it.

25     Q.    And that -- just for the record,

RANDY HINAMAN                                        April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                    63

1    the URL for that is davesredistricting.org.

2    You've heard of that?

3        A.    I have.

4        Q.    What is your understanding of

5    what that website is?

6        A.    My understanding is I guess it

7    allows folks to draw districts.

8        Q.    You said you've never personally

9    used that website?

10       A.    I haven't, no.

11       Q.    Have you ever relied on that

12   website for anything?

13       A.    No.

14       Q.    Do you have any understanding of

15   whether the data on that website is

16   accurate or reliable?

17       A.    No idea.

18       Q.    I'm going to hand you a few more

19   exhibits here.  First, handing you what's

20   been labeled as Exhibit 5.

21           (Exhibit Number 5 was marked for

22           identification.)

23       Q.    Exhibit 5 is a zoomed in view of

24   the 2021 Alabama State Senate Map focusing

25   on the region around the city of

RANDY HINAMAN                                      April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                    64

1   Huntsville.  Do you see that?

2       A.    I do.

3       Q.    And I'll represent for the record

4   that this was pulled from the website I

5   just described, Dave's Redistricting.

6       A.    Okay.

7       Q.    I'm also handing you what's been

8   marked as Exhibit 6.

9           (Exhibit Number 6 was marked for

10          identification.)

11      Q.    Exhibit 6 is a similar view of

12  the districts surrounding Huntsville as

13  they existed in the 2017 Alabama State

14  Senate Map.  Do you see that?

15      A.    I do.

16      Q.    I'll represent for the record

17  that Exhibit 6 and 7 were both pulled from

18  Dave's Redistricting.  Looking at

19  Exhibit 6, does that appear to be an

20  accurate depiction of the district

21  surrounding the city of Huntsville as they

22  exist in the 2021 senate map?

23      A.    It appears.  The best I can tell

24  it appears to be, yes.

25      Q.    Same question with Exhibit 7.

RANDY HINAMAN                                         April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                        65

1    Does that appear to be an accurate

2    depiction of the districts surrounding the

3    city of Huntsville as they existing in

4    the 2017 senate map --

5            MR. WALKER:  I think you're off a

6    number.  It's 5 and 6.

7            MR. THOMPSON:  Thank you.

8    A.    Yes.

9    Q.    So let's start over just for the

10   clarity of the record.

11   A.    Okay.

12   Q.    So Exhibit 5 is a copy of a

13   zoomed in portion of the districts around

14   the city of Huntsville as they exist in the

15   2017 state senate map.  Do you see that?

16   A.    I do.

17   Q.    Do you agree that that appears to

18   be an accurate representation of those

19   districts from the 2021 map?

20   A.    To the best of my knowledge at

21   this level, yeah.  I mean, obviously I'm

22   not looking at --

23   Q.    Correct.

24   A.    -- the computer screen or

25   details.

RANDY HINAMAN                                    April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                    66

1    Q.    Same questions with Exhibit 6.

2    Does Exhibit 6 appear to be an accurate

3    representation of the districts surrounding

4    the city of Huntsville as they existed in

5    the 2017 Alabama State Senate Map?

6    A.    Again, it appears to be.

7    Q.    So if you can just set both of

8    those side by side, I just kind of want to

9    walk through these with you.  So looking at

10   the prior district seven as it's shown in

11   Exhibit 6, you took what was a fairly

12   compact district around the city of

13   Huntsville and somewhat stretched it out in

14   a somewhat crescent shape.  Do you see

15   that?

16   A.    Yes.

17   Q.    Why did you make that change?

18        MR. WALKER:  Objection to form.

19   You may answer.

20   A.    Well, as you may notice, senate

21   district one on the 2017 map used to go

22   into Madison County, and in trying to limit

23   county splits, senate district one no

24   longer goes into Madison County.  Instead

25   district seven for the most part -- a

1  little bit of two, but mostly seven, picked

2  up that part of senate district one.  So

3  that required there to be further changes

4  in the senate district seven.  In addition,

5  you know, on the '17 map, senate district

6  eight sort of goes into, I guess, that

7  would be south Huntsville sort of where

8  senate district eight wraps around

9  underneath seven.  And that feature was

10 sort of eliminated in the senate district

11 seven map in 2021.

12        To my knowledge, there may be one

13 split precinct in there, but I think those

14 are all whole precincts in senate district

15 seven.  There may be one split for

16 deviation purposes, but it doesn't appear

17 so -- or doesn't jump out at me anyway.

18    Q.    Let me break that down just a

19 little bit.  So you were talking about

20 district one.

21    A.    Right.

22    Q.    Under the 2017 map, district one

23 came in between districts two and seven --

24    A.    Yeah.

25    Q.    -- for a good portion there.

1    A.    Correct.  And that would be an

2  additional split of Madison County by

3  having that additional senate district in

4  there.  So it was a positive feature of the

5  2021 map to not have an additional senator

6  split into Madison County.

7    Q.    Were there any other reasons that

8  you, for lack of better word, eliminated

9  that portion of district one that existed

10  between districts two and seven in the 2021

11  map?

12    A.    Yeah.  Just -- I mean, it was --

13  it's not necessary to have an additional

14  county split to have the proper population

15  instead of district one.

16    Q.    You also mentioned that -- I

17  think you used the word that there was this

18  feature of district eight below district

19  seven in the 2017 map, correct?

20    A.    Correct.

21    Q.    And you said that that was

22  eliminated in the 2021 map.

23    A.    Correct.

24    Q.    What was the reason for that

25  change?

RANDY HINAMAN                                    April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                  69

1      A.    Just that's obviously

2   geographically stretched out probably a

3   little further than it needed to.  So that

4   also is the senator from senate district

5   seven that lives in the southern portion of

6   that district so this is where -- not sure

7   I can answer based on conversations with

8   people -- senators.

9      Q.    And by that, I assume you're

10  referring to that there were instructions

11  you received from one of the senators that

12  you're not going to go into because of the

13  assertion of privilege, correct?

14     A.    Correct.

15     Q.    In the prior map, also district

16  seven seemed to encompass much more of the

17  city of Huntsville, whereas in the current

18  map, it gets more squeezed into where it

19  goes narrowly through the middle of the

20  city of Huntsville, while district eight

21  comes into the city of Huntsville and takes

22  over some of those precincts.  Do you see

23  that?

24     A.    I do.

25     Q.    Why did you make that change?

1          MR. WALKER:  Objection to form.

2    You may answer.

3      A.    Well, again, adding more area to

4    the northern part of senate district seven

5    and also eliminated the feature of senate

6    district eight coming underneath senate

7    district seven meant that senate district

8    eight had to come into somewhere.  I had to

9    take more of senate district seven.  So,

10   again, some of that was conversations

11   inherent to the individual members.

12     Q.    One other change that I noticed

13   was in the middle of where districts two

14   and seven meet around the city of

15   Huntsville.  There's this, again, lack of

16   better word, a finger of district two that

17   extends into district seven, and right

18   below that, there's a similar finger of

19   district seven extended into district two.

20   Do you see the area I'm talking about?

21     A.    I'm assuming right in there.  Is

22   that what you're talking about?

23     Q.    That's correct.

24     A.    Yeah.  That's -- of course, those

25   are precinct lines.  I don't have any

1  control over the shape of various

2  precincts.  So that protrusion there is a

3  precinct line.

4      Q.    Was there any other reason for

5  that protrusion other than just following

6  the precinct lines?

7      A.    No.

8      Q.    Are you familiar with what the

9  BVAP levels are around the city of

10  Huntsville?

11     A.    In these districts?

12     Q.    Correct.

13     A.    In the senate districts?

14     Q.    Correct.

15     A.    Not off the top of my head.

16     Q.    Handing you what's been marked as

17  Exhibit 7.

18         (Exhibit Number 7 was marked for

19         identification.)

20     Q.    This is also data that was pulled

21  from the Dave's Redistricting website that

22  I mentioned, and it shows the black voting

23  age population of the precincts surrounding

24  the city of Huntsville.  Do you see that?

25     A.    The shaded ones essentially?

RANDY HINAMAN                                        April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                    72

1      Q.    In addition to showing the

2  percentage of black voting age population,

3  there is also shading which corresponds to

4  those percentages.  Where darker shading

5  corresponds to a higher percentage, and

6  lighter shading refers to a lighter --

7  lower percentage of the black voting age

8  population.  Do you see that?

9      A.    I do.

10     Q.    Were you aware of this

11  concentrated black community in the city of

12  Huntsville?

13     A.    I knew there was substantial

14  African American community in the city of

15  Huntsville.  I was not an expert on

16  precinct by precinct numbers, but, yes.

17     Q.    Were you aware of this

18  concentrated black community in the city of

19  Huntsville when you were drawing the 2021

20  senate map?

21     A.    I knew there was a number of

22  African Americans that lived in the city of

23  Huntsville, yes.

24     Q.    Do you agree that this black

25  community in Huntsville could be considered

RANDY HINAMAN                                    April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                  73

1  a community of interest?

2     A.    Yes.

3     Q.    Do you think it is a community of

4  interest?

5     A.    Yes.

6     Q.    Now, putting Exhibit 7 side by

7  side with Exhibit 5, which is the districts

8  around the city of Huntsville from the 2021

9  map, were you aware when you were drawing

10  the 2021 state senate map that your map

11  splits this black community into three

12  separate districts?

13     A.    I wasn't focused on that, no.

14     Q.    Were you aware of that?

15     A.    No, not really.

16     Q.    Did you consider keeping this

17  community together in the same district?

18     A.    I did not.

19     Q.    Why not?

20     A.    You know, it's -- with all of the

21  guidelines, you make trade-offs, and I

22  thought that lowering the number of

23  senators in Madison County was a positive

24  element.  Not having the wraparound

25  underneath district seven was probably a

RANDY HINAMAN                                                April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                            74

1   positive element.  So obviously, you know,

2   you have trade-offs you make in drawing any

3   map.

4       Q.    When you turned race on when

5   drawing -- let me start over.

6           When you turned race on at the

7   end of drawing the 2021 senate map, did you

8   notice that you had split this black

9   community in the city of Huntsville into

10  three different districts?

11      A.    No.  Because really I was looking

12  at BVAP by senate district, not by the city

13  of Huntsville for example.

14      Q.    Did you not look at BVAP by

15  precinct?

16      A.    No, I didn't.

17      Q.    When you looked at BVAP, it was

18  only by district?

19      A.    District, yes, sir.

20      Q.    Did you do anything to ensure

21  that splitting this black community into

22  three separate districts did not violate

23  section two of the Voting Rights Act?

24          MR. WALKER:  Objection to form.

25  You may answer.

RANDY HINAMAN                                      April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                    75

1    A.    No.

2    Q.    And you can turn your focus back

3    to Exhibit 5.  In drawing districts two,

4    seven, and eight in the 2021 senate map,

5    were you told to keep any precincts or

6    regions together?

7    A.    No.

8    Q.    Were you told to keep any

9    specific communities of interest together?

10   A.    No.

11   Q.    Did you make an effort to keep

12   any specific communities of interest

13   together?

14   A.    No.

15   Q.    Were you told by anyone that

16   there were certain aspects of districts

17   two, seven, or eight that you shouldn't

18   touch?

19        MR. WALKER:  Before you -- let me

20   just reemphasize the objection to any

21   testimony from legislators, other than the

22   ones we've waived for privilege.

23   Q.    Beyond any discussions that you

24   had with any legislators who have not

25   waived legislative privilege -- meaning,

RANDY HINAMAN                                    April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                    76

1    any legislators other than Senator

2    McClendon -- were you told that there were

3    certain aspects of districts two, seven, or

4    eight that you should not touch?

5        A.    No.

6        Q.    Were you told that there were any

7    certain aspects of districts two, seven,

8    and eight -- with the same caveats -- that

9    you had to make?

10       A.    No.

11       Q.    Set those aside.  Now, I want to

12   turn our focus to the districts surrounding

13   Montgomery.  Handing you what's been marked

14   as Exhibit 8.

15           (Exhibit Number 8 was marked for

16           identification.)

17       Q.    Similar to the last exhibit that

18   we looked at, Exhibit 7, Exhibit 8 contains

19   a depiction of the region around the city

20   of Montgomery.  This was pulled from Dave's

21   Redistricting and shows the black voting

22   age population both in terms of percentages

23   and corresponding shading of the various

24   precincts surrounding the city of

25   Montgomery.  Do you see that?

RANDY HINAMAN                                   April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                    77

1    A.    I do.

2    Q.    You see that here around the city

3  of Montgomery, again, there is a

4  significant black population, correct?

5    A.    Correct.

6    Q.    In fact, it looks like there are

7  more than about 20 or so precincts around

8  the city of Montgomery that all have a

9  majority black voting age population.  Do

10  you see that?

11    A.    I haven't counted them but looks

12  reasonable.

13    Q.    And some of these precincts are

14  overwhelmingly black majority.  You've got

15  precincts -- it looks like there is one

16  that's 95.2 percent, another one that's

17  95.4 percent, one that's as high as

18  96.5 percent.  Do you see those numbers?

19    A.    Yes, sir.

20    Q.    Now, your map packs all but two

21  of those majority black districts into

22  district 26.  Do you see that?

23    A.    Not specifically, but I'll take

24  your word for that.

25    Q.    Do you disagree with that?

RANDY HINAMAN                                              April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                          78

1    A.    No, I don't.  I'm just --

2         MR. WALKER:  Objection to form.

3    A.    I can't prove that by what you

4  just handed me but...

5    Q.    Well, it's a little difficult to

6  see on this map --

7    A.    There are --

8    Q.    -- but there is a darker line

9  around the precincts that shows the

10 districts.

11   A.    Oh, that's a district line?

12   Q.    Yes.

13   A.    Yeah, it's hard for me --

14   Q.    And if you need to -- I know it's

15 difficult to see -- you can also put this

16 side by side with Exhibit 3.  Actually, you

17 know what, let me do you one better.

18   A.    I'm not disagreeing with you.  I

19 just said I couldn't discern that from that

20 map.

21   Q.    I understand.  I just want to

22 make this easy for you to see.  I'm going

23 to hand you what's been marked as

24 Exhibit 9.

25        (Exhibit Number 9 was marked for

RANDY HINAMAN                                          April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                      79

1          identification.)

2     Q.    Again, this is pulled from Dave's

3  Redistricting.  Exhibit 9 is a zoomed in

4  portion of the 2021 senate map showing in

5  different colors the senate districts from

6  the 2021 senate map around the city of

7  Montgomery.  Do you see that?

8     A.    I do.

9     Q.    So you can set this Exhibit 9

10 side by side with Exhibit 8 to be able to

11 more clearly see the senate districts.  Can

12 you see that?

13    A.    I do.

14    Q.    Does that help to see the

15 district lines clearer?

16    A.    Yes, sir.

17    Q.    So with that said, do you agree

18 with me that your map packs all but two of

19 those majority black precincts that we see

20 in Exhibit 8 all into district 26?

21          MR. WALKER:  Object to the form.

22 You may answer.

23    A.    This puts all but two of them,

24 yes.

25    Q.    Looking at Exhibit 8, the way

RANDY HINAMAN                                    April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                  80

1    that the black community is distributed

2    here, it's fairly uniform across the city

3    of Montgomery with the exception of this

4    little pocket directly northeast of

5    downtown Montgomery where we have a few

6    precincts that are predominantly white.  Do

7    you see that?

8        A.    Yeah.  I mean, there are also

9    some precincts that are predominantly white

10   on the western fringe of Montgomery County

11   that are also 26 I guess.

12       Q.    Right.  I just mean in terms of

13   the black community that we see here, it's

14   almost completely shaded with a majority

15   black district throughout with the

16   exception of a small whole in the middle of

17   it where there are some white communities.

18   Do you see what I'm referring to?

19       A.    Yes.

20       Q.    And your map has this little

21   extension that goes into the city of

22   Montgomery, district 25 extending into the

23   center of the city of Montgomery.  Do you

24   see that?

25       A.    I do.

RANDY HINAMAN                                    April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                  81

1    Q.    And that extension reaches in and

2  pulls in three of the six predominantly

3  white precincts in the center of the city

4  of Montgomery, correct?

5    A.    Yeah.  Two -- I think one's

6  probably split.  Maybe I'm wrong.  But I

7  see two whole ones.  That other piece, I'm

8  not sure if that's a whole precinct or not,

9  but maybe it is.

10    Q.    Why did you draw this extension

11  into the center of the city of Montgomery

12  that pulls in these predominantly white

13  precincts?

14    A.    Again, based on discussions.

15    Q.    Beyond any discussion -- and when

16  you say it was based on discussion that you

17  had with certain legislators, correct?

18    A.    Correct.

19    Q.    Other than Senator McClendon?

20    A.    Correct.

21    Q.    Was that decision based on

22  anything else?

23    A.    No.

24    Q.    Looking at that extension into

25  the city of Montgomery, it includes the

RANDY HINAMAN                                                April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                            82

1    only two majority black precincts in the

2    city of Montgomery.  Do you see that?

3        A.    No.  I'm not sure what you're

4    referring to on that.

5             MR. WALKER:  Object to form.

6        Q.    Looking at Exhibit 8 --

7        A.    Right.

8        Q.    -- you can see the various

9    precincts here --

10       A.    Yeah.

11       Q.    -- with their corresponding black

12   voting age percentages, correct?

13       A.    Correct.

14       Q.    Out of all of these, only two of

15   them are in district 25, correct?

16       A.    Correct.  The one that's 55.5 and

17   72.3, those are the two you're referring

18   to?

19       Q.    That's right.

20       A.    Right.

21       Q.    Do you know the names of those

22   precincts?

23       A.    I do not off the top of my head.

24       Q.    For the record, I believe the one

25   that is 72.3 percent BVAP is the Montgomery

1  Museum of Fine Arts precinct.  Does that

2  sound right to you perhaps?  You can't

3  recall?

4      A.    Can't recall.

5          MR. THOMPSON:  And also, for the

6  record, I'll say that my understanding is

7  that the one that's 55.5 percent BVAP is

8  the Wares Ferry Road Elementary School.  I

9  might actually be off on those two.  Do I

10  have those backwards?  Let's take a quick

11  break, and I can make sure that I have the

12  right name for those for the record.

13          THE WITNESS:  Okay.

14      (Whereupon, a recess was taken.)

15      Q.    Mr. Hinaman, in drawing the 2021

16  Alabama State Senate Map, did you assess

17  whether you could create another majority

18  black senate district in the Montgomery

19  area?

20      A.    I did not.

21      Q.    Did you assess whether the black

22  voting age population is large enough and

23  compact enough to be able to do that?

24      A.    I did not.

25      Q.    Do you know whether the black

1  voting age population is large enough and

2  compact enough to be able to do that?

3     A.    I've seen yours or someone's

4  alternate maps that create I think very

5  close if not two majority districts.

6     Q.    When did you see that map?

7     A.    During this litigation at some

8  point.

9     Q.    Do you recall when?

10    A.    No.

11    Q.    Who provided you a copy of that

12  map?

13    A.    Counsel.

14    Q.    And you reviewed that map?

15    A.    I haven't reviewed it.  I've seen

16  it.

17    Q.    Did you have any thoughts on that

18  map when you looked at it?

19    A.    No.

20    Q.    Do you agree that it's possible

21  to create an additional majority black

22  senate district in the Montgomery area

23  while still following the redistricting

24  committee's guidelines?

25    A.    I don't know about the last part

RANDY HINAMAN                                        April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                    85

1    of that.  Again, I didn't draw that map, so

2    I don't know what guidelines or rules or

3    theories went into it.

4        Q.    Did you see anything about the

5    plaintiffs' map that did not comply with

6    the redistricting guidelines?

7        A.    Again, I didn't review the map.

8        Q.    Nothing stood out to you when you

9    looked at it?

10           MR. WALKER:  Object to form.

11       A.    I didn't review the map.

12       Q.    But you did look at it?

13       A.    I saw it.

14       Q.    So explain to me a little bit

15   about your experience with this map.  You

16   looked at it, what does that mean?

17           MR. WALKER:  Hang on just a

18   second.  Off the record.

19       (Whereupon, a recess was taken.)

20       Q.    Mr. Hinaman, in drawing districts

21   25 and 26 around the city of Montgomery,

22   were you asked to keep any precincts or

23   regions together?

24       A.    No.

25       Q.    Were you asked to keep any

1  communities of interest together?

2  A.    No.

3  Q.    Were you told that there were

4  certain aspects of district 25 or 26 that

5  you should not touch?

6  A.    No.

7  Q.    Were you told that there were

8  certain aspects of districts 25 or 26 that

9  you had to do?

10  A.    No.  And just one more piece on

11  your --

12  Q.    Exhibit 8?

13  A.    Exhibit 8.  Obviously when we

14  were drawing this map, we did not have race

15  on, so I didn't have the benefit of your

16  numbers or shading as you do.

17  Q.    And similar to when you looked at

18  the city of Huntsville, when you did turn

19  on the race data when drawing or evaluating

20  the 2021 senate map, you did not have that

21  data by precinct level?  You looked at it

22  only by district level, correct?

23  A.    Correct.

24  Q.    Does that go for the entirety of

25  the state of Alabama?

RANDY HINAMAN                                    April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                    87

1    A.    Yes.

2         MR. THOMPSON:  As always, thank

3    you for your time.  That's all the

4    questions I have at this point.

5         MR. WALKER:  Give us just a

6    second, and we'll step outside.  Be right

7    back.

8       (Whereupon, a recess was taken.)

9            EXAMINATION

10   BY MR. WALKER:

11   Q.    Mr. Hinaman, let me ask you about

12   one or two things, please.  Just now we

13   were talking with plaintiffs' counsel --

14   you were talking with plaintiffs' counsel

15   about Defendants' Exhibit 8 which purports

16   to depict -- oh, plaintiffs' -- and I did

17   write defendants on this.  Defendant 8

18   which purports to depict from Dave's

19   Redistricting various Montgomery area

20   precincts and their BVAP level.

21   Specifically you were asked about two

22   precincts, one of which has a BVAP of 41.3,

23   and the other one 31.2.  Do you recall

24   those questions from plaintiffs' counsel?

25   A.    Yes.

RANDY HINAMAN                                          April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                      88

1    Q.    Okay.  At any time you gave

2  consideration to these districts when you

3  were drawing the plan, did you have race

4  on?

5    A.    No.

6    Q.    So at any time you were looking

7  at these districts, you were not aware of

8  their BVAPs; is that correct?

9    A.    That's correct.

10    Q.    And above them, they appear to be

11  two other precincts that have lower BVAPs

12  of 21.9 and 28.1.  Do you see those?

13    A.    Yes.

14    Q.    And did you put those in senate

15  district 25 or 26?

16    A.    They're in senate district 26.

17    Q.    Okay.  And in which district?

18    A.    26.

19    Q.    Okay.

20        MR. WALKER:  Thank you very much.

21  That's all I have.

22        MR. THOMPSON:  That's all.

23        MR. WALKER:  One more.

24    Q.    Were the senators who represent

25  SD25 and SD26 aware of the changes you made

RANDY HINAMAN                                          April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                        89

1  when you drew the 2021 plan?

2          MR. THOMPSON:  Objection.  Calls

3  for speculation.

4  Q.    You may answer the question.

5  A.    Yes.  They were in the room when

6  these plans were drawn.

7          MR. WALKER:  Thank you.  That's

8  all I have.

9      (The deposition of RANDY HINAMAN

10       was concluded at 11:21 a.m.)

11          --oOo--

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              C E R T I F I C A T E

 2     State of Alabama

 3     Lee County

 4              I, Madison Borden, do hereby

 5   certify that I recorded, by means of

 6   stenotype, the foregoing proceedings at the

 7   time and place stated in the caption

 8   hereof, that the foregoing represents a

 9   full, true, and correct transcript of the

10   proceedings on said occasion.

11              I further certify that I am

12   neither of counsel nor of kin to any

13   parties, nor interested in the outcome of

14   this case.

15              I further certify that I am a

16   duly licensed Court Reporter, as displayed

17   by my license number below, by the Alabama

18   Board of Court Reporting.

19        So certified on April 30, 2024.

20

21

22

23

24        MADISON BORDEN, CCR

25        CCR#687, Expires 9/30/24
```



RANDY HINAMAN                                                        April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                          April 17, 2024
Khadidah Stone, et al. vs Wes Allen, et al.                                      93

```
1          DEPOSITION ERRATA SHEET

2     Page No. 59  Line No. 23  Change to: ( unintelligible )

3     _____ to " incumbents "_____

4     Reason for change: Court reporter didn't understand my word.

5     Page No. 60  Line No. 17  Change to: " 29-day "

6     _to " 29-rest "_____

7     Reason for change: Court reporter had wrong word.

8     Page No. 60  Line No. 24  Change to: his or her

9     districts, I within reason, ..._____

10    Reason for change: Wrong punctuation_____

11    Page No. 61  Line No. 5  Change to: Add "sure" —

12    "I'm not sure who an ..._____

13    Reason for change: Court reporter missed word____

14    Page No. 72  Line No. 21  Change to: "was" to

15    "were"_____

16    Reason for change: Wrong verb_____

17    Page No._____ Line No._____ Change to:_____

18    _____

19    Reason for change:_____

20    Page No._____ Line No._____ Change to:_____

21    _____

22    Reason for change:_____

23

24    SIGNATURE:_____ DATE:_____

25              RANDY HINAMAN
```

