# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ALABAMA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> WES ALLEN, in his official capacity as Alabama Secretary of State <br><br> *Defendant*. | Case No. 2:21-cv-01531-AMM |

## MOTION FOR WITHDRAWAL OF COUNSEL JESS UNGER

Pursuant to Local Rule 83.1(e) of the Local Rules of the United States District Court for the Northern District of Alabama, the undersigned hereby requests that Jess Unger, currently listed as counsel of record for Plaintiffs Alabama State Conference of the NAACP, Greater Birmingham Ministries, and Evan Milligan, be withdrawn as counsel for Plaintiffs in this case as Mr. Unger will no longer be employed at the Southern Poverty Law Center after January 17, 2025. Plaintiffs will continue to be represented by all other counsel listed on the record.

DATED this 17th day of January, 2025

Respectfully submitted,

/s/ Laurel Hattix
Laurel Hattix
Alison Mollman
AMERICAN CIVIL LIBERTIES UNION OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
amollman@aclualabama.org
lhattix@aclualabama.org

/s/ Deuel Ross
Deuel Ross*
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
700 14th Street NW Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

Leah Aden*
Stuart Naifeh*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
Ashley Burrell*
Colin Burke*
NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
laden@naacpldf.org
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
bcarter@naacpldf.org
aburrell@naacpldf.org
cburke@naacpldf.org
Michael Turrill*
Harmony R. Gbe*

/s/ Davin M. Rosborough
Davin M. Rosborough*
Dayton Campbell-Harris*+
Theresa J. Lee*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
dcampbell-harris@aclu.org
tlee@aclu.org
slakin@aclu.org

Jacob van Leer*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th St. NW
Washington, DC 20005
jvanleer@aclu.org

Sidney Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS, CHILDS, PANTAZIS, FISHER & GOLDFARB
301 19th Street
North Birmingham, AL 35203
(205) 314-0500
sjackson@wigginschilds.com
nlawsen@wigginschilds.com

/s/ Jess Unger
Bradley E. Heard*
Avner Shapiro*
Jack Genberg*
Jess Unger*
SOUTHERN POVERTY LAW CENTER
1101 17th Street NW

James W. Ettinger*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com
jay.ettinger@hoganlovells.com

Jessica L. Ellsworth*
Shelita M. Stewart*
Amanda N. Allen*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
jessica.ellsworth@hoganlovells.com
shelita.stewart@hoganlovells.com
amanda.n.allen@hoganlovells.com

Suite 510
Washington, DC 20036
(240) 890-1735
bradley.heard@splcenter.org
avner.shapiro@splcenter.org
jack.genberg@splcenter.org
jess.unger@splcenter.org

David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

*Attorneys for Plaintiffs*

*Admitted *pro hac vice*

+ Not admitted in New York

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system which provides electronic notice of filing to all counsel of record.

Dated: January 17, 2025

                                                /s/ Laurel Hattix  
                                               Laurel Hattix  
                                               ACLU OF ALABAMA  
                                               P.O. Box 6179  
                                               Montgomery, AL 36106-0179  
                                               (703) 342-9729  
                                               lhattix@aclualabama.org