# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ALABAMA STATE CONFERENCE OF THE NAACP, *et al.*, | ) ) |
| *Plaintiffs*, | ) ) |
| v. | )   Case No. 2:21-cv-1531-AMM |
| | ) |
| WES ALLEN, in his official capacity as Alabama Secretary of State, *et al.*, | ) ) ) |
| *Defendants*. | ) |

## NOTICE OF APPEAL OF ORDER GRANTING INJUNCTION

Notice is hereby given that the Honorable Wes Allen, Secretary of State for the State of Alabama, the State Defendant in this action, appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's August 22, 2025 *Injunction and Order Findings of Fact and Conclusions of Law*, doc. 274.

                        Respectfully submitted,

                        Steve Marshall
                          *Attorney General*

                        /s/ Misty S. Fairbanks Messick
                        Edmund G. LaCour Jr. (ASB-9182-U81L)
                          *Solicitor General*
                        James W. Davis (ASB-4063-I58J)
                          *Deputy Attorney General*
                        Misty S. Fairbanks Messick (ASB-1813-T71F)
                          *Assistant Attorney General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-¬8400
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov

*Counsel for Secretary of State Allen*