FILED
2025 Sep-02  AM 10:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**Northern District of Alabama**
**Office of the Clerk**
**Hugo L. Black United States Courthouse**
**Room 140, 1729 5th Avenue North**
**Birmingham, Alabama 35203**
**(205) 278-1700**

Mr. Dave Smith, Clerk
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303.

U.S.D.C. No :2:21 CV 1531 AMM
U.S.C.A. No. New Appeal
IN RE:   Alabama State Conference of the NAACP v. Allen et al.,

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this transmittal.

☒        Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed.

☐    Certified record, supplemental record on appeal consisting of: Click here to enter text. volume(s) of pleadings, etc.;
Click here to enter text.volume(s) of transcripts;

☒    First Notice of Appeal? Yes   Dates of other Notices:

☐    The following materials **SEALED** in this court (order enclosed) consisting of: Click here to enter text.

☐    Original papers (court file) and certified copy of docket entries per USCA request.

☐    There was no hearing from which a transcript could be made.

☐    Copy of CJA Form 20 or District Court order appointing counsel.

☒    The appellant docket fee has been paid. **Yes** Date Paid:   08/29/2025

☐    The appellant has been leave to appeal in forma pauperis and        request for certificate of appealability (order enclosed).

☒    The Judge/Magistrate Judge appealed from is: Anna M. Manasco

☐    The Court Reporter is:

☐    This is a **BANKRUPTCY APPEAL**.   Please send notice of final order and/or opinion to: Joe Bulgarella, Clerk, U.S. Bankruptcy Court, 1800 5th Avenue North, Birmingham, Alabama 35203.

☐    This is a **DEATH PENALTY** appeal.

☐    Appellant having failed to cure procedural defects re: appeal fee, the appeal is due to be DISMISSED.

☐    Other:

xc:  Counsel                          Greer M. Lynch, Clerk

By__ _A. Day_____
Deputy Clerk