# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ALABAMA STATE CONFERENCE OF THE NAACP, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) |
| WES ALLEN, in his official capacity as Alabama Secretary of State, *et al.*, | ) ) ) ) |
| *Defendants*. | ) ) |

Case No. 2:21-cv-1531-AMM

## STATUS REPORT

Secretary Allen submits the following Joint Status Report in response to the Court's Order, doc. 276.

Secretary Allen still does not know if the Alabama Legislature will avail itself of the opportunity to draw a remedial map. Counsel remain in contact with Legislative leadership and with the Governor's office but cannot say at this time when a decision will be made or what it will be. Counsel understand that the officials who would be involved in a special session of the Legislature are actively discussing the matter and progress has been made, but no final decision has been reached. Counsel will update this report when they have further information or at any time the Court requires.

Steve Marshall
  *Attorney General*

*/s/ James W. Davis*
Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Richard D. Mink (ASB-4802-M76R)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama  36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Richard.Mink@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

Michael P. Taunton (ASB-6833-H00S)
Riley Kate Lancaster (ASB-1002-X86W)
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone (205) 251-8100
MTaunton@Balch.com
RLancaster@Balch.com

***Counsel for Secretary of State Allen***

2