# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ALABAMA STATE CONFERENCE OF THE NAACP, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-1531-AMM |
| ) | |
| WES ALLEN, in his official capacity as Alabama Secretary of State, *et al.*, ) ) | |
| ) | |
| *Defendants*. ) | |

## STATUS REPORT

Secretary Allen respectfully informs the Court that on this date, Alabama Governor Kay Ivey issued a press release stating that she does not currently intend to call a special session to draw a new State Senate map, but that "If a satisfactory map is later identified, Governor Ivey may reconsider her decision and update the public accordingly." The statement in its entirety reads as follows:

> Press:
>
> In the wake of a federal court ruling against Alabama's 2021 State Senate map in Montgomery, Governor Ivey has decided not to call a special session to draw a new map at this time given the uncertainty states face over how to comply with both Voting Rights Act caselaw and the US Constitution's provisions against racial discrimination.
>
> In support of her decision, the governor issued the following statement:

"As the law currently stands, states like Alabama are put to the virtually impossible task of protecting some voters based on race without discriminating against any other voters based on race. I remain hopeful that we will somehow find the 'magic map' that will both satisfy the federal court and also be fair to all Alabamians. But as of today, I cannot justify the time and expense of calling a special session. In the meantime, I call on the U.S. Supreme Court to clarify the law in this area as soon as possible and relieve states like Alabama from this no-win situation." – ***Governor Kay Ivey***

The U.S. Supreme Court will hear oral arguments this fall in *Louisiana v. Callais*, a case considering the apparent conflict between Voting Rights Act caselaw and the U.S. Constitution's equal protection provisions.

If a satisfactory map is later identified, Governor Ivey may reconsider her decision and update the public accordingly.

Respectfully submitted,

    Steve Marshall
      *Attorney General*

    */s/ James W. Davis*
    Edmund G. LaCour Jr. (ASB-9182-U81L)
      *Solicitor General*

    James W. Davis (ASB-4063-I58J)
      *Deputy Attorney General*

    Richard D. Mink (ASB-4802-M76R)
    Misty S. Fairbanks Messick (ASB-1813-T71F)
    Brenton M. Smith (ASB-1656-X27Q)
    Benjamin M. Seiss (ASB-2110-O00W)
      *Assistant Attorneys General*

    OFFICE OF THE ATTORNEY GENERAL
    STATE OF ALABAMA
    501 Washington Avenue
    P.O. Box 300152


Montgomery, Alabama  36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Richard.Mink@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

Michael P. Taunton (ASB-6833-H00S)
Riley Kate Lancaster (ASB-1002-X86W)
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone (205) 251-8100
MTaunton@Balch.com
RLancaster@Balch.com

*Counsel for Secretary of State Allen*