# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ALABAMA STATE CONFERENCE OF THE NAACP,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **WES ALLEN,** *in his official capacity as Alabama Secretary of State*, <br><br> Defendant. | Case No.: 2:21-cv-1531-AMM |

# ORDER

It has come to the Court's attention that one aspect of the instructions to the Special Master, Doc. 302, may benefit from clarification. Paragraph 2(a) of those instructions reads:

> 2. Each of the three proposed plans shall:
>
>    a. Completely remedy the Section Two violation identified in the Court's order of August 22, 2025. Each plan shall remediate the essential problem found in the Enacted Plan—the unlawful dilution of the Black vote in Alabama's state Senate districting scheme. To that end, "any remedial plan will need to include an additional district in the Montgomery in which Black voters either comprise a voting-age majority or something quite close to it."

Doc. 302 at 11 (quoting Doc. 274 (August 22, 2025, Injunction) at 5).

The Court hereby supplements that paragraph to include an additional quotation from the Court's August 22, 2025, injunction, as follows:

2. Each of the three proposed plans shall:

    a. Completely remedy the Section Two violation identified in the Court's order of August 22, 2025. Each plan shall remediate the essential problem found in the Enacted Plan—the unlawful dilution of the Black vote in Alabama's state Senate districting scheme. To that end, "the appropriate remedy is a redistricting plan that includes either an additional majority-Black Senate district in the Montgomery area, or an additional district there in which Black voters otherwise have an opportunity to elect a Senator of their choice." Doc. 274 at 5. As a practical reality, "based on the ample evidence of intensely racially polarized voting adduced during the trial, . . . any remedial plan will need to include an additional district in the Montgomery area in which Black voters either comprise a voting age majority or something quite close to it." *Id.*

The Special Master and his team are **DIRECTED** to consider this additional quotation as they prepare their submission to the Court.

**DONE** and **ORDERED** this 16th day of October, 2025.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE