# EXHIBIT 1



**Remedial Plan 1**

| Plan Characteristics | Remedial Plan 1 |
|---|---|
| Maximum Population Deviation | 14,115 |
| Contiguous | Yes |
| Core Retention (% Population in Same District as in Enacted Plan): Statewide | 96.1% |
| County Splits (out of 67 counties) | 19 |
| Voting District Splits (out of 1,837 voting districts) | 13 |
| Municipality Splits (out of 462 municipalities) | 87 |
| Montgomery Split (% Population in District 25 / District 26) | 49.7% / 50.3% |
| Compactness: Reock Score: Statewide | 0.41 |
| Compactness: Polsby-Popper Score: Statewide | 0.26 |
| Compactness: Population Polygon Score: Statewide | 0.68 |
| Compactness: Cut Edges: Statewide | 8,739 |

| District Characteristics | District 25 | District 26 | District 30 |
|---|---|---|---|
| Total Population | 137,414 | 144,577 | 150,654 |
| Core Retention (compared to Enacted Plan) | 45.6% | 51.0% | 68.0% |
| Compactness: Reock Score | 0.32 | 0.35 | 0.54 |
| Compactness: Polsby-Popper Score | 0.23 | 0.22 | 0.24 |
| Compactness: Population Polygon Score | 0.68 | 0.56 | 0.54 |
| Black Voting Age Population | 51.6% | 49.7% | 20.0% |

**Election Performance Analysis** – The percentage below is the margin of victory or defeat of the Black-preferred candidate (equal to the vote count for the Black-preferred candidate minus the vote count for the other top-vote getting candidate, divided by the total number of votes of those two candidates, excluding third-party or other votes). The average is a simple average (equally weighted) of all unique election contests without duplicates.

| Election Contest | District 25 | | District 26 | |
|---|---|---|---|---|
| | % Votes for BPC | Margin of Victory (or Defeat) | % Votes for BPC | Margin of Victory (or Defeat) |
| **Eleven Biracial Elections** | | | | |
| 2014 Auditor | 48.7% | **-2.7%** | 47.7% | **-4.7%** |
| 2014 Lt. Governor | 54.3% | 8.6% | 55.4% | 10.8% |
| 2014 Secretary of State | 54.0% | 8.0% | 55.1% | 10.2% |
| 2018 Auditor | 59.9% | 19.8% | 58.3% | 16.7% |
| 2018 Lt. Governor | 57.8% | 15.6% | 57.2% | 14.4% |
| 2018 Pub. Serv. Commission (Place 1) | 59.1% | 18.3% | 58.4% | 16.8% |
| 2022 Attorney General | 53.2% | 6.3% | 52.0% | 4.0% |
| 2022 Governor | 50.8% | 1.5% | 50.9% | 1.7% |
| 2022 Secretary of State | 53.7% | 7.4% | 52.7% | 5.5% |
| 2022 Supreme Court Assoc. Justice | 53.8% | 7.5% | 52.7% | 5.4% |
| 2022 U.S. Senate | 52.5% | 4.9% | 52.2% | 4.4% |
| **Subtotal – Average** | **54.3%** | **8.7%** | **53.9%** | **7.8%** |
| **Subtotal – Contests Won** | **10 of 11** | **-** | **10 of 11** | **-** |
| **Additional Elections** | | | | |
| 2017 U.S. Senate | 68.7% | 37.5% | 66.9% | 33.9% |
| 2018 Attorney General | 60.6% | 21.2% | 60.0% | 20.0% |
| 2018 Governor | 57.7% | 15.5% | 56.6% | 13.2% |
| 2018 Secretary of State | 57.9% | 15.8% | 57.4% | 14.9% |
| 2020 President | 59.0% | 18.1% | 58.9% | 17.9% |
| 2020 U.S. Senate | 60.7% | 21.4% | 60.6% | 21.3% |
| **Total – Average** | **56.6%** | **13.2%** | **56.1%** | **12.1%** |
| **Total – Contests Won** | **16 of 17** | **-** | **16 of 17** | **-** |