# EXHIBIT 12



**D.D. Plan 5.0**

| Plan Characteristics | D.D. Plan 5.0 |
|---|---|
| Maximum Population Deviation | 14,313 |
| Contiguous | Yes |
| Core Retention (% Population in Same District as in Enacted Plan): Statewide | 97.6% |
| County Splits (out of 67 counties) | 19 |
| Voting District Splits (out of 1,837 voting districts) | 14 |
| Municipality Splits (out of 462 municipalities) | 84 |
| Montgomery Split (% Population in District 25 / District 26) | 53.8% / 46.2% |
| Compactness: Reock Score: Statewide | 0.41 |
| Compactness: Polsby-Popper Score: Statewide | 0.26 |
| Compactness: Population Polygon Score: Statewide | 0.69 |
| Compactness: Cut Edges: Statewide | 8,758 |

| District Characteristics | District 25 | District 26 |
|---|---|---|
| Total Population | 148,124 | 148,126 |
| Core Retention (compared to Enacted Plan) | 59.4% | 59.6% |
| Compactness: Reock Score | 0.34 | 0.48 |
| Compactness: Polsby-Popper Score | 0.20 | 0.28 |
| Compactness: Population Polygon Score | 0.60 | 0.62 |
| Black Voting Age Population | 51.1% | 43.9% |

**Election Performance Analysis** – The percentage below is the margin of victory or defeat of the Black-preferred candidate (equal to the vote count for the Black-preferred candidate minus the vote count for the other top-vote getting candidate, divided by the total number of votes of those two candidates, excluding third-party or other votes). The average is a simple average (equally weighted) of all unique election contests without duplicates.

| Election Contest | District 25 | | District 26 | |
|---|---|---|---|---|
| | % Votes for BPC | Margin of Victory (or Defeat) | % Votes for BPC | Margin of Victory (or Defeat) |
| **Eleven Biracial Elections** | | | | |
| 2014 Auditor | 47.4% | **-5.2%** | 41.3% | **-17.5%** |
| 2014 Lt. Governor | 51.2% | 2.3% | 48.4% | **-3.2%** |
| 2014 Secretary of State | 50.6% | 1.2% | 47.6% | **-4.7%** |
| 2018 Auditor | 58.0% | 16.0% | 52.5% | 4.9% |
| 2018 Lt. Governor | 56.2% | 12.4% | 50.9% | 1.8% |
| 2018 Pub. Serv. Commission (Place 1) | 57.5% | 15.1% | 52.1% | 4.1% |
| 2022 Attorney General | 52.0% | 4.0% | 43.8% | **-12.3%** |
| 2022 Governor | 49.8% | **-0.3%** | 42.4% | **-15.2%** |
| 2022 Secretary of State | 52.5% | 5.0% | 44.3% | **-11.5%** |
| 2022 Supreme Court Assoc. Justice | 52.7% | 5.5% | 44.2% | **-11.5%** |
| 2022 U.S. Senate | 51.5% | 3.1% | 43.7% | **-12.6%** |
| **Subtotal – Average** | **52.7%** | **5.4%** | **46.5%** | **-7.1%** |
| **Subtotal – Contests Won** | **9 of 11** | **-** | **3 of 11** | **-** |
| **Additional Elections** | | | | |
| 2017 U.S. Senate | 66.5% | 33.1% | 61.6% | 23.2% |
| 2018 Attorney General | 59.2% | 18.5% | 53.6% | 7.3% |
| 2018 Governor | 56.1% | 12.1% | 50.7% | 1.4% |
| 2018 Secretary of State | 56.3% | 12.7% | 51.1% | 2.1% |
| 2020 President | 57.4% | 14.8% | 52.4% | 4.8% |
| 2020 U.S. Senate | 59.1% | 18.2% | 54.1% | 8.2% |
| **Total – Average** | **55.0%** | **9.9%** | **49.1%** | **-1.8%** |
| **Total – Contests Won** | **15 of 17** | **-** | **9 of 17** | **-** |