# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ALABAMA STATE CONFERENCE OF THE NAACP,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **WES ALLEN,** *in his official capacity as Alabama Secretary of State*, <br><br> **Defendant.** | **Case No. 2:21-cv-1531-AMM** <br> **Case No. 2:25-mc-1682-AMM** |

## NOTICE OF FILING OF BLOCK EQUIVALENCY FILES

Attached hereto are true and correct copies of the Block Equivalency Files ("BEFs") for the Special Master's three submitted remedial plans. These BEFs are being filed in PDF format on the ECF docket. Excel versions of the BEFs will be provided to the Court and emailed to counsel who have filed appearances in the docket designated as *In Re Redistricting 2025*, Case No. 2:25-mc-1682-AMM, as of the time of this filing.

- Exhibit 1 hereto is the Block Equivalency File for Remedial Plan 1.
- Exhibit 2 hereto is the Block Equivalency File for Remedial Plan 2.
- Exhibit 3 hereto is the Block Equivalency File for Remedial Plan 3.

**SUBMITTED** this 24th day of October, 2025.

**/s/ Richard F. Allen**
**RICHARD F. ALLEN**
**SPECIAL MASTER**