FILED
2026 Jul-17 AM 10:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA STATE CONFERENCE OF THE NAACP, *et al.*, | ) | |
| *Plaintiffs*, | ) | |
| v. | ) | Case No. 2:21-cv-1531-AMM |
| WES ALLEN, in his official capacity as Alabama Secretary of State, *et al.*, | ) | |
| *Defendants*. | ) | |

**JOINT NOTICE AND PROPOSED SCHEDULING ORDER**

The Eleventh Circuit Court of Appeals having vacated this Court's liability (ECF No. 274) and remedial injunctions (ECF No. 322) and remanded back to this Court for "further consideration in light of *Callais* and *Milligan*," *Ala. State Conf. of the NAACP v. Sec'y of State for the State of Ala.*, No. 25-13007, 2026 WL 1649570, at *1 (11th Cir. June 8, 2026) (per curiam), the Parties have conferred and hereby submit the following joint case management proposal for the Court's consideration.

1. The Parties agree that no further discovery, re-opening of the record, or second trial is needed to facilitate this Court's reconsideration of this case in light of *Louisiana v. Callais*, 146 S.Ct. 1131 (2026), and *Allen v. Milligan*, 146 S.Ct. 1377 (2026). The Parties agree that they would like to have the opportunity to assist the

Court in resolving this case through supplemental briefing (or other format, if the Court prefers). Accordingly, the Parties propose the following briefing schedule:

a. Plaintiffs' Opening Brief (60-page limit): due on **September 14, 2026**

b. Defendant's Response Brief (60-page limit): due on **October 30, 2026**

c. Plaintiffs' Reply Brief (30-page limit): due on **November 20, 2026**

2. Should the Court wish to hear oral argument on these motions, the Parties respectfully propose such argument be held **on or after December 3, 2026**.

DATED this 17th day of July 2026.

Respectfully submitted,

*/s/ Alison Mollman*
Alison Mollman (ASB-8397-A33C)
Paul Rand (ASB-5595-O99N)
American Civil Liberties Union of Alabama
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
amollman@aclualabama.org
prand@aclualabama.org

*/s/ Deuel Ross*
Deuel Ross*
Victor Olofin*
NAACP Legal Defense &
Educational Fund, Inc.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org
volofin@naacpldf.org

*/s/ Davin M. Rosborough*
Davin M. Rosborough*
Dayton Campbell-Harris*+
Sophia Lin Lakin*
American Civil Liberties Union Foundation
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
dcampbell-harris@aclu.org
slakin@aclu.org

Jacob van Leer*
American Civil Liberties Union Foundation
915 15th St. NW
Washington, DC 20005
jvanleer@aclu.org

/s/ *Sidney Jackson*
Sidney Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)

Leah Aden*
Stuart Naifeh*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
Colin Burke*
NAACP Legal Defense &
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
laden@naacpldf.org
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
bcarter@naacpldf.org
cburke@naacpldf.org

Jessica L. Ellsworth*
Amanda N. Allen*
Hogan Lovells LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
jessica.ellsworth@hoganlovells.com
shelita.stewart@hoganlovells.com
Amanda.n.allen@hoganlovells.com

David Dunn*
Hogan Lovells LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

Wiggins, Childs, Pantazis, Fisher, &
Goldfarb
301 19th Street
North Birmingham, AL 35203
(205) 314-0500
sjackson@wigginschilds.com
nlawsen@wigginschilds.com

Bradley E. Heard
Avner Shapiro*
Jack Genberg*
Southern Poverty Law Center
1101 17th Street NW, Suite 550
Washington, DC 20036
240-890-1735
jgenberg@splcenter.org
bradley.heard@splcenter.org
avner.shapiro@splcenter.org

Michael Turrill*
James W. Ettinger*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
jay.ettinger@hoganlovells.com

***Attorneys for Plaintiffs***

*Admitted *pro hac vice*
+ Admitted only in Washington State

Steve Marshall
*Attorney General*

Michael P. Taunton (ASB-6833-H00S)
Riley Kate Lancaster (ASB-1002-X86W)
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone (205) 251-8100
MTaunton@Balch.com
RLancaster@Balch.com

A. Barrett Bowdre (ASB-2087-K29V)
*Solicitor General*

Robert M. Overing (ASB-1813-T71F)
*Principal Deputy Solicitor General*

/s/ Brenton M. Smith
Brenton M. Smith (ASB-1656-X27Q)
*Deputy Attorney General*

Richard D. Mink (ASB-4802-M76R)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Benjamin M. Seiss (ASB-2110-O00W)
*Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Brenton.Smith@AlabamaAG.gov

***Counsel for Secretary Allen***

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2026, a copy of the foregoing has been served on all counsel of record through the Court's CF/ECF system.

*/s/ Davin Rosborough*

Davin Rosborough
*Attorney for Plaintiffs*