FILED
2026 Jul-23 AM 08:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ALABAMA STATE CONFERENCE OF THE NAACP, *et al.*,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No.: 2:21-cv-1531-AMM** |
| **WES ALLEN, *in his official capacity as Alabama Secretary of State*,** | ) | |
| **Defendant.** | ) | |

**ORDER**

This case is before the Court on the parties' joint proposed scheduling order. Doc. 352. Based on the parties' representation that they prefer to continue this case without further discovery and on the record before the Court, the Court enters the following briefing schedule:

- The plaintiffs' opening brief is due on or before **September 14, 2026**. Their brief shall not exceed sixty (60) pages in Times New Roman fourteen-point font.

- The defendant's responsive brief is due on or before **October 30, 2026**. Their brief shall not exceed sixty (60) pages in Times New Roman fourteen-point font.

- The plaintiffs' reply brief is due on or before **November 20, 2026**. Their brief shall not exceed thirty (30) pages in Times New Roman fourteen-point font.

The Court may set a hearing on the parties' briefs in due course, as necessary.

**DONE** and **ORDERED** this 23rd day of July, 2026.

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE